# B 1 (Official Form 1) (1/08)

**United States Bankruptcy Court**
**Northern District of California**

| Name of Debtor (if individual, enter Last, First, Middle):<br>Benyam Mulugeta | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Paula R Mulugeta |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>n/a MULUGETA DEVELOPMENT | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>n/a |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>7892 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>7695 |
| Street Address of Debtor (No. and Street, City, and State):<br>1025 Harker Ave.<br>Palo Alto, CA<br>ZIP CODE 94301 | Street Address of Joint Debtor (No. and Street, City, and State):<br>1025 Harker Ave.<br>Palo Alto, CA<br>ZIP CODE 94301 |
| County of Residence or of the Principal Place of Business:<br>Santa Clara | County of Residence or of the Principal Place of Business:<br>Santa Clara |
| Mailing Address of Debtor (if different from street address):<br>1025 Harker Ave.<br>Palo Alto, CA<br>ZIP CODE 94301 | Mailing Address of Joint Debtor (if different from street address):<br>1025 Harker Ave.<br>Palo Alto, CA<br>ZIP CODE 94301 |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>2332 Harrison St., Oakland, CA<br>ZIP CODE 94612 | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>Real Estate Investors | ☐ Chapter 7  ☐ Chapter 15 Petition for<br>☐ Chapter 9      Recognition of a Foreign<br>☑ Chapter 11    Main Proceeding<br>☐ Chapter 12  ☐ Chapter 15 Petition for<br>☐ Chapter 13    Recognition of a Foreign<br>                         Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Benyam & Paula R Mulugeta |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: n/a | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: n/a | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: n/a | Case Number: | Date Filed: |
|---|---|---|
| District: Northern District of California | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): <br> Benyam & Paula R Mulugeta |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Benyam Mulugeta_
Signature of Debtor

X _/s/ Paula R Mulugeta_
Signature of Joint Debtor
650-906-8012
Telephone Number (if not represented by attorney)
03/18/2009
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Benyam & Paula Mulugeta - Owners
Printed Name and title, if any, of Bankruptcy Petition Preparer
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 & 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
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

1025 Harker Ave., Palo Alto, CA 94301
Address

X _____
03/18/2009
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  **Benyam & Paula Mulugeta**         ,   )   Case No. _____
                Debtor                        )
                                              )
                                              )   Chapter 11

### EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____ .

2. The following financial data is the latest available information and refers to the debtor's condition on **3/18/2009** .

   a. Total assets                                               $ ____17,778,000.00____
   b. Total debts (including debts listed in 2.c., below)        $ ____12,278,800.00____

   c. Debt securities held by more than 500 holders:                         Approximate number of holders:

   secured ☑   unsecured ☐   subordinated ☐   $ ____11,930,534____  _____
   secured ☐   unsecured ☑   subordinated ☐   $ _____348,266_____  _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____  _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____  _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____  _____

   d. Number of shares of preferred stock        _____  _____
   e. Number of shares common stock              _____  _____
       Comments. if any:
   n/a

3. Brief description of debtor's business:
   Real Estate investment and sales

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: _____
   n/a

Case: 09-51900   Doc# 1   Filed: 03/18/09   Entered: 03/18/09 10:06:48   Page 4 of 12

B 6D (Official Form 6D) (12/07)

In re  Benyam & Paula R Mulugeta        ,        Case No. _____
                    Debtor                                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. MULUGETA<br>Loan Oak Fund<br>11611 San Vicente Blvd.<br>Suite 640<br>Los Angeles, CA 90049 | | x | 2006<br><br>VALUE $ 7,000,000.00 | | | | 3,500,000.00 | |
| ACCOUNT NO. 9031350<br>Sonoma Bank<br>PO Box 6089<br>Santa Rosa, CA 95406 | | x | 2004<br><br>VALUE $ 3,000,000.00 | | | | 1,700,000.00 | |
| ACCOUNT NO. 9031355<br>Sonoma Bank<br>PO Box 6089<br>Santa Rosa, CA 95406 | | x | 2004<br><br>VALUE $ 2,800,000.00 | | | | 1,600,000.00 | |
| __4__ continuation sheets attached | | | Subtotal ▶<br>(Total of this page) | | | | $ 6,800,000.00 | $ |
| | | | Total ▶<br>(Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Case: 09-51900    Doc# 1    Filed: 03/18/09    Entered: 03/18/09 10:06:48    Page 5 of 12

