# Notice Recipients

District/Off: 0971−5   User: awong2   Date Created: 3/19/2009
Case: 09−51900   Form ID: B9E   Total: 42

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Benyam Mulugeta | 1025 Harker Ave. | Palo Alto, CA 94301 | |
| jdb | Paula R Mulugeta | 1025 Harker Ave. | Palo Alto, CA 94301 | |
| ust | Office of the U.S. Trustee / SJ | U.S. Federal Bldg. | 280 S 1st St. #268 | San Jose, CA 95113−3004 |
| smg | IRS | P.O. Box 21126 | Philadelphia, PA 19114 | |
| smg | State Board of Equalization | Attn: Special Procedures Section, MIC:55 | P.O. Box 942879 | Sacramento, CA 94279 |
| smg | Secretary of The Treasury | 15th and Pennsylvania Ave. NW | Washington, DC 20220−0001 | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Attn: Special Procedures | P.O. Box 2952 | Sacramento, CA 95812−2952 |
| 9828234 | Aglaia Panos | 13240 Clairepointe Way | Oakland, CA 94619 | |
| 9828239 | Bank of America | PO Box 14726 | Wilmington, dE 19886 | |
| 9828232 | California Mortgage | 62 First St., 4th Fl | San Fco, CA 94105 | |
| 9828240 | Capital One | PO Box 60024 | City of Industry, CA 91716 | |
| 9828241 | Chase | PO Box 94014 | Palatine, IL 60094 | |
| 9828246 | Chase/Disney | PO Box 94014 | Palatine, IL 60094 | |
| 9828256 | Chase/United | PO Box 94014 | Palatine, IL 60094 | |
| 9828242 | Chevron | PO Box 530950 | Atlanta, GA 30353 | |
| 9828235 | Chrysler Financial | PO Box 9001921 | Louisville, KY 40290 | |
| 9828243 | Citi | PO Box 6410 | The Lakes, NV 88901 | |
| 9828244 | Citi | PO Box 6415 | The Lakes, NV 88901 | |
| 9828231 | Countrywide Home Loans | PO Box 5170 | Simi Valley, CA 93062 | |
| 9828245 | Cupertino Dental | 10383 Torre Ave. #I | Cupertino, CA 95014 | |
| 9828247 | Downey | PO Box 15726 | Wilmington, DE 19886 | |
| 9828230 | EMC | PO Box 660753 | Dallas, TX 75266 | |
| 9828248 | Expo | PO Box 6028 | The Lakes, NV 88901 | |
| 9828249 | Home Depot | PO Box 6028 | The Lakes, NV 88901 | |
| 9828227 | Loan Oak Fund | 11611 San Vicente Blvd. #640 | Los Angeles, CA 90049 | |
| 9828250 | Lowe's | PO Box 530914 | Atlanta, GA 30353 | |
| 9828251 | Macy's | PO Box 689194 | Des Moines, IA 50368 | |
| 9828252 | Mervyn's | PO Box 960013 | Orlando, FL 32896 | |
| 9828237 | Robert Taylor | 541B Cowper | Palo Alto, CA 94301 | |
| 9828253 | Sears | PO Box 6937 | The Lakes, NV 88901 | |
| 9828238 | Sequoia Mortgage | 1114 Irwin St. | San Rafael, CA 94901 | |
| 9828228 | Sonoma Bank | PO Box 6089 | Santa Rosa, CA 95406 | |
| 9828254 | Target | PO Box 59317 | Minneapolis, MN 55459 | |
| 9828236 | Tomoko Nakama | 1569 Jackson St. | Oakland, CA 94612 | |
| 9828255 | Union 76 | PO Box 689058 | Des Moines, IA 50368 | |
| 9828233 | Wachovia Dealer Services, Inc | PO Box 25341 | Santa Ana, CA 92799 | |
| 9828257 | Washington Mutual | PO Box 660487 | Dallas, TX 75266 | |
| 9828229 | Washington Mutual | PO Box 74148 | Phoenix, AZ 85062 | |
| 9828258 | Washington Mutual | PO Box 78065 | Phoenix, AZ 85062 | |
| 9828259 | Wells Fargo | PO Box 30086 | Los Angeles, CA 90030 | |
| 9828260 | Wells Fargo | PO Box 54349 | Los Angeles, CA 90054 | |

TOTAL: 42