Benyam Mulugeta and Paul R. Mulugeta
In ProPer
1025 - Harker Avenue
Palo Alto, California 94301

In Pro Per Debtors and Debtors in Possession



# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHER DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>BENYAM MULUGETA and PAULA R. MULUGETA<br>   Debtors,<br>v.<br><br>CALIFORNIA MORTGAGE<br>_____/ | Case Number: 09-51900<br>Chapter 11<br><br>**NOTICE OF COMMENCEMENT OF CHAPTER 11 CASE** |

  PLEASE TAKE NOTICE that BENYAM MULUGETA and PAULA R. MULUGETA,(*hereinafter called "MULUGETAS"*), debtors and debtors in possession, commenced this Chapter 11 case in San Jose, California on *March 18, 2009*, by filing their voluntary petition for relief under *Chapter 11 of the Bankruptcy Code, 11 U.S.C. Sections 101-1330 (the "Bankruptcy Code")*. No trustee has been appointed in this Chapter 11 case, and the "MULUGETAS", continues the operation of their business as debtors and debtors in possession, *pursuant to Sections 1107 and 1108 of the Bankruptcy Code.*

  PLEASE TAKE FURTHER NOTICE that *Section 362 of the Bankruptcy Code* provides that, except as otherwise provided by Section 362(b), a petition operates as a stay, effective as of *March 18, 2009, 11.30 am, and applicable to all entities of*:

Notice Of Commencement Of Chapter 11 Case                       1.1

Case: 09-51900 Doc# 17 Filed: 03/19/09 Entered: 03/19/09 17:13:50 Page 1 of 3

1. The commencement or the continuation, including the issuance of employment of process, of a judicial, a administrative, or other action or proceeding against the MULUGETAS, that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the MULUGETAS,

2. The enforcement, against the MULUGETAS, or against property of the estate, of a judgement obtained before commencement of the case under this title;

3. Any act to obtain possession of property of the estate or of property from the estate to exercise control over property of estate;

4. Any act to cease, perfect, or enforce against property of the estate;

5. Any act to create perfect, or enforce against property of the MULUGETAS, any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

6. Any act to collect, assess, or recover a claim against the MULUGETAS, that arose before the commencement of this case under this title;

7. The setoff of any debt owing to the MULUGETAS, that arose before the commencement of this case under this title against any claim against the MULUGETAS.

8. The commencement of continuation of a proceeding before the Superior Courts of California concerning MULUGETAS.

PLEASE TAKE FURTHER NOTICE that property of the estate includes right pursuant to contracts in effect as of March 18, 2009.

Date:_____

BENYAM MULUGETA

Date:_____

PAULA R. MULUGETA

# PROOF OF SERVICE

Case Number: 09-51900
Chapter 11
In Re Benyam and Paula Mulugeta

I declare that I am over the age of 18 years, and resident of 1025 - Harker Avenue, palo Alto, California 94301. On **March 19, 2009**, I served the following:

**NOTICE OF COMMENCEMENT OF CHAPTER 11**

____XX_____ **BY MAIL**: By placing an original or true copy thereof to be placed in sealed envelopes, first class mail with postage fully prepaid for deposit with the U.S. Postal Service, addressed as indicated below, and at my place of business, placed for collection, processing, and mailing on that date following ordinary business practices. I am readily familiar with the business practice at the Law Offices of Razi A. Shah for collection and processing of correspondence for mailing with the U.S. Postal Service. Pursuant to such practice, correspondence so collected and processed is deposited with the U.S. Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on **March 19, 2009**I , Berkeley, California.

_____
Benyam Mulugeta

**SERVICE LIST**

CALIFORNIA MORTGAGE
62 FIRST ST, 4TH FLOOR
SAN FCO, CA 94105