ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
RICHARD W. ABBEY, ESQ. (SBN: 053039)
RACHEL K. NUNES, ESQ. (SBN: 172525)
100 Stony Point Road, Ste. 200
Post Office Box 1566
Santa Rosa, California 95402-1566
Telephone No.: (707) 542-5050
Facsimile No.: (707) 542-2589
rnunes@abbeylaw.com

Attorneys for Creditor
Sterling Savings Bank, successor in interest by merger to
Sonoma National Bank

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>BENYAM MULUGETA and PAULA R. MULUGETA.,<br><br>Debtors. | Case No. 09-51900<br>Chapter 11<br>R.S. No. RKN/001<br><br>**Date: April 22, 2009**<br>**Time: 10:00 a.m.**<br>**Location: 280 South First St., San Jose, CA**<br>**Courtroom: 3020** |

### STERLING SAVINGS BANK'S NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY

TO THE ABOVE NAMED DEBTOR AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on **April 22, 2009**, at **10:00 a.m.**, at **280 First Street, Courtroom 3020, San Jose, California**, STERLING SAVINGS BANK, successor in interest by merger to SONOMA NATIONAL BANK, will move, and hereby does move the above-entitled Court for an Order modifying the Automatic Stay of 11 U.S.C. § 362 to allow it to assert its rights under a First Deed of Trust and Assignment of Rents against the Debtor's real property located at **353 Grand Avenue, Oakland, CA 94601; A.P.N. 010-0767-001**, and pursue foreclosure proceedings.

Said Motion will be based upon 11 U.S.C. § 362(d)(2), in that the debtors have no equity in the above described real property and cannot establish that the real property is necessary to effective reorganization.

The Motion will be further based upon this Notice of Hearing, and the accompanying Motion and Memorandum of Points and Authorities and Declaration of Christy Somers filed in support thereof, as well as the files and pleadings in this case.

YOU ARE HEREBY NOTIFIED that if you do not appear personally or through counsel at the above-described time and place, the relief prayed for in the Motion accompanying this Notice will be granted by the Court and STERLING will be allowed to pursue all rights under its First Deed of Trust, including foreclosure.

Dated: April 3, 2009

Respectfully submitted,

ABBEY, WEITZENBERG,
WARREN & EMERY

By: /s/ Rachel K. Nunes
Rachel K. Nunes
Attorneys for Sterling Savings Bank