UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: Benyam Mulugeta and Paula R. Mulugeta

Debtor(s)

Bankruptcy No.: 09-51900
R.S. No.: RKN/001
Hearing Date: 04/22/2009
Time: 10:00 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 03/18/2009    Chapter: 11
    Prior hearings on this obligation: N/A    Last Day to File §523/§727 Complaints: N/A

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

    Secured Creditor [ ] or lessor [ ]
    Fair market value: $_____    Source of value: _____
    Contract Balance: $_____    Pre-Petition Default: $_____
    Monthly Payment: $_____    No. of months: _____
    Insurance Advance: $_____    Post-Petition Default: $_____
                                    No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): Mixed use commercial/residential prop., Oakland, CA

    Fair market value: $1,960,000.00    Source of value: Appraisal    If appraisal, date: 12/03/2008

    Moving Party's position (first trust deed, second, abstract, etc.): First Trust Deed

    Approx. Bal.: $1,787,414.02    Pre-Petition Default: $105,052.00
    As of (date): 04/01/2009    No. of months: 10
    Mo. payment: $10,505.20    Post-Petition Default: $10,505.20
    Notice of Default (date): 11/12/2008    No. of months: 1
    Notice of Trustee's Sale: 03/03/2009    Advances Senior Liens: $N/A

    Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

    | Position | | Amount | Mo. Payment | Defaults |
    |---|---|---|---|---|
    | 2nd Trust Deed: | CMR Mortgage Fund | $1,000,000.00 | $ unknown | $ unknown |
    | 3rd Trust Deed: | Tomoko Na Kama | $783,000.00 | $ unknown | $ unknown |
    | Real Property Tax Liens | : | $65,298.97 (est.) | | |
    | City of Oakland Liens | : | $ unknown | | |
    | | (Total) | $1,248,298.97 | $ | $ |

(D) Other pertinent information:

Dated:

Signature: *Rachel K. Nunes*
RACHEL K. NUNES
Print or Type Name

Attorney for Sterling Savings Bank