UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: Benyam Mulugeta and Paula R. Mulugeta

Debtor(s)

Bankruptcy No.: 09-51900
R.S. No.: RKN/002
Hearing Date: 04/22/2009
Time: 10:00 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 03/18/2009   Chapter: 11
Prior hearings on this obligation: N/A   Last Day to File §523/§727 Complaints: N/A

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value: $_____   Source of value: _____
Contract Balance: $_____   Pre-Petition Default: $_____
Monthly Payment: $_____   No. of months: _____
Insurance Advance: $_____   Post-Petition Default: $_____
                                No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): 20 Unit Apt Bldg, Palo Alto, CA

Fair market value: $ 2,180,000.00   Source of value: Appraisal   If appraisal, date: 12/03/2008

Moving Party's position (first trust deed, second, abstract, etc.): First Trust Deed

Approx. Bal. $ 1,666,135.55   Pre-Petition Default: $ 98,177.00
As of (date): 04/01/2009   No. of months: 10
Mo. payment: $ 9,817.70   Post-Petition Default: $ 9,817.70
Notice of Default (date): 11/12/2008   No. of months: 1
Notice of Trustee's Sale: 03/03/2009   Advances Senior Liens: $ N/A

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | | Amount | Mo. Payment | Defaults |
|---|---|---|---|---|
| 2nd XX Trust Deed: | CMR Mortgage Fund | $ 1,000,000.00 | $ unknown | $ unknown |
| 3rd XX Trust Deed: | Real Estate | $ | $ | $ |
| | Marketing Service Money Purchase: | $ 200,000.00 | unknown | unknown |
| 4th Trust Deed: | Tomoko Na Kama | $ 188,000.00 | unknown | unknown |
| | Real Property Tax Liens | $ 56,595.78 | | |
| | (Total) | $ 1,439,595.78 | $ | $ |

(D) Other pertinent information:

Dated: 4/3/09

Signature
RACHEL K. NUNES
Print or Type Name

Attorney for Sterling Savings Bank

CANB Documents Northern District of California

Case: 09-51900   Doc# 49   Filed: 04/03/09   Entered: 04/03/09 17:04:02   Page 1 of 1