1 CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
2 WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
3 San Jose, California 95112
Telephone: (408) 295-9555
4 Facsimile: (408) 295-6606

5 ATTORNEYS FOR Debtors

**IT IS SO ORDERED.
Signed April 09, 2009**

Arthur S. Weissbrodt
**U.S. Bankruptcy Judge**



# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

IN RE: ) Case No. 09-51900 ASW
)
BENYAM and PAULA R. MULUGETA, ) CHAPTER 11
)
Debtors. )

**ORDER APPROVING APPLICATION OF DEBTORS-IN-POSSESSION FOR APPOINTMENT OF COUNSEL**

Upon Application of Debtors BENYAM and PAULA R. MULUGETA (jointly "Debtors") for authority to employ and appoint the law firm of Campeau Goodsell Smith under a general retainer to represent them as debtors-in-possession herein, and it appearing that the attorneys compromising said law firm are duly admitted to practice before this Court, and the Court being satisfied that said law firm represents no interest adverse to the Debtors herein or to their Estate in matters upon which it is to be engaged, the Court being satisfied that employment of such counsel is necessary and in the best interest if the Estate, and good cause appearing:

IT IS HEREBY ORDERED that the employment by Debtor of Campeau Goodsell Smith to represent it as Debtor-In-Possession is approved.

**END OF ORDER**

**Debtors' Counsel**
Scott L. Goodsell/William J. Healy
440 N. 1st St., #100
San Jose, CA 95112

**United States Trustee**
Office of the U.S. Trustee
U.S. Federal Bldg.
280 S. First St., Suite 268
San Jose, CA 95113

**Debtors**
Benyam/Paula R Mulugeta
1025 Harker Ave.
Palo Alto, CA 94301

Aglaia Panos
13240 Clairepointe Way
Oakland, CA 94619

California Mortgage
62 First St., 4th Fl
San Fco, CA 94105

Capital One Bank (USA), N.A.
C/O Tsys Debt Management (Tdm)
PO BOX 5155
NORCROSS, GA 30091

Chase
PO Box 94014
Palatine, IL 60094

Chrysler Financial
PO Box 9001921
Louisville, KY 40290

Chrysler Financial Services Americas LLC
Citi
PO Box 6415
The Lakes, NV 88901

Countrywide Home Loans
PO Box 5170
Simi Valley, CA 93062

| | |
|---|---|
| 1 | Cupertino Dental |
| 2 | 10383 Torre Ave. #I |
| 3 | Cupertino, CA 95014 |
| 4 | EMC |
|   | PO Box 660753 |
| 5 | Dallas, TX 75266 |
| 6 | Expo |
| 7 | PO Box 6028 |
|   | The Lakes, NV 88901 |
| 8 | |
| 9 | Internal Revenue Service |
|   | P O Box 21126 |
| 10 | Philadelphia, P A 19114 |
| 11 | Loan Oak Fund |
| 12 | 11611 San Vicente Blvd. #640 |
|   | Los Angeles, CA 90049 |
| 13 | |
| 14 | Robert Taylor |
|   | 541B Cowper |
| 15 | Palo Alto, CA 94301 |
| 16 | Sequoia Mortgage |
| 17 | 1114 Irwin St. |
|   | San Rafael, CA 94901 |
| 18 | |
| 19 | Sonoma Bank |
|   | PO Box 6089 |
| 20 | Santa Rosa, CA 95406 |
| 21 | Tomoko Nakama |
| 22 | 1569 Jackson St. |
|   | Oakland, CA 94612 |
| 23 | |
| 24 | Wachovia Dealer Services, Inc |
|   | PO Box 25341 |
| 25 | Santa Ana, CA 92799 |
| 26 | Washington Mutual |
| 27 | PO Box 660487 |
|   | Dallas, TX 75266 |
| 28 | |

| | |
|---|---|
| 1 | Washington Mutual |
| 2 | PO Box 74148 |
| 3 | Phoenix, AZ 85062 |
| 4 | Wells Fargo |
| 5 | PO Box 30086 |
| | Los Angeles, CA 90030 |
| 6 | |
| 7 | WELLS FARGO BANK N.A. |
| | BDD BANKRUPTCY DEPT MAC S4101-08C |
| 8 | 100 W WASHINGTON ST, PHOENIX, AZ 85003 |
| 9 | Wells Fargo Bank, N.A. |
| 10 | c/o Wells Fargo Card Services |
| | Recovery Department |
| 11 | P.O. Box 9210 |
| 12 | Des Moines, IA 50306 |
| 13 | **REQUEST FOR SPECIAL NOTICE** |
| 14 | SEQUOIA MORTGAGE CAPITAL |
| 15 | c/o Patric J. Kelly, Esq. |
| | ADLESON, HESS & KELLY, APC |
| 16 | 577 Salmar Avenue, Second Floor |
| 17 | Campbell, CA 95008 |
| 18 | SEQUOIA MORTGAGE CAPITAL |
| 19 | Jason H. Freskos |
| | 1114 Irwin Street |
| 20 | San Rafael, CA 94901 |
| 21 | Chrysler Financial Services Americas LLC |
| 22 | f/k/a DAIMLERCHRYSLER FINANCIAL |
| | SERVICES AMERICAS LLC |
| 23 | c/o Randall P. Mroczynski, Esq. |
| 24 | 535 Anton Boulevard, Tenth Floor |
| | Costa Mesa, CA 92626 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**ORDER APPROVING APPLICATION OF DEBTORS-IN-POSSESSION FOR APPOINTMENT OF COUNSEL**

4