UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: **Benyam Mulugeta   Paula R. Mulugeta**
Debtors

Case No. **09-51900**
(If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 124,132.00 | Husband | 2006 |
| 578,400.00 | Joint Rental Income | 2006 |
| 42,394.00 | Wife | 2006 |
| 42,147.00 | Wife | 2007 |
| 43,528.00 | Husband | 2007 |
| 576,800.00 | Joint Rental Income | 2007 |
| 542,192.00 | Joint Rental Income | 2008 |
| 37,016.00 | Wife | 2008 |
| 15,736.00 | Husband | 2008 |

### 2. Income other than from employment or operation of business

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT     SOURCE     FISCAL YEAR PERIOD

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑ a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **See attached response 3(b)** | | | |

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Sweazay Elevator v. Mulugeta CGC-08-483247** | Collection | **SF Superior Court** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| Wells Fargo Bank | | Personal Effects | |

### 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Salomon Readie**<br>**P.O. Box 407**<br>**Palo Alto, CA 94302** | **Purchase agreement for 1111 Alma Street, Palo Alto, CA; Mulugeta took title for property rehabilitation, but parties agreed to reconvey title to Readie given lack of property equity.** | **1111 Alma Street, Palo Alto, CA** |

### 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## 19. Books, records and financial statements

None ☑ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ☑ b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| | |

## 20. Inventories

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| | | |

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| | |

## 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| | | |

None ☑    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| | | |

## 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| | | |

None ☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| | | |

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

## 24. Tax Consolidation Group.

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER IDENTIFICATION NUMBER (EIN)

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND        TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  4/8/09      Signature of Debtor  **Benyam Mulugeta**

Date  4/8/09      Signature of Joint Debtor  **Paula R. Mulugeta**
(if any)

## Response 3(b) to Statement of Financial Affairs

| DATE | VENDOR | AMOUNT |
|---|---|---:|
| 1/2/2009 | A-1 Auto | $ 150.00 |
| 1/2/2009 | FIA Card Services | $ 220.00 |
| 1/2/2009 | GOTO Premium Fin Ins | $ 1,593.36 |
| 1/2/2009 | PG&E | $ 1,467.05 |
| 1/2/2009 | PG&E | $ 986.00 |
| 1/3/2009 | City of Palo Alto | $ 20.00 |
| 1/5/2009 | Foothill College | $ 58.50 |
| 1/5/2009 | Foothill Bookstore | $ 318.69 |
| 1/5/2009 | Kaiser Permanente | $ 278.45 |
| 1/5/2009 | GOTO Premium Fin Ins | $ 670.86 |
| 1/6/2009 | Whole Foods | $ 30.82 |
| 1/6/2009 | Chevron | $ 28.65 |
| 1/7/2009 | YMCA | $ 125.00 |
| 1/7/2009 | Pasta? | $ 72.14 |
| 1/7/2009 | Agalia Panos | $ 1,000.00 |
| 1/7/2009 | EBMUD | $ 518.16 |
| 1/7/2009 | Medhalen Ethipian Orthodox Church | $ 1,000.00 |
| 1/8/2009 | AAA Rental | $ 285.05 |
| 1/8/2009 | City of Palo Alto | $ 20.00 |
| 1/8/2009 | Home Depot | $ 119.17 |
| 1/8/2009 | Lowes | $ 189.48 |
| 1/9/2009 | Mariano Delgado | $ 408.50 |
| 1/10/2009 | City of Palo Alto | $ 50.00 |
| 1/12/2009 | Foothill College | $ 107.50 |
| 1/12/2009 | Pet Club | $ 28.13 |
| 1/13/2009 | Costco | $ 407.65 |
| 1/13/2009 | Walgreebs | $ 72.87 |
| 1/13/2009 | Holy Trinity Ethiopian Church | $ 400.00 |
| 1/14/2009 | City of Palo Alto | $ 20.00 |
| 1/14/2009 | EBMUD | $ 1,323.93 |
| 1/14/2009 | Mariano Delgado | $ 300.00 |
| 1/15/2009 | Hyderabad House | $ 18.69 |
| 1/15/2009 | Central Parking San Fco | $ 12.00 |
| 1/16/2009 | Comcast Cable | $ 389.29 |
| 1/16/2009 | Chevron | $ 29.14 |
| 1/16/2009 | Continental | $ 25.00 |
| 1/20/2009 | WCM Resorts Adva/Omni Cancun | $ 502.54 |
| 1/20/2009 | Comcast Cable | $ 73.89 |
| 1/20/2009 | Home Depot | $ 29.85 |
| 1/20/2009 | Barron Park Supply | $ 22.35 |
| 1/20/2009 | PG&E | $ 1,263.67 |
| 1/21/2009 | Wachovia Dealer | $ 379.90 |
| 1/21/2009 | Safeway | $ 54.67 |

