1   SIMON ARON (Bar No. 108183)
    WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
2   11400 West Olympic Blvd., Ninth Floor
    Los Angeles, California 90064-1565
3   Telephone: (310) 478-4100
    Fax: (310) 479-1422
4

5   Attorneys for Lone Oak Fund

6

RSO90014

FILED
MAY 14 2009
CLERK
United States Bankruptcy Court
San Jose, California

7              UNITED STATES BANKRUPTCY COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10  In re                              )   CASE NO. 09-01500-ASW
                                       )
11  BENYAM MULUGETA and PAULA R.       )   Chapter 11
    MULUGETA,                          )
12                                     )
                                       )   **DECLARATION OF SIMON ARON IN**
13      Debtor and Debtor in Possession )  **SUPPORT OF MOTION FOR RELIEF**
                                       )   **FROM THE AUTOMATIC STAY**
14  _____)
                                       )   **[MOTION FILED CONCURRENTLY]**
15  LONE OAK FUND, LLC,                )
                                       )   DATE: June 2, 2009
16              Movant,                )   TIME: 2:00 p.m.
    v.                                 )   Courtroom: 3020
17                                     )       280 S. 1st Street
    BENYAM MULUGETA and PAULA R.       )       San Jose, CA 95113
18  MULUGETA                           )
                                       )
19              Respondents.           )
    _____)

20

21

22              **DECLARATION OF SIMON ARON**

23

24

25

26

27

28

# EXHIBIT J

# United States Bankruptcy Court
## Northern District of California

In re  **Benyam Mulugeta    Paula R. Mulugeta**

Debtors

Case No.  **09-51900**

Chapter  **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 17,300,000.00 | | |
| B - Personal Property | YES | 3 | $ 236,750.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 5 | | $ 11,817,887.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $ 353,726.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 33,699.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 20,530.00 |
| TOTAL | | 23 | $ 17,536,750.00 | $ 12,171,613.00 | |

In re:   **Benyam Mulugeta   Paula R. Mulugeta**
_____
                    **Debtors**

Case No.   **09-51900**
                    _____
                    (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1025 Harker Avenue Palo Alto, CA  94301 | Fee Owner | J | $3,000,000.00 | $2,110,000.00 |
| 1112-1114 Chaucer Berkeley, CA  94702 | Fee Owner | J | $ 800,000.00 | $ 625,092.00 |
| 1339 Sevier Street Menlo Park, CA  94025 | Fee Owner | J | $ 500,000.00 | $ 427,155.00 |
| 2332 Harrison Street Oakland, CA  94612 | Fee Owner | J | $7,000,000.00 | $3,820,705.00 |
| 240 E. O'Keefe East Palo Alto, CA  94303 | Fee Owner | J | $2,800,000.00 | $1,637,556.00 |
| 353 Grand Avenue Oakland, CA  94612 | Fee Owner | J | $2,800,000.00 | $1,739,115.00 |
| 5401 Brann Street Oakland, CA  94619 | Fee Owner | W | $ 400,000.00 | $ 353,567.00 |

Total   ➤   $17,300,000.00

(Report also on Summary of Schedules.)

In re  **Benyam Mulugeta    Paula R. Mulugeta**                          Case No. **09-51900**
                                                      Debtors                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Bank, Palo Alto WaMu, Palo Alto | J | 10,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods | J | 8,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Wearing Apparel | J | 3,000.00 |
| 7. Furs and jewelry. | | Misc. Jewelry | J | 6,750.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Lincoln Fin. Group Insurance | J | 5,000.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Note secured by 2nd DOT on Elk Grove property | J | 150,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

In re  **Benyam Mulugeta    Paula R. Mulugeta**                              Case No. <u>09-51900</u>
_____                                    (If known)
                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Chrysler Sebring | J | 7,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Chrysler 300 | J | 10,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | Ford Explorer | J | 2,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | Ford truck | J | 2,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | Mercedes Benz 500 | J | 5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment (Harrison) | J | 8,000.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | Appliances (rental properties) | J | 20,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Benyam Mulugeta    Paula R. Mulugeta                          Case No. 09-51900
                    Debtors                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | | | |

_2_  continuation sheets attached        Total  ➤        $ 236,750.00

(Include amounts from any continuation sheets
attached. Report total also on Summary of
Schedules.)

