UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re **Benyam Mulugeta**
**Paula R. Mulugeta**
Debtors.

Case No. **09-51900**

Chapter **11**

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes)

| | |
|---|---|
| ✓ | Voluntary Petition (Specify reason for amendment) **Upated information per Initial Debtor Interview** |
| ✓ | Summary of Schedules |
| ✓ | Schedule A - Real Property |
| | Schedule B - Personal Property |
| | Schedule C - Property Claimed as Exempt |
| | Schedule D, E, or F and/or Matrix, and/or List of Creditors or Equity Holders |
| |     **Add/Delete creditor(s), change amount or classification of debt - $26.00 fee required** |
| |     **Add/change address of already listed creditor - No Fee** |
| | Schedule G - Executory Contracts and Unexpired Leases |
| | Schedule H - Codebtors |
| ✓ | Schedule I - Current Income of Individual Debtor(s) |
| ✓ | Schedule J - Current Expenditures of Individual Debtor(s) |
| ✓ | Declaration Regarding Schedules |
| ✓ | Statement of Financial Affairs and/or Declaration |
| | Chapter 7 Individual Debtor's Statement of Intention |
| | Disclosure of Compensation of Attorney for Debtor |
| | Statement of Current Monthly Income and Means Test Calculation (Form 22A, 22B or 22C) |
| | Certification of Credit Counseling |
| | Other: |

Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: _____

**Benyam Mulugeta**
Debtor

**Paula R. Mulugeta**
Joint Debtor