Entered on Docket
August 13, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



IT IS SO ORDERED.
Signed August 13, 2009

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

1  CAMPEAU GOODSELL SMITH, L.C.
   SCOTT L. GOODSELL, #122223
2  WILLIAM J. HEALY, #146158
   440 N. 1st Street, Suite 100
3  San Jose, California  95112
   Telephone:  (408) 295-9555
4  Facsimile:  (408) 295-6606

5  ATTORNEYS FOR Debtors

8              UNITED STATES BANKRUPTCY COURT
9              NORTHERN DISTRICT OF CALIFORNIA

11 IN RE:                          ) Case No. 09-51900 ASW
12 BENYAM and PAULA R. MULUGETA,   ) CHAPTER 11
13              Debtors.           )

**ORDER GRANTING DEBTORS' MOTION TO SELL REAL PROPERTY ("Harrison") FREE AND CLEAR OF LIENS**

The Court, having reviewed and considered the Debtors' MOTION TO SELL FREE AND CLEAR OF LIENS AND INTERESTS IN PERSONAL PROPERTY AND VALUE SECURED CLAIMS ("Motion") and related pleadings; having conducted a hearing on July 1, 2009, with Debtors BENYAM MULUGETA and PAULA R. MULUGETA ("Debtors") represented by counsel, Debtors present, and other appearances as noted on the record; having found notice and service to be proper and sufficient; and having found good cause does hereby grant the Motion and therefore the Court orders and decrees that:

(1) the notice of the motion was proper and adequate given the circumstances;

(2) Debtors are authorized to sell real property commonly known as 2332 Harrison Street, Oakland,

CA (Assessor Parcel Number (A.P.N.) 010-0769-005-00 ("Merrit Hotel[1]" or "The Property") free and clear of liens pursuant to Bankruptcy Code 363 (b) and (f), Bankruptcy Code 506, 506 (d), and Bankruptcy Rules 6004 and 3012 to Trading Spaces, LLC ("Buyer" or "Trading Spaces") for $7,000,000.00 pursuant to a Commercial Property Purchase Agreement And Joint Escrow Instructions dated February 12, 2009 ("Purchase Agreement") with such liens to attach to all of the net proceeds of the sale in order of recordation of their liens;

(3) this sale is the highest and best offer;

(4) Debtors are authorized to enter into the Purchase Agreement, it is approved; and Debtors are authorized to undertake such other actions as may be reasonably necessary to complete the sale;

(5) Trading Spaces, LLC is found to be a purchaser is in good faith and entitled to the protections of Bankruptcy Code 363 (m);

(6) Debtors are authorized to pay from the proceeds and escrow all normal costs of sale, including payment of a three and a quarter percent commission to the Buyer's broker Realty World-Viking in accordance with the contract, but no commission is to be paid to Debtors'/sellers' broker without further order of the court; pay from the proceeds and escrow the amounts owed to secured liens which are not in dispute and Debtors shall have ten days from the close of escrow to provide written notice of the disputed portions of such secured claims; and to file or record termination statements, instruments of satisfaction, releases of liens and any other documents necessary for the purpose of documenting the release of specified liens upon payment;

(7) the net sale proceeds are to be held by Debtor's counsel ("Trust Money") in a Debtor in Possession ("DIP") account subject to those deeds of trusts and liens of record asserted against Debtors, in favor of such claimants in order of recordation of their liens, subject to further order of the Bankruptcy Court; and

(8) the bankruptcy court reserves jurisdiction to implement the sale, enforce the sale order, or resolve any disputes with or related to the sale, including any disputed portions of such secured claims upon motion of either the Debtors or such lien claimant.

---

[1] Debtors and Debtors' counsel recognize Merritt is spelled incorrectly throughout, but has done so purposely to match the spelling contained in the Purchase Agreement.
ORDER GRANTING DEBTORS' MOTION TO SELL REAL PROPERTY ("Harrison") FREE AND CLEAR OF LIENS
2

Approved As To Form

_____
John S. Wesolowski
Attorney for the U.S. Trustee
Dated: July    , 2009

Approved As To Form

_/s/ Simon Aron_____
Simon Aron, Esq.
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
Attorney for Lone Oak Fund, LLC
Dated: July    , 2009

**END OF ORDER**

ORDER GRANTING DEBTORS' MOTION TO SELL REAL PROPERTY ("Harrison") FREE AND CLEAR OF LIENS
3

1
2
3
4
**Debtors' Counsel**
5  Scott L. Goodsell/William J. Healy
   440 N. 1st St., #100
6  San Jose, CA 95112

7
**United States Trustee**
8  Office of the U.S. Trustee
   U.S. Federal Bldg.
9  280 S. First St., Suite 268
   San Jose, CA 95113
10
**Debtors**
11 Benyam/Paula R Mulugeta
   1025 Harker Ave.
12 Palo Alto, CA 94301

13 Aglaia Panos
   13240 Clairepointe Way
14
   Oakland, CA 94619

15
   Lone Oak Fund
16 11611 San Vicente Blvd. #640
   Los Angeles, CA 90049
17

18 Robert Taylor
   541B Cowper
19 Palo Alto, CA 94301

20 Tomoko Nakama
21 1569 Jackson St.
   Oakland, CA 94612
22
23
24
25
26
27
28

ORDER GRANTING DEBTORS' MOTION TO SELL REAL PROPERTY ("Harrison") FREE AND CLEAR OF LIENS
4