CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR Debtors

The following constitutes the
Order of the Court. Signed 8/26 2009

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                ) Case No. 09-51900 ASW
                                      )
BENYAM and PAULA R. MULUGETA,         ) CHAPTER 11
                                      )
            Debtors.                  )
                                      )

**ORDER RE MOTION FOR RELIEF FROM AUTOMATIC STAY ("Harrison")**

The matter of the Motion For Relief From Automatic Stay pursuant to 11 U.S.C. §362 (d)(1) and (the "Motion") filed by Lone Oak Fund, LLC ("Lone Oak"), came on for hearing before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, in courtroom 3020 of the above entitled court on July 14, 2009 at 2:00 p.m.. Lone Oak appeared by and through counsel of record, Simon Aron of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP. Debtors Benyam and Paul R. Mulugeta (the "Debtors") appeared by and through their counsel of record William J. Healy of Campeau Goodsell Smith, L.C. Other appearances, if any, were noted on the record.

Proper notice haven been given and after reviewing and considering the Motion and the statements and arguments of counsel to the parties appearing, and good cause appearing

---

therefor,

IT IS HEREBY ORDERED as follows:

1. Pursuant to 11 U.S.C. §362 (d)(1), the Motion is hereby granted as follows:

A. The automatic stay imposed under 11 §362 (a) is modified and terminated as of the close of business October 2, 2009, to permit Lone Oak to proceed against that certain real property located at 2332 Harrison Street, Oakland, California 94612.

2. This Order is modifiable by either party for good cause.

3. A request to modified this Order upon good cause may be filed and served no later than September 4, 2009, with a hearing date of September 23, 2009, at 2:15 p.m. before this Court.

4. In connection with the filing of a request described above, oppositions thereto shall be filed and served by September 11, 2009 and any reply(ies) filed and served by September 17, 2009.

APPROVED AS TO FORM

Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP

_____

By: Simon Aron
Attorneys For Lone Oak Fund, LLC
Dated: August __, 2009

***END OF ORDER***

## Court Service List

**United States Trustee**
Office of the U.S. Trustee
U.S. Federal Bldg.
280 S. First St., Suite 268
San Jose, CA 95113

**Debtors**
Benyam/Paula R Mulugeta
1025 Harker Ave.
Palo Alto, CA 94301

Simon Aron
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 West Olympic Blvd, 9th Floor
Los Angeles, CA 90064-1565

Aglaia Panos
13240 Clairepointe Way
Oakland, CA 94619

California Mortgage
62 First St., 4th Fl
San Fco, CA 94105

Capital One Bank (USA), N.A.
C/O Tsys Debt Management (Tdm)
PO BOX 5155
NORCROSS, GA 30091

Chase
PO Box 94014
Palatine, IL 60094

Chrysler Financial
PO Box 9001921
Louisville, KY 40290

Chrysler Financial Services Americas LLC
Citi
PO Box 6415
The Lakes, NV 88901

ORDER RE MOTION FOR RELIEF FROM AUTOMATIC STAY ("Harrison")
3

Santa Ana, CA 92799

Washington Mutual
PO Box 660487
Dallas, TX 75266

Washington Mutual
PO Box 74148
Phoenix, AZ 85062

Wells Fargo
PO Box 30086
Los Angeles, CA 90030

WELLS FARGO BANK N.A.
BDD BANKRUPTCY DEPT MAC S4101-08C
100 W WASHINGTON ST, PHOENIX, AZ 85003

Wells Fargo Bank, N.A.
c/o Wells Fargo Card Services
Recovery Department
P.O. Box 9210
Des Moines, IA 50306

SEQUOIA MORTGAGE CAPITAL
c/o Patric J. Kelly, Esq.
ADLESON, HESS & KELLY, APC
577 Salmar Avenue, Second Floor
Campbell, CA 95008

SEQUOIA MORTGAGE CAPITAL
Jason H. Freskos
1114 Irwin Street
San Rafael, CA 94901

Chrysler Financial Services Americas LLC
f/k/a DAIMLERCHRYSLER FINANCIAL
SERVICES AMERICAS LLC
c/o Randall P. Mroczynski, Esq.
535 Anton Boulevard, Tenth Floor
Costa Mesa, CA 92626