1    SIMON ARON (Bar No. 108183)
     WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
2    11400 West Olympic Blvd., Ninth Floor
     Los Angeles, California 90064-1565
3    Telephone: (310) 478-4100
     Fax: (310) 479-1422
4

The following constitutes the
Order of the Court. Signed _____ 200_

5    Attorneys for Lone Oak Fund

*Not signed*

6

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

7        UNITED STATES BANKRUPTCY COURT

8        NORTHERN DISTRICT OF CALIFORNIA

9           SAN JOSE DIVISION

10   In re                 )   CASE NO. 09-51900-ASW

11   BENYAM MULUGETA and PAULA R.   )   Chapter 11
    MULUGETA,           )
12                    )
                     )
13      Debtor and Debtor in Possession   )   **ORDER GRANTING MOTION FOR**
                   )   **RELIEF FROM THE AUTOMATIC**
14 _____ )   **STAY ("Harrison")**
                   )
15   LONE OAK FUND, LLC,       )   DATE: July 14, 2009
                   )   TIME: 2:00 p.m.
16          Movant,       )   Courtroom: 3020
    v.                   )        280 S. 1st Street
17   BENYAM MULUGETA and PAULA R.   )        San Jose, CA 95113
    MULUGETA,           )
18                    )
            Respondents.    )
19 _____ )

20         The matter of the Motion for Relief From the Automatic Stay pursuant to 11 U.S.C.

21 §362(d)(1) and (the "Motion") filed by Lone Oak Fund, LLC ("Lone Oak"), came on for hearing

22 before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, in his Courtroom

23 3020 of the above-entitled Bankruptcy Court, on July 14, 2009, at 2:00 p.m. Lone Oak appeared

24 by and through its counsel of record, Simon Aron of Wolf, Rifkin, Shapiro, Schulman & Rabkin,

25 LLP. Debtors Benyam and Paula R. Mulugetta (collectively the "Debtors") appeared by and

26 through their counsel of record, William J. Healy of Campeau Goodsell Smith, L.C. Other

27 appearances, if any, were noted on the record.

28

Proper notice having been given and after reviewing and considering the Motion and the statements and arguments of counsel to the parties appearing, and good cause appearing therefor,

**IT IS HEREBY ORDERED as follows:**

1.      Pursuant to 11 U.S.C. §362(d)(1) and (d)(2), the Motion is hereby by granted as follows:

A.      The automatic stay imposed under 11 U.S.C. §362(a) is modified and terminated as of October 2, 2009, to permit Lone Oak to enforce all of its rights, claims and remedies under applicable state law to foreclose upon and obtain possession of the real property commonly referred to as 2332 Harrison Street, Oakland, California 94612 and legally described in Exhibit "A" attached hereto (the "Subject Property").

~~B.      The 10-day waiting period provided by Rule 4001(a)(3) is waived.~~

**IT IS HEREBY FURTHER ORDERED as follows:**

2.      This Order is modifiable by either party for good cause. *Cause*

3.      Debtor's  request to modify this Order upon good may be filed and served upon Lone Oak, the Office of the United States Trustee and other parties entitled to notice thereof no later than September 4, 2009, with a hearing date of September 23, 2009, at 2:15 p.m., before this Court.

4.      In connection with the filing of a request described above, oppositions thereto shall be filed and served by September 11, 2009, and Debtors'  reply to any opposition shall be filed and served by September 17, 2009.

5.      Service of all pleadings and other papers concerning the matters described above shall be made by fax, overnight delivery and/or electronic transmission in order to ensure that prompt notice of such filings is afforded to all parties.

*Not in court minutes — copy attached.*

-2-

1  **NO OBJECTION:**

2  Campeau Goodsell Smith, L.C.

3

4  By: William J. Healy
   Attorneys for Debtors
5

6                    END OF ORDER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Courtroom Hearing Continued (RE: multi-part motion - related document(s) 70 ) (Continued to 9/23/2009 02:15 PM at San Jose Courtroom 3020 - Weissbrodt) (GRANTED, effective close of business 10/2/09. Order modifiable by either side for good cause shown. Parties to file papers by 9/4, 9/11 and 9/17 for hearing on 9/23/09 at 2:15pm. Mr. Healy to sign off on order.)(er) (Entered: 07/15/2009)

1

2

**DEBTOR**
3   Benyam Mulugeta
    Paula Mulugeta
4   1025 Harker Ave.
5   Palo Alto, CA 94301

6
    **U.S. TRUSTEE**
7   United States Trustee
    U.S. Federal Building
8   280 S. 1st Street, #268
9   San Jose, CA 95113-3004

10
    **ATTORNEY FOR DEBTOR**
11  Scott L. Goodsell/William J. Healy
    Campeau, Goodsell Smith
12  440 N. 1st Street, #100
13  San Jose, CA 95112

14
    Aglaia Panos
15  13240 Clairepointe Way
    Oakland, CA  94619
16

17  Simon Aron, Esq.
    Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
18  11400 W. Olympic Blvd., 9th Floor
19  Los Angeles, CA  90064

20
    Tomoko Nakama
21  1569 Jackson St.
    Oakland, CA  94612
22

23  Robert Taylor
    541B Cowper
24  Palo Alto, CA  94301

25

26

27

28