Re: Case No. 09-51900 ASW September 8, 2009

Judge : The Honorable Arthur Weissbrodt
Place: United States Bankruptcy Court
 280 S. First St. Room 3020
San Jose, Ca. 95113

 I, Aglaia Panos, creditor on the above Chapter 11 case, Debtors, Benyam and Paula R. Mulugeta, summit in support of Debtors request for an extension to sale the property known as , 2332 Harrison, Oakland, Ca. 94612.

I summit based on the appraisal done for the buyer, Trading Spaces LLC in April, 2009 by independent professional commercial appraiser that the property value $7,500,000. "as is". In addition, to the demand the property has generated from prospective buyers that the property can be sale by the Debtors, in order to pay off their creditors, including mine. Thus, the property has enough equity to allow Debtors to pay off creditors such as me, I believe is a good cause for the court to grant Debtors an extension to sale the property. In lieu of the above fact, to grant Loan Oak fund, whose interest is well protected, a relief from stay will have drastic impact to my interest, and other junior secured creditors, and does not allowed Debtors to reorganized and to pay off their creditors.

If I am called to testify as to the matter stated I could do so in an honest and competent manner.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed on September 8, 2009

Sincerely,

*[signature]*

Aglaia Panos Pharm D.
13240 clairepointe Way
Oakland, California
94619

Benyam letter.doc