```
1  CAMPEAU GOODSELL SMITH, L.C.
   SCOTT L. GOODSELL, #122223
2  WILLIAM J. HEALY, #146158
   440 N. 1st Street, Suite 100
3  San Jose, California   95112
   Telephone:  (408) 295-9555
4  Facsimile:   (408) 295-6606

5  ATTORNEYS FOR Debtors
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re: | ) | Case No. 09-51900 ASW |
|---|---|---|
| BENYAM and PAULA MULUGETA, | ) | CHAPTER 11 |
| Debtors. | ) | **DECLARATION OF WILLIAM J. HEALY RE: EX PARTE MOTION TO BE RELIEVED OR ALTERNATIVELY FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO BE RELIEVED AS COUNSEL** |
| | ) | |

I, William J. Healy, do hereby declare:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California and several districts and divisions of the United States District Court in the State of California, including this court. I am a member of the law firm of Campeau Goodsell Smith ("CGS"), attorney herein for Debtors and involved in the above entitled bankruptcy.

2. I submit his declaration of my own personal knowledge except as to those matters upon which I am informed and believe and as to those matters I am informed and believe them to be true. If called to testify as to the matters stated herein I could do so in an honest and competent manner. By way of this declaration I do not intend to waive any attorney client or work product privileges.

**DECLARATION OF WILLIAM J. HEALY RE: EX PARTE MOTION TO BE RELIEVED OR ALTERNATIVELY FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO BE RELIEVED AS COUNSEL**

3. I submit this declaration in support of CGS's **EX PARTE MOTION TO BE RELIEVED OR ALTERNATIVELY FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO BE RELIEVED AS COUNSEL**.

4. On September 30, 2009, Debtors BENYAM and PAULA MULUGETA ("Debtors") advised CAMPEAU GOODSELL SMITH ("CGS") that its services were terminated. The Court was advised of Debtors' decision at a September 30, 2009 hearing. At the same time CGS advised Debtors that it agreed with Debtors' request and that it had determined that it could not continue with its representation of Debtors and absent a signed stipulation would move the court to be formally relieved. As such, Debtors and CGS mutually agreed that CGS may be relieved as counsel for the Debtors and Debtors were to substitute in and act as their own counsel or retain new counsel.

5. At and following the September 30, 2009 hearings, Debtors and CGS discussed, at length, Debtors' termination of CGS and CGS's position that it could no longer continue its representation of Debtors. Debtors and CGS agreed that the attorney client relationship was fatally broken, it was necessary and in the best interest for Debtors and CGS to terminate the relationship immediately, Debtors and CGS would promptly sign and file a stipulation for substitution of attorneys (which was handed to Mr. Mulugeta), and CGS would conclude services in this matter by submitting an order to the court (approved by Lone Oak Fund, LLC and Tomoko Nakam) relative to the September 30, 2009 hearings and assisting in the delivery of monies to secured creditor Lone Oak Fund, LLC pursuant to the court's September 30, 2009 hearings and court's related minute orders.

6. Therefore, on September 30, 2009, CGS provided Debtors with a formal Stipulation For Substitution of Attorney. Mr. Mulugeta confirmed both Debtors would sign the Stipulation For Substitution of Attorney and return it to CGS promptly. Debtors and CGS agreed that the signed Stipulation For Substitution should be received by CGS no later than Monday, October 5, 2009 so it could be submitted to the court for approval or CGS would file an expedited motion to be relieved as counsel.

**DECLARATION OF WILLIAM J. HEALY RE: EX PARTE MOTION TO BE RELIEVED OR ALTERNATIVELY FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO BE RELIEVED AS COUNSEL**
2

Case: 09-51900   Doc# 164-1   Filed: 10/05/09   Entered: 10/05/09 14:36:23   Page 2 of 4

7. On October 2, 2009, CGS reminded Debtors that if it did not receive the signed Stipulation For Substitution Of Attorney by Monday, October 5, 2009 that CGS would file an expedited motion to be relieved as counsel for Debtors.

8. On October 5, 2009, CGS requested that Debtors return the signed Stipulation For Substitution Of Attorney by October 5, 2009 at noon, or CGS would file an expedited motion to be relieved as counsel for Debtors.

9. Presently, Debtors have not returned the signed Stipulation For Substitution Of Attorney as previously agreed.

10. CGS did not file this ex parte application and motion before today because, as discussed hereinabove, Debtors agreed to sign and return the Stipulation For Substitution Of Attorneys and CGS agreed it would not take action until October 5, 2009. Although Debtors have not return the signed stipulation, CGS has complied with its representations, namely on October 2, 2009, CGS submitted to the court an order relative to the September 30, 2009 hearings (approved by Lone Oak Fund, LLC and Tomoko Nakama), Debtors personally handled delivery of funds to secured creditor Lone Oak Fund, LLC on Friday, October 2, 2009 (via Federal Express), and on October 2, 2009 CGS provided delivery information in the form of a Federal Express Tracking Number to counsel for Lone Oak Fund, LLC. via telephone and email.

11. CGS has provided Debtors, via email and regular mail, with a written summary of pending dates and deadlines. Debtors have access to and regularly utilized Pacer

12. CGS's motion, and alternative request for an expedited hearing, is necessary because, as indicated in the accompanying motion, the attorney client relationship between Debtors and CGS appears fatally broken, it has become unreasonably difficult for CGS to carry out the employment effectively, Debtors have indicated they have terminated CGS's services and otherwise knowingly and freely assented to the termination of CGS's services as requested by CGS, and CGS believe, in good faith, there is good cause for withdrawal.

13. Further, at the September 30, 2009, hearing and in the court's related minute

**DECLARATION OF WILLIAM J. HEALY RE: EX PARTE MOTION TO BE RELIEVED OR ALTERNATIVELY FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO BE RELIEVED AS COUNSEL**

3

Case: 09-51900    Doc# 164-1    Filed: 10/05/09    Entered: 10/05/09 14:36:23    Page 3 of 4

orders, a schedule of dates, deadlines, and obligations were established which require Debtors to take various actions and file various documents with the court. Debtors appear to have complied with the first deadline as discussed hereinabove. The next date or deadline established by the court is Friday, October 9, 2009, at which time Debtors are to file various pleadings with the court.

14. CGS request the court grant its motion to be relieved as counsel or alternatively schedule an expedited hearing so CGS's representation can be formally concluded prior to the running of any further deadlines established by the court.

I declare under penalty of perjury under the laws of the United States Of America that the foregoing is true and correct and executed this 5th day of October 2009, in San Jose, California

    /s/ William J. Healy
William J. Healy
Attorneys For Debtors

**DECLARATION OF WILLIAM J. HEALY RE: EX PARTE MOTION TO BE RELIEVED OR ALTERNATIVELY FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO BE RELIEVED AS COUNSEL**
4

Case: 09-51900   Doc# 164-1   Filed: 10/05/09   Entered: 10/05/09 14:36:23   Page 4 of 4