Entered on Docket
October 08, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR Debtors

IT IS SO ORDERED.
Signed October 06, 2009

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                    ) Case No. 09-51900 ASW
                                          )
BENYAM and PAULA R. MULUGETA,             ) CHAPTER 11
                                          )
            Debtors.                      )
                                          )

## ORDER CONTINUING HEARING ON MOTION TO EXTEND TIME ON ORDER RE MOTION FOR RELIEF FROM AUTOMATIC STAY ("Harrison") AND MOTION TO SELL REAL PROPERTY ("Harrison")

Debtors Benyam and Paula R. Mulugeta's ("Debtors") Motion To Extend Time On Order Re Motion For Relief From Automatic Stay ("Harrison") and Motion to Sell Real Property ("Harrison") came on for hearing before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, in Courtroom 3020, on September 30, 2009. Debtors appeared by and through their counsel of record William J. Healy of Campeau Goodsell Smith, L.C. and were present in the courtroom. Lone Oak Fund, LLC ("Lone Oak") appeared by and through its counsel of record, Simon Aron of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP. Tomoko Nakama, secured creditor, appeared in pro se. Other appearances, if any, were noted on the record.

---

ORDER RE MOTION FOR RELIEF FROM AUTOMATIC STAY ("Harrison")

After reviewing and considering the motions and the statements and arguments of counsel and the parties appearing, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. The Debtors' Motion To Sell Real Property ("Harrison") is continued to October 22, 2009 at 8:30 a.m. in Courtroom 3020 before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge;

2. The Debtors' Motion To Extend Time On Order Re Motion For Relief From Automatic Stay ("Harrison") is continued to October 22, 2009 at 8:30 a.m. in Courtroom 3020 before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge. The Court's Order Re Motion For Relief From Automatic Stay ("Harrison") (Docket # 135) is extended through October 31, 2009 except as indicated herein or by further order of the Court;

3. By the close of business on October 5, 2009, Debtors and Tomoko Nakama will each pay to Lone Oak $7,500.00, by and through its counsel, and if the payments by Debtors and Tomoko Nakama are not made as indicated herein then the Court will grant relief from stay pursuant to a declaration from Lone Oak's counsel that the payments were not made;

4. By October 9, 2009, Debtors are to file and serve a declaration from R. K. Relan with respect to his ability to pay. By October 9, 2009, Debtors are to file and serve a proposal if the Debtors want to continuing paying at the $30,000.00 rate per month to extend the stay for sufficient time to close the transaction. If the Debtors do not provide the Relan declaration described herein, then Lone Oak's counsel should file and serve a declaration stating that the declaration of R. K. Relan was not filed and the court will then decide what further action or orders should be taken or issued; and

5. By October 20, 2009, at 2:00 p.m., Debtors are to file, and serve on Lone Oak, Robert Taylor, and Tomoko Nakama, a full statement detailing the status of all related matters.

//

//

APPROVED AS TO FORM

Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP

__/s/ Simon Aron_____
By: Simon Aron
Attorneys For Lone Oak Fund, LLC
Dated: October 1, 2009

APPROVED AS TO FORM
Tomoko Nakama
____/s/ Tomoko Nakam_____
By: Tomoko Nakama
Dated: October 1, 2009

***END OF ORDER***

**Court Service List**

**United States Trustee**
Office of the U.S. Trustee
U.S. Federal Bldg.
280 S. First St., Suite 268
San Jose, CA 95113

**Debtors**
Benyam/Paula R Mulugeta
1025 Harker Ave.
Palo Alto, CA 94301

Simon Aron
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 West Olympic Blvd, 9th Floor
Los Angeles, CA 90064-1565

Aglaia Panos
13240 Clairepointe Way
Oakland, CA 94619

California Mortgage
62 First St., 4th Fl
San Fco, CA 94105

Capital One Bank (USA), N.A.
C/O Tsys Debt Management (Tdm)
PO BOX 5155
NORCROSS, GA 30091

Chase
PO Box 94014
Palatine, IL 60094

Chrysler Financial
PO Box 9001921
Louisville, KY 40290

Chrysler Financial Services Americas LLC
Citi
PO Box 6415
The Lakes, NV 88901

| | |
|---|---|
| 1 | Countrywide Home Loans |
| 2 | PO Box 5170 |
|   | Simi Valley, CA 93062 |
| 3 | |
| 4 | Cupertino Dental |
| 5 | 10383 Torre Ave. #I |
|   | Cupertino, CA 95014 |
| 6 | |
| 7 | EMC |
|   | PO Box 660753 |
| 8 | Dallas, TX 75266 |
| 9 | Expo |
| 10 | PO Box 6028 |
|   | The Lakes, NV 88901 |
| 11 | |
| 12 | Internal Revenue Service |
|   | P O Box 21126 |
| 13 | Philadelphia, P A 19114 |
| 14 | Robert Taylor |
| 15 | 541B Cowper |
|   | Palo Alto, CA 94301 |
| 16 | |
| 17 | Sequoia Mortgage |
|   | 1114 Irwin St. |
| 18 | San Rafael, CA 94901 |
| 19 | Sonoma Bank |
| 20 | PO Box 6089 |
|   | Santa Rosa, CA 95406 |
| 21 | |
| 22 | Tomoko Nakama |
|   | 1569 Jackson St. |
| 23 | Oakland, CA 94612 |
| 24 | Wachovia Dealer Services, Inc |
| 25 | PO Box 25341 |
|   | Santa Ana, CA 92799 |
| 26 | Washington Mutual |
| 27 | PO Box 660487 |
|   | Dallas, TX 75266 |
| 28 | |

| | |
|---|---|
| 1 | Washington Mutual |
| 2 | PO Box 74148 |
| 3 | Phoenix, AZ 85062 |
| 4 | Wells Fargo |
|   | PO Box 30086 |
| 5 | Los Angeles, CA 90030 |
| 6 | |
|   | WELLS FARGO BANK N.A. |
| 7 | BDD BANKRUPTCY DEPT MAC S4101-08C |
|   | 100 W WASHINGTON ST, PHOENIX, AZ 85003 |
| 8 | |
| 9 | Wells Fargo Bank, N.A. |
|   | c/o Wells Fargo Card Services |
| 10 | Recovery Department |
|    | P.O. Box 9210 |
| 11 | Des Moines, IA 50306 |
| 12 | |
|    | SEQUOIA MORTGAGE CAPITAL |
| 13 | c/o Patric J. Kelly, Esq. |
| 14 | ADLESON, HESS & KELLY, APC |
|    | 577 Salmar Avenue, Second Floor |
| 15 | Campbell, CA 95008 |
| 16 | |
|    | Chrysler Financial Services Americas LLC |
| 17 | f/k/a DAIMLERCHRYSLER FINANCIAL |
| 18 | SERVICES AMERICAS LLC |
|    | c/o Randall P. Mroczynski, Esq. |
| 19 | 535 Anton Boulevard, Tenth Floor |
| 20 | Costa Mesa, CA 92626 |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |