Benyam and Paula R. Mulugeta
1020 Harker Ave.
Palo Alto, Ca. 94301
Tel.650-906-8012
Email bmulugeta1020@gmail.com

Debtors in Possession

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTIRCT OF CALIFORNIA

In Re:

Benyam and Paula R. Mulugeta

    Debtors

) Case No. 09-51900 ASW
) Chapter 11
)
) **DEBTORS DECLARATION AND PROPOSAL**
)
) Date: October 9, 2009
) Place: United States Bankruptcy Court
)        280 S. First Street
)        San Jose, CA. 95113
)

TO THE HONORABLE ARTHUR S. WEISSBORDT, UNITED STATES BANKRUPTCY JUDGE:

I, Benyam Mulugeta, do hereby declare and propose:

1- I am one of the debtors and authorized to make this declaration and proposal on my own behalf and on behalf of my spouse and Debtors, Paula R. Mulugeta ("Debtors").

2- The Debtors have been in real estate business since 1982, and Benyam Mulugeta, has been a real estate broker licensed in the State of California since 1985.

3- Debtors interviewed and hired, Mr. Scott Goodsell, for $100,000.00 retaining fee on March 20, 2009. Reason unknown to Debtors, Mr.Goodsell became uninvolved in our case, and Mr. William Healy became the principal lawyer in our case. However, Debtors repeatedly asked Mr. Goodsell to take over the case and do the necessary things for the case, the answer Debtors got from Mr. Goodsell was if you do not like it to find "another counsel"

Debtors believe based on the actions of Mr. Goodsell, and the way the case has been handle by Mr. Healy, and the knowledge Mr. Healy has in real estate business, which is Debtors main business, the luck of communication and understanding between Debtors and their counsel, and Mr. Goodsell unwillingness to listen Debtors concern, Debtors believe posses serious danger to the case. Thus, Debtors request the court to grant Debtors time to find another lawyer to represent them.
Debtors have start contacting other lawyers to represent them.

[Debtors Declaration and Proposal] - 1

4- The subject property, 2332 Harrison, Oakland, Ca. was appraised on April 17, 2009 for the buyer, Trading Spaces LLC, by Detailed Analysis Real Estate Appraiser and Investment Analysis for $7,500,000.00 "as is" (the court has the copy of the appraisal). Debtors believe that when there is equity on the property based on a fully developed appraisal; it is a strong showing for the court to grant Debtors for extension to sale the property and pay their creditors. The court should deny the Loan Oak Fund request for relief since Loan Oak Fund security and interest will not immediately be jeopardized due to the passage of time necessary for Debtors to sale the property and confirm a plan of reorganization. To allow at this stage Loan Oak Fund a relief, not only Loan Oak Fund will get huge wind fall above and over what the Debtors owe to Loan Oak Fund, but will do major damage to Debtors, the estate and other creditors.

5- The property, 2332 Harrison, Oakland, Ca. is essential for Debtors successful reorganization. Debtors will summit acceptable plan once Debtors get another lawyer to represent them.

6- The property, 2332 Harrison, has sufficient equity to make able Debtors successfully to reorganize and be able to pay off their creditors. In addition, the main reason why Debtors filed bankruptcy on March, 2009 was to get protection from creditor like Lone Oak Fund LLC.

7- Debtors are actively and aggressively marketing the property for sale, as the result, Debtors are currently working with two other additional prospective buyers and other two lessees. In addition, Debtors are interviewing and contacting Commercial Real Estate Companies, specialized in hotels, and ready to drop the sale price drastically for quick sale. Debtors will ask the court permission to hire commercial real estate broker, if Relan, the current buyer, will not removed all contingencies and ready to close the deal on or before October 19, 2009

8- The current buyer, Relan, has done inspection of the property, Debtors will know by October 19, 2009, that Relan will remove all contingencies and prepare to close the deal based on the agreed contract dated August30, 2009.

9- Starting November 10, 2009, Debtors are able to make the $30,000.00 per month payment the court ordered on the September 30, 2009 hearing, for Debtors to get sufficient time to sale the property.

10- Debtors request the court to order Lone Oak Fund, who is not dealing in good faith, to stop immediately from interfering with Debtors effort to sale the property, by claiming that they have court order for receivership and continuingly advertising the property for sale before they have any legal right to do so. That has caused major problem for Debtors to market the property effectively, since most prospective buyers now know the property is foreclosing and Loan Oak Fund has been contacting them.

