Benyam & Paula R. Mulugeta
1025 Harker Ave.
Palo Alto, Ca. 94301
Tel. 650-906-8012
Email. Bmulugeta1020@gmail.com

Debtors in Possession

Case No. 09-51900

Benyam and Paula R. Mulugeta

Debtors

**Declaration of Buyer R.K. Relan**

Date: October 5, 2009
Place: United States Bankruptcy Court
       280 S. First Street
       San Jose, CA. 95113

TO THE HONORABLE ARTHUR S. WEISSBORDT, UNITED STATES BANKRUPTCY JUDGE

Debtors are attaching to this cover letter Mr. R.K. Relan, declaration, buyer of 2332 Harrison, Oakland, property.

Benyam Mulugeta, Debtor

[Summary of pleading] - 1

# "R. K. Relan"

# Relan Mortgage / Relan Real Estate

{DRE License # 01164750}
*Balmore Circle Development, LLC / Whitman Condos Development, LLC*
*A Wyoming Limited-Liability companies, registered in CA*

Mailing Address: P O Box 14769 Fremont CA 94539 USA

Tel: 510-252-0700 Fax: 510-252-0701 Cell: 510-377-7964

E-mail: RKRHotels@aol.com

*www.RKRPublishing.com*

October 2, 2009

To Whom It May Concern:

**Declaration in Regard to the Purchase of 2332 Harrison, Oakland, Ca, 94612**

I, Ram K. Relan, do hereby declare:
I have been in real estate business, and investment since 1986. I have over 10 years of experience in luxury hotel such as Four Seasons and Sheraton. I am very capable & willing to invest and make the Lake Merritt Hotel, 2332 Harrison, Oakland, CA what it ought to be. My assets are over $10 million and I also own a hotel in Sacramento as a partner.

I have been interested on 2332 Harrison property for a long time. However, since the owners has been working with other offer; I was unable to move forward on it. However, on August 30, 2009 when the owner contacted me and informed me that the existing offer had not closed on the agreed time so I made an offer on August 30, 2009 to purchased the property.
I am willing and able to buy the property based on the terms and conditions in the contract agreed between the sellers and I on August 30, 2009.
I declare under the laws of the United States the foregoing is true and correct, and executed on October 2, 2009.

Sincerely,

R.K. Relan

1