Entered on Docket
October 26, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
1  CAMPEAU GOODSELL SMITH, L.C.
   SCOTT L. GOODSELL, #122223           IT IS SO ORDERED.
2  WILLIAM J. HEALY, #146158            Signed October 26, 2009
   440 N. 1st Street, Suite 100
3  San Jose, California   95112
   Telephone:  (408) 295-9555
4  Facsimile:  (408) 295-6606                  Arthur S. Weissbrodt
                                               U.S. Bankruptcy Judge
5  ATTORNEYS FOR Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No. 09-51900 ASW |
| BENYAM and PAULA R. MULUGETA, | CHAPTER 11 |
| Debtors. | **ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL** |

The Motion To Be Relieved As Counsel for Debtors Benyam and Paula Mulugeta ("Debtors') filed by Campeau Goodsell Smith and specially set for hearing by the court came on for hearing before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, in courtroom 3020 of the above entitled court, on October 14, 2009 at 2:15 p.m. Appearances were as noted in the court's record. Campeau Goodsell Smith appeared through William J. Healy. Debtors appeared through Benyam Mulugeta.

The Court, having read and considered the Motion To Be Relieved As Counsel for Debtors BENYAM and PAULA MULUGETA ("Debtors") filed by CAMPEAU GOODSELL SMITH ("CGS"), having found notice was reasonable, and having found good cause, does hereby grant the motion and the requested relief and therefore,

IT IS HEREBY ORDERED that CAMPEAU GOODSELL SMITH is relieved as counsel of record for Debtors BENYAM and PAULA MULUGETA effective the close of

**ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL**

business on October 30, 2009, unless replaced earlier by new counsel. Effective the close of business on October 30, 2009, unless represented by new counsel, Debtors BENYAM and PAULA A. MULUGETA shall proceed pro se.

Effective the close of business October 30, 2009, unless represented by new counsel, and until further notice, Debtors are to be served with pleadings and other court documents as follows:

> Benyam Mulugeta and Paula Mulugeta
> 1025 Harker Ave.
> Palo Alto, CA 94301
> 650-325-1887 (Home)
> 650-906-8012 (Cell)

**\* \* \* END OF ORDER \* \* \***

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | **COURT SERVICE LIST** |
| 4 | **United States Trustee** |
| | Office of the U.S. Trustee |
| 5 | U.S. Federal Bldg. |
| | 280 S. First St., Suite 268 |
| 6 | San Jose, CA 95113 |
| 7 | **Debtors** |
| | Benyam/Paula R Mulugeta |
| 8 | 1025 Harker Ave. |
| | Palo Alto, CA 94301 |

**ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL**

3