Benyam and Paula R. Mulugeta
1025 Harker Ave.
Palo Alto, Ca. 94301
Tel; 650-906-8012
Email bmulugeta1020@gamil.com

Debtors in Possession

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: ) Case No. 09-51900 ASW
)
Benyam and Paula R. Mulugeta ) CHAPTER 11
) **STATUS REPORT**
Debtors ) Date: December 28, 2009
) Place: 280 S. First Street
) San Jose, CA 95113
)
) Judge: The Honorable A. Weissbrodt
_____ )

**DEBTORS' STATUS REPORT IN SUPPORT OF DEBTORS' MOTION TO EXTEND TIME ON ORDER RE MOTION FOR RELIEF FROM AUTOMATIC STAY ("Harrison") AND MOTION TO SELL REAL PROPERTY ("Harrison")**

Debtors, Benyam and Paula R. Mulugeta, pursuant to the Court's October 22, 2009 Order Continuing Hearing On Motion To Extend On Order RE Motion For Relief From Automatic Stay ("Harrison") and Motion To Sell Real Property ("Harrison"}.

I. **Status of Matters Set Forth In Order**
A. The order required that Debtors and/or junior secured creditor Tomoko Nakama to pay Lone Oak Fund the amount of **$30,000.00** on **November 10, 2009** and another **$30,000.00** on **December 10, 2009**, or "Cure Period" both payments had been made to Lone Oak Fund through their council Mr. Simon Aron. **Note,** Debtors have been in real estate business the past 25 years, if "Harrison" is "under water" and did not maintain its value, and is not essential for debtor's reorganization plan Debtors would have been walked away from it rather than paying for example, the $60,000.00 the past two months.
B. The order required that Debtors shall file and serve a status on or before December 28, 2009 to Lone Oak Fund counsel by email and U.S Mail.
C. On December 21, 2009 Mr. Daniel Woodard, of Woodard Construction had inspected the property for Lone Oak Fund. Debtors are requesting a copy of the report, in order to respond to the findings or items mentioned on the report.
D. The order required Debtors to file and serve a status statement detailing the status of related matter. The following statements address that requirement.

Status report 1

 

EXHIBIT II

# LAW OFFICES
## WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

Simon Aron
Of Counsel

File No.
16343-016

saron@wrslawyers.com

March 16, 2009

**EX PARTE NOTICE**

**Via Telecopier (650) 323-1143 & Overnight Delivery**
Benyam Mulugeta
Paula R. Mulugeta
1025 Harker Avenue
Palo Alto, CA 94301

    Re:  Lone Oak Fund, LLC v Mulugeta, et al
Property Address:  2332 Harrison Street, Oakland, California

Dear Mr. & Ms. Mulugeta

  Please be advised that this office represents the Lone Oak Fund, LLC ("Lender") in connection with the loan made to Benyam Mulugeta and Paula R. Mulugeta (referred to collectively as the "Borrower").

  This letter is notice that on March 18, 2009, at 3:00 p.m. in Department 24 of the Alameda County Superior Court located at County Administration Building, 1221 Oak Street, Oakland, California 94612, Lender will be appearing in connection with an ex parte application for an order appointing receiver to take possession and control of the above-referenced property and for a temporary restraining order/preliminary injunction in connection therewith.

  If you have any questions, please do not hesitate to contact me.

          Very truly yours,
       WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

         SIMON ARON

SA/sm

11400 West Olympic Boulevard, 9th Floor, Los Angeles, California 90064-1582
Tel 310.478.4100  Fax 310.479.1422
www.wrslawyers.com

Los Angeles • Las Vegas • Reno



11611 SAN VICENTE BOULEVARD   TELEPHONE 310 828 2888
SUITE 640                     FAX  310 820 9145
LOS ANGELES, CA 90049         WWW. LONEOAKFUND.COM

**EXHIBIT III**



LONE OAK FUND
CALIFORNIA'S BRIDGE LENDER

Dear Tomoko,

We spoke the other day regarding the sale of the Merritt Hotel located at 2332 Harrison Street Oakland, CA and Lone Oak Fund's $3.5M 1st trust deed.

The Trustee's Sale will take place on March 26, 2009 at the Fallon Street entrance to the County Courthouse, 1225 Fallon Street, Oakland, CA in Alameda County. The starting bid is $3,729,469.10

The 41,665 sq. ft. historic hotel has a restaurant-style kitchen and two large ballrooms that can be used for banquets. It is situated near Lake Merritt, a new Whole Foods market, and a breathtaking newly completed Catholic  The property could also be used as an educational facility, student housing, VA housing, drug rehab, assisted living, transitional care and short-term stay facility

If you have any questions or would like to receive further information about this property, please feel free to contact me at the number below

Thank you.

*Deanna Danski*

LONE OAK FUND, LLC
11611 San Vicente Blvd, Suite 640
Los Angeles, CA 90049
Office – 310.826.2588 x16
Fax – 310.820.9145

COURT SERVICE LIST
CASE NO.: 09-51900 ASW

**DEBTORS**
Benyam Mulugeta
Paula Mulugeta
1025 Harker Avenue
Palo Alto, CA 94301

**U.S. TRUSTEE**
United States Trustee
U.S. Federal Building
280 S. 1st Street, #268
San Jose, CA 95113-3004

Aglaia Panos
13240 Clairepointe Way
Oakland, CA 94619

Robert Taylor
541B Cowper
Palo Alto, CA 94301

Tomoko Nakama
1569 Jackson St.
Oakland, CA 94612

Campeau Goodsell Smith, L.C.
Scott L. Goodsell
William J. Healy
440 N. 1st Street, Suite 100
San Jose, CA 95112

Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
Simon Aron
11400 W. Olympic Boulevard
Ninth Floor
Los Angeles, CA 90064