Benyam and Paula R. Mulugeta
1025 Harker Ave.
Palo Alto, Ca. 94301
Tel: 650-906-8012
Email bmulugeta1020@gamial.com

Debtors in Possession

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re;

Benyam and Paula R. Mulugeta )  Case No. 09-51900 ASW
) CHAPTER 11
Debtors )
) Date: January 8, 2010
) Time: 2.00 pm
) Room: 3020
)
) Judge: The Honorable A. Weissbrodt

**STATUS CONFERENCE STATEMENT**

Debtors, Benyam and Paula R. Mulugeta (jointly "Debtors") submit this Status Conference Statement.

**I. Summary Background Regarding Debtors.**

Debtors' main line of business and holdings is real estate. Debtors have been in real estate business for over 25 years. Debtor, Benyam Mulugeta, has been real estate broker and licensed in the State of California for over 25 years. Debtors are the owners of seven residential and commercial properties generally described as follows:

1. <u>1025 Harker Ave. Palo Alto, Ca.</u> Debtors' residence. Debtors have been fixing the property the past four months to prepare it for rental. Debtors will be renting the main house, which has 5 bedrooms and 3 bathrooms, starting **January 15, 2010 for $6,500.00** and moving to the in-law unit of the property in order to cut expenses and be able to pay the loans. In addition, Debtors will try to modify the loans, and hoping to pay the pre-petition and make the loan current from the sale of "Harrison"* property.

2. <u>1339 Sevier Ave. Menlo Park, Ca.</u> A single family residence is used as a rental property. Debtors have started making monthly payment in the amount of **$1,800.00 per month** to the lender, Wells Fargo Bank, of the property. Debtors would like to negotiate for modification of the loan; at this time selling it or foreclosure will have huge tax liability, since Debtors purchased the property 25 years ago for $60,000.00. This is Debtors first property. Debtors would like to keep the property after making the loan current from the sale of "Harrison" property.

STATUS CONFERENCE STATEMENT- 1

3. <u>240 E.O'Keefe East Palo Alto, Ca.</u> A 21 Unit apartment building located in East Palo Alto, Debtors have remodel and rented all but 2 units vacant, one of the vacant will be rented before February 1st, 2010. **Debtors have been making post-petition payments in the amount of $9,817.70 per month to Sterling Saving Bank, 1st lien holder.** Debtors are planning to submit a plan near future. Sterling Saving Bank had appraised the property a month ago. Debtors believe the property has equity and essential for Debtors reorganization. In addition, since the property has cash flow it is essential for Debtors reorganization and ability to pay junior creditors. Debtors believe, and the appraisal done by the lender on November, 2009 also proves, that Sterling Saving Bank interest and security is safe. Debtors had an offer for $2,750,000.00 from a buyer on November 5, 2009. However, the buyer backed out off the deal after finding out that the Debtors are in bankruptcy and that there was a trustee sale schedule on the property, thinking they can get it for much lower price than they offered.

4. <u>353 Grand Ave. Oakland, Ca.</u> A 3 story, 21 unit apartment building with 4 commercial units on the street level. The property was vacant over six months for renovation and to address code violation, the City of Oakland wrote. The Debtors and their entire family had worked on the property for several months to make it ready for rent, and currently of the 21 units 16 are rented, and all the commercial units also are rented. This property was one of the reasons why the Debtors got into financial problem and forced to file chapter 11. However, currently, the Debtors make the property stable and make it able to generate rental income. The lender, Sterling Saving Bank had appraised the property on November, 2009, Debtors believe that the property appraised well. Thus, Sterling Saving Bank interest and security is safe. "Grand" is one of the property which is essential for Debtors reorganization and for Debtors ability to pay their other creditors. **Debtors have been making post-petition payments to the lender, Sterling Saving Bank in the amount $10,505.20 per month.**

