UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 15 2010
CLERK
United States Bankruptcy Court
San Jose, California

In re: Benyam Mulugeta and Paula R Mulugeta

Case No. 09-51900

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 10/31/09 **PETITION DATE:** 03/18/09

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $154,541 | $150,406 | |
| | b. Total Assets | $17,435,519 | $17,431,384 | $17,538,000 |
| | c. Current Liabilities | $468,685 | $423,608 | |
| | d. Total Liabilities | $12,650,390 | $12,605,313 | $12,181,705 |
| | | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $28,525 | $33,053 | $61,578 |
| | b. Total Disbursements | $42,481 | $31,234 | $73,715 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($13,956) | $1,819 | ($12,137) |
| | d. Cash Balance Beginning of Month | $406 | ($1,413) | $0 |
| | e. Cash Balance End of Month (c + d) | ($13,550) | $406 | ($12,137) |
| | | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $150,000 | $150,000 | |
| 6. | **Post-Petition Liabilities** | $468,685 | $423,608 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $431,108 | $369,231 | |

| | **At the end of this reporting month:** | **Yes** | **No** |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. | Are a plan and disclosure statement on file? | | x |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees ___; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 11/15/2009 0:00

Benyam & Paula Mulugeta
Responsible Individual



Case: 09-51900 Doc# 207 Filed: 01/15/10 Entered: 01/20/10 13:43:26 Page 1 of 18

**BALANCE SHEET**
**(Small Real Estate/Individual Case)**
**For the Month Ended** 10/31/09

| | **Assets** | **Check if Exemption Claimed on Schedule C** | **Market Value** |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $4,541 |
| 2 | Accounts receivable (net) secured note | | $150,000 |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Rent Receivable | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $154,541 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | $75,000.00 | $2,925,000 |
| 8 | Real property (rental or commercial) | | $14,300,000 |
| 9 | Furniture, Fixtures, and Equipment | $8,000.00 | $31,000 |
| 10 | Vehicles | $9,000.00 | $17,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | $7,978 |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $17,280,978 |
| 18 | **Total Assets** | | $17,435,519 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $37,577 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $299,708 |
| 21 | Post-petition delinquent taxes | | $131,400 |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $468,685 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $468,685 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $1,500,000 |
| 29 | Secured claims (other) | | $10,327,979 |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $353,726 |
| 32 | **Total Pre-Petition Liabilities** | | $12,181,705 |
| 33 | **Total Liabilities** | | $12,650,390 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | |
| 35 | **Total Liabilities and Equity (Deficit)** | | $12,650,390 |

NOTE:
Appraisals; familiarity with comparable market prices, and current sales in the neighborhoods.


Case: 09-51900 Doc# 207 Filed: 01/15/10 Entered: 01/20/10 13:43:26 Page 2 of 18

## SCHEDULES TO THE BALANCE SHEET

**Schedule A**
**Rental Income Information**

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | **Description of Property** | 240 E O'Keefe, EPA | 1399 Sevier, MP | 353 Grand, Oakland |
| 2 | **Scheduled Gross Rents** | $0 | $2,000 | $28,200 |
| | **Less:** | | | |
| 3 | **Vacancy Factor** | | $0 | $18,600 |
| 4 | **Free Rent Incentives** | | | |
| 5 | **Other Adjustments** | | | |
| 6 | **Total Deductions** | $0 | $0 | $18,600 |
| 7 | **Scheduled Net Rents** | $0 | $2,000 | $9,600 |
| 8 | **Less: Rents Receivable (2)** | $2,187 | | |
| 9 | **Scheduled Net Rents Collected (2)** | ($2,187) | $2,000 | $9,600 |

(2) To be completed by cash basis reporters only.

**Schedule B**
**Recapitulation of Funds Held at End of Month**

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | **Bank** | Wells Fargo Bank | Wells Fargo Bank | Wells Fargo Bank |
| | | 240 E O'Keefe, EPA | 1399 Sevier, MP | 353 Grand, Oakland |
| 11 | **Account No.** | 5663188133 | 5663184934 | 9662960591 |
| 12 | **Account Purpose** | Debtor In Possession | Debtor In Possession | Debtor In Possession |
| 13 | **Balance, End of Month** | $241 | $26 | $324 |
| 14 | **Total Funds on Hand for all Accounts** | $4,541 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.



