UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Benyam Mulugeta and Paula R Mulugeta

Case No. 09-51900

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

FILED
JAN 15 2010
CLERK
United States Bankruptcy Court
San Jose, California

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 11/30/09      PETITION DATE: 03/18/09

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $165,342 | $154,541 | |
| b. Total Assets | $17,446,320 | $17,435,519 | $17,538,000 |
| c. Current Liabilities | $498,562 | $468,685 | |
| d. Total Liabilities | $12,680,267 | $12,560,390 | $12,181,705 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $82,705 | $46,616 | $129,321 |
| b. Total Disbursements | $71,904 | $42,281 | $114,185 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $10,801 | $4,135 | $15,136 |
| d. Cash Balance Beginning of Month | $4,541 | $406 | $0 |
| e. Cash Balance End of Month (c + d) | $15,342 | $4,541 | $15,136 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $150,000 | $150,000 | |
| 6. Post-Petition Liabilities | $498,562 | $423,608 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $492,985 | $369,231 | |

At the end of this reporting month:                                                    Yes     No
8. Have any payments been made on pre-petition debt, other than payments in the normal                  x
   course to secured creditors or lessors? (if yes, attach listing including date of
   payment, amount of payment and name of payee)
9. Have any payments been made to professionals? (if yes, attach listing including date of              x
   payment, amount of payment and name of payee)
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes,                x
    attach listing including date of payment, amount and reason for payment, and name of payee)
12. Is the estate insured for replacement cost of assets and for general liability?        x
13. Are a plan and disclosure statement on file?                                                        x
14. Was there any post-petition borrowing during this reporting period?                                 x

15. Check if paid: Post-petition taxes ___ ;  U.S. Trustee Quarterly Fees ___ ;  Check if filing is current for: Post-petition
    tax reporting and tax returns: ___ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return
    filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.

Date: 12/18/2009 0:00

Benyam & Paula Mulugeta
Responsible Individual

Revised 1/1/98

# BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended   11/30/09

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $15,342 |
| 2 | Accounts receivable (net) secured note | | $150,000 |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Rent Receivable | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $165,342 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | $75,000.00 | $2,925,000 |
| 8 | Real property (rental or commercial) | | $14,300,000 |
| 9 | Furniture, Fixtures, and Equipment | $8,000.00 | $31,000 |
| 10 | Vehicles | $9,000.00 | $17,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | $7,978 |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $17,280,978 |
| 18 | **Total Assets** | | $17,446,320 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $5,577 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $361,585 |
| 21 | Post-petition delinquent taxes | | $131,400 |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $498,562 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $498,562 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $1,500,000 |
| 29 | Secured claims (other) | | $10,327,979 |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $353,726 |
| 32 | **Total Pre-Petition Liabilities** | | $12,181,705 |
| 33 | **Total Liabilities** | | $12,680,267 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | |
| 35 | **Total Liabilities and Equity (Deficit)** | | $12,680,267 |

NOTE:
Appraisals; familiarity with comparable market prices, and current sales in the neighborhoods.

Revised 7/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1<br>240 E O'Keefe, EPA | Property 2<br>1399 Sevier, MP | Property 3<br>353 Grand, Oakland |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents<br>Less: | $19,375 | $2,000 | $29,300 |
| 3 | Vacancy Factor | | $0 | $11,850 |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $11,850 |
| 7 | Scheduled Net Rents | $19,375 | $2,000 | $17,450 |
| 8 | Less: Rents Receivable (2) | $1,300 | | |
| 9 | Scheduled Net Rents Collected (2) | $18,075 | $2,000 | $17,450 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1<br>Wells Fargo Bank<br>240 E O'Keefe, EPA | Account 2<br>Wells Fargo Bank<br>1399 Sevier, MP | Account 3<br>Wells Fargo Bank<br>353 Grand, Oakland |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | 5663188133 | 5663184934 | 9662960591 |
| 12 | Account Purpose | Debtor In Possession | Debtor In Possession | Debtor In Possession |
| 13 | Balance, End of Month | $2,965 | $208 | $74 |
| 14 | Total Funds on Hand for all Accounts | $15,342 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# SCHEDULES TO THE BALANCE SHEET
## Schedule A
### List the Rental Information Requested Below By Properties (For Rental Properties Only)

| | | **Property 4**<br>2332 Harrison, Oakland | **Property 5**<br>5401 Brann, Oakland | **Property 6**<br>1112-1114 Chaucer, Berkeley |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | $70,200 | $1,800 | $4,000 |
| | Less: | | | |
| 3 | Vacancy Factor | $70,200 | $0 | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $70,200 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $1,800 | $4,000 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $1,800 | $4,000 |

(2) To be completed by cash basis reporters only.

