```
Benyam and Paul R. Mulugeta
1025 Harker Ave
Palo Alto, Ca. 94301
Tel. 650-906-8012

bmulugeta1020@gamil.com

Debtors in Possession
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

```
In Re;
Benyam and Paula R. Mulugeta    )    Case No. 09-51900 ASW
            Debtor              )    Chapter 11
                                )
_____)
                                )    NOTICE OF UNEXPECTED FACTS WHICH WILL
Benyam and Paula R. Mulugeta    )    AFFECT THE COMPLIANCE OF ORDER DATED
            Movant,             )    JANUARY 8, 2010 AND REQUEST BY DEBTORS
                                )    FOR EXTENSION OF TIME
Lone Oak Fund, LLC.             )
            Respondant          )
                                )
_____)
```

TO THE HONORABLE ARTHUR WEISSBRODT, UNITED STATES BANKRUPTCY JUDGE, DEBTORS, BENYAM AND PULA R. MULUGETA, request **an extension of time of 10 days** to comply with order of January 8, 2010.

**REASONS:**

**First,** Debtors, when they agreed to the order on January 8, 2010, anticipated that family and friends who helped them in the past would help them come up with the amount of money, $31,700.00 by the due date, which was January 25, 2010. However, so far Debtors are able to raise and collect $20,000.00. Debtors believe with additional time they can come up with the whole amount and comply with the order.

**Second,** since we are in bankruptcy we are unable to borrow.

**Third,** the buyer, Trading Spaces LLC of the property, "Harrison" was not able to close on the expected date of January 15, 2010.

Even though Debtors want to comply with the order, the above reasons make it impossible to come up with the amount on the anticipated date.

Notice-1

Debtors believe that the additional time they have requested will do no harm to the creditor, Lone Oak Fund LLC since the property has sufficient equity. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed on January 27, 2010 in Palo Alto, California.

_____
Benyam Mulugeta
Debtors

Benyam and Paula R. Mulugeta
1025 Harker Ave.
Palo Alto, Ca. 94301\
Tel. 650-906-8012

Email bmulugeta1020@gamil.com

Debtors in Possession

UNITED STATES BANKRUPTCY COURT
NORTHERN DISITIRCT OF CALIFORNIA

In Re.

Benyam and Paula R. Mulugeta ) Case No. 09-01500 ASW
    Debtors   )
          )    Chapter 11
          )
_____)

**CERTIFICAE OF SERVICE**

  I am a citizen of the United States and lived in Santa Clara County. I am over the age of eighteen years and not a party to the above entitled action. On January 28, 2010, I served a true and correct copy of the following document: **NOTICE OF UNEXPECTED FACTS WHICH WILL AFFECT THE COMPLINCE OF THE ORDER DATED JANUARY 8, 2010 AND REQUEST BY DEBTORS FOR EXTENSION OF TIME**

  In the matter indicated below:

    X By fax

    X By mail, by enclosing said document in an envelope and depositing the sealed envelop with the United States Postal service with the postage fully prepaid addressed as follows:

    See Attached Mailing List

 This certificate was executed on January 28, 2010 at San Jose, Ca. I declare under perjury that the forgoing is true and correct.

                    *[signature]*
                 Tsegereda B. Mulugeta

Certificate of Service - 1

**United States Trustee**
Office of the U.S. Trustee
U.S. Federal Bldg.
280 S. First St., Suite 268
San Jose, CA 95113


SIMON ARON (Bar No. 108183)
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Blvd., Ninth Floor
Los Angeles, California 90064-1565
Telephone: (310) 478-4100
Fax: (310) 479-1422

Attorneys for Lone Oak Fund

Aglaia Panos
13240 Clairepointe Way
Oakland, CA 94619

Robert Taylor
541B Cowper
Palo Alto, CA 94301

Tomoko Nakama
1569 Jackson St.
Oakland, CA 94612

Certificate of Service - 2