FILED
JAN 29 2010
CLERK
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | ] Case No. 09-51900-ASW |
|---|---|
| BENYAM MULUGETA AND PAULA R. MULUGETA DBA MULUGETA DEVELOPMENT, | ] Chapter 11 |
| Debtors. | ] |

**ORDER MODIFYING ORAL RULING MADE
BY THIS COURT ON JANUARY 8, 2010**

On January 8, 2010, this Court orally ordered ("Court's Oral Ruling"), inter alia, for Debtors to pay secured creditor Lone Oak Fund, LLC ("Lone Oak") $31,700 on January 25, 2010 and another $31,700 on February 25, 2010 directly to counsel for Lone Oak. In the case of a default, Debtors have 5 business days to cure the default and, if no payment is made during the cure period, Lone Oak is to have full relief from stay, with no foreclosure sale to take place prior to February 17, 2010. No written order embodying the Court's Oral Ruling has been submitted to the Court.

On January 27, 2010, Debtors filed a request for a 10-day extension to comply with the Court's Oral Ruling. Upon due consideration, and for good cause appearing, the Court's Oral Ruling is modified as follows:

(1) The $31,700 payment currently due $31,700 on January 25, 2010 is now due by February 5, 2010. ASW

(2) All other aspects of the Court'S Oral Ruling remain in full force and effect.

IT IS SO ORDERED.

Dated: 1/29/10

ARTHUR S. WEISSBRODT
UNITED STATES BANKRUPTCY JUDGE

| | |
|---|---|
| 1 | Court Service List |
| 2 | Benyam Mulugeta<br>Paula R. Mulugeta |
| 3 | 1025 Harker Ave.<br>Palo Alto, CA 94301 |
| 4 | |
| 5 | Simon Aron, Esq.<br>Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP |
| 6 | 11400 West Olympic Blvd., Ninth Floor<br>Los Angeles, CA 90064-1565 |
| 7 | |
| 8 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg. |
| 9 | 280 S 1st St. #268<br>San Jose, CA 95113-3004 |

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California