UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: Benyam Mulugeta and Paula R. Mulugeta )
) Bankruptcy No.: 09-51900
) R.S. No.: RKN/003
) Hearing Date: March 17, 2010
Debtor(s) ) Time: 2:15 p.m.
)
)

### Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 03/18/2009   Chapter: 11
    Prior hearings on this obligation: June 2, 2009   Last Day to File §523/§727 Complaints: n/a

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value: $_____   Source of value: _____
   Contract Balance: $_____   Pre-Petition Default: $_____
   Monthly Payment: $_____   No. of months: _____
   Insurance Advance: $_____   Post-Petition Default: $_____
                                  No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):
    20 unit apartment building, Palo Alto, CA

   Fair market value: $1,830,000   Source of value: Appraisal   If appraisal, date: 11/04/2009

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal. $1,697,081.64   Pre-Petition Default: $98,177.00
   As of (date): 03/01/2010   No. of months: 10
   Mo. payment: $9,817.70   Post-Petition Default: $19,635.40
   Notice of Default (date): 11/12/2008   No. of months: 2
   Notice of Trustee's Sale: 03/03/2009   Advances Senior Liens: n/a

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 2nd Trust Deed: CMR Mortgage Fund | $1,000,000.00 | unknown | unknown |
| 3rd Trust Deed: Real Estate | $ | $ | $ |
| Marketing Service Money Purchases: | $200,000.00 | unknown | unknown |
| 4th Trust Deed: Tomoko Na Kama | $188,000.00 | unknown | unknown |
| Real Property Tax Liens | $106,881.96 | | |
| (Total) | $1,489,881.96 | $ | $ |

Other pertinent information:

Dated: March 3, 2010

_Rachel K. Stevenson_
Signature

Rachel K. Stevenson
Attorney for Sterling Savings Bank