**Entered on Docket**
**March 08, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**IT IS SO ORDERED.**
**Signed March 08, 2010**

*Arthur S. Weissbrodt* (signature)

**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

_____

1  RANDALL P. MROCZYNSKI
   (STATE BAR NO. 156784)
2  **COOKSEY, TOOLEN, GAGE,**
   **DUFFY & WOOG**
3  A Professional Corporation
   535 Anton Boulevard, Tenth Floor
4  Costa Mesa, California 92626-1977
   Telephone:  (714) 431-1026
5  Facsimile:  (714) 431-1119

6  Attorneys for Movant
   CHRYSLER FINANCIAL SERVICES AMERICAS LLC
7  f/k/a DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>BENYAM MULUGETA and PAULA R. MULUGETA,<br><br>Debtors.<br><br>CHRYSLER FINANCIAL SERVICES AMERICAS LLC f/k/a DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC,<br><br>Movant,<br><br>vs.<br><br>BENYAM MULUGETA and PAULA R. MULUGETA,<br><br>Respondents. | CASE NO. 09-51900 ASW 11<br><br>CHAPTER 11<br><br>RS No: RPM - 28<br><br>**ORDER ON RESTORED HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY AFTER DEFAULT UNDER ADEQUATE PROTECTION ORDER**<br><br>Restored Hearing Date:<br><br>Date: January 26, 2010<br>Time: 2:00 p.m.<br>Place: 280 S. 1st Street, Ctrm, 3020<br>        San Jose, California |

CHRYSLER FINANCIAL SERVICES AMERICAS LLC f/k/a DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC's ("Movant") Restored Motion for Relief from the Automatic Stay after Default Under Adequate Protection Order came on regularly for hearing on January 26, 2010 at 2:00 p.m., before the Honorable Arthur S. Weissbrodt. All appearances were as noted in the Court's record.

Based upon the pleadings and records herein and on oral argument at the hearing and with

good cause therefor,

IT IS HEREBY ORDERED that on or before January 31, 2010, Debtors BENYAM MULUGETA and PAULA R. MULUGETA ("Debtors") must make one (1) monthly payment to Movant in the amount of $387.92 with respect to Debtors' pre-petition contract with Movant. If Debtors fail to make the above-described payment by January 31, 2010, Movant shall notify the Debtors in writing of the default. If the default is not cured within ten (10) days of the date of said notice, Movant shall submit an Order terminating the automatic stay.

IT IS FURTHER ORDERED that in the event Debtors make the payment described above, Debtors must become contractually current to Movant by paying Movant the sum of $2,715.44 no later than February 28, 2010. If Debtors fail to make said payment by February 28, 2010, Movant shall notify the Debtors in writing of the default. If the default is not cured within ten (10) days of the date of said notice, Movant shall submit an Order terminating the automatic stay.

IT IS FURTHER ORDERED that, except as modified by this Order, the terms of that certain Stipulation for Adequate Protection filed on July 7, 2009 and Order Approving Stipulation for Adequate Protection entered on July 23, 2009 shall remain in full force and effect.

Certificate of Service for the Order Docket Entry Number 216.

* * * * END OF ORDER * * * *

# SERVICE LIST

| Counsel of Record | Phone/Fax Nos. | Party |
|---|---|---|
| Benyam Mulugeta<br>Paula Mulugeta<br>1025 Harker Ave.<br>Palo Alto, CA 94301 | | Debtors |
| U.S. Trustee<br>Office of the U.S. Trustee / SJ<br>U.S. Federal Building<br>280 S. 1st Street, #268<br>San Jose, CA 95113-3004 | | U.S. Trustee |

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977