SIMON ARON (Bar No. 108183)
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Blvd., Ninth Floor
Los Angeles, California 90064-1565
Telephone: (310) 478-4100
Fax: (310) 479-1422

The following constitutes the
Order of the Court, Signed 3/11, 2010

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

Attorneys for Lone Oak Fund, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

BENYAM MULUGETA and PAULA R. MULUGETA,

    Debtor and Debtor in Possession

LONE OAK FUND, LLC,

    Movant,

v.

BENYAM MULUGETA and PAULA R. MULUGETA

    Respondents.

CASE NO. 09-51900-ASW

Chapter 11

SECOND ORDER MODIFYING ORAL RULING MADE BY THIS COURT ON JANUARY 8, 2010

DATE: February 16, 2010
TIME: 2:15 p.m.
Courtroom: 3020
280 S. 1st Street
San Jose, CA 95113

On January 8, 2010, the Court orally ordered ("Court's Oral Ruling"), inter alia, for debtors Benyam and Paula R. Mulugeta's (collectively the "Debtors") to pay secured creditor Lone Oak Fund, LLC, ("Lone Oak") $31,700 on January 25, 2010, and another $31,700 on February 25, 2010, directly to counsel for Lone Oak. In the case of default, Debtors have 5 business days to cure the default and, if no payment is made during the cure period, Lone Oak is to have full relief from stay, ~~with no foreclosure sale to take place prior to February 17, 2010~~. No written order embodying the Court' Oral Ruling was filed on January 19, 2010, but no such order has been entered by the Court.

On February 17, 2010, the Court further modified its ruling of January 8, 2010, as

[Handwritten annotations: "Sending", "from the out of the bay + letter", "on further court order.", "W.11", "Counsel for movant will notify Debtors in writing 9 days and mail and then"]

follows:

(1) The $31,700 payment currently due on February 25, 2010, is now due March 1, 2010.

(2) All other aspects of the Court's Oral Ruling remain in full force and effect.

IT IS SO ORDERED.

Dated:

                                      ARTHUR S. WEISSBRODT
                                      UNITED STATES BANKRUPTCY JUDGE

Case: 09-51900    Doc# 231    Filed: 03/11/10    Entered: 03/12/10 12:32:45    Page 2 of 3

SERVICE LIST
CASE NO.: 09-51900-ASW

**U.S. TRUSTEE**
United States Trustee
U.S. Federal Building
280 S. 1st Street, #268
San Jose, CA 95113-3004

Aglaia Panos
13240 Clairepointe Way
Oakland, CA 94619

Robert Taylor
541B Cowper
Palo Alto, CA 94301

Tomoko Nakama
1569 Jackson St.
Oakland, CA 94612

ˇ5ˇ

Case: 09-51900    Doc# 231    Filed: 03/11/10    Entered: 03/12/10 12:32:45    Page 3 of 3