UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

APR 2 3 2010

CLERK
United States Bankruptcy Court
San Jose, California

In re: Benyam Mulugeta and Paula R Mulugeta

Case No.  09-51900

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**  03/31/10      **PETITION DATE:**  03/18/09

1.  Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
    Dollars reported in  $1

| 2. **Asset and Liability Structure** | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $151,830 | $159,120 | |
| b. Total Assets | $17,432,808 | $17,440,098 | $17,538,000 |
| c. Current Liabilities | $742,493 | $725,216 | |
| d. Total Liabilities | $12,924,198 | $12,906,921 | $12,181,705 |

| 3. **Statement of Cash Receipts & Disbursements for Month** | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $61,222 | $74,895 | $136,117 |
| b. Total Disbursements | $68,512 | $74,232 | $142,744 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($7,290) | $663 | ($6,627) |
| d. Cash Balance Beginning of Month | $9,120 | $8,457 | $0 |
| e. Cash Balance End of Month (c + d) | $1,830 | $9,120 | ($6,627) |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $150,000 | $150,000 | |
| 6. **Post-Petition Liabilities** | $742,493 | $725,216 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $719,816 | $702,539 | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8.  Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9.  Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. Are a plan and disclosure statement on file? | | x |
| 14. Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes ___ ;      U.S. Trustee Quarterly Fees ___ ;  Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:  4/1/1910 0:00

Benyam & Paula Mulugeta
Responsible Individual

Revised 1/1/98

**BALANCE SHEET**
(Small Real Estate/Individual Case)
**For the Month Ended** ___03/31/10___

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $1,830 |
| 2 | Accounts receivable (net) secured note | | $150,000 |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other:  Rent Receivable | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $151,830 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | $75,000.00 | $2,925,000 |
| 8 | Real property (rental or commercial) | | $14,300,000 |
| 9 | Furniture, Fixtures, and Equipment | $8,000.00 | $31,000 |
| 10 | Vehicles | $9,000.00 | $17,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | $7,978 |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $17,280,978 |
| 18 | **Total Assets** | | $17,432,808 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $22,677 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $463,416 |
| 21 | Post-petition delinquent taxes | | $256,400 |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $742,493 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $742,493 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $1,500,000 |
| 29 | Secured claims (other) | | $10,327,979 |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $353,726 |
| 32 | **Total Pre-Petition Liabilities** | | $12,181,705 |
| 33 | **Total Liabilities** | | $12,924,198 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | |
| 35 | **Total Liabilities and Equity (Deficit)** | | $12,924,198 |

NOTE:
    Appraisals; familiarity with comparable market prices, and current sales in the neighborhoods.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | **Property 1**<br>240 E O'Keefe, EPA | **Property 2**<br>1399 Sevier, MP | **Property 3**<br>353 Grand, Oakland |
|---|---|---|---|---|
| 1 | **Description of Property** | 240 E O'Keefe, EPA | 1399 Sevier, MP | 353 Grand, Oakland |
| 2 | **Scheduled Gross Rents** | $18,775 | $2,000 | $25,850 |
|   | Less: |   |   |   |
| 3 | Vacancy Factor | $415 | $0 | $10,900 |
| 4 | Free Rent Incentives |   |   |   |
| 5 | Other Adjustments |   |   |   |
| 6 | **Total Deductions** | $415 | $0 | $10,900 |
| 7 | **Scheduled Net Rents** | $18,360 | $2,000 | $14,950 |
| 8 | Less: Rents Receivable (2) |   |   |   |
| 9 | **Scheduled Net Rents Collected (2)** | $18,360 | $2,000 | $14,950 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|    |   | **Account 1** | **Account 2** | **Account 3** |
|----|---|---|---|---|
| 10 | **Bank** | Wells Fargo Bank<br>240 E O'Keefe, EPA | Wells Fargo Bank<br>1399 Sevier, MP | Wells Fargo Bank<br>353 Grand, Oakland |
| 11 | **Account No.** | 5663188133 | 5663184934 | 9662960591 |
| 12 | **Account Purpose** | Debtor In Possession | Debtor In Possession | Debtor In Possession |
| 13 | **Balance, End of Month** | $14 | $58 | $40 |
| 14 | **Total Funds on Hand for all Accounts** | $1,830 |   |   |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

## Schedule A

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 4 2332 Harrison, Oakland | Property 5 5401 Brann, Oakland | Property 6 1112-1114 Chaucer, Berkeley |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | $70,200 | $1,800 | $3,800 |
| | Less: | | | |
| 3 | Vacancy Factor | $70,200 | $0 | $2,000 |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $70,200 | $0 | $2,000 |
| 7 | Scheduled Net Rents | $0 | $1,800 | $1,800 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $1,800 | $1,800 |

(2) To be completed by cash basis reporters only.

## Schedule B

| | | Account 4 Wells Fargo Bank 2332 Harrison, Oakland | Account 5 Wells Fargo Bank 5401 Brann, Oakland | Account 6 Wells Fargo Bank 1112-1114 Chaucer, Berkeley |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | 2119172076 | 5663186152 | 5663186145 |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | $33 | $10 | $10 |
| 14 | Total Funds on Hand for all Accounts | $1,830 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# SCHEDULES TO THE BALANCE SHEET
## Schedule A
### List the Rental Information Requested Below By Properties (For Rental Properties Only)

| | | Property 7 1111 Alma, Palo Alto | Property 8 1025 Harker, Palo Alto |
|---|---|---|---|
| 1 | Description of Property | 1111 Alma, Palo Alto | 1025 Harker, Palo Alto |
| 2 | Scheduled Gross Rents | $3,500 | $3,000 |
| | Less: | | |
| 3 | Vacancy Factor | $3,500 | $3,000 |
| 4 | Free Rent Incentives | | |
| 5 | Other Adjustments | | |
| 6 | Total Deductions | $3,500 | $3,000 |
| 7 | Scheduled Net Rents | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B

| | | Account 7 Wells Fargo Bank 1111 Alma, Palo Alto | Account 8 Wells Fargo Bank 1025 Harker, Palo Alto |
|---|---|---|---|
| 10 | Bank | Wells Fargo Bank 1111 Alma, Palo Alto | Wells Fargo Bank 1025 Harker, Palo Alto |
| 11 | Account No. | 5663186160 | 9662960559 |
| 12 | Account Purpose | | |
| 13 | Balance, End of Month | $10 | $1,654 |
| 14 | Total Funds on Hand for all Accounts | $1,830 | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

