1 | ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
RICHARD W. ABBEY, ESQ. (SBN: 053039)
2 | RACHEL K. STEVENSON, ESQ. (SBN: 172525)
100 Stony Point Road, Ste. 200
3 | Post Office Box 1566
Santa Rosa, California 95402-1566
4 | Telephone No.: (707) 542-5050
Facsimile No.: (707) 542-2589
5 |
Attorneys for Creditor
6 | Sterling Savings Bank, successor in interest by merger to
Sonoma National Bank

**IT IS SO ORDERED.
Signed July 26, 2010**

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| In Re: | Case No. 09-51900 |
|---|---|
| BENYAM MULUGETA and PAULA R. MULUGETA, | Chapter 11 R.S. No. RKN/003 |
| Debtors. | **Date:** July 8, 2010 **Time:** 2:00 p.m. **Location:** 280 South First St., San Jose, CA **Courtroom:** 3020 |

### ORDER RE MOTION FOR RELIEF FROM STAY

Upon the Motion for Relief from Automatic Stay filed by Sterling Savings Bank, successor in interest by merger to Sonoma National Bank, the matter having come on regularly for continued hearing before the undersigned United States Bankruptcy Judge on July 8, 2010, the appearances having been duly noted on the record, arguments in support of and in opposition to the motion having been considered, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that if the Debtors have not completed the sale of their property located at **240 East O'Keefe, Palo Alto, CA** by the end of November, 2010, counsel for Sterling shall restore this Motion on the Court's calendar in December, 2010, at which time the Court will further consider the Motion.

The automatic stay shall remain in place pending the restored hearing date, provided that Sterling's counsel continues to receive from the Debtors, on or before the close of business on the 14th day of each month, monthly payments in the sum of Nine Thousand Eight Hundred Seventeen

Dollars and Seventy Cents ($9,817.70) in accordance with the prior Order of this Court entered on August 21, 2009.

**END OF ORDER**

*Approved as to form:*

By:_____
     *Benyam Mulugeta, Debtor*

*Case Name: In re: Mulugeta*
*Case No.: 09-51900*

**COURT SERVICE LIST**

**DEBTOR:**
Benyam Mulugeta
1025 Harker Ave.
Palo Alto, CA 94301

**JOINT DEBTOR:**
Paula R. Mulugeta
1025 Harker Ave.
Palo Alto, CA 94301

**U.S. TRUSTEE:**
Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S. 1st St., #268
San Jose, CA 95113-3004

**CREDITORS:**

**Aglaia Panos**
13240 Clairepointe Way
Oakland, CA 94619

**California Mortgage**
62 First St., 4th Fl
San Francisco, CA 94105

**Capital One Bank (USA), N.A.**
C/O Tsys Debt Management (Tdm)
PO BOX 5155
NORCROSS, GA 30091

**Chase**
PO Box 94014
Palatine, IL 60094

**Chrysler Financial**
PO Box 9001921
Louisville, KY 40290

**Chrysler Financial Services Americas LLC**
Randall P. Mroczynksi
535 Anton Boulevard, 10th Floor
Costa Mesa, AZ 92626

-3-

**Citi**
PO Box 6415
The Lakes, NV 88901

**Countrywide Home Loans**
PO Box 5170
Simi Valley, CA 93062

**Cupertino Dental**
10383 Torre Ave. #I
Cupertino, CA 95014

**EMC**
PO Box 660753
Dallas, TX 75266

**Expo**
PO Box 6028
The Lakes, NV 88901

**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

**Internal Revenue Service**
P O Box 21126
Philadelphia, P A 19114

**Loan Oak Fund**
11611 San Vicente Blvd. #640
Los Angeles, CA 90049

**Robert Taylor**
541B Cowper
Palo Alto, CA 94301

**Sequoia Mortgage**
1114 Irwin St.
San Rafael, CA 94901

**Tomoko Nakama**
1569 Jackson St.
Oakland, CA 94612

**Wachovia Dealer Services, Inc**
PO Box 25341
Santa Ana, CA 92799

**Washington Mutual**
PO Box 660487
Dallas, TX 75266

**Washington Mutual**
PO Box 74148
Phoenix, AZ 85062

**Washington Mutual Bank**
7301 Baymeadows Way
Jacksonville, FL 32256

**Wells Fargo**
PO Box 30086
Los Angeles, CA 90030

**WELLS FARGO BANK N.A.**
BDD Bankruptcy Dept MAC S4101-08C
100 W Washington St
Phoenix, AZ 85003

**Wells Fargo Bank, N.A.**
c/o Wells Fargo Card Services
Recovery Department
P.O. Box 9210
Des Moines, IA 50306

**Wells Fargo Bank, National Association as Trustee**
EMC Payment Processing
PO Box 660753
Dallas, TX, 75266-0753

**SPECIAL NOTICE:**

**First Street Commercial Mortgage Fund, LLC**
c/o Eric A. Nyberg
Kornfield, Nyberg, Bendes & Kuhner
1999 Harrison St., Ste. 2675
Oakland, CA  94612

**EMC Mortgage Corporation**
ATTN: Bankruptcy Dept.
P.O. Box 293150
Lewisville, TX 75029-3150
Loan No: ***** 5551

| | |
|---|---|
| 1 | **American Express Centurian Bank** |
| 2 | c/o Becket and Lee LLP<br>P.O. Box 3001 |
| 3 | Malvern, PA 19355-0701 |
| 4 | **American Express Travel Related Services Co., Inc.** |
| 5 | c/o Becket and Lee LLP<br>P.O. Box 3001 |
| 6 | Malvern, PA 19355-0701 |
| 7 | **Loan Oak Fund, LLC** |
| 8 | c/o Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP<br>Attn: Simon Aron, Esq. |
| 9 | 11400 West Olympic Blvd., Ninth Floor<br>Los Angeles, CA 90064-1565 |
| 10 | |
| 11 | **Countrywide Home Loans Servicing, Inc.**<br>c/o Richard J. Bauer, Jr., Esq. |
| 12 | Miles, Bauer, Bergstrom & Winters, LLP<br>1665 Scenic Ave., Ste. 200 |
| 13 | Costa Mesa, CA 92626 |
| 14 | **Sequoia Mortgage Capital** |
| 15 | c/o Patric J. Kelly, Esq.<br>Adleson, Hess & Kelly, APC |
| 16 | 577 Salmar Ave., Second Floor<br>Campbell, CA 95008-1453 |
| 17 | |
| 18 | **Sequoia Mortgage Capital**<br>Jason H. Freskos |
| 19 | 1114 Irwin Street<br>San Rafael, CA 94901 |
| 20 | |
| 21 | **Chrysler Financial Services Americas LLC**<br>**fka DaimlerChrysler Financial Services Americas LLC** |
| 22 | c/o Randall P. Mroczynski, Esq.<br>Cooksey, Toolen, Gage, Duffy & Woog |
| 23 | 535 Anton Blvd., Tenth Floor<br>Costa Mesa, CA 92626 |
| 24 | |
| 25 | **Washington Mutual Bank**<br>c/o Melodie A. Whitson |
| 26 | PITE DUNCAN, LLP<br>4375 Jutland Drive, Ste. 200 |
| 27 | P.O. Box 17933<br>San Diego, CA 92177-0933 |
| 28 | |