In re  Benyam & Paula R Mulugeta            ,       Case No. _____
            Debtor                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 68173653 Washington Mutual PO Box 78148 Phoenix, AZ 85062-8148 | | x | 2005 VALUE $ 3,000,000.00 | | | | 1,500,000.00 | |
| ACCOUNT NO. 1086934 EMC PO Box 660753 Dallas, TX 75266-0753 | | x | 2005 VALUE $ 800,000.00 | | | | 615,592.00 | |
| ACCOUNT NO. 11095551 EMC PO Box 660753 Dallas, TX 75266-0753 | | x | 2005 VALUE $ 650,000.00 | | | | 425,000.00 | |
| ACCOUNT NO. 799537 Countrywide Home Loans PO Box 5170 Simi Valley, CA 93062 | | x | 2006 VALUE $ 500,000.00 | | | | 325,000.00 | |
| ACCOUNT NO. 06-013 California Mortgage 62 First St., 4th Floor San Fco., CA 94105 | | x | 2006 VALUE $ 7,500,000.00 | | | | 1,000,000.00 | |

Sheet no. __2__ of __4__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ▶ (Total(s) of this page)   $ 3,865,592.00   $

Total(s) ▶ (Use only on last page)   $   $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Case: 09-51900    Doc# 1    Filed: 03/18/09    Entered: 03/18/09 10:06:48    Page 6 of 12

In re   Benyam & Paula R Mulugeta         ,        Case No. _____
             Debtor                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. MULUGE<br>Sequoia Mortgage<br>1114 Irwin St.<br>San Rafael, CA 94901 | | x | 2006<br><br>VALUE $ 3,000,000.00 | | | | 610,000.00 | |
| ACCOUNT NO. MULUGE<br>Robert Taylor<br>541-B Cowper<br>Palo Alto, CA 94301 | | x | 2008<br><br>VALUE $ 10,000,000.00 | | | | 200,000.00 | |
| ACCOUNT NO. MULUGE<br>Tomoko Nakama<br>1569 Jackson St.<br>Oakland, CA 94612 | | x | 2007<br><br>VALUE $ 7,000,000.00 | | | | 185,000.00 | |
| ACCOUNT NO. MULUGE<br>Aglaia Panos<br>13240 Clairepointe Way<br>Oakland, CA 94619 | | x | 2008<br><br>VALUE $ 900,000.00 | | | | 250,000.00 | |
| ACCOUNT NO. 10132012<br>Chrysler Financial<br>PO Box 9001921<br>Louisville, KY 40290-1921 | | x | 2006<br><br>VALUE $ 18,000.00 | | | | 12,089.00 | |

Sheet no. 3 of 4 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ▶
(Total(s) of this page)

$ 1,257,089.00    $

Total(s) ▶
(Use only on last page)

$    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont. 2

In re  Benyam & Paula R Mulugeta        ,    Case No. _____
           **Debtor**                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 85513087<br>Wachovia Dealer Services, Inc.<br>PO Box 25341<br>Santa Ana, CA 92799 | | X | 2006<br><br>VALUE $ 10,000.00 | | | | 7,853.00 | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. 4 of 4 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ▶ (Total(s) of this page)    $ 7,853.00    $

Total(s) ▶ (Use only on last page)    $ 11,930,534.00    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Case: 09-51900    Doc# 1    Filed: 03/18/09    Entered: 03/18/09 10:06:48    Page 8 of 12

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re **Benyam & Paula R Mulugeta**　　　　　　　Case No._____
　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　*(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

❒ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❒ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ❒ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ❒ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
   ❒ Active military duty in a military combat zone.

❒ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: *[signature]*
Date: 03/17/2009

In re:   Benyam & Paula R Mulugeta                                Case No.:


_____Debtor(s)_____/


## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of _7_ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor=s filing and that this matrix conforms with the Clerk=s promulgated requirements.