Case: 09-51900   Doc# 61   Filed: 04/13/09   Entered: 04/13/09 13:11:29   Page 9 of 11

| DATE | VENDOR | AMOUNT |
|---|---|---|
| 1/21/2009 | Fry's Electronics | $ 48.70 |
| 1/21/2009 | Kragen | $ 35.39 |
| 1/21/2009 | Chevron | $ 29.26 |
| 1/21/2009 | ASPCA | $ 18.00 |
| 1/21/2009 | O'Connor Water | $ 500.00 |
| 1/21/2009 | Aglaia Panos | $ 1,000.00 |
| 1/22/2009 | Kragen | $ 17.30 |
| 1/22/2009 | MAAEC | $ 120.00 |
| 1/22/2009 | Holt International | $ 400.00 |
| 1/23/2009 | Kaiser Permanente | $ 65.00 |
| 1/23/2009 | Microsoft | $ 49.99 |
| 1/23/2009 | Kaiser Permanente | $ 40.00 |
| 1/23/2009 | Kaiser Permanente | $ 20.00 |
| 1/24/2009 | Chrysler Financial | $ 407.32 |
| 1/25/2009 | Holt International | $ 300.00 |
| 1/26/2009 | Mariano Delgado | $ 150.00 |
| 1/26/2009 | Convergia | $ 37.11 |
| 1/26/2009 | Kragen | $ 36.79 |
| 1/26/2009 | Valero | $ 25.00 |
| 1/26/2009 | Burger King | $ 11.44 |
| 1/26/2009 | O Farrell Garage | $ 2.50 |
| 1/27/2009 | Richard Pattisson | $ 284.50 |
| 1/28/2009 | La Hacienda | $ 43.97 |
| 1/28/2009 | City of Palo Alto | $ 94.00 |
| 1/29/2009 | City of Palo Alto | $ 254.94 |
| 1/30/2009 | Home Depot | $ 65.13 |
| 1/31/2009 | Mariano Delgado | $ 130.00 |
| 2/1/2009 | City of Palo Alto | $ 20.00 |
| 2/2/2009 | FIA Card Services | $ 220.00 |
| 2/2/2009 | Home Depot | $ 126.19 |
| 2/2/2009 | Foothill College | $ 82.27 |
| 2/2/2009 | City of Palo Alto | $ 61.25 |
| 2/2/2009 | GOTO Premium Fin Ins | $ 1,593.36 |
| 2/3/2009 | City of Oakland Parking | $ 50.00 |
| 2/3/2009 | Jose Zepeda | $ 200.00 |
| 2/3/2009 | Home Depot | $ 180.00 |
| 2/3/2009 | Whole Foods | $ 7.49 |
| 2/4/2009 | GOTO Premium Fin Ins | $ 670.86 |
| 2/4/2009 | YMCA | $ 125.00 |
| 2/5/2009 | City of Palo Alto | $ 40.00 |
| 2/5/2009 | Kaiser Permanente | $ 278.45 |
| 2/5/2009 | Costco | $ 355.35 |
| 2/6/2009 | PG&E | $ 380.02 |

| DATE | VENDOR | AMOUNT |
|---|---|---|
| 2/6/2009 | EMC 0011095551 | $ 2,660.00 |
| 2/6/2009 | EMC 0011095551 | $ 2,660.00 |
| 2/9/2009 | Home Depot | $ 243.20 |
| 2/9/2009 | Home Depot | $ 101.38 |
| 2/10/2009 | O'Connor Water | $ 500.00 |
| 2/11/2009 | Frastrak | $ 140.00 |
| 2/12/2009 | Loopnet | $ 284.85 |
| 2/12/2009 | Chevron | $ 35.92 |
| 2/13/2009 | Home Depot | $ 161.81 |
| 2/13/2009 | Safeway | $ 119.24 |
| 2/13/2009 | Citicards | $ 62.00 |
| 2/16/2009 | Aglaia Panos | $ 1,000.00 |
| 2/17/2009 | City of Palo Alto | $ 1,227.15 |
| 2/17/2009 | PG&E | $ 2,262.51 |
| 2/17/2009 | Sequoia Mortgage | $ 2,000.00 |
| 2/17/2009 | Comcast Cable | $ 200.00 |
| 2/17/2009 | Whole Foods | $ 49.98 |
| 2/18/2009 | EBMUD | $ 500.00 |
| 2/18/2009 | WCM Resorts Adva/Omni Cancun | $ 502.54 |
| 2/19/2009 | City of Palo Alto | $ 60.00 |
| 2/20/2009 | Ivan Carpet | $ 1,158.00 |
| 2/23/2009 | Home Depot | $ 90.76 |
| 2/24/2009 | Peter Kerman | $ 1,000.00 |
| 2/25/2009 | Chrysler Financial | $ 775.84 |
| 2/26/2009 | EMC 0011095551 | $ 2,660.00 |
| 2/27/2009 | Costco | $ 401.74 |
| 2/27/2009 | Costco | $ 51.09 |
| 2/27/2009 | Safeway | $ 31.37 |
| 2/27/2009 | City of Palo Alto | $ 30.00 |
| 2/27/2009 | San Mateo Superior Court | $ 215.00 |
| 3/3/2009 | Mariano Delgado | $ 300.00 |
| 3/3/2009 | Travelers | $ 1,036.32 |
| 3/3/2009 | Chrysler Financial | $ 775.84 |
| 3/6/2009 | Wachovia Dealer | $ 1,074.48 |
| 3/6/2009 | John Luque | $ 480.00 |
| 3/10/2009 | Aglaia Panos | $ 1,500.00 |
| 3/11/2009 | Mariano Delgado | $ 620.00 |
| 3/11/2009 | Cupertino Dental | $ 300.00 |
| 3/12/2009 | EBMUD | $ 272.00 |
| 3/16/2009 | AT&T | $ 394.93 |
| 3/17/2009 | Razi A Shah | $ 1,000.00 |
| 3/17/2009 | EBMUD | $ 298.00 |
| 3/17/2009 | City of Palo Alto | $ 30.00 |
| 3/18/2009 | Allstate | $ 1,621.68 |
| 3/18/2009 | Cupertino Dental | $ 326.00 |