In re  **Benyam Mulugeta   Paula R. Mulugeta**                                    Case No.  **09-51900**
                                   Debtors                                                          (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                               $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1025 Harker Avenue Palo Alto, CA  94301 | C.C.P. § 704.730(a)(2) | 75,000.00 | 3,000,000.00 |
| Household Goods | C.C.P. § 704.020 | 8,000.00 | 8,000.00 |
| Lincoln Fin. Group Insurance | C.C.P. § 704.100(b) | 5,000.00 | 5,000.00 |
| Misc. Jewelry | C.C.P. § 704.040 | 6,750.00 | 6,750.00 |
| Wearing Apparel | C.C.P. § 704.020 | 3,000.00 | 3,000.00 |

B6D (Official Form 6D) (12/07)

In re  Benyam Mulugeta   Paula R. Mulugeta                    ,     Case No.  09-51900
                          Debtors                                        (if known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Aglaia Panos<br>13240 Clairepointe Way<br>Oakland, CA  94619 | | | 4th Deed of Trust<br>2332 Harrison Street<br>Oakland, CA  94612<br><br>VALUE $7,000,000.00 | | | | 250,000.00 | 0.00 |
| ACCOUNT NO.  2008-2009<br>Alameda County Tax Assessor<br>1221 Oak Street<br>Oakland, CA  94612 | | | Property Tax Lien<br>1112-1114 Chaucer<br>Berkeley, CA  94702<br><br>VALUE $800,000.00 | | | | 9,500.00 | 0.00 |
| ACCOUNT NO.  2008-2009<br>Alameda County Tax Assessor<br>1221 Oak Street<br>Oakland, CA  94612 | | | Property Tax Lien<br>5401 Brann Street<br>Oakland, CA 94619<br><br>VALUE $400,000.00 | | | | 6,655.00 | 0.00 |
| ACCOUNT NO.  2008-2009<br>Alameda County Tax Assessor<br>1221 Oak Street<br>Oakland, CA  94612 | | | Statutory Tax Lien<br>353 Grand Avenue<br>Oakland, CA  94612<br><br>VALUE $2,800,000.00 | | | | 39,115.00 | 0.00 |

4    continuation sheets
     attached

Subtotal  ▸
(Total of this page)

Total  ▸
(Use only on last page)

| | |
|---|---|
| $    305,270.00 | $    0.00 |
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Benyam Mulugeta    Paula R. Mulugeta** _____ ,       Case No.   **09-51900** _____
                                                Debtors                                        (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. _2008-2009_<br><br>Alameda County Tax Assessor<br>1221 Oak Street<br>Oakland, CA  94612 | | | Property Tax Lien<br>2332 Harrison Street<br>Oakland, CA  94612<br><br>VALUE $7,000,000.00 | | | | 70,705.00 | 0.00 |
| ACCOUNT NO.<br><br>California Mortgage<br>62 First Street, 4th Floor<br>San Francisco, CA  94105 | | | 2nd Deed of Trust<br>Blanket 2nd Deed of Trust on Grand, O'Keefe, Sevier, Chaucer, Brann properties<br><br>VALUE $1,000,000.00 | | | | 700,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Chrysler Financial<br>P.O. Box 9001921<br>Louisville, KY  40290 | | | Security Agreement<br>2007 Chrysler 300<br><br>VALUE $10,000.00 | | | | 11,844.00 | 1,844.00 |
| ACCOUNT NO.<br><br>Countrywide Home Loans<br>P.O. Box 5170<br>Simi Valley, CA  93062 | | | 1st Deed of Trust<br>5401 Brann Street<br>Oakland, CA 94619<br><br>VALUE $400,000.00 | | | | 346,912.00 | 0.00 |
| ACCOUNT NO.<br><br>EMC<br>P.O. Box 660753<br>Dallas, TX  75266 | | | 1st Deed of Trust<br>1112-1114 Chaucer<br>Berkeley, CA  94702<br><br>VALUE $800,000.00 | | | | 615,592.00 | 0.00 |