11- Debtors submit the equity on 2332 Harrison property warrants a not given reasonable time, considering the current economy environment, to sale Harrison, a property which has enough equity, then all of the creditors, secured and unsecured, will suffer significant harm and Debtors' ability to reorganized will be severely c̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ jeopardized. Thus, Debtors believe that there is good cause exist to grant Debtors extension to sale the Harrison property.

[Debtors Declaration and Proposal] - 2

Case: 09-51900   Doc# 169   Filed: 10/09/09   Entered: 10/09/09 17:07:35   Page 2 of 6

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed on October 9, 2009 in Palo Alto, California.

_____
Benyam Mulugeta
Debtor

[Debtors Declaration and Proposal] - 3

# COURT SERVICE LIST

**United States Trustee**
Office of the U.S. Trustee
U.S. Federal Bldg.
280 S. First St., Suite 268
San Jose, CA 95113

**Debtors**
Benyam/Paula R Mulugeta
1025 Harker Ave.
Palo Alto, CA 94301

Simon Aron
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 West Olympic Blvd, 9th Floor
Los Angeles, CA 90064-1565

Aglaia Panos
13240 Clairepointe Way
Oakland, CA 94619

California Mortgage
62 First St., 4th Fl
San Fco, CA 94105

Capital One Bank (USA), N.A.
C/O Tsys Debt Management (Tdm)
PO BOX 5155
NORCROSS, GA 30091

Chase
PO Box 94014
Palatine, IL 60094

Chrysler Financial
PO Box 9001921
Louisville, KY 40290

Chrysler Financial Services Americas LLC
Citi
PO Box 6415
The Lakes, NV 88901

Countrywide Home Loans
PO Box 5170
Simi Valley, CA 93062

---

ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL
2

| | |
|---|---|
| 1 | Cupertino Dental |
| 2 | 10383 Torre Ave. #I |
| | Cupertino, CA 95014 |
| 3 | |
| 4 | EMC |
| | PO Box 660753 |
| 5 | Dallas, TX 75266 |
| 6 | |
| | Expo |
| 7 | PO Box 6028 |
| | The Lakes, NV 88901 |
| 8 | |
| | Internal Revenue Service |
| 9 | P O Box 21126 |
| 10 | Philadelphia, P A 19114 |
| 11 | |
| | Robert Taylor |
| 12 | 541B Cowper |
| | Palo Alto, CA 94301 |
| 13 | |
| 14 | Sequoia Mortgage |
| | 1114 Irwin St. |
| 15 | San Rafael, CA 94901 |
| 16 | |
| | Sonoma Bank |
| 17 | PO Box 6089 |
| | Santa Rosa, CA 95406 |
| 18 | |
| 19 | Tomoko Nakama |
| | 1569 Jackson St. |
| 20 | Oakland, CA 94612 |
| 21 | Wachovia Dealer Services, Inc |
| 22 | PO Box 25341 |
| | Santa Ana, CA 92799 |
| 23 | |
| | Washington Mutual |
| 24 | PO Box 660487 |
| 25 | Dallas, TX 75266 |
| 26 | Washington Mutual |
| 27 | PO Box 74148 |
| | Phoenix, AZ 85062 |
| 28 | |

**ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL**
3

| | |
|---|---|
| 1 | Wells Fargo |
| 2 | PO Box 30086 |
| | Los Angeles, CA 90030 |
| 3 | |
| 4 | WELLS FARGO BANK N.A. |
| | BDD BANKRUPTCY DEPT MAC S4101-08C |
| 5 | 100 W WASHINGTON ST, PHOENIX, AZ 85003 |
| 6 | Wells Fargo Bank, N.A. |
| 7 | c/o Wells Fargo Card Services |
| | Recovery Department |
| 8 | P.O. Box 9210 |
| 9 | Des Moines, IA 50306 |
| 10 | SEQUOIA MORTGAGE CAPITAL |
| 11 | c/o Patric J. Kelly, Esq. |
| | ADLESON, HESS & KELLY, APC |
| 12 | 577 Salmar Avenue, Second Floor |
| 13 | Campbell, CA 95008 |
| 14 | Chrysler Financial Services Americas LLC |
| 15 | f/k/a DAIMLERCHRYSLER FINANCIAL |
| | SERVICES AMERICAS LLC |
| 16 | c/o Randall P. Mroczynski, Esq. |
| 17 | 535 Anton Boulevard, Tenth Floor |
| | Costa Mesa, CA 92626 |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL
4