5. <u>2332 Harrison, Oakland, Ca.</u> A 5 story, 156 rooms' hotel, located near Lake Merritt. Debtors are currently working with a buyer, Trading Spaces, which **offered $7,000,000.00 "As Is"**. The buyer had done inspection, appraisal, and put **over $470,000**.00 for bond in order to obtain the loan. Debtors believe based on the action and evidence of the buyer and their current correspondence that the buyer has all intention and ability to buy the property. **The property "Harrison" has huge equity based on the appraisal and the offers Debtors had received, and essential property for Debtors to be able to organized and get out off bankruptcy.** If Debtors are not allowed to sale the property, and pay their creditors the whole case will be jeopardize, and Debtors will be seriously damaged and all junior creditors will be wiped out, if one creditor, Lone Oak Fund, to be allowed foreclosed or grant a

STATUS CONFERENCE STATEMENT- 2

relief from stay and take a disproportionate share of the estate (equity) to the detriment of other creditors. Debtors had order new full fledge appraisal to show that the property is **not "under water"** and it has equity which is essential to Debtors reorganization and to come out of bankruptcy, and to be able to pay their creditors. **Debtors have been paying the lender, Lone Oak Fund, $30,000.00 per months November and December, 2009. Debtors have intention to continue to make payment to Lone Oak Fund until Debtors sale or refinance the property. Debtors requested loan modification on December 16, 2009, and waiting to hear from the lender. The property, "Harrison" has EQUITY AND ESSENTIAL FOR DEBTORS REORGANIZATION AND ABILITY TO PAY THEIR CREDITORS AND COME OUT OF BANKRUPTCY. DEBTORS WILL TRY TO SUMMIT A NEW APPRAISAL TO THE COURT ON OR BEFORE JANUARY 8, 2010.** Debtors also submit that the interference by Lone Oak Fund, added with the current economic condition make it very hard to market and sale "Harrison." Debtors request the court to put some kind of injunction for Lone Oak Fund to stop its interference and harassment.

6-1112 and 1114 Chaucer, Berkeley, Ca. 2 single family houses (duplex) located in Berkeley. Since the property had high vacancy and turn around, the rental income was not constant. The income generated from the property the past seven months went to fix either the front unit or the back unit. For example, the back unit, which is 1114 Chaucer, the tenant is moving out after 5 months of staying at the unit, now the Debtors have to paint and clean up, which result in a lose of one month or two months of income until they find another tenant. **Debtors will propose to the court and the lender to start making $1,800.00 per month which is stable income from the front unit, the tenant has the plan to stay for a long time.** Since the property has equity it is one of essential property for Debtors reorganization.

7- 5401 Brann, Oakland, Ca. a single family home used as rental. Debtors have started **making $1,500.00 payment to the lender,** Bank of America. The property is "under water", however, Debtors would like to keep the property, selling it or foreclosure will create a huge tax liability to the estate. Debtors have a plan to make the loan current from the sale of "Harrison" property.

**II- PLAN**

Debtors will submit a formal reorganization plan very near future, to show how they are planning to resolve their financial problem and pay their creditors.

STATUS CONFERENCE STATEMENT- 3

### III- ATTORNEY

Debtors currently are not represented by an attorney. However, Debtors had contacted several Chapter 11 lawyers to represent them in their Chapter 11 case. Debtors will submit a motion to ask the court to get a permission to borrow against the estate to hire one of the attorneys they had contacted. Currently, Debtors getting legal advice from Mr. Razi A. Shah, attorney at law, who is assisting the Debtors in the State case, and Ms. Fayedine Coulter, attorney at law.

### IV. RECOMMENDATION

Debtors recommend the court to continue the Status Conference for 60 days at which time Debtors should have resolution on **"Harrison"** property, and either move to dismiss their chapter 11 case or submit a formal reorganization plan.

Dated: January 4, 2010

_____
Benyam Mulugeta
Debtor

STATUS CONFERENCE STATEMENT- 4

Case: 09-51900   Doc# 197   Filed: 01/04/10   Entered: 01/05/10 17:17:13   Page 4 of 4