Case: 09-51900 Doc# 207 Filed: 01/15/10 Entered: 01/20/10 13:43:26 Page 3 of 18

## SCHEDULES TO THE BALANCE SHEET

**Schedule A**

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 4 | Property 5 | Property 6 |
|---|---|---|---|---|
| 1 | Description of Property | 2332 Harrison, Oakland | 5401 Brann, Oakland | 1112-1114 Chaucer, Berkeley |
| 2 | Scheduled Gross Rents | $70,200 | $1,800 | $3,800 |
| | Less: | | | |
| 3 | Vacancy Factor | $70,200 | $0 | $1,800 |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | $600 | |
| 6 | Total Deductions | $70,200 | $600 | $1,800 |
| 7 | Scheduled Net Rents | $0 | $1,200 | $2,000 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $1,200 | $2,000 |

(2) To be completed by cash basis reporters only.

**Schedule B**

| | | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo Bank | Wells Fargo Bank | Wells Fargo Bank |
| | | 2332 Harrison, Oakland | 5401 Brann, Oakland | 1112-1114 Chaucer, Berkeley |
| 11 | Account No. | 2119172076 | 5663186152 | 5663186145 |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | $6 | $10 | $10 |
| 14 | Total Funds on Hand for all Accounts | $4,541 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

## SCHEDULES TO THE BALANCE SHEET

**Schedule A**

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 7 | Property 8 |
|---|---|---|---|
| 1 | **Description of Property** | 1111 Alma, Palo Alto | 1025 Harker, Palo Alto |
| 2 | **Scheduled Gross Rents** | $3,500 | $3,000 |
| | **Less:** | | |
| 3 | **Vacancy Factor** | $3,500 | $3,000 |
| 4 | **Free Rent Incentives** | | |
| 5 | **Other Adjustments** | | |
| 6 | **Total Deductions** | $3,500 | $3,000 |
| 7 | **Scheduled Net Rents** | $0 | $0 |
| 8 | **Less: Rents Receivable (2)** | | |
| 9 | **Scheduled Net Rents Collected (2)** | $0 | $0 |

(2) To be completed by cash basis reporters only.

**Schedule B**

| | | Account 7 | Account 8 |
|---|---|---|---|
| 10 | **Bank** | Wells Fargo Bank<br>1111 Alma, Palo Alto | Wells Fargo Bank<br>1025 Harker, Palo Alto |
| 11 | **Account No.** | 5663186160 | 9662960559 |
| 12 | **Account Purpose** | | |
| 13 | **Balance, End of Month** | $10 | $3,915 |
| 14 | **Total Funds on Hand for all Accounts** | $4,541 | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**Increase/(Decrease) in Cash and Cash Equivalents**

**For the Month Ended** 10/31/09

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $12,613 | $195,380 |
| 2 | Cash Received from Sales | $912 | $11,941 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Tomoko & Benyam Mulugeta Jr. for Lone Oak | $15,000 | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $28,525 | $207,321 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | $1,653 | $8,265 |
| 17 | Interest Paid | $35,470 | $111,950 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $4,019 | $78,051 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other(tution) | | $7,562 |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Personal expenses | $1,340 | $105,359 |
| 33 | Omni Cancun | | $503 |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $42,481 | $311,690 |
| 38 | **Net Increase (Decrease) in Cash** | ($13,956) | |
| 39 | **Cash Balance, Beginning of Period** | $406 | |
| 40 | **Cash Balance, End of Period** | ($13,550) | $0 |



Case: 09-51900 Doc# 207 Filed: 01/15/10 Entered: 01/20/10 13:43:26 Page 6 of 18

# Basic Business Services® Package






BENYAM MULUGETA
DBA LAKE MERRITT LODGE
DEBTOR IN POSSESSION
CH 11, CASE 09-51900 (NCA)
1025 HARKER AVE
PALO ALTO CA 94301-3419

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)
*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Discover Wells Fargo's online educational resources, including audio and video content, newsletters and articles that provide information, strategies and actionable tips to help your business navigate today's challenging environment. To find out more visit wellsfago.com/biz/education.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $17.70 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 12.00 |
| **Ending balance on 10/31** | **$5.70** |
| Average ledger balance this period | $17.70 |

Account number: **2119172076**

**BENYAM MULUGETA**
**DBA LAKE MERRITT LODGE**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.



File = GB62E130 (114)
PieceID = 010705 Sheet Seq = 0021037




## Wells Fargo Rewards for Business Check Card

| | |
|---|---|
| Total points available as of 10/29/2009 | 0 |
| Points earned in the month of September | 0 |
| Points redeemed in the month of September | 0 |

*Get your most current point balance and redeem rewards at WellsFargoRewards.com or call 1-888-246-1834.*

## Transaction history

| *Date* | *Check Number* | *Description* | *Deposits/ Credits* | *Withdrawals/ Debits* | *Ending daily balance* |
|---|---|---|---|---|---|
| 10/30 | | Monthly Service Fee | | 12.00 | 5.70 |
| **Ending balance on 10/31** | | | | | **5.70** |
| **Totals** | | | **$0.00** | **$12.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Help our environment! Turn off paper statements and go online.
If 20% of U.S. businesses & households switched to online statements & e-bills only, over 1.8 million trees would be saved each year. It's easy to change your statement preferences. Simply sign on to Wells Fargo Business Online at wellsfargo.com/biz, go to Account Services, select Change Delivery Options, and select Online Only.