## Schedule B

| | | **Account 4**<br>Wells Fargo Bank<br>2332 Harrison, Oakland | **Account 5**<br>Wells Fargo Bank<br>5401 Brann, Oakland | **Account 6**<br>Wells Fargo Bank<br>1112-1114 Chaucer, Berkeley |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | 2119172076 | 5663186152 | 5663186145 |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | ($6) | $10 | $10 |
| 14 | Total Funds on Hand for all Accounts | $15,342 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# SCHEDULES TO THE BALANCE SHEET
## Schedule A
### List the Rental Information Requested Below By Properties (For Rental Properties Only)

| | | **Property 7**<br>1111 Alma, Palo Alto | **Property 8**<br>1025 Harker, Palo Alto |
|---|---|---|---|
| 1 | Description of Property | | |
| 2 | Scheduled Gross Rents | $3,500 | $3,000 |
| | Less: | | |
| 3 | Vacancy Factor | $3,500 | $3,000 |
| 4 | Free Rent Incentives | | |
| 5 | Other Adjustments | | |
| 6 | Total Deductions | $3,500 | $3,000 |
| 7 | Scheduled Net Rents | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B

| | | **Account 7**<br>Wells Fargo Bank<br>1111 Alma, Palo Alto | **Account 8**<br>Wells Fargo Bank<br>1025 Harker, Palo Alto |
|---|---|---|---|
| 10 | Bank | | |
| 11 | Account No. | 5663186160 | 9662960559 |
| 12 | Account Purpose | | |
| 13 | Balance, End of Month | $10 | $12,071 |
| 14 | Total Funds on Hand for all Accounts | $15,342 | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 11/30/09

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $43,325 | $226,084 |
| 2 | Cash Received from Sales | $9,380 | $12,853 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Tomoko & Benyam Mulugeta Jr. for Lone Oak | $30,000 | $15,000 |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $82,705 | $253,937 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | $1,653 | $9,918 |
| 17 | Interest Paid | $51,970 | $145,620 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $13,711 | $82,070 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other(tution) | | $7,562 |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Personal expenses | $4,570 | $106,699 |
| 33 | Omni Cancun | | $503 |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $71,904 | $352,372 |
| 38 | **Net Increase (Decrease) in Cash** | $10,801 | |
| 39 | **Cash Balance, Beginning of Period** | $4,541 | |
| 40 | **Cash Balance, End of Period** | $15,342 | $0 |

Revised 1/1/98

Case: 09-51900   Doc# 208   Filed: 01/15/10   Entered: 01/20/10 13:44:56   Page 6 of
19



# Custom Management® Checking

## Activity summary

| | |
|---|---:|
| Balance on 11/1 | 323.80 |
| Deposits/Additions | 13,350.00 |
| Withdrawals/Subtractions | - 13,600.00 |
| **Balance on 11/30** | **$73.80** |

Account number: **9662960591**

PAULA MULUGETA
BENYAM MULUGETA (GRAND)
DEBTOR IN POSSESSION
CH 11, CASE 09-51900 (NCA)

*Wells Fargo Bank, N.A., California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Transaction history

| Date | Description | Check No. | Deposits/Additions | Withdrawals/Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| | Beginning balance on 11/1 | | | | 323.80 |
| 11/2 | Deposit | | 2,600.00 | | |
| 11/2 | Deposit | | 1,300.00 | | 4,223.80 |
| 11/3 | Online Transfer Ref #Ibetfcrxdm to Custom Management(Rm) Xxxxxx0559 On 11/03/09 | | | 1,000.00 | |
| 11/3 | Online Transfer Ref #Ibebx49Yln to Custom Management(Rm) Xxxxxx8133 On 11/03/09 | | | 200.00 | 3,023.80 |
| 11/4 | Deposit | | 1,600.00 | | |
| 11/4 | Online Transfer Ref #Ibejq7Fdwh to Custom Management(Rm) Xxxxxx0559 On 11/04/09 | | | 500.00 | 4,123.80 |
| 11/5 | Deposit Made IN A Branch/Store | | 550.00 | | 4,673.80 |
| 11/6 | Deposit | | 7,300.00 | | 11,973.80 |
| 11/9 | Withdrawal Made IN A Branch/Store | | | 11,000.00 | 973.80 |
| 11/10 | Online Transfer Ref #Ibe823Hsjl to Custom Management(Rm) Xxxxxx0559 On 11/10/09 | | | 500.00 | 473.80 |
| 11/12 | Online Transfer Ref #Ibebx56K4X to Custom Management(Rm) Xxxxxx0559 On 11/12/09 | | | 200.00 | 273.80 |
| 11/13 | Online Transfer Ref #Ibebx5Brsy to Custom Management(Rm) Xxxxxx0559 On 11/13/09 | | | 200.00 | 73.80 |
| | Ending balance on 11/30 | | | | 73.80 |
| | **Totals** | | **$13,350.00** | **$13,600.00** | |