## Increase/(Decrease) in Cash and Cash Equivalents

### For the Month Ended ___03/31/10___

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $38,910 | $389,684 |
| 2 | Cash Received from Sales | $912 | $30,190 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Benyam Mulugeta Jr. | $21,400 | $138,400 |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $61,222 | $558,274 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | $1,653 | $16,530 |
| 17 | Interest Paid | $55,770 | $350,300 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $7,999 | $154,148 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other(tution) | $820 | $9,662 |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Personal expenses | $2,270 | $121,007 |
| 33 | Omni Cancun | | $503 |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $68,512 | $652,150 |
| 38 | **Net Increase (Decrease) in Cash** | ($7,290) | |
| 39 | **Cash Balance, Beginning of Period** | $9,120 | |
| 40 | **Cash Balance, End of Period** | $1,830 | $0 |

Case: 09-51900    Doc# 256    Filed: 04/23/10    Entered: 04/23/10 15:16:56    Page 6 of
21

Revised 1/1/98



**WELLS FARGO**

BENYAM MULUGETA
DBA LAKE MERRITT LODGE
DEBTOR IN POSSESSION
CH 11, CASE 09-51900 (NCA)
1025 HARKER AVE
PALO ALTO CA 94301-3419

## Questions?

Available by phone 24 hours a day, 7 days a week:
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Discover Wells Fargo's online educational resources, including audio and video content, newsletters and articles that provide information, strategies and actionable tips to help your business navigate today's challenging environment. To find out more visit wellsfargo.com/biz/education.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking ☑
Rewards for Business Check Card ☑
Online Statements ☑
Business Bill Pay ☐
Business Spending Report ☑
Overdraft Protection ☐

### Wells Fargo Business Online

Stay in control of finances and optimize your cash flow with free, secure access to your accounts. Monitor account balances and activity, transfer funds, access statements and check images, sign up for email alerts and much more. Enroll today at wellsfargo.com/biz or call 1-800-956-4442.

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $7.70 |
| Deposits/Credits | 50.00 |
| Withdrawals/Debits | - 24.50 |
| **Ending balance on 3/31** | **$33.20** |
| | |
| Average ledger balance this period | $9.71 |

Account number: 2119172076

**BENYAM MULUGETA**
**DBA LAKE MERRITT LODGE**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

File = GB62E131 (114)
PieceID = 007908  Sheet Seq = 0015815
Divert = 0  Sheet 00001 of 00002



**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo store.

## Wells Fargo Rewards for Business Check Card

| | |
|---|---|
| Total points available as of 3/30/2010 | 0 |
| Points earned in the month of February | 0 |
| Points redeemed in the month of February | 0 |

*Get your most current point balance and redeem rewards at WellsFargoRewards.com or call 1-888-246-1834.*

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/25 | | Check Card Rewards Annual Fee | | 12.50 | -4.80 |
| 3/29 | | Online Transfer Ref #Ibeftqkdj5 From Custom Management(Rm) xxxxxx0559 on 03/28/10 | 50.00 | | 45.20 |
| 3/31 | | Monthly Service Fee | | 12.00 | 33.20 |
| **Ending balance on 3/31** | | | | | **33.20** |
| **Totals** | | | **$50.00** | **$24.50** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

 IMPORTANT ACCOUNT INFORMATION

On July 1, 2010, changes to the following fees will be effective:
 - The Cashed/Deposited Item Returned Unpaid fee will be $12.00 per item.
 - Non-Wells Fargo ATM cash withdrawal transactions fee of $2.50 each (U.S.) no longer waived. Free access to 12,000 Wells Fargo/Wachovia Bank ATMs across the country.
 - Statement with Check Image Service:
 - Classic (up to 10 per page, front of checks only) - $2.00 per month;
 - Premium (up to 5 per page, front and back of checks) - $3.50 per month.
 - Wells Fargo Check Card Transaction Fees: The Check Card Over-the-Counter fee will be 3% of the transaction amount for international transactions. The fee for domestic (U.S.) Check Card Over-the-Counter Cash Disbursement will remain $3.00.

For questions, contact your Business Banker or call the phone number at the top of your statement. Pricing may vary based on account relationship.




## PMA® PRIME CHECKING ACCOUNT (CONTINUED)

Funds Availability Policy Statement Message

Thank you for banking with Wells Fargo. Please note the following change to the Consumer Account Agreement that provides information on when the funds from the checks you deposit will be available to you.

All check deposits are considered local checks. However, in some cases, the Bank will not make all the funds that you deposit by check available to you on the first Business Day after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the second or third Business Day* after the day of your deposit. The first $100 of your deposit, however, may be available on the first or second Business Day*. For Opportunity Checking and Opportunity Savings accounts: $100 will be available on the first Business Day after the day of your deposit. The remaining balance will be available on the second or third Business Day* after the day of your deposit.

In addition, funds you deposit by check may be delayed for a longer period. The Bank will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the 7th or the 8th Business Day* after the day of your deposit.

For more information, refer to the March 17, 2010 Addendum to the Consumer Account Agreement or speak to a banker by calling the number shown on your statement.

* The Bank may delay availability of funds by one additional Business Day for certain checks deposited at a Bank location in Alaska. This right applies only if the check is drawn on or payable at or through a paying bank not located in Alaska.

2010 Wells Fargo Bank, N.A. All rights reserved.



**WELLS FARGO**

# Custom Management® Checking

## Activity summary

| | |
|---|---|
| Balance on 3/1 | 58.30 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 3/31** | **$58.30** |

Account number: **5663184934**

**PAULA MULUGETA**
**BENYAM MULUGETA (EMC-SEVIER)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A., California  (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.