DATED: 03/18/2009

_____
Signature of Debtor=s Attorney or Pro Per Debtor

Benyam & Paula Mulugeta
1025 Harker Ave.
Palo Alto, CA 94301

## UNSECURED CREDITORS

| Creditor | Account Number | Balance | Address | Phone Number |
|---|---|---|---|---|
| B of A | 4870-4301-0092-6623 | 11,827.00 | PO BOX 14726 Wilmington, DE 19886-259 | 866-263-5183 |
| Capital One | 4305 7223 0787 4415 | 6,359.00 | PO BOX 60024 City of Industry, CA 91716-0024 | 800-955-7070 |
| Capital One | 4802 1318 3543 1482 | 10,558.00 | PO BOX 60024 City of Industry, CA 91716-0024 | 800-955-7070 |
| Capital One | 5291 1523 0787 8732 | 6,595.00 | PO BOX 60024 City of Industry, CA 91716-0024 | 800-955-7070 |
| Capital One | 5291 4921 8711 1659 | 8,536.00 | PO BOX 60024 City of Industry, CA 91716-0024 | 800-955-7070 |
| Chase | 4227 3311 1070 1073 | 2,062.00 | PO BOX 94014 Palatine, Il 60094-4014 | 888-212-5383 |
| Chervron | 734 004 333 5 | 2,619.00 | PO BOX 530950 Atlanta, GA 30353-0950 | 800-554-1388 |
| Citi | 5082 2900 5215 7978 | 3,827.00 | PO BOX 6410 The Lakes, NV 88901-6410 | 800-732-6000 |
| Citi | 5466 1601 6858 0510 | 3,586.00 | PO BOX 6415 The Lakes, NV 88901-6415 | 888-766-2484 |
| Cupertino Dental | 500293 | 3,992.00 | 10383 Torre Ave Suite I Cupertino, CA 95014 | |
| Chase/Disney | 4266-9020-1813-7529 | 6,076.00 | PO BOX 94014 Palatine, Il 60094-4014 | 800-955-8030 |
| Downey | 4264 2972 4303 6675 | 29,922.00 | PO BOX 15726 Wilmington, DE 19886-5726 | 800-223-7046 |
| Expo | 6035 3201 3056 0087 | 2,465.00 | PO BOX 6028 The Lakes, NV 88901-6028 | 800-677-0232 |
| Home Depot | 6035 3202 6685 1029 | 5,953.00 | PO BOX 6028 The Lakes, NV 88901-6028 | |
| Home Depot | 6035 3200 5790 4243 | 430.00 | PO BOX 6028 The Lakes, NV 88901-6028 | |
| Home Depot | 6035 3201 6173 7281 | 841.00 | PO BOX 6028 The Lakes, NV 88901-6028 | |
| Lowe's | 8192405 5622321 9 | 1,965.00 | PO BOX 530914 Atlanta, GA 30353-0914 | 800-568-0156 |
| Macy's | 4308 5141 3185 7121 | 9,054.00 | PO BOX 689194 Des Moines, IA 50368-9194 | 866-282-8697 |
| Macy's | 44 021 963 566 1 | 1,678.00 | PO BOX 689194 Des Moines, IA 50368-9194 | 866-282-8697 |
| Macy's | 48 013 671 942 2 | 1,377.00 | PO BOX 689194 Des Moines, IA 50368-9194 | 866-282-8697 |
| Omni Cancun | CC-6064-1 | 20,665.00 | | |
| Mervyn's | 9305 3474 030 | 445.00 | PO BOX 960013 Orlando, Florida 32896-0013 | 800-480-5014 |
| Sears | 5049 9480 7872 8138 | 1,496.00 | PO BOX 6937 The Lakes, NV 88901-6937 | 800-917-7700 |
| Target | 9-261-162-977 | 600.00 | PO BOX 59317 Minneapolis, MN 55459-0317 | 800-659-2396 |
| Union 76 | 582 447 314 | 1,106.00 | PO BOX 689058 Des moines, IA 50368-9058 | 800-722-2617 |
| Union 76 | 610 766 172 | 892.00 | PO BOX 689058 Des moines, IA 50368-9058 | 800-722-2617 |
| Chase/United | 4388 5760 2257 7798 | 8,310.00 | PO BOX 94014 Palatine, Il 60094-4014 | |
| Washington Mutual | 4031 1367 5914 2745 | 6,139.00 | PO BOX 660487 Dallas, TX 75266-0487 | 800-280-0561 |
| Washington Mutual | 703519546 | 161,527.00 | PO BOX 78065 Phoenix, AZ 85062-8065 | 888-800-8738 |
| Wells Fargo | 4465 4201 6445 7137 | 3,213.00 | PO BOX 30086 Los Angeles, CA 90030-0086 | 800-642-4720 |
| Wells Fargo | 5474 6488 0056 0411 | 24,151.00 | PO BOX 54349 Los Angeles, CA 90054-0349 | 800-225-5935 |
| Total | | 348,266.00 | | |

*[Signatures]* 3/18/2009