Sheet no. _1_ of _4_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ▷
(Total of this page)

Total  ▷
(Use only on last page)

| | |
|---|---|
| $  **1,745,053.00** | $  **1,844.00** |
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   Benyam Mulugeta   Paula R. Mulugeta _____.      Case No.  09-51900
                    Debtors                                                            (if known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> EMC <br> P.O. Box 660753 <br> Dallas, TX  75266 | | | 1st Deed of Trust <br> 1339 Sevier Street <br> Menlo Park, CA  94025 <br><br> VALUE $500,000.00 | | | | 425,000.00 | 0.00 |
| ACCOUNT NO. <br> Loan Oak Fund <br> 11611 San Vincente Blvd. #640 <br> Los Angeles, CA  90049 | | J | 1st Deed of Trust <br> 2332 Harrison Street <br> Oakland, CA  94612 <br><br> VALUE $7,000,000.00 | | | | 3,500,000.00 | 0.00 |
| ACCOUNT NO. <br> Robert Taylor <br> 541-B Cowper <br> Palo Alto, CA | | | 2nd Deed of Trust <br> 2nd Deed of Trust on O'Keefe and Harrison properties <br><br> VALUE $200,000.00 | | | | 200,000.00 | 0.00 |
| ACCOUNT NO. 2008-2009 <br> San Mateo County Tax Assessor <br> 555 County Center, 1st Floor <br> Redwood City, CA  94063 | | | Property Tax Lien <br> 240 E. O'Keefe <br> East Palo Alto, CA  94303 <br><br> VALUE $2,800,000.00 | | | | 37,556.00 | 0.00 |
| ACCOUNT NO. 2008-2009 <br> San Mateo County Tax Assessor <br> 555 County Center, 1st Floor <br> Redwood City, CA  94063 | | | Property Tax Lien <br> 1339 Sevier Street <br> Menlo Park, CA  94025 <br><br> VALUE $500,000.00 | | | | 2,155.00 | 0.00 |

Sheet no. 2 of 4 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ▸
(Total of this page)                                    $  4,164,711.00  $              0.00

Total  ▸
(Use only on last page)                                 $                  $

(Report also on Summary of   (If applicable, report
Schedules)                    also on Statistical
                              Summary of Certain
                              Liabilities and
                              Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  Benyam Mulugeta  Paula R. Mulugeta      Case No.  09-51900
                 Debtors                                      (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Sequoia Mortgage<br>1114 Irwin Street<br>San Rafael, CA  94901 | | | 2nd/3rd/4th Deed of Trust<br>1025 Harker Avenue<br>Palo Alto, CA  94301<br><br>VALUE $3,000,000.00 | | | | 610,000.00 | 0.00 |
| ACCOUNT NO.<br>Sonoma Bank<br>P.O. Box 6089<br>Santa Rosa, CA  95406 | | | 1st Deed of Trust<br>240 E. O'Keefe<br>East Palo Alto, CA  94303<br><br>VALUE $2,800,000.00 | | | | 1,600,000.00 | 0.00 |
| ACCOUNT NO.<br>Sonoma Bank<br>P.O. Box 6089<br>Santa Rosa, CA  95406 | | | 1st Deed of Trust<br>353 Grand Avenue<br>Oakland, CA  94612<br><br>VALUE $2,800,000.00 | | | | 1,700,000.00 | 0.00 |
| ACCOUNT NO.<br>Tomoko Nakama<br>1569 Jackson Street<br>Oakland, CA  94612 | | | 3rd Deed of Trust<br>3rd Deed of Trust on Harrison and Grand properties<br><br>VALUE $185,000.00 | | | | 185,000.00 | 0.00 |
| ACCOUNT NO.<br>Wachovia Dealer Services<br>P.O. Box 25341<br>Santa Ana, CA  92799 | | | Security Agreement<br>2005 Chrysler Sebring<br><br>VALUE $7,000.00 | | | | 7,853.00 | 853.00 |

Sheet no. 3 of 4 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal >
(Total of this page)

$ 4,102,853.00 $    853.00

Total >
(Use only on last page)