# IMPORTANT ACCOUNT INFORMATION

Coming Soon: Overdraft And Insufficient Fund Notices Via Email

To expedite urgent account communication, we are changing the way we deliver account notices to customers for whom we have a valid email address. Starting January 17, 2010, we will send an email alert notifying you of an overdraft and insufficient funds notices in your secure online mailbox and discontinue mailing you a paper notice. These notices arrive up to 3 days faster than paper notices, and can help you resolve situations more quickly and avoid additional fees. If you want to continue to receive notices by mail, please sign on to Online Banking, and go to Delivery Preferences and select Online & U.S. Mail next to Account Notices, or contact us at 1-800-956-4442.





# Custom Management® Checking

## Activity summary

| | |
|---|---|
| Balance on 10/1 | 26.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 10/31** | **$26.00** |

Account number: **5663184934**

**PAULA MULUGETA**
**BENYAM MULUGETA (EMC-SEVIER)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A., California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

Credit Defense Platinum on Credit Cards is no longer a qualifying account to meet the Package requirements for Wells Fargo Checking Packages. If you have questions please contact your Wells Fargo banker or call Wells Fargo Phone Bank at 1-800-TO-WELLS (1-800-869-3557).



89 *GE573231|000005|03|14|0|0|0|0|*





# Complete Advantage® Checking

## Activity summary

| | |
|---|---|
| Balance on 10/1 | 10.00 |
| Deposits/Additions | 2,000.01 |
| Withdrawals/Subtractions | - 2,000.00 |
| **Balance on 10/31** | **$10.01** |

Account number: **5663186145**

**BENYAM MULUGETA**
**PAULA MULUGETA (EMC-CHAUCER)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A., California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.01 |
| Average collected balance this month | $397.09 |
| Annual percentage yield earned | 0.03% |
| Interest paid this year | $0.01 |

## Transaction history

| *Date* | *Description* | *Check No.* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending Daily Balance* |
|---|---|---|---|---|---|
| **Beginning balance on 10/1** | | | | | **10.00** |
| 10/6 | Deposit | | 2,000.00 | | 2,010.00 |
| 10/13 | Withdrawal Made IN A Branch/Store | | | 2,000.00 | 10.00 |
| 10/30 | Interest Payment | | 0.01 | | 10.01 |
| **Ending balance on 10/31** | | | | | **10.01** |
| **Totals** | | | **$2,000.01** | **$2,000.00** | |





# Complete Advantage® Checking

## Activity summary

| | |
|---|---|
| Balance on 10/1 | 10.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 10/31** | **$10.00** |

Account number: **5663186160**

**BENYAM MULUGETA**
**PAULA MULUGETA (ALMA)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A., California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest paid on 10/31 | $0.00 |
| Average collected balance this month | $0.00 |
| Annual percentage yield earned | 0.00% |
| Interest paid this year | $0.00 |





# Complete Advantage® Checking

## Activity summary

| | |
|---|---|
| Balance on 10/1 | 10.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 10/31** | **$10.00** |

Account number: **5663186152**

**BENYAM MULUGETA**
**PAULA MULUGETA (BRAN)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A., California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest paid on 10/31 | $0.00 |
| Average collected balance this month | $0.00 |
| Annual percentage yield earned | 0.00% |
| Interest paid this year | $0.00 |



91 *GE573231|000005|04|14|0|0|0|0|*





# Custom Management® Checking

## Activity summary

| | |
|---|---|
| Balance on 10/1 | 348.02 |
| Deposits/Additions | 20,332.77 |
| Withdrawals/Subtractions | - 20,439.72 |
| **Balance on 10/31** | **$241.07** |