## CUSTOM MANAGEMENT® CHECKING (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 11/10 | Online Transfer Ref #Ibe823Hsjl From Custom Management(Rm) Xxxxxx0591 On 11/10/09 | | 500.00 | | 1,334.82 |
| 11/12 | Online Transfer Ref #Ibebx56K4X From Custom Management(Rm) Xxxxxx0591 On 11/12/09 | | 200.00 | | |
| 11/12 | Check | 244 | | 150.00 | |
| 11/12 | POS Purchase - 11/11 Mach ID 000000 Shell Service Sshell Servmountain Viewca 1807 ?McC=5542 121042882DA | | | 44.28 | |
| 11/12 | Check | 242 | | 40.00 | |
| 11/12 | POS Purchase - 11/11 Mach ID 000000 Kohl's #1388 35Kohl's #13Mountain Viewca 1807 ?McC=5311 121042882DA | | | 32.75 | 1,267.79 |
| 11/13 | Online Transfer Ref #Ibebx5Brsy From Custom Management(Rm) Xxxxxx0591 On 11/13/09 | | 200.00 | | |
| 11/13 | Check Crd Purchase 11/12 Ymca Silicon Valley- P WWW.Ymcamidpe CA 486832Xxxxxx1807 317940011147451 ?McC=8641 121042882DA01 | | | 180.00 | |
| 11/13 | Check Crd Purchase 11/11 Hyderabad House Palo Alto CA 486832Xxxxxx1807 317940007885880 ?McC=5812 121042882DA90 | | | 51.76 | 1,236.03 |
| 11/16 | Deposit | | 1,100.00 | | |
| 11/16 | Online Transfer Ref #Ibeft78Jtj From Custom Management(Rm) Xxxxxx4934 On 11/16/09 | | 1,000.00 | | 3,336.03 |
| 11/17 | Deposit | | 2,212.00 | | |
| 11/17 | Online Transfer Ref #Ibexbgvylp to Custom Management(Rm) Xxxxxx8133 On 11/17/09 | | | 1,000.00 | |
| 11/17 | POS Purchase - 11/17 Mach ID 000000 Visioness-Kaisevisioness-Redwood City CA 1807 ?McC=8043 121042882DA | | | 365.00 | |
| 11/17 | POS Purchase - 11/17 Mach ID 000000 Kaiser 02090371Kaiser 020Redwood City CA 1807 ?McC=8099 121042882DA | | | 20.00 | 4,163.03 |
| 11/19 | POS Purchase - 11/19 Mach ID 000000 Ml Pueblo Food Ml Pueblo E. Palo Alto CA 1807 ?McC=5411 121042882DA | | | 65.60 | |
| 11/19 | Check Crd Purchase 11/17 Ncic *6503874295 CA 800-5959694 TX 486832Xxxxxx1807 323940007497848 ?McC=4814 121042882DA01 | | | 33.59 | 4,063.84 |
| 11/20 | Deposit | | 912.00 | | |
| 11/20 | Online Transfer Ref #Ibe824Pkby to Custom Management(Rm) Xxxxxx8133 On 11/20/09 | | | 500.00 | |
| 11/20 | Online Transfer Ref #Ibeqjd7Wlr to Custom Management(Rm) Xxxxxx8133 On 11/20/09 | | | 200.00 | |
| 11/20 | Check Crd Purchase 11/19 Mrk*Boston Proper 800-411-4080 FL 486832Xxxxxx1807 324940008683630 ?McC=5969 121042882DA01 | | | 44.95 | |
| 11/20 | POS Purchase - 11/20 Mach ID 000000 Cvs 09915 09915Cvs 09915 Palo Alto CA 1807 ?McC=5912 121042882DA | | | 10.91 | 4,219.98 |
| 11/23 | POS Purchase - 11/21 Mach ID 000000 Kohl's #1388 35Kohl's #13Mountain Viewca 1807 ?McC=5311 121042882DA | | | 110.31 | |
| 11/23 | Check Crd Purchase 11/21 Convergia Networks Inc Pointe Claire CD 486832Xxxxxx1807 326940014751092 ?McC=7299 121042882DA01 | | | 47.88 | |
| 11/23 | Check Crd Purchase 11/21 Valero #7230 Mountain View CA 486832Xxxxxx1807 327940011837738 ?McC=5542 121042882DA90 | | | 38.80 | |
| 11/23 | Check Crd Purchase 11/19 Scc* 800-2795410 AZ 486832Xxxxxx1807 326940021097842 ?McC=4814 121042882DA01 | | | 23.80 | |
| 11/23 | POS Purchase - 11/21 Mach ID 000000 Cvs 09915 09915Cvs 09915 Palo Alto CA 1807 ?McC=5912 121042882DA | | | 18.28 | |
| 11/23 | Check Crd Purchase 11/19 Aspca-Ps 800-628-0028 MD 486832Xxxxxx1807 326940019558162 ?McC=8398 121042882DA01 | | | 18.00 | 3,962.91 |
| 11/24 | ATM Withdrawal - 11/24 Mach ID 0277D 400 Hamilton Ave Palo Alto CA 1807 | | | 100.00 | |
| 11/24 | POS Purchase - 11/24 Mach ID 000000 Safeway Store Safeway Stmenlo Park CA 1807 ?McC=5411 121042882DA | | | 139.18 | |
| 11/24 | POS Purchase - 11/24 Mach ID 000000 Menlo Park Gas Menlo Parkmenlo Park CA 1807 ?McC=5542 121042882DA | | | 44.08 | 3,679.65 |
| 11/25 | Check | 248 | | 353.00 | |