# Complete Advantage® Checking

## Activity summary

| | |
|---|---|
| Balance on 3/1 | 1,810.05 |
| Deposits/Additions | 1,000.05 |
| Withdrawals/Subtractions | - 2,800.01 |
| **Balance on 3/31** | **$10.09** |

Account number: **5663186145**

**BENYAM MULUGETA**
**PAULA MULUGETA (EMC-CHAUCER)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A., California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.05 |
| Average collected balance this month | $1,035.85 |
| Annual percentage yield earned | 0.06% |
| Interest paid this year | $0.10 |
| Total interest paid in **2009** | $0.01 |

## Interest withheld

| | |
|---|---|
| Interest withheld this period | $0.01 |
| Interest withheld this year | $0.02 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | **Beginning balance on 3/1** | | | | **1,810.05** |
| 3/8 | Online Transfer Ref #Ibe28G9G8Y to Custom Management(Rm) Xxxxxx0559 On 03/08/10 | | | 1,000.00 | 810.05 |
| 3/9 | Online Transfer Ref #Ibetfvccbc From Custom Management(Rm) Xxxxxx0559 On 03/09/10 | | 1,000.00 | | 1,810.05 |
| 3/15 | Online Transfer Ref #Ibe82Kv24T to Custom Management(Rm) Xxxxxx0559 On 03/13/10 | | | 1,000.00 | 810.05 |
| 3/17 | Online Transfer Ref #Ibexbxxwg5 to Custom Management(Rm) Xxxxxx0559 On 03/17/10 | | | 300.00 | 510.05 |
| 3/29 | Online Transfer Ref #Ibebxp3Xjb to Custom Management(Rm) Xxxxxx0559 On 03/28/10 | | | 500.00 | 10.05 |
| 3/31 | Interest Payment | | 0.05 | | |
| 3/31 | Federal Tax Withheld | | | 0.01 | 10.09 |
| | **Ending balance on 3/31** | | | | **10.09** |
| **Totals** | | | **$1,000.05** | **$2,800.01** | |

1325

*GE573231|000063|04|15|0|0|0|0|*



# Complete Advantage® Checking

## Activity summary

| | |
|---|---:|
| Balance on 3/1 | 1,810.04 |
| Deposits/Additions | 1,000.04 |
| Withdrawals/Subtractions | - 2,800.01 |
| **Balance on 3/31** | **$10.07** |

Account number: **5663186152**

**BENYAM MULUGETA**
**PAULA MULUGETA (BRAN)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A., California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

## Interest you've earned

| | |
|---|---:|
| Interest earned this month | $0.04 |
| Average collected balance this month | $1,035.84 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $0.09 |
| Total interest paid in **2009** | $0.00 |

## Interest withheld

| | |
|---|---:|
| Interest withheld this period | $0.01 |
| Interest withheld this year | $0.02 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| | **Beginning balance on 3/1** | | | | **1,810.04** |
| 3/8 | Online Transfer Ref #Ibemmr82Y7 to Custom Management(Rm) Xxxxxx0559 On 03/08/10 | | | 1,000.00 | 810.04 |
| 3/9 | Online Transfer Ref #Ibe55Htwdh From Custom Management(Rm) Xxxxxx0559 On 03/09/10 | | 1,000.00 | | 1,810.04 |
| 3/15 | Online Transfer Ref #Ibe55Jckdc to Custom Management(Rm) Xxxxxx0559 On 03/13/10 | | | 1,000.00 | 810.04 |
| 3/17 | Online Transfer Ref #Ibemmsdmrf to Custom Management(Rm) Xxxxxx0559 On 03/17/10 | | | 300.00 | 510.04 |
| 3/29 | Online Transfer Ref #Ibe28Jl7Lk to Custom Management(Rm) Xxxxxx0559 On 03/28/10 | | | 500.00 | 10.04 |
| 3/31 | Interest Payment | | 0.04 | | |
| 3/31 | Federal Tax Withheld | | | 0.01 | 10.07 |
| | **Ending balance on 3/31** | | | | **10.07** |
| **Totals** | | | **$1,000.04** | **$2,800.01** | |

Case: 09-51900    Doc# 256    Filed: 04/23/10    Entered: 04/23/10 15:16:56    Page 12 of 21

1326




# Complete Advantage® Checking

## Activity summary

| | |
|---|---|
| Balance on 3/1 | 10.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 3/31** | **$10.00** |

Account number: **5663186160**

**BENYAM MULUGETA**
**PAULA MULUGETA (ALMA)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A., California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest paid on 3/31 | $0.00 |
| Average collected balance this month | $0.00 |
| Annual percentage yield earned | 0.00% |
| Interest paid this year | $0.00 |
| Total interest paid in **2009** | $0.00 |



**WELLS FARGO**

# Custom Management® Checking

## Activity summary

| | |
|---|---|
| Balance on 3/1 | 3,021.02 |
| Deposits/Additions | 11,930.00 |
| Withdrawals/Subtractions | - 14,936.56 |
| **Balance on 3/31** | **$14.46** |