$        $

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Benyam Mulugeta   Paula R. Mulugeta**                                      Case No.   **09-51900**
_____                                  _____
                          Debtors                                                        (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Washington Mutual Bank**<br>P.O. Box 78148<br>Phoenix, AZ   85062 | | | **1st Deed of Trust**<br>**1025 Harker Avenue**<br>**Palo Alto, CA  94301**<br><br>**VALUE $3,000,000.00** | | | | 1,500,000.00 | 0.00 |

Sheet no. <u>4</u> of <u>4</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ▶
(Total of this page)

| $ | 1,500,000.00 | $ | 0.00 |
|---|---|---|---|

Total  ▶
(Use only on last page)

| $ | 11,817,887.00 | $ | 2,697.00 |
|---|---|---|---|

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re    **Benyam Mulugeta    Paula R. Mulugeta** _____    Case No.   <u>09-51900</u> _____
                                            Debtors                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  continuation sheets attached

In re  **Benyam Mulugeta   Paula R. Mulugeta**                    Case No.   <u>09-51900</u>
_____                                      (If known)
                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | $0.00 |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ▷ (Totals of this page) | $     0.00 | $     0.00 | $     0.00 |
| Total ▷ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $     0.00 | | |
| Total ▷ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $     0.00 | $     0.00 |

In re   **Benyam Mulugeta   Paula R. Mulugeta**        Case No. <u>09-51900</u>
               Debtors                                               (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   4870.....6623 <br><br> Bank of America <br> P.O. Box 14726 <br> Wilmington, DE   19886 | | W | Credit card debt | | | | 11,827.00 |
| ACCOUNT NO.   4305.....4415 <br><br> Capital One <br> P.O. Box 60024 <br> City of Industry, CA   91716 | | W | Credit card debt | | | | 6,359.00 |
| ACCOUNT NO.   4802.....1482 <br><br> Capital One <br> P.O. Box 60024 <br> City of Industry, CA   91716 | | H | Credit card debt | | | | 10,558.00 |
| ACCOUNT NO.   5291.....8732 <br><br> Capital One <br> P.O. Box 60024 <br> City of Industry, CA   91716 | | W | Credit card debt | | | | 5,595.00 |
| ACCOUNT NO.   5291.....8732 <br><br> Capital One <br> P.O. Box 60024 <br> City of Industry, CA   91716 | | W | Credit card debt | | | | 6,595.00 |

   <u>6</u>   Continuation sheets attached

                                       Subtotal   >   $        **40,934.00**

                                           Total   >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Benyam Mulugeta    Paula R. Mulugeta              Case No. <u>09-51900</u>

                               Debtors                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   5291.....1659 <br><br> Capital One <br> P.O. Box 60024 <br> City of Industry, CA   91716 | | W | Credit card debt | | | | 8,536.00 |
| ACCOUNT NO.   4227.....1073 <br><br> Chase <br> P.O. Box 94014 <br> Palatine, IL   60094 | | W | Credit card debt | | | | 2,062.00 |
| ACCOUNT NO.   4388.....7798 <br><br> Chase / United <br> P.O. Box 94014 <br> Palatine, IL   60094 | | W | Credit card debt | | | | 8,310.00 |
| ACCOUNT NO.   4266.....7529 <br><br> Chase/Disney <br> P.O. Box 94014 <br> Palatine, IL   60094 | | W | Credit card debt | | | | 6,076.00 |
| ACCOUNT NO.   734.....335 <br><br> Chevron <br> P.O. Box 530950 <br> Atlanta, GA   30353 | | H | Credit card debt | | | | 2,619.00 |

Sheet no. <u>1</u> of <u>6</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                  Subtotal   ➤ $           27,603.00

                                                   Total   ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Benyam Mulugeta   Paula R. Mulugeta</u>                          Case No. <u>09-51900</u>