Account number: **5663188133**

**PAULA MULUGETA**
**BENYAM MULUGETA (OKEEFE)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A., California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| **Beginning balance on 10/1** | | | | | **348.02** |
| 10/1 | Deposit | | 1,666.00 | | |
| 10/1 | Deposit | | 500.00 | | |
| 10/1 | Online Transfer Ref #Ibexb9MT3R to Custom Management(Rm) Xxxxxx0559 On 10/01/09 | | | 200.00 | |
| 10/1 | Online Transfer Ref #Ibebwypzqp to Custom Management(Rm) Xxxxxx0559 On 10/01/09 | | | 100.00 | 2,214.02 |
| 10/2 | Deposit | | 3,140.12 | | |
| 10/2 | Online Transfer Ref #Ibebwysrcm to Custom Management(Rm) Xxxxxx0559 On 10/02/09 | | | 500.00 | |
| 10/2 | POS Purchase - 10/02 Mach ID 000000 Sou The Home Desou The Hoemeryville CA 6800 ?McC=5200 121042882DA | | | 51.11 | |
| 10/2 | Check Crd Purchase 09/30 Chevron 00098168 Newark CA 486827Xxxxxx6800 275940007504288 ?McC=5542 121042882DA90 | | | 44.78 | |
| 10/2 | POS Purchase - 10/02 Mach ID 000000 Safeway Store Safeway Snewark CA 6800 ?McC=5411 121042882DA | | | 28.78 | 4,729.47 |
| 10/5 | Deposit | | 5,100.00 | | |
| 10/5 | Online Transfer Ref #Ibexb9Zygr to Custom Management(Rm) Xxxxxx0559 On 10/04/09 | | | 500.00 | |
| 10/5 | POS Purchase - 10/03 Mach ID 000000 Sou The Home Desou The Hoe Palo Alto CA 6800 ?McC=5200 121042882DA | | | 65.31 | |
| 10/5 | Check Crd Purchase 10/03 High St. Gas & Food Oakland CA 486827Xxxxxx6800 277940015827702 ?McC=5542 121042882DA90 | | | 41.66 | |
| 10/5 | POS Purchase - 10/04 Mach ID 000000 Sou The Home Desou The Hoemeryville CA 6800 ?McC=5200 121042882DA | | | 28.05 | |
| 10/5 | POS Purchase - 10/04 Mach ID 000000 Sou The Home Desou The Hoemeryville CA 6800 ?McC=5200 121042882DA | | | 11.35 | 9,183.10 |
| 10/6 | Deposit | | 2,600.00 | | |
| 10/6 | Online Transfer Ref #Ibeqj78CI5 to Custom Management(Rm) Xxxxxx0559 On 10/06/09 | | | 500.00 | |
| 10/6 | Online Transfer Ref #Ibetf8Qp32 to Custom Management(Rm) Xxxxxx0559 On 10/06/09 | | | 500.00 | |
| 10/6 | Check Crd Purchase 10/04 Grand Lake Ace Hdwe IN Piedmont CA 486827Xxxxxx6800 279940009605607 ?McC=5251 121042882DA90 | | | 19.39 | 10,763.71 |
| 10/7 | Deposit Made IN A Branch/Store | | 2,400.00 | | |
| 10/7 | Online Transfer Ref #Ibebwzbpjp to Custom Management(Rm) Xxxxxx0559 On 10/07/09 | | | 500.00 | |
| 10/7 | POS Purchase - 10/07 Mach ID 000000 Arco Paypoint Arco Paypooakland CA 6800 ?McC=5542 121042882DA | | | 46.01 | |
| 10/7 | POS Purchase - 10/06 Mach ID 000000 Sou The Home Desou The Hoe Palo Alto CA 6800 ?McC=5200 121042882DA | | | 32.78 | 12,584.92 |
| 10/8 | Deposit | | 1,800.00 | | |
| 10/8 | POS Purchase - 10/08 Mach ID 000000 Garden Supermargarden Supe Palo Alto CA 6800 ?McC=5499 121042882DA | | | 62.00 | 14,322.92 |
| 10/9 | Withdrawal Made IN A Branch/Store | | | 1,612.13 | 12,710.79 |