117  *GE573230|000006|07|15|0|0|0|0|*

# Basic Business Services® Package
Account number: **2119172076** ■ November 1, 2009 - November 30, 2009 ■ Page 1 of 3



BENYAM MULUGETA
DBA LAKE MERRITT LODGE
DEBTOR IN POSSESSION
CH 11, CASE 09-51900 (NCA)
1025 HARKER AVE
PALO ALTO CA 94301-3419

### Questions?
*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)
TTY: 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo
Discover Wells Fargo's online educational resources, including audio and video content, newsletters and articles that provide information, strategies and actionable tips to help your business navigate today's challenging environment. To find out more visit wellsfargo.com/biz/education.

## Account options
*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Rewards for Business Check Card | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ☐ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary
| | |
|---|---:|
| Beginning balance on 11/1 | $5.70 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 12.00 |
| **Ending balance on 11/30** | **-$6.30** |
| Average ledger balance this period | $5.70 |

Account number: **2119172076**
**BENYAM MULUGETA**
**DBA LAKE MERRITT LODGE**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**
*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.



## CUSTOM MANAGEMENT® CHECKING (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 11/25 | Check Crd Purchase 11/24 Red*Chadwick Tel Ord 800-525-4420 IN 486832Xxxxxx1807 329940005258241 ?McC=5969 121042882DA01 | | | 179.90 | |
| 11/25 | Check | 245 | | 35.00 | 3,111.75 |
| 11/27 | Deposit | | 1,824.00 | | |
| 11/27 | Check | 246 | | 1,500.00 | |
| 11/27 | POS Purchase - 11/27 Mach ID 000000 Safeway Store Safeway Stmenlo Park CA 1807 ?McC=5411 121042882DA | | | 119.43 | |
| 11/27 | Check Crd Purchase 11/26 Red*Chadwick Tel Ord 800-525-4420 IN 486832Xxxxxx1807 330940012661332 ?McC=5969 121042882DA01 | | | 19.99 | 3,296.33 |
| 11/30 | Online Transfer Ref #Ibetfgdz26 From Custom Management(Rm) Xxxxxx8133 On 11/28/09 | | 9,000.00 | | |
| 11/30 | AT&T Payment 112909 436064572199Nca Paula Mulugeta | | | 190.24 | |
| 11/30 | Check Crd Purchase 11/27 The Prolific Oven Bake Palo Alto CA 486832Xxxxxx1807 333940010386393 ?McC=5814 121042882DA90 | | | 34.95 | 12,071.14 |
| **Ending balance on 11/30** | | | | | **12,071.14** |
| **Totals** | | | **$19,360.00** | **$11,203.71** | |

*Key to symbols:* ∧ *Converted check: Paper check converted to an electronic format by your payee or designated representative. Converted checks cannot be returned, copied or imaged.*

### Summary of checks written *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 237 | 11/3 | 1,901.93 | 241 | 11/5 | 35.00 | 245 | 11/25 | 35.00 |
| 238 | 11/2 | 330.00 | 242 | 11/12 | 40.00 | 246 | 11/27 | 1,500.00 |
| 239 | 11/9 | 292.58 | 244 * | 11/12 | 150.00 | 248 * | 11/25 | 353.00 |
| 240 | 11/4 | 141.75 | | | | | | |

* Gap in check sequence.