Account number: **5663188133**

**PAULA MULUGETA**
**BENYAM MULUGETA   (OKEEFE)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A., California  (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | **Beginning balance on 3/1** | | | | **3,021.02** |
| 3/1 | ATM Withdrawal - 02/28 Mach ID 0103K Oakland Main Oakland CA 6800 | | | 100.00 | |
| 3/1 | Check Crd Purchase 02/26 Fedex Kinko's #5604 Oakland CA 486827Xxxxxx6800 059040025026760 ?McC=7338 121042882DA90 | | | 8.78 | |
| 3/1 | Check Crd Purchase 02/25 Oakland Parking Vb Oakland CA 486827Xxxxxx6800 059040018774381 ?McC=7523 121042882DA90 | | | 2.00 | 2,910.24 |
| 3/2 | Online Transfer Ref #Ibexbw4QMG to Custom Management(Rm) Xxxxxx6603 On 03/02/10 | | | 100.00 | 2,810.24 |
| 3/3 | POS Purchase - 03/02 Mach ID 000000 The Home Depot The Home DE Palo Alto CA 6800 ?McC=5200 121042882DA | | | 50.71 | |
| 3/3 | POS Purchase - 03/02 Mach ID 000000 The Home Depot The Home DE Palo Alto CA 6800 ?McC=5200 121042882DA | | | 30.55 | 2,728.98 |
| 3/4 | Check Crd Purchase 03/02 The Home Depot 6603 E Palo Alto CA 486827Xxxxxx6800 063040007291075 ?McC=5200 121042882DA90 | | | 249.57 | |
| 3/4 | Check Crd Purchase 03/03 Fedex Kinko's #2901 San Jose CA 486827Xxxxxx6800 063040013085643 ?McC=7338 121042882DA90 | | | 1.31 | 2,478.10 |
| 3/5 | Check Crd Pur Rtrn 03/03 The Home Depot 6603 E Palo Alto CA 486827Xxxxxx6800 064040007385800 ?McC=5200 121042882DA01 | | 200.00 | | 2,678.10 |
| 3/8 | Online Transfer Ref #Ibeqjssjx8 to Custom Management(Rm) Xxxxxx0559 On 03/08/10 | | | 2,500.00 | |
| 3/8 | POS Purchase - 03/08 Mach ID 000000 Arco Paypoint Arco Paypooakland CA 6800 ?McC=5542 121042882DA | | | 40.61 | |
| 3/8 | Check Crd Purchase 03/05 Baja Fresh Restaurant San Jose CA 486827Xxxxxx6800 066040024808235 ?McC=5812 121042882DA90 | | | 25.41 | |
| 3/8 | Check Crd Purchase 03/05 Fedex Kinko's #2901 San Jose CA 486827Xxxxxx6800 066040020386712 ?McC=7338 121042882DA90 | | | 10.50 | |
| 3/8 | Check Crd Purchase 03/04 Oakland Parking Vb Oakland CA 486827Xxxxxx6800 066040019730288 ?McC=7523 121042882DA90 | | | 2.00 | |
| 3/8 | Check Crd Purchase 03/05 Fedex Kinko's #2901 San Jose CA 486827Xxxxxx6800 066040025654567 ?McC=7338 121042882DA90 | | | 1.76 | |
| 3/8 | Check Crd Purchase 03/04 City of Berkeley Parke Berkeley CA 486827Xxxxxx6800 066040019730289 ?McC=7523 121042882DA90 | | | 0.90 | 96.92 |
| 3/9 | Online Transfer Ref #Ibe82Kcdfm From Custom Management(Rm) Xxxxxx0559 On 03/09/10 | | 2,500.00 | | |
| 3/9 | Check Crd Purchase 03/07 Chevron 00092142 Oakland CA 486827Xxxxxx6800 068040006923647 ?McC=5542 121042882DA90 | | | 20.16 | |

1328



## CUSTOM MANAGEMENT® CHECKING (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|------|-------------|-----------|---------------------|---------------------------|----------------------|
| 3/9 | POS Purchase - 03/09 Mach ID 000000 Kaiser 02090371Kaiser 020Redwood City CA 6800 ?McC=8099 121042882DA | | | 20.00 | 2,556.76 |
| 3/10 | Check Crd Purchase 03/09 Fresh Choice #27 Redwood City CA 486827Xxxxxx6800 069040012008476 ?McC=5812 121042882DA90 | | | 26.84 | 2,529.92 |
| 3/11 | Deposit | | 950.00 | | |
| 3/11 | Withdrawal Made IN A Branch/Store | | | 1,000.00 | 2,479.92 |
| 3/12 | Deposit Made IN A Branch/Store | | 3,450.00 | | |
| 3/12 | Deposit | | 2,000.00 | | |
| 3/12 | Check Crd Purchase 03/11 Fedex Kinko's #0909 Oakland CA 486827Xxxxxx6800 071040012304950 ?McC=7338 121042882DA90 | | | 0.66 | 7,929.26 |
| 3/15 | Deposit | | 1,750.00 | | |
| 3/15 | Online Transfer Ref #Ibe55Jckbr to Custom Management(Rm) Xxxxxx0559 On 03/13/10 | | | 7,000.00 | |
| 3/15 | ATM Withdrawal - 03/13 Mach ID 0103L Oakland Main Oakland CA 6800 | | | 300.00 | |
| 3/15 | Check Crd Purchase 03/11 Edgewater Super Stop Oakland CA 486827Xxxxxx6800 073040024110691 ?McC=5542 121042882DA90 | | | 65.06 | |
| 3/15 | Check Crd Purchase 03/12 Shell Oil 27442401603 Newark CA 486827Xxxxxx6800 073040010448618 ?McC=5542 121042882DA90 | | | 43.46 | 2,270.74 |
| 3/16 | Check Crd Purchase 03/14 California Pizza 044 Palo Alto CA 486827Xxxxxx6800 075040006142021 ?McC=5812 121042882DA90 | | | 97.84 | |
| 3/16 | POS Purchase - 03/04 Mach ID 000000 Arco Paypoint 580068619727214D CA 6800 580068619727214 ?McC=5541 | | | 57.51 | 2,115.39 |
| 3/17 | Check Crd Purchase 03/16 Yayu Ethiopian Rest. Oakland CA 486827Xxxxxx6800 076040011126821 ?McC=5812 121042882DA90 | | | 25.21 | |
| 3/17 | Check Crd Purchase 03/15 Oakland Parking Vb Oakland CA 486827Xxxxxx6800 076040007093711 ?McC=7523 121042882DA90 | | | 2.00 | 2,088.18 |
| 3/19 | ATM Withdrawal - 03/19 Mach ID 0103L Oakland Main Oakland CA 6800 | | | 100.00 | |
| 3/19 | Check Crd Purchase 03/17 Pasta ? Palo Alto Palo Alto CA 486827Xxxxxx6800 078040008589285 ?McC=5812 121042882DA90 | | | 48.55 | 1,939.63 |
| 3/22 | Deposit | | 1,000.00 | | |
| 3/22 | Check Crd Purchase 03/18 City of Berkeley Parke Berkeley CA 486827Xxxxxx6800 080040019272871 ?McC=7523 121042882DA90 | | | 0.30 | 2,939.33 |
| 3/23 | Check Crd Purchase 03/22 Fedex Kinko's #2901 San Jose CA 486827Xxxxxx6800 082040012752887 ?McC=7338 121042882DA90 | | | 41.62 | 2,897.71 |
| 3/24 | ATM Withdrawal - 03/24 Mach ID 0108D 34988 Newark Blvd Newark CA 6800 | | | 100.00 | |
| 3/24 | Check Crd Purchase 03/23 Fedex Kinko's #0909 Oakland CA 486827Xxxxxx6800 083040012640285 ?McC=7338 121042882DA90 | | | 14.49 | 2,783.22 |
| 3/25 | ATM Withdrawal - 03/25 Mach ID 0103L Oakland Main Oakland CA 6800 | | | 100.00 | 2,683.22 |
| 3/26 | ATM Withdrawal - 03/26 Mach ID 0103J Oakland Main Oakland CA 6800 | | | 200.00 | |
| 3/26 | ATM Withdrawal - 03/26 Mach ID 8464P 3242 Grand Ave Oakland CA 6800 | | | 100.00 | |
| 3/26 | Check Crd Purchase 03/24 Valero #7235 Oakland CA 486827Xxxxxx6800 085040009198498 ?McC=5542 121042882DA90 | | | 45.30 | |
| 3/26 | Check Crd Purchase 03/24 Union 76 00363531 Oakland CA 486827Xxxxxx6800 085040010379654 ?McC=5542 121042882DA90 | | | 45.26 | 2,292.66 |
| 3/29 | Online Transfer Ref #Ibe28Jpfpw From Savings Xxxxxx4098 On 03/29/10 | | 40.00 | | |
| 3/29 | Online Transfer Ref #Ibe55L6Lvm From Savings Xxxxxx4106 On 03/29/10 | | 40.00 | | |