                        Debtors                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5466.....0510** <br><br> **Citi** <br> P.O. Box 6415 <br> The Lakes, NV  88901 | | W | Credit card debt | | | | 3,586.00 |
| ACCOUNT NO. **5082....7978** <br><br> **Citi** <br> P.O. Box 6410 <br> The Lakes, NV  88901 | | W | Credit card debt | | | | 3,827.00 |
| ACCOUNT NO. **500293** <br><br> **Cupertino Dental** <br> 10383 Torre Avenue #1 <br> Cupertino, CA  95014 | | H | Services | | | | 3,399.00 |
| ACCOUNT NO. **4264.....6675** <br><br> **Downey** <br> P.O. Box 15725 <br> Wilmington, DE  19886 | | H | Credit card debt | | | | 29,922.00 |
| ACCOUNT NO. **6035.....0087** <br><br> **Expo** <br> P.O. Box 6028 <br> The Lakes, NV  88901 | | H | Credit card debt | | | | 2,465.00 |

Sheet no. <u>2</u> of <u>6</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                     Subtotal ▸ |$  43,199.00

                                              Total ▸ |$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Benyam Mulugeta    Paula R. Mulugeta__          Case No. __09-51900__
                            Debtors                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   6035.....7281 | | H | | | | | 841.00 |
| Home Depot P.O. Box 6028 The Lakes, NV  88901 | | | Credit card debt | | | | |
| ACCOUNT NO.   6035.....1029 | | W | | | | | 5,953.00 |
| Home Depot P.O. Box 6028 The Lakes, NV  88901 | | | Credit card debt | | | | |
| ACCOUNT NO.   6035....4243 | | H | | | | | 430.00 |
| Home Depot P.O. Box 6028 The Lakes, NV  88901 | | | Credit card debt | | | | |
| ACCOUNT NO.   8192.....2321 | | H | | | | | 1,965.00 |
| Lowe's P.O. Box 530914 Atlanta, GA   30353 | | | Credit card debt | | | | |
| ACCOUNT NO.   4309.....7121 | | J | | | | | 9,054.00 |
| Macy's P.O. Box 689194 Des Moines, IA  50368 | | | Credit card debt | | | | |

Sheet no. _3_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▸  $          18,243.00

Total  ▸  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Benyam Mulugeta   Paula R. Mulugeta**                    Case No. <u>09-51900</u>
<u>                                                                              </u>
              Debtors                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    4402.....5661 <br> **Macy's** <br> P.O. Box 689194 <br> Des Moines, IA  50368 | | J | Credit card debt | | | | 1,678.00 |
| ACCOUNT NO.    4801.....9422 <br> **Macy's** <br> P.O. Box 689194 <br> Des Moines, IA  50368 | | W | Credit card debt | | | | 1,377.00 |
| ACCOUNT NO.    930.....030 <br> **Mervyn's** <br> P.O. Box 960013 <br> Orlando, FL  32896 | | W | Credit card debt | | | | 445.00 |
| ACCOUNT NO.    CC-6064-1 <br> **Omni Cancun** <br> Blvd. Kukulcan Km. 16.5 Z.H. <br> Cancun, Q. Roo, C.P. 77500 <br>       MEXICO | | J | Time share debt | | | | 20,665.00 |
| ACCOUNT NO.    7276 <br> **Reed Kaplan MD** <br> 825 Oak Grove Ave. #A-101 <br> Menlo Park, CA  94025 | | H | Services | | | | 458.00 |

Sheet no. <u>4</u> of <u>6</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $  24,623.00

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)



In re   **Benyam Mulugeta   Paula R. Mulugeta**       Case No.   <u>09-51900</u>

               Debtors                                                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5049....8138** | | W | | | | | 1,496.00 |
| **Sears** P.O. Box 6937 The Lakes, NV  88901 | | | Credit card debt | | | | |
| ACCOUNT NO.   **926.....977** | | W | | | | | 600.00 |
| **Target** P.O. Box 59317 Minneapolis, MN  55459 | | | Credit card debt | | | | |
| ACCOUNT NO.   **610.....172** | | H | | | | | 892.00 |
| **Union 76** P.O. Box 689058 Des Moines, IA  50368 | | | Credit card debt | | | | |
| ACCOUNT NO.   **582.....314** | | W | | | | | 1,106.00 |
| **Union 76** P.O. Box 689058 Des Moines, IA  50368 | | | Credit card debt | | | | |
| ACCOUNT NO.   **4031.....2745** | | W | | | | | 6,139.00 |
| **Washington Mutual** P.O. Box 660487 Dallas, TX  75266 | | | Credit card debt | | | | |