Case: 09-51900 Doc# 207 Filed: 01/15/10 Entered: 01/20/10 13:43:26 Page 13 of 18



*GE573231|000005|05|14|0|0|0|0|*





## CUSTOM MANAGEMENT® CHECKING (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 10/13 | Deposit | | 1,900.00 | | |
| 10/13 | Deposit | | 326.65 | | |
| 10/13 | Withdrawal Made IN A Branch/Store | | | 1,317.70 | |
| 10/13 | Withdrawal Made IN A Branch/Store | | | 500.00 | |
| 10/13 | Online Transfer Ref #Ibe27V6Zg6 to Custom Management(Rm) Xxxxxx0559 On 10/11/09 | | | 400.00 | |
| 10/13 | POS Purchase - 10/12 Mach ID 000000 Sou The Home Desou The Hoe Palo Alto CA 6800 ?McC=5200 121042882DA | | | 106.19 | |
| 10/13 | POS Purchase - 10/11 Mach ID 000000 Arco Paypoint Arco Paypooakland CA 6800 ?McC=5542 121042882DA | | | 42.81 | |
| 10/13 | POS Purchase - 10/10 Mach ID 000000 Sou Orchard Supsou Orcharberkeley CA 6800 ?McC=5251 121042882DA | | | 36.98 | 12,533.76 |
| 10/14 | Withdrawal Made IN A Branch/Store | | | 10,505.20 | |
| 10/14 | Check Crd Purchase 10/12 Starbucks Uco 00059774 Palo Alto CA 486827Xxxxxx6800 287940006216915 ?McC=5814 121042882DA90 | | | 4.50 | 2,024.06 |
| 10/16 | Check Crd Purchase 10/14 Chevron 00091081 East Palo Alt CA 486827Xxxxxx6800 289940007240549 ?McC=5542 121042882DA90 | | | 46.66 | |
| 10/16 | POS Purchase - 10/15 Mach ID 000000 Sou The Home Desou The Hoemeryville CA 6800 ?McC=5200 121042882DA | | | 35.66 | 1,941.74 |
| 10/19 | Deposit | | 900.00 | | |
| 10/19 | Check Crd Purchase 10/16 Chevron 00098168 Newark CA 486827Xxxxxx6800 291940011741175 ?McC=5542 121042882DA90 | | | 64.56 | |
| 10/19 | POS Purchase - 10/19 Mach ID 000000 Kaiser 02090371Kaiser 020Redwood City CA 6800 ?McC=8099 121042882DA | | | 20.00 | 2,757.18 |
| 10/20 | Online Transfer Ref #Ibe7Zz7T2W to Custom Management(Rm) Xxxxxx0559 On 10/20/09 | | | 1,000.00 | 1,757.18 |
| 10/21 | Check Crd Purchase 10/19 Noah's NY Bagels #2107 Redwood City CA 486827Xxxxxx6800 294940010503142 ?McC=5814 121042882DA90 | | | 13.99 | 1,743.19 |
| 10/22 | Check Crd Purchase 10/21 Union 76 00363226 Hayward CA 486827Xxxxxx6800 295940009817059 ?McC=5542 121042882DA90 | | | 39.06 | 1,704.13 |
| 10/23 | Online Transfer Ref #Ibeqj92Sg3 to Custom Management(Rm) Xxxxxx0559 On 10/23/09 | | | 1,000.00 | |
| 10/23 | Check Crd Purchase 10/22 Jupiter/Cafe Panini Berkeley CA 486827Xxxxxx6800 296940009638599 ?McC=5812 121042882DA90 | | | 21.61 | 682.52 |
| 10/26 | ATM Withdrawal - 10/23 Mach ID 9980A 34988 Newark Blvd Newark CA 6800 | | | 100.00 | |
| 10/26 | POS Purchase - 10/24 Mach ID 000000 Sou The Home Desou The Hoe Palo Alto CA 6800 ?McC=5200 121042882DA | | | 85.13 | |
| 10/26 | Check Crd Purchase 10/24 Chevron 00098168 Newark CA 486827Xxxxxx6800 298940011167907 ?McC=5542 121042882DA90 | | | 64.76 | 432.63 |
| 10/28 | ATM Withdrawal - 10/28 Mach ID 0103K Oakland Main Oakland CA 6800 | | | 100.00 | |
| 10/28 | Check Crd Purchase 10/27 Zeni Ethiopian Rest. San Jose CA 486827Xxxxxx6800 301940011480614 ?McC=5814 121042882DA90 | | | 47.60 | 285.03 |
| 10/29 | Check Crd Purchase 10/27 Union 76 00464883 San Jose CA 486827Xxxxxx6800 302940009970944 ?McC=5542 121042882DA90 | | | 43.96 | 241.07 |
| **Ending balance on 10/31** | | | | | **241.07** |
| **Totals** | | | **$20,332.77** | **$20,439.72** | |





# Custom Management® Checking

## Activity summary

| | |
|---|---|
| Balance on 10/1 | -130.07 |
| Deposits/Additions | 14,048.00 |
| Withdrawals/Subtractions | - 10,003.08 |
| **Balance on 10/31** | **$3,914.85** |