118  Case: 09-51900    Doc# 208    Filed: 01/15/10    Entered: 01/20/10 13:44:56    Page 10 of 19


## Custom Management® Checking

**Activity summary**

| | |
|---|---|
| Balance on 11/1 | 26.00 |
| Deposits/Additions | 2,000.00 |
| Withdrawals/Subtractions | - 1,817.70 |
| **Balance on 11/30** | **$208.30** |

Account number: **5663184934**

PAULA MULUGETA
BENYAM MULUGETA (EMC-SEVIER)
DEBTOR IN POSSESSION
CH 11, CASE 09-51900 (NCA)

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | **Beginning balance on 11/1** | | | | **26.00** |
| 11/3 | Deposit | | 2,000.00 | | 2,026.00 |
| 11/16 | Online Transfer Ref #Ibeft78Jtj to Custom Management(Rm) Xxxxxx0559 On 11/16/09 | | | 1,000.00 | |
| 11/16 | Withdrawal Made IN A Branch/Store | | | 817.70 | 208.30 |
| | **Ending balance on 11/30** | | | | **208.30** |
| **Totals** | | | **$2,000.00** | **$1,817.70** | |



# Complete Advantage® Checking

## Activity summary

| | |
|---|---|
| Balance on 11/1 | 10.01 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 11/30** | **$10.01** |

Account number: **5663186145**

**BENYAM MULUGETA**
**PAULA MULUGETA (EMC-CHAUCER)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A., California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest paid on 11/30 | $0.00 |
| Average collected balance this month | $10.01 |
| Annual percentage yield earned | 0.00% |
| Interest paid this year | $0.01 |


# Complete Advantage® Checking

## Activity summary

| | |
|---|---:|
| Balance on 11/1 | 10.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 11/30** | **$10.00** |

Account number: **5663186152**

**BENYAM MULUGETA**
**PAULA MULUGETA (BRAN)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A., California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---:|
| Interest paid on 11/30 | $0.00 |
| Average collected balance this month | $0.00 |
| Annual percentage yield earned | 0.00% |
| Interest paid this year | $0.00 |

Case: 09-51900    Doc# 208    Filed: 01/15/10    Entered: 01/20/10 13:44:56    Page 13 of 19
111
*GE573230|000006|04|15|0|0|0|0|*



# Complete Advantage® Checking

## Activity summary

| | |
|---|---:|
| Balance on 11/1 | 10.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 11/30** | **$10.00** |

Account number: **5663186160**

BENYAM MULUGETA
PAULA MULUGETA (ALMA)
DEBTOR IN POSSESSION
CH 11, CASE 09-51900 (NCA)

*Wells Fargo Bank, N.A., California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---:|
| Interest paid on 11/30 | $0.00 |
| Average collected balance this month | $0.00 |
| Annual percentage yield earned | 0.00% |
| Interest paid this year | $0.00 |


# Custom Management® Checking

## Activity summary

| | |
|---|---:|
| Balance on 11/1 | 241.07 |
| Deposits/Additions | 32,315.63 |
| Withdrawals/Subtractions | - 29,591.72 |
| **Balance on 11/30** | **$2,964.98** |

Account number: **5663188133**

PAULA MULUGETA
BENYAM MULUGETA   (OKEEFE)
DEBTOR IN POSSESSION
CH 11, CASE 09-51900 (NCA)