Case: 09-51900    Doc# 256    Filed: 04/23/10    Entered: 04/23/10 15:16:56    Page 15 of 31

1329

*GE573231|000063|06|15|0|0|0|0*

## CUSTOM MANAGEMENT® CHECKING (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|------|-------------|-----------|---------------------|---------------------------|----------------------|
| 3/29 | Online Transfer Ref #Ibemmtjsb5 to Custom Management(Rm) Xxxxxx0559 On 03/28/10 | | | 2,000.00 | |
| 3/29 | Online Transfer Ref #Ibe82Mkt4X to Custom Management(Rm) Xxxxxx0559 On 03/28/10 | | | 200.00 | |
| 3/29 | ATM Withdrawal - 03/28 Mach ID 0103L Oakland Main Oakland CA 6800 | | | 20.00 | |
| 3/29 | Check Crd Purchase 03/26 Edgewater Super Stop Oakland CA 486827Xxxxxx6800 087040015230186 ?McC=5542 121042882DA90 | | | 60.16 | |
| 3/29 | Check Crd Purchase 03/28 Union 76 00363226 Hayward CA 486827Xxxxxx6800 088040013503939 ?McC=5542 121042882DA90 | | | 35.86 | |
| 3/29 | Check Crd Purchase 03/25 Oakland Parking Vb Oakland CA 486827Xxxxxx6800 087040019852400 ?McC=7523 121042882DA90 | | | 4.00 | |
| 3/29 | Check Crd Purchase 03/25 Oakland Parking Vb Oakland CA 486827Xxxxxx6800 087040019852399 ?McC=7523 121042882DA90 | | | 2.00 | |
| 3/29 | Check Crd Purchase 03/25 Oakland Parking Vb Oakland CA 486827Xxxxxx6800 087040019852401 ?McC=7523 121042882DA90 | | | 2.00 | |
| 3/29 | Check Crd Purchase 03/26 Fedex Kinko's #2901 San Jose CA 486827Xxxxxx6800 087040020647789 ?McC=7338 121042882DA90 | | | 1.65 | 46.99 |
| 3/30 | Check Crd Purchase 03/28 Fedex Kinko's #5101 Palo Alto CA 486827Xxxxxx6800 089040007152778 ?McC=7338 121042882DA90 | | | 21.98 | |
| 3/30 | Check Crd Purchase 03/28 Fedex Kinko's #5101 Palo Alto CA 486827Xxxxxx6800 089040007152777 ?McC=7338 121042882DA90 | | | 6.45 | |
| 3/30 | Check Crd Purchase 03/28 Fedex Kinko's #5101 Palo Alto CA 486827Xxxxxx6800 089040007152776 ?McC=7338 121042882DA90 | | | 4.10 | 14.46 |
| **Ending balance on 3/31** | | | | | 14.46 |
| **Totals** | | | **$11,930.00** | **$14,936.56** | |

Case: 09-51900    Doc# 256    Filed: 04/23/10    Entered: 04/23/10 15:16:56    Page 16 of 21

1330



# Custom Management® Checking

## Activity summary

| | |
|---|---:|
| Balance on 3/1 | 1,462.53 |
| Deposits/Additions | 67,855.82 |
| Withdrawals/Subtractions | - 67,664.79 |
| **Balance on 3/31** | **$1,653.56** |