Sheet no. <u>5</u> of <u>6</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                              Subtotal   ▷   $          10,233.00

                                              Total   ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    Benyam Mulugeta    Paula R. Mulugeta             Case No.   <u>09-51900</u>

                                 Debtors                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   703.....546 <br><br> **Washington Mutual** <br> P.O. Box 78065 <br> Phoenix, AZ   85062 | | J | | | | | 161,527.00 |
| ACCOUNT NO.   4465.....7137 <br><br> **Wells Fargo** <br> P.O. Box 30086 <br> Los Angeles, CA   90030 | | W | **Credit card debt** | | | | 3,213.00 |
| ACCOUNT NO.   5474.....0411 <br><br> **Wells Fargo** <br> P.O. Box 54349 <br> Los Angeles, CA   90054 | | H | **Credit card debt** | | | | 24,151.00 |

Sheet no. <u>6</u> of <u>6</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                Subtotal   >   $     188,891.00

                                                Total   >   $     353,726.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re: <u>Benyam Mulugeta   Paula R. Mulugeta</u> , Case No. <u>09-51900</u>
Debtors (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Salomon Readie<br>P.O. Box 407<br>Palo Alto, CA  94302 | Purchase Agreement for 1111 Alma Street, Palo Alto, CA; Mulugeta took title for property rehabilitation, but parties agreed to reconvey title to Readie given lack of property equity |

B6H (Official Form 6H) (12/07)

In re: **Benyam Mulugeta   Paula R. Mulugeta**                    Case No. __09-51900__
_____                                        _____
                        **Debtors**                                                                  **(if known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

In re **Benyam Mulugeta Paula R. Mulugeta**                    Case No.    **09-51900**
_____                                 _____
                          **Debtors**                                      (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Real Estate Broker** | **Accountant** |
| Name of Employer | **Alain Pinel Realtor** | **laid off 3/6/09** |
| How long employed | **10 years** | **14 years** |
| Address of Employer | **578 University Avenue Palo Alto, CA** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 32,325.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 1,374.00 |
| 13. Other monthly income (Specify) | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 32,325.00 | $ 1,374.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 32,325.00 | $ 1,374.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 33,699.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**Re-renting Harrison and Grand properties will add $71,000/mo in additional income**

In re <u>Benyam Mulugeta Paula R. Mulugeta</u>      Case No.   <u>09-51900</u>

          Debtors                                                 (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 6,470.00 |
|     a. Are real estate taxes included?   Yes   ✓    No | | | |
|     b. Is property insurance included?   Yes     No   ✓ | | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 500.00 |
|      b. Water and sewer | | $ | 0.00 |
|      c. Telephone | | $ | 140.00 |
|      d. Other | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 300.00 |
| 4. Food | | $ | 1,200.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 50.00 |
| 7. Medical and dental expenses | | $ | 100.00 |
| 8. Transportation (not including car payments) | | $ | 220.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 50.00 |
| 10. Charitable contributions | | $ | 200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|      a. Homeowner's or renter's | | $ | 110.00 |
|      b. Life | | $ | 0.00 |
|      c. Health | | $ | 800.00 |
|      d. Auto | | $ | 200.00 |
|      e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|      a. Auto | | $ | 740.00 |
|      b. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 4,000.00 |
| 17. Other **Rental Property utilities (all)** | | $ | 5,350.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 20,530.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|      a. Average monthly income from Line 15 of Schedule I | $ | 33,699.00 |
|      b. Average monthly expenses from Line 18 above | $ | 20,530.00 |
|      c. Monthly net income (a. minus b.) | $ | 13,169.00 |

In re **Benyam Mulugeta    Paula R. Mulugeta**

Case No. <u>09-51900</u>

Debtors

(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____25_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _4/8/09_

Signature: _____
Benyam Mulugeta
Debtor

Date: _4/8/09_

Signature: _____
Paula R. Mulugeta
(Joint Debtor, if any)

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571._