Account number: **9662960559**

**PAULA MULUGETA**
**BENYAM MULUGETA**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A., California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| **Beginning balance on 10/1** | | | | | **-130.07** |
| 10/1 | Overdraft Fee | | | 35.00 | |
| 10/1 | Overdraft Fee | | | 35.00 | |
| 10/1 | Online Transfer Ref #Ibexb9MT3R From Custom Management(Rm) Xxxxxx8133 On 10/01/09 | | 200.00 | | |
| 10/1 | Online Transfer Ref #Ibebwypzqp From Custom Management(Rm) Xxxxxx8133 On 10/01/09 | | 100.00 | | |
| 10/1 | Comcast Comcast 100109 0040104628 Mulugeta,Benyam | | | 149.50 | -49.57 |
| 10/2 | Overdraft Fee | | | 35.00 | |
| 10/2 | Online Transfer Ref #Ibebwysrcm From Custom Management(Rm) Xxxxxx8133 On 10/02/09 | | 500.00 | | |
| 10/2 | ATM Withdrawal - 10/01 Mach ID 0277A 400 Hamilton Ave Palo Alto CA 1807 | | | 40.00 | |
| 10/2 | AT&T Payment 093009 436064570943Nca Paula Mulugeta | | | 201.36 | |
| 10/2 | AT&T Payment 092909 436064572199Nca Paula Mulugeta | | | 188.28 | -14.21 |
| 10/5 | Overdraft Fee | | | 35.00 | |
| 10/5 | Online Transfer Ref #Ibexb9Zygr From Custom Management(Rm) Xxxxxx8133 On 10/04/09 | | 500.00 | | |
| 10/5 | Check | 224 | | 500.00 | |
| 10/5 | Check | 222 | | 300.00 | |
| 10/5 | Check Crd Purchase 10/03 Environment California 800-8386554 MA 486832Xxxxxx1807 278940008261799 ?McC=8398 121042882DA01 | | | 10.00 | |
| 10/5 | Check Crd Purchase 10/02 Fedex Kinko's #0909 Oakland CA 486832Xxxxxx1807 277940025340465 ?McC=7338 121042882DA90 | | | 0.32 | |
| 10/5 | Continuous OD Level 2 Charge | | | 5.00 | -364.53 |
| 10/6 | Overdraft Fee | | | 35.00 | |
| 10/6 | Overdraft Fee | | | 35.00 | |
| 10/6 | Overdraft Fee | | | 35.00 | |
| 10/6 | Overdraft Fee | | | 35.00 | |
| 10/6 | Online Transfer Ref #Ibeqj78Cl5 From Custom Management(Rm) Xxxxxx8133 On 10/06/09 | | 500.00 | | |
| 10/6 | Online Transfer Ref #Ibetf8Qp32 From Custom Management(Rm) Xxxxxx8133 On 10/06/09 | | 500.00 | | |
| 10/6 | Ymca of Scv Member Fee 091-000258913 Mulugeta, Benyam | | | 125.00 | |
| 10/6 | Check | 223 | | 60.00 | 310.47 |
| 10/7 | Online Transfer Ref #Ibebwzbpjp From Custom Management(Rm) Xxxxxx8133 On 10/07/09 | | 500.00 | | |
| 10/7 | POS Purchase - 10/06 Mach ID 000000 Safeway Store Safeway Sredwood City CA 1807 ?McC=5411 121042882DA | | | 211.38 | |
| 10/7 | Check Crd Purchase 10/05 Chevron 00091081 East Palo Alt CA 486832Xxxxxx1807 280940007079125 ?McC=5542 121042882DA90 | | | 43.39 | |
| 10/7 | Check Crd Purchase 10/05 Starbucks USA 00005652 Palo Alto CA 486832Xxxxxx1807 280940006118715 ?McC=5814 121042882DA90 | | | 5.00 | 550.70 |