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| | **Beginning balance on 11/1** | | | | 241.07 |
| 11/2 | Online Transfer to Mulugeta B Basic Business Services Pack Xxxxxx0232 Ref #Ibeft5M53W On 11/02/09 | | | 100.00 | |
| 11/2 | Check Crd Purchase 10/30 Union 76 18039842 Berkeley CA 486827Xxxxxx6800 304940011602262 ?McC=5542 121042882DA90 | | | 63.26 | 77.81 |
| 11/3 | Deposit | | 3,100.00 | | |
| 11/3 | Online Transfer Ref #Ibebx49Yln From Custom Management(Rm) Xxxxxx0591 On 11/03/09 | | 200.00 | | 3,377.81 |
| 11/4 | Check Crd Purchase 11/03 This and That San Pablo CA 486827Xxxxxx6800 308940008997260 ?McC=5211 121042882DA90 | | | 214.13 | |
| 11/4 | Check Crd Purchase 11/02 Southwestair5262164080 Dallas TX 486827Xxxxxx6800 308940010543749 ?McC=3066 121042882DA01 | | | 129.20 | |
| 11/4 | POS Purchase - 11/04 Mach ID 000000 Sou The Home Desou The Hoe Palo Alto CA 6800 ?McC=5200 121042882DA | | | 32.61 | 3,001.87 |
| 11/5 | Deposit Made IN A Branch/Store | | 2,000.00 | | |
| 11/5 | POS Purchase - 11/05 Mach ID 000000 Sou The Home Desou The Hoemeryville CA 6800 ?McC=5200 121042882DA | | | 101.31 | |
| 11/5 | POS Purchase - 11/04 Mach ID 000000 Sou Orchard Supsou Orcharberkeley CA 6800 ?McC=5251 121042882DA | | | 60.34 | |
| 11/5 | Check Crd Purchase 11/03 Berkeley Econo Gas Berkeley CA 486827Xxxxxx6800 309940010931020 ?McC=5542 121042882DA90 | | | 55.86 | |
| 11/5 | POS Purchase - 11/05 Mach ID 000000 Sou The Home Desou The Hoemeryville CA 6800 ?McC=5200 121042882DA | | | 42.80 | 4,741.56 |
| 11/6 | Deposit | | 1,800.00 | | |
| 11/6 | POS Purchase - 11/05 Mach ID 000000 Grand Lake Ace Grand Lakepiedmont CA 6800 ?McC=5251 121042882DA | | | 33.98 | 6,507.58 |
| 11/9 | Deposit | | 3,300.00 | | |
| 11/9 | Deposit Made IN A Branch/Store | | 1,556.17 | | |
| 11/9 | Deposit | | 1,100.00 | | |
| 11/9 | Withdrawal Made IN A Branch/Store | | | 6,000.00 | |
| 11/9 | Check Crd Purchase 11/06 Edgewater Super Stop Oakland CA 486827Xxxxxx6800 312940014813451 ?McC=5542 121042882DA90 | | | 61.56 | |
| 11/9 | POS Purchase - 11/09 Mach ID 000000 USPS 0555120017USPS 05551Oakland CA 6800 ?McC=9402 121042882DA | | | 17.50 | 6,384.69 |
| 11/10 | Withdrawal Made IN A Branch/Store | | | 2,000.00 | |
| 11/10 | Withdrawal Made IN A Branch/Store | | | 145.00 | 4,239.69 |
| 11/12 | Deposit Made IN A Branch/Store | | 5,039.00 | | |
| 11/12 | Check Crd Purchase 11/10 Wholehouse Building Su East Palo Alt CA 486827Xxxxxx6800 316940007785761 ?McC=5211 121042882DA90 | | | 52.50 | |
| 11/12 | Check Crd Purchase 11/10 Lake Merritt Gasoline Oakland CA 486827Xxxxxx6800 316940008076072 ?McC=5542 121042882DA90 | | | 36.36 | |