Account number: **9662960559**

**PAULA MULUGETA**
**BENYAM MULUGETA**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A., California  (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| | Beginning balance on 3/1 | | | | 1,462.53 |
| 3/1 | Deposit | | 6,816.00 | | |
| 3/1 | AT&T Payment 022710 436064572199Nca Paula Mulugeta | | | 204.53 | |
| 3/1 | Check Crd Purchase 02/25 Arnoldi Jewelers Palo Alto CA 486832Xxxxxx1807 059040019376791 ?McC=5944 121042882DA90 | | | 177.86 | |
| 3/1 | Check | 439 | | 80.00 | |
| 3/1 | POS Purchase - 02/28 Mach ID 000000 The Home Depot The Home DE Palo Alto CA 1807 ?McC=121042882DA | | | 29.84 | |
| 3/1 | Check Crd Purchase 02/26 Amazon Mktplace Pmts Amzn.Com/Bill WA 486832Xxxxxx1807 059040016943933 ?McC=5942 121042882DA01 | | | 21.93 | 7,764.37 |
| 3/2 | Deposit | | 4,142.00 | | |
| 3/2 | Check | 430 | | 500.00 | |
| 3/2 | Comcast Comcast 030110 0090015472 Mulugeta,Benyam | | | 152.90 | |
| 3/2 | Check | 435 | | 25.00 | 11,228.47 |
| 3/3 | Check | 425 | | 1,961.65 | |
| 3/3 | Check | 423 | | 120.45 | 9,146.37 |
| 3/4 | Deposit | | 1,700.00 | | |
| 3/4 | Check | 438 | | 150.00 | |
| 3/4 | Ymca of Scv Member Fee 091-000258913 Mulugeta, Benyam | | | 125.00 | |
| 3/4 | Check Crd Purchase 03/03 Ymca Silicon Valley Ge WWW.Ymcamidpe CA 486832Xxxxxx1807 063040011554755 ?McC=7997 121042882DA01 | | | 100.00 | |
| 3/4 | POS Purchase - 03/04 Mach ID 000000 Kohl's #1388 35Kohl's #13Mountain Viewca 1807 ?McC=5311 121042882DA | | | 76.03 | |
| 3/4 | POS Purchase - 03/04 Mach ID 000000 Wal-Mart #2280 Wal-Mart #Mountain Vie CA 1807 ?McC=5310 121042882DA | | | 23.26 | |
| 3/4 | Check Crd Purchase 03/03 Environment California 800-8386554 MA 486832Xxxxxx1807 063040010123123 ?McC=8398 121042882DA01 | | | 10.00 | 10,362.08 |
| 3/5 | Deposit | | 9,300.00 | | |
| 3/5 | Deposit | | 2,101.95 | | |
| 3/5 | Check | 424 | | 500.00 | |
| 3/5 | POS Purchase - 03/04 Mach ID 000000 Arco Paypoint Arco Paypopalo Alto CA 1807 ?McC=5541 121042882DA | | | 42.55 | |
| 3/5 | Check Crd Purchase 03/04 Fresh Choice #55 Mountain View CA 486832Xxxxxx1807 064040012287819 ?McC=5812 121042882DA90 | | | 24.16 | 21,197.32 |
| 3/8 | Deposit Made iN A Branch/Store | | 8,500.00 | | |
| 3/8 | Deposit | | 4,700.00 | | |
| 3/8 | Deposit | | 912.00 | | |
| 3/8 | Online Transfer Ref #Ibeqjssjx8 From Custom Management(Rm) Xxxxxx8133 On 03/08/10 | | 2,500.00 | | |
| 3/8 | Online Transfer Ref #Ibe28G9G8Y From Complete Advantage(Rm) Xxxxxx6145 On 03/08/10 | | 1,000.00 | | |
| 3/8 | Online Transfer Ref #Ibemmr82Y7 From Complete Advantage(Rm) Xxxxxx6152 On 03/08/10 | | 1,000.00 | | |
| 3/8 | Check | 442 | | 31,700.00 | |

Case: 09-51900   Doc# 256   Filed: 04/23/10   Entered: 04/23/10 15:16:56   Page 17 of 21