## CUSTOM MANAGEMENT® CHECKING (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 10/8 | Check Crd Purchase 10/07 Fedex 861249344394 800-4633339 TN 486832Xxxxxx1807 281940006239501 ?McC=4215 121042882DA01 | | | 25.54 | 525.16 |
| 10/9 | Check | 226 | | 103.50 | |
| 10/9 | Check | 227 | | 50.00 | |
| 10/9 | Check | 228 | | 10.00 | 361.66 |
| 10/13 | Online Transfer Ref #Ibe27V6Zg6 From Custom Management(Rm) Xxxxxx8133 On 10/11/09 | | 400.00 | | |
| 10/13 | Online Transfer Ref #Ibe27V6Zfq to Custom Management(Rm) Xxxxxx6603 On 10/11/09 | | | 200.00 | |
| 10/13 | ATM Withdrawal - 10/12 Mach ID 0277D 400 Hamilton Ave Palo Alto CA 1807 | | | 200.00 | 361.66 |
| 10/14 | Online Transfer Ref #Ibe7Zyfsvp From Custom Management(Rm) Xxxxxx0591 On 10/14/09 | | 1,000.00 | | |
| 10/14 | Online Transfer to Mulugeta B Basic Business Services Pack Xxxxxx0232 Ref #Ibejq4Xslv On 10/14/09 | | | 100.00 | |
| 10/14 | Online Transfer Ref #Ibeqj7Y3Jq to Custom Management(Rm) Xxxxxx6603 On 10/14/09 | | | 100.00 | |
| 10/14 | Check | 225 | | 400.24 | |
| 10/14 | POS Purchase - 10/13 Mach ID 000000 Safeway Store Safeway Snewark CA 1807 ?McC=5411 121042882DA | | | 72.60 | |
| 10/14 | POS Purchase - 10/14 Mach ID 000000 Sou Ross Storessou Ross Smountain Viewca 1807 ?McC=5331 121042882DA | | | 54.56 | 634.26 |
| 10/15 | Check Crd Purchase 10/14 Convergia Networks Inc Pointe Claire CD 486832Xxxxxx1807 288940010505735 ?McC=7299 121042882DA01 | | | 40.00 | |
| 10/15 | Check Crd Purchase 10/14 Fresh Choice #55 Mountain View CA 486832Xxxxxx1807 288940011705818 ?McC=5812 121042882DA90 | | | 17.90 | 576.36 |
| 10/16 | Online Transfer Ref #Ibe7Zywbkt From Custom Management(Rm) Xxxxxx0591 On 10/16/09 | | 1,000.00 | | |
| 10/16 | Online Transfer Ref #Ibejq5Fcwv to Custom Management(Rm) Xxxxxx6603 On 10/16/09 | | | 100.00 | |
| 10/16 | Check Crd Purchase 10/14 Carter's #329 Mountain View CA 486832Xxxxxx1807 289940005552971 ?McC=5641 121042882DA90 | | | 49.82 | 1,426.54 |
| 10/19 | Check | 232 | | 500.00 | |
| 10/19 | POS Purchase - 10/16 Mach ID 000000 Safeway Store Safeway Stmenlo Park CA 1807 ?McC=5411 121042882DA | | | 182.31 | |
| 10/19 | POS Purchase - 10/18 Mach ID 000000 Safeway Store Safeway Stmenlo Park CA 1807 ?McC=5411 121042882DA | | | 56.98 | |
| 10/19 | Check Crd Purchase 10/14 LA Fiesta Supermarket Mountain View CA 486832Xxxxxx1807 291940021097053 ?McC=5411 121042882DA90 | | | 32.00 | 655.25 |
| 10/20 | Online Transfer Ref #Ibe7Zz7T2W From Custom Management(Rm) Xxxxxx8133 On 10/20/09 | | 1,000.00 | | |
| 10/20 | Online Transfer to Mulugeta B Basic Business Services Pack Xxxxxx0232 Ref #Ibebx2Qq5Y On 10/20/09 | | | 100.00 | |
| 10/20 | Check | 235 | | 713.74 | 841.51 |
| 10/21 | Online Transfer Ref #Ibemm79Vfn From Custom Management(Rm) Xxxxxx0591 On 10/21/09 | | 1,000.00 | | |
| 10/21 | Check | 229 | | 353.00 | |
| 10/21 | Check Crd Purchase 10/19 Kaiser 037 Redwood City CA 486832Xxxxxx1807 294940007329595 ?McC=5912 121042882DA90 | | | 30.00 | |
| 10/21 | Check Crd Purchase 10/19 Aspca-Ps 800-628-0028 MD 486832Xxxxxx1807 294940007303870 ?McC=8398 121042882DA01 | | | 18.00 | 1,440.51 |
| 10/22 | Check | 233 | | 650.00 | |
| 10/22 | Allstate Ins CO Checkpaymt 091021 231 010000027500746000211 | ^231 | | 448.75 | 341.76 |
| 10/23 | Online Transfer Ref #Ibeqj92Sg3 From Custom Management(Rm) Xxxxxx8133 On 10/23/09 | | 1,000.00 | | |
| 10/23 | ATM Withdrawal - 10/23 Mach ID 0277A 400 Hamilton Ave Palo Alto CA 1807 | | | 160.00 | |
| 10/23 | Allied Waste Svc Check Pymt 102209 00230 | ^230 | | 292.58 | |

Case: 09-51900 Doc# 207 Filed: 01/15/10 Entered: 01/20/10 13:43:26 Page 16 of 18





# Custom Management® Checking

## Activity summary

| | |
|---|---|
| Balance on 10/1 | 102.80 |
| Deposits/Additions | 10,371.00 |
| Withdrawals/Subtractions | - 10,150.00 |
| **Balance on 10/31** | **$323.80** |