## CUSTOM MANAGEMENT® CHECKING (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 11/12 | POS Purchase - 11/10 Mach ID 000000 Whole Foods Marwhole Foodoakland CA 6800 ?McC=5411 121042882DA | | | 13.42 | |
| 11/12 | POS Purchase - 11/12 Mach ID 000000 USPS 0558040192USPS 05580Palo Alto CA 6800 ?McC=9402 121042882DA | | | 7.75 | 9,168.66 |
| 11/16 | Withdrawal Made IN A Branch/Store | | | 9,000.00 | |
| 11/16 | Check Crd Purchase 11/13 Chevron 00098168 Newark CA 486827Xxxxxx6800 319940011099533 ?McC=5542 121042882DA90 | | | 61.76 | 106.90 |
| 11/17 | Check Crd Pur Rtrn 11/15 Grand Lake Ace Hdwe IN Piedmont CA 486827Xxxxxx6800 321940009267394 ?McC=5251 121042882DA01 | | 20.46 | | |
| 11/17 | Online Transfer Ref #Ibexbgvylp From Custom Management(Rm) Xxxxxx0559 On 11/17/09 | | 1,000.00 | | 1,127.36 |
| 11/18 | Check Crd Purchase 11/16 Petvet/Petfood - Oakla Oakland CA 486827Xxxxxx6800 322940006955622 ?McC=0742 121042882DA90 | | | 46.85 | |
| 11/18 | POS Purchase - 11/18 Mach ID 000000 Sou The Home Desou The Hoe Palo Alto CA 6800 ?McC=5200 121042882DA | | | 41.09 | |
| 11/18 | Check Crd Purchase 11/17 Fedex Kinko's #5159 San Leandro CA 486827Xxxxxx6800 322940012142532 ?McC=7338 121042882DA90 | | | 1.53 | 1,037.89 |
| 11/19 | Check Crd Purchase 11/17 Chevron 00211882 Milpitas CA 486827Xxxxxx6800 323940007088469 ?McC=5542 121042882DA90 | | | 61.76 | 976.13 |
| 11/20 | Deposit | | 200.00 | | |
| 11/20 | Online Transfer Ref #Ibe824Pkby From Custom Management(Rm) Xxxxxx0559 On 11/20/09 | | 500.00 | | |
| 11/20 | Online Transfer Ref #Ibeqjd7Wlr From Custom Management(Rm) Xxxxxx0559 On 11/20/09 | | 200.00 | | |
| 11/20 | Withdrawal Made IN A Branch/Store | | | 1,612.13 | |
| 11/20 | Check Crd Purchase 11/19 Fedex Kinko's #2901 San Jose CA 486827Xxxxxx6800 324940012484177 ?McC=7338 121042882DA90 | | | 1.97 | 262.03 |
| 11/23 | Check Crd Purchase 11/21 Southwestair5262600775 Dallas TX 486827Xxxxxx6800 327940013626371 ?McC=3066 121042882DA90 | | | 50.00 | |
| 11/23 | Check Crd Purchase 11/21 Enssaro Ethiopian Cuis Oakland CA 486827Xxxxxx6800 326940011981508 ?McC=5812 121042882DA90 | | | 46.49 | |
| 11/23 | Check Crd Purchase 11/21 Shell Oil 20458070156 East Palo Alt CA 486827Xxxxxx6800 327940008727143 ?McC=5542 121042882DA90 | | | 27.26 | |
| 11/23 | Check Crd Purchase 11/20 Blossem Gifts San Francisco CA 486827Xxxxxx6800 326940023716988 ?McC=5947 121042882DA90 | | | 14.22 | 124.06 |
| 11/25 | Deposit | | 4,100.00 | | |
| 11/25 | POS Purchase - 11/25 Mach ID 000000 Arco Paypoint Arco Payposunnyvale CA 6800 ?McC=5541 121042882DA | | | 38.31 | 4,185.75 |
| 11/27 | Deposit | | 3,400.00 | | |
| 11/27 | Deposit | | 2,000.00 | | |
| 11/27 | Deposit | | 1,000.00 | | |
| 11/27 | Check Crd Purchase 11/25 Union 76 10039642 Hayward CA 486827Xxxxxx6800 330940012451311 ?McC=5542 121042882DA90 | | | 59.36 | |
| 11/27 | Check Crd Purchase 11/25 Zeni Ethiopian Rest. San Jose CA 486827Xxxxxx6800 330940013279725 ?McC=5814 121042882DA90 | | | 36.86 | |
| 11/27 | Check Crd Purchase 11/24 City of Oakland Ol Prk Oakland CA 486827Xxxxxx6800 330940007860382 ?McC=9399 121042882DA90 | | | 2.00 | 10,487.53 |
| 11/30 | Deposit | | 1,800.00 | | |
| 11/30 | Online Transfer Ref #Ibetfgdz26 to Custom Management(Rm) Xxxxxx0559 On 11/28/09 | | | 9,000.00 | |
| 11/30 | POS Purchase - 11/30 Mach ID 000000 Sou The Home Desou The Hounion City CA 6800 ?McC=5200 121042882DA | | | 128.81 | |
| 11/30 | POS Purchase - 11/28 Mach ID 000000 Sou The Home Desou The Hoemeryville CA 6800 ?McC=5200 121042882DA | | | 95.68 | |



# Custom Management® Checking

## Activity summary

| | |
|---|---:|
| Balance on 11/1 | 3,914.85 |
| Deposits/Additions | 19,360.00 |
| Withdrawals/Subtractions | - 11,203.71 |
| **Balance on 11/30** | **$12,071.14** |

Account number: **9662960559**

PAULA MULUGETA
BENYAM MULUGETA
DEBTOR IN POSSESSION
CH 11, CASE 09-51900 (NCA)