1331

*GE573231|000063|j07|15|0|0|0|0|*



**WELLS FARGO**

## CUSTOM MANAGEMENT® CHECKING (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|------|-------------|-----------|---------------------|--------------------------|----------------------|
| 3/8 | POS Purchase - 03/06 Mach ID 000000 Safeway Store Safeway Stmenlo Park CA 1807 ?McC=5411 121042882DA | | | 272.86 | |
| 3/8 | Check | 436 | | 178.76 | |
| 3/8 | POS Purchase - 03/07 Mach ID 000000 Safeway Store Safeway Spalo Alto CA 1807 ?McC=5411 121042882DA | | | 71.85 | 7,585.85 |
| 3/9 | Online Transfer Ref #Ibe82Kcdfm to Custom Management(Rm) Xxxxxx8133 On 03/09/10 | | | 2,500.00 | |
| 3/9 | Online Transfer Ref #Ibetfvccbc to Complete Advantage(Rm) Xxxxxx6145 On 03/09/10 | | | 1,000.00 | |
| 3/9 | Online Transfer Ref #Ibe55Htwdh to Complete Advantage(Rm) Xxxxxx6152 On 03/09/10 | | | 1,000.00 | |
| 3/9 | Online Transfer to Mulugeta B Ref #Ibe55Htwjz Basic Business Services Pacthanks | | | 300.00 | |
| 3/9 | Online Transfer Ref #Ibe82Kcdgy to Custom Management(Rm) Xxxxxx6603 On 03/09/10 | | | 300.00 | |
| 3/9 | Check | 440 | | 53.85 | |
| 3/9 | Check Crd Purchase 03/08 Peta DC 757-9628368 VA 486832Xxxxxx1807 068040009885726 ?McC=8398 121042882DA01 | | | 20.00 | 2,412.00 |
| 3/10 | Return Item Charge - Paper AZ 100310 | | | 500.00 | |
| 3/10 | Return Item Fee AZ 100310 | | | 7.00 | 1,905.00 |
| 3/11 | Check Crd Purchase 03/09 Foothill Regist Online 650-949-7331 CA 486832Xxxxxx1807 070040009612380 ?McC=8220 121042882DA01 | | | 178.75 | |
| 3/11 | Check Crd Purchase 03/10 King Tut Shop 1 330-6505570 OH 486832Xxxxxx1807 070040011068413 ?McC=7991 121042882DA90 | | | 34.93 | 1,691.32 |
| 3/12 | POS Purchase - 03/12 Mach ID 000000 Whole Foods Marwhole Foodpalo Alto CA 1807 ?McC=5411 121042882DA | | | 47.89 | 1,643.43 |
| 3/15 | Deposit | | 525.00 | | |
| 3/15 | Online Transfer Ref #Ibe55Jckbr From Custom Management(Rm) Xxxxxx8133 On 03/13/10 | | 7,000.00 | | |
| 3/15 | Online Transfer Ref #Ibe82Kv24T From Complete Advantage(Rm) Xxxxxx6145 On 03/13/10 | | 1,000.00 | | |
| 3/15 | Online Transfer Ref #Ibe55Jckdc From Complete Advantage(Rm) Xxxxxx6152 On 03/13/10 | | 1,000.00 | | |
| 3/15 | Withdrawal Made IN A Branch/Store | | | 9,817.70 | |
| 3/15 | Check Crd Purchase 03/12 Arnoldi Jewelers Palo Alto CA 486832Xxxxxx1807 074040010866185 ?McC=5944 121042882DA90 | | | 376.00 | |
| 3/15 | POS Purchase - 03/15 Mach ID 000000 USPS 0558040192USPS 05580Palo Alto CA 1807 ?McC=9402 121042882DA | | | 35.75 | |
| 3/15 | Check Crd Purchase 03/11 Cvs Pharmacy #9915 Palo Alto CA 486832Xxxxxx1807 073040017995125 ?McC=5912 121042882DA90 | | | 12.32 | 926.66 |
| 3/16 | Check | 441 | | 100.00 | 826.66 |
| 3/17 | Deposit | | 2,500.00 | | |
| 3/17 | Online Transfer Ref #Ibexbxxwg5 From Complete Advantage(Rm) Xxxxxx6145 On 03/17/10 | | 300.00 | | |
| 3/17 | Online Transfer Ref #Ibemmsdmrf From Complete Advantage(Rm) Xxxxxx6152 On 03/17/10 | | 300.00 | | 3,926.66 |
| 3/18 | Check Crd Pur Rrtn 03/17 Paypal *Labodegaper 402-935-7733 CA 486832Xxxxxx1807 077040012149473 ?McC=8999 121042882DA01 | | 33.71 | | |
| 3/18 | Check Crd Purchase 03/17 CA Dmv Internet 916-6578943 CA 486832Xxxxxx1807 077040009903748 ?McC=9399 121042882DA01 | | | 203.00 | |
| 3/18 | Check Crd Purchase 03/17 St of Calif Dmv-Intern 916-6578943 CA 486832Xxxxxx1807 077040009904590 ?McC=9399 121042882DA01 | | | 169.00 | |
| 3/18 | POS Purchase - 03/18 Mach ID 000000 Mariels Bridal/Mariels Brredwood City CA 1807 ?McC=5621 121042882DA | | | 168.77 | |
| 3/18 | POS Purchase - 03/18 Mach ID 000000 Arco Paypoint Arco Payporedwood City CA 1807 ?McC=5542 121042882DA | | | 40.89 | |
| 3/18 | Check Crd Purchase 03/17 Paypal *Labodegaper 402-935-7733 CA 486832Xxxxxx1807 077040008890290 ?McC=8999 | | | 33.71 | 3,345.00 |

Case 09-52000    Doc# 256    Filed: 04/23/10    Entered: 04/23/10 15:16:56    Page 18 of 21



**WELLS FARGO**

## CUSTOM MANAGEMENT® CHECKING (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|------|-------------|-----------|---------------------|---------------------------|----------------------|
| 3/19 | Online Transfer to Mulugeta B Ref #Ibeqjv6Zdh Basic Business Services Paco Keefe Pump | | | 150.00 | |
| 3/19 | Check Crd Purchase 03/18 Red*Chadwick Tel Ord 800-525-6650 MA 486832Xxxxxx1807 078040005204675 ?McC=5621 121042882DA01 | | | 340.35 | |
| 3/19 | Check Crd Purchase 03/17 Foothill Registration 650-949-7331 CA 486832Xxxxxx1807 078040010319355 ?McC=8220 121042882DA90 | | | 259.50 | |
| 3/19 | POS Purchase - 03/19 Mach ID 000000 Safeway Store Safeway Stmenlo Park CA 1807 ?McC=5411 121042882DA | | | 250.03 | 2,345.12 |
| 3/22 | Eastbaymud CA 1190000747 100322 Xxxxx8566 Official Payments | | 1,520.00 | | |
| 3/22 | POS Purchase - 03/21 Mach ID 000000 Kohl's #1389 25Kohl's #13Redwood City CA 1807 ?McC=5311 121042882DA | | | 70.98 | |
| 3/22 | POS Purchase - 03/21 Mach ID 000000 Db Shoes/870 Jedb Shoes/8Redwood City CA 1807 ?McC=5661 121042882DA | | | 61.17 | |
| 3/22 | POS Purchase - 03/21 Mach ID 000000 Marshalls Marshmarshalls Redwood City CA 1807 ?McC=5651 121042882DA | | | 52.35 | |
| 3/22 | Check Crd Purchase 03/19 Aspca-Ps 800-628-0028 MD 486832Xxxxxx1807 081040010764900 ?McC=8398 121042882DA01 | | | 18.00 | |
| 3/22 | Official Payment Echeck Fee 100322 Xxxxx8419 Official Payments | | | 2.75 | 619.87 |
| 3/23 | International Purchase Transaction Fee 486832Xxxxxx1807 082040011228749 ?McC=7299 121042882DA01 | | | 0.20 | |
| 3/23 | Check Crd Purchase 03/22 CA Dmv License Renewal 916-6576560 CA 486832Xxxxxx1807 082040009829570 ?McC=9399 121042882DA01 | | | 33.00 | |
| 3/23 | Check Crd Purchase 03/21 Starbucks USA 00006460 Menlo Park CA 486832Xxxxxx1807 082040004752680 ?McC=5814 121042882DA90 | | | 10.87 | |
| 3/23 | Check Crd Purchase 03/22 Convergia Networks Inc Pointe Claire CD 486832Xxxxxx1807 082040011228749 ?McC=7299 121042882DA01 | | | 6.58 | 569.22 |
| 3/24 | POS Purchase - 03/24 Mach ID 000000 The Home Depot The Home DE Palo Alto CA 1807 ?McC=5200 121042882DA | | | 84.06 | |
| 3/24 | Check Crd Purchase 03/24 Red*Chadwick Tel Ord 800-525-6650 MA 486832Xxxxxx1807 083040011070881 ?McC=5621 121042882DA01 | | | 28.07 | |
| 3/24 | Check Crd Purchase 03/24 Red*Chadwick Tel Ord 800-525-6650 MA 486832Xxxxxx1807 083040011070880 ?McC=5621 121042882DA01 | | | 23.41 | 433.68 |
| 3/25 | POS Purchase - 03/25 Mach ID 000000 The Home Depot The Home DE Palo Alto CA 1807 ?McC=5200 121042882DA | | | 50.12 | |
| 3/25 | POS Purchase - 03/24 Mach ID 000000 Safeway Store Safeway Snewark CA 1807 ?McC=5411 121042882DA | | | 48.39 | 335.17 |
| 3/26 | POS Purchase - 03/26 Mach ID 000000 The Home Depot The Home DE Palo Alto CA 1807 ?McC=5200 121042882DA | | | 207.39 | 127.78 |
| 3/29 | Deposit | | 3,285.00 | | |
| 3/29 | Online Transfer Ref #Ibemmtjsb5 From Custom Management(Rm) Xxxxxx8133 On 03/28/10 | | 2,000.00 | | |
| 3/29 | Online Transfer Ref #Ibebxp3Xjb From Complete Advantage(Rm) Xxxxxx6145 On 03/28/10 | | 500.00 | | |
| 3/29 | Online Transfer Ref #Ibe28Jl7Lk From Complete Advantage(Rm) Xxxxxx6152 On 03/28/10 | | 500.00 | | |
| 3/29 | Online Transfer Ref #Ibetfxktg8 From Custom Management(Rm) Xxxxxx0591 On 03/28/10 | | 500.00 | | |
| 3/29 | Online Transfer Ref #Ibeqjvzzld From Custom Management(Rm) Xxxxxx0591 On 03/27/10 | | 400.00 | | |
| 3/29 | Online Transfer Ref #Ibe82Mkt4X From Custom Management(Rm) Xxxxxx8133 On 03/28/10 | | 200.00 | | |
| 3/29 | Online Transfer Ref #Ibe55Kz3CC to Custom Management(Rm) Xxxxxx3819 On 03/27/10 | | | 100.00 | |
| 3/29 | Online Transfer Ref #Ibeftqkdj5 to Basic Business Services Pack Xxxxxx2076 On 03/28/10 | | | 50.00 | |