Account number: **9662960591**

**PAULA MULUGETA**
**BENYAM MULUGETA (GRAND)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A., California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Transaction history

| *Date* | *Description* | *Check No.* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending Daily Balance* |
|---|---|---|---|---|---|
| **Beginning balance on 10/1** | | | | | **102.80** |
| 10/1 | Online Transfer Ref #Ibe27T5Fdc to Savings Xxxxxx8766 On 10/01/09 | | | 50.00 | 52.80 |
| 10/5 | Deposit | | 1,115.00 | | 1,167.80 |
| 10/7 | Deposit | | 2,300.00 | | 3,467.80 |
| 10/8 | Deposit | | 2,000.00 | | 5,467.80 |
| 10/13 | Deposit | | 4,456.00 | | |
| 10/13 | Withdrawal Made IN A Branch/Store | | | 6,500.00 | 3,423.80 |
| 10/14 | Deposit | | 500.00 | | |
| 10/14 | Online Transfer Ref #Ibe7Zyfsvp to Custom Management(Rm) Xxxxxx0559 On 10/14/09 | | | 1,000.00 | 2,923.80 |
| 10/16 | Online Transfer Ref #Ibe7Zywbkt to Custom Management(Rm) Xxxxxx0559 On 10/16/09 | | | 1,000.00 | 1,923.80 |
| 10/21 | Online Transfer Ref #Ibemm79Vfn to Custom Management(Rm) Xxxxxx0559 On 10/21/09 | | | 1,000.00 | 923.80 |
| 10/26 | Online Transfer Ref #Ibe7Zzp2Rp to Custom Management(Rm) Xxxxxx0559 On 10/25/09 | | | 600.00 | 323.80 |
| **Ending balance on 10/31** | | | | | **323.80** |
| **Totals** | | | **$10,371.00** | **$10,150.00** | |



Case: 09-51900 Doc# 207 Filed: 01/15/10 Entered: 01/20/10 13:43:26 Page 17 of 18





## CUSTOM MANAGEMENT® CHECKING (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 10/23 | Check Crd Purchase 10/21 Convergia Networks Inc Pointe Claire CD 486832Xxxxxx1807 296940010527565 ?McC=7299 121042882DA01 | | | 38.00 | |
| 10/23 | Check Crd Purchase 10/22 Fedex Kinko's #2901 San Jose CA 486832Xxxxxx1807 296940007389484 ?McC=7338 121042882DA90 | | | 1.09 | 850.09 |
| 10/26 | Deposit | | 1,600.00 | | |
| 10/26 | Online Transfer Ref #Ibe7Zzp2Rp From Custom Management(Rm) Xxxxxx0591 On 10/25/09 | | 600.00 | | |
| 10/26 | Check Crd Purchase 10/25 Mid-Peninsula Anml Hsp Menlo Park CA 486832Xxxxxx1807 299940013050808 ?McC=0742 121042882DA90 | | | 1,332.04 | 1,718.05 |
| 10/27 | Online Transfer to Mulugeta B Basic Business Services Pack Xxxxxx0232 Ref #Ibetfbtbq4 On 10/27/09 | | | 100.00 | |
| 10/27 | Check | 236 | | 1,034.29 | 583.76 |
| 10/28 | Online Transfer to Mulugeta B Basic Business Services Pack Xxxxxx0232 Ref #Ibe7Zzx5Sm On 10/28/09 | | | 50.00 | 533.76 |
| 10/29 | Deposit | | 912.00 | | |
| 10/29 | POS Purchase - 10/29 Mach ID 000000 Safeway Store Safeway Stmenlo Park CA 1807 ?McC=5411 121042882DA | | | 246.91 | |
| 10/29 | POS Purchase - 10/29 Mach ID 000000 Kaiser 02090371Kaiser 020Redwood City CA 1807 ?McC=8099 121042882DA | | | 20.00 | 1,178.85 |
| 10/30 | Deposit | | 2,736.00 | | 3,914.85 |
| **Ending balance on 10/31** | | | | | **3,914.85** |
| **Totals** | | | **$14,048.00** | **$10,003.08** | |

***Key to symbols:*** ^ ***Converted check:*** *Paper check converted to an electronic format by your payee or designated representative. Converted checks cannot be returned, copied or imaged.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 222 | 10/5 | 300.00 | 227 | 10/9 | 50.00 | 232 | 10/19 | 500.00 |
| 223 | 10/6 | 60.00 | 228 | 10/9 | 10.00 | 233 | 10/22 | 650.00 |
| 224 | 10/5 | 500.00 | 229 | 10/21 | 353.00 | 235 * | 10/20 | 713.74 |
| 225 | 10/14 | 400.24 | 230 | 10/23 | 292.58 | 236 | 10/27 | 1,034.29 |
| 226 | 10/9 | 103.50 | 231 | 10/22 | 448.75 | | | |

** Gap in check sequence.*