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Transaction history

| Date | Description | Check No. | Deposits/Additions | Withdrawals/Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| | **Beginning balance on 11/1** | | | | 3,914.85 |
| 11/2 | Check Crd Purchase 10/30 City of Palo Alto Rev Palo Alto CA 486832Xxxxxx1807 304940012790656 ?McC=9399 121042882DA90 | | | 505.99 | |
| 11/2 | Check | 238 | | 330.00 | |
| 11/2 | AT&T Payment 103109 436064570943Nca Paula Mulugeta | | | 320.98 | |
| 11/2 | AT&T Payment 103009 436064572199Nca Paula Mulugeta | | | 187.55 | |
| 11/2 | Check Crd Purchase 10/31 Weekly Almanac Voice 650-3268210 CA 486832Xxxxxx1807 306940010193458 ?McC=7311 121042882DA01 | | | 176.46 | |
| 11/2 | Comcast Comcast 110109 0090015472 Mulugeta,Benyam | | | 149.45 | |
| 11/2 | Check Crd Purchase 10/30 Mid-Peninsula Anml Hsp Menlo Park CA 486832Xxxxxx1807 304940010734924 ?McC=0742 121042882DA90 | | | 64.50 | 2,179.92 |
| 11/3 | Online Transfer Ref #Ibetfcrxdm From Custom Management(Rm) Xxxxxx0591 On 11/03/09 | | 1,000.00 | | |
| 11/3 | Allstate Ins CO Checkpaymt 091102 237 0100000027500746000211 | ^237 | | 1,901.93 | 1,277.99 |
| 11/4 | Online Transfer Ref #Ibejq7Fdwh From Custom Management(Rm) Xxxxxx0591 On 11/04/09 | | 500.00 | | |
| 11/4 | Check Crd Purchase 11/03 Fastrak Csc 877-2298655 CA 486832Xxxxxx1807 308940008994756 ?McC=9399 121042882DA01 | | | 260.00 | |
| 11/4 | Check Crd Purchase 11/03 CA Dmv Internet 916-6578943 CA 486832Xxxxxx1807 308940009154574 ?McC=9399 121042882DA01 | | | 254.00 | |
| 11/4 | Check Crd Purchase 11/03 CA Dmv Internet 916-6578943 CA 486832Xxxxxx1807 308940009154235 ?McC=9399 121042882DA01 | | | 177.00 | |
| 11/4 | Check | 240 | | 141.75 | |
| 11/4 | Ymca of Scv Member Fee 091-000258913 Mulugeta, Benyam | | | 125.00 | |
| 11/4 | Check Crd Purchase 11/02 Noah's NY Bagels #2107 Redwood City CA 486832Xxxxxx1807 308940009564743 ?McC=5814 121042882DA90 | | | 13.99 | |
| 11/4 | Check Crd Purchase 11/03 Environment California 800-8386554 MA 486832Xxxxxx1807 308940009522114 ?McC=8398 121042882DA01 | | | 10.00 | 796.25 |
| 11/5 | ATM Withdrawal - 11/05 Mach ID 0277C 400 Hamilton Ave Palo Alto CA 1807 | | | 240.00 | |
| 11/5 | Check | 241 | | 35.00 | 521.25 |
| 11/6 | POS Purchase - 11/06 Mach ID 000000 Whole Foods Marwhole Foodpalo Alto CA 1807 ?McC=5411 121042882DA | | | 41.18 | 480.07 |
| 11/9 | Deposit | | 912.00 | | |
| 11/9 | Allied Waste Svc Check Pymt 110809 00239 | ^239 | | 292.58 | |
| 11/9 | POS Purchase - 11/08 Mach ID 000000 Safeway Store Safeway Stmenlo Park CA 1807 ?McC=5411 121042882DA | | | 235.97 | |
| 11/9 | POS Purchase - 11/07 Mach ID 000000 Sou Ross Storessou Ross Smountain Viewca 1807 ?McC=5331 121042882DA | | | 28.70 | 834.82 |



## CUSTOM MANAGEMENT® CHECKING (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 11/30 | POS Purchase - 11/29 Mach ID 000000 Son T Nguyen Son T Nguyoakland CA 6800 ?McC=5542 121042882DA | | | 57.06 | |
| 11/30 | Check Crd Purchase 11/27 USPS 05551200133507260 Oakland CA 486827Xxxxxx6800 333940019928143 ?McC=9402 121042882DA90 | | | 41.00 | 2,964.98 |
| **Ending balance on 11/30** | | | | | **2,964.98** |
| **Totals** | | | **$32,315.63** | **$29,591.72** | |



## Wells Fargo Rewards for Business Check Card

| | |
|---|---|
| Total points available as of 11/29/2009 | 0 |
| Points earned in the month of October | 0 |
| Points redeemed in the month of October | 0 |

Get your most current point balance and redeem rewards at WellsFargoRewards.com or call 1-888-246-1834.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/30 | | Monthly Service Fee | | 12.00 | -6.30 |
| **Ending balance on 11/30** | | | | | **-6.30** |
| **Totals** | | | **$0.00** | **$12.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*