1333

*GE573231|000063|08|15|0|0|0|0|*



## ⊃ **CUSTOM MANAGEMENT® CHECKING** (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|------|-------------|-----------|---------------------|---------------------------|----------------------|
| 3/29 | Check Crd Purchase 03/27 Enssaro Ethiopian Cuis Oakland CA 486832Xxxxxx1807 088040009532416 ?McC=5812 121042882DA90 | | | 39.31 | |
| 3/29 | Check Crd Purchase 03/26 Enssaro Ethiopian Cuis Oakland CA 486832Xxxxxx1807 087040012557004 ?McC=5812 121042882DA90 | | | 39.31 | 7,284.16 |
| 3/30 | Deposit | | 4,134.00 | | |
| 3/30 | Deposit | | 456.00 | | |
| 3/30 | Paypal Verifybank 100330 205W722228Shvws Paula Mulugeta | | 0.13 | | |
| 3/30 | Paypal Verifybank 100330 105W722228Shvws Paula Mulugeta | | 0.03 | | |
| 3/30 | Online Transfer Ref #Ibexbz9Bxb From Custom Management(Rm) Xxxxxx6603 On 03/30/10 | | 50.00 | | |
| 3/30 | Paypal 8776729725 100330 5W72246P2Qaxc Paula Mulugeta | | | 61.06 | 11,863.26 |
| 3/31 | Deposit | | 500.00 | | |
| 3/31 | Check | 443 | | 10,505.20 | |
| 3/31 | AT&T Payment 033010 436064572199Nca Paula Mulugeta | | | 204.50 | 1,653.56 |
| **Ending balance on 3/31** | | | | | **1,653.56** |
| **Totals** | | | **$67,855.82** | **$67,664.79** | |

### Summary of checks written *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|--------|------|----------|--------|------|----------|--------|------|----------|
| 423 | 3/3 | 120.45 | 435 * | 3/2 | 25.00 | 440 | 3/9 | 53.85 |
| 424 | 3/5 | 500.00 | 436 | 3/8 | 178.76 | 441 | 3/16 | 100.00 |
| 425 | 3/3 | 1,961.65 | 438 * | 3/4 | 150.00 | 442 | 3/8 | 31,700.00 |
| 430 * | 3/2 | 500.00 | 439 | 3/1 | 80.00 | 443 | 3/31 | 10,505.20 |

*\* Gap in check sequence.*

### Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $385.00 |
| Total Returned Item Fees | $7.00 | $42.00 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.

Case: 09-51900   Doc# 256   Filed: 04/23/10   Entered: 04/23/10 15:16:56   Page 20 of 21

1334



**WELLS FARGO**

# Custom Management® Checking

## Activity summary

| | |
|---|---|
| Balance on 3/1 | 940.12 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 900.00 |
| **Balance on 3/31** | **$40.12** |

Account number: **9662960591**

**PAULA MULUGETA**
**BENYAM MULUGETA   (GRAND)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A., California  (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | **Beginning balance on 3/1** | | | | **940.12** |
| 3/29 | Online Transfer Ref #Ibetfxktg8 to Custom Management(Rm) Xxxxxx0559 On 03/28/10 | | | 500.00 | |
| 3/29 | Online Transfer Ref #Ibeqjvzzld to Custom Management(Rm) Xxxxxx0559 On 03/27/10 | | | 400.00 | 40.12 |
| | **Ending balance on 3/31** | | | | **40.12** |
| | **Totals** | | **$0.00** | **$900.00** | |