Benyam and Paula R. Mulugeta
1025 Harker Ave.
Palo Alto, Ca. 94301
Tel: 650-906-8012
Email bmulugeta1020@gmail.com

Debtors in Possession

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: )
)
Benyam and Paula R. Mulugeta ) Case No. 09-51900 ASW
) CHAPTER 11
)
)
Debtors )
) Date: November 3, 2010
) Time: 2.15 pm
) Room: 3020
)
) Judge: The Honorable A. Weissbrodt
)

**OPPOSITION TO HENRY C. KOEHIER, TRUSTEE OF HENRY C. AND IRMGARD M. KOEHLER REVOCABLE TRUST; NANCY BERKOWITS; AND MARTIN AND INGER KIRSCHENBAUM, SECURED PARTIES AND SERVICING AGENT FOR SECURED PARTIES, SEQUOIA MORTGAGE CAPITAL, Inc. ("Secured Party") MOTION FOR RELIEF FROM STAY**

Debtors, Benyam and Paula R. Mulugeta (jointly "Debtors") submit this opposition to the Motion for Relief from Stay submitted by "Secured Party" regarding Debtor's Real property located at **1025 Harker Ave. Palo Alto, CA. 94301, "Harker"**.

**1- EQUITY**

Debtors argue that the property has enough equity; thus, the "Secured Party" interest is very well protected.

Fair Market Value $3,000,000.00 +
Less
   JPMorgan Chase loan $1,633,777.06
   Sequoia Mortgage and "Secured Party" total loans $610,000.00

**EQUITY ON THE PROPETY**     **$756,223.00**

**2- ADEQUATE PROTECTION**

Debtors will start paying $1,600.00 per month starting December 10, 2010 from rental income of the property until refinance or modification of the loan is possible. In addition Debtors is planning to pay form the sale of Harrison property the pre-petition and post-petition owed to "Secured Party" to make the loan current. Debtors can be able to pay one lump sum amount from the sell of "Harrison" providing "Secured Party" discount the notes. Debtors already sent a letter to Sequoia Mortgage Capital to negotiate modification of the loan or one lump sum payment settlement.

**DEBTORS OPPOSITION TO SEQUOIA MORTGAGE CAPITAL/"SECURED PARTY" MOTION FOR RELIEF FROM STAY- 1**

## 3- REORGANIZATION

Debtors believe that the property is essential for Debtors reorganization plan since it has equity and can generate rental income which enables Debtors to be able to pay the "Secured Party" monthly mortgage.

## 4- BEFORE THE FACT ARGUMENT

"Secured Party" **renews** their Motion for Relief from Automatic Stay based on an assumption that Debtors will not make the court order payment of $4,000.00 per month starting November 10, 2010 to Deutsche Bank/JPMorgan Chase the 1st lien holder, and then the 1st lien holder MIGHT record Notice of Default, therefore "Secured Party " is entitle for Relief From Stay. Debtors argue that "Secured Party" argument is based on wish and assumption rather than fact. Thus, Debtors submit that the Court should reject the "Secured Party Motion for Relief from Automatic Stay since it is not based on reality and fact, rather false assumption. Debtors also submit that the "Secured Party" Motion is before the fact, thus do not have fact to support it..

## 5- CONCLUSION

The main reason Debtors filed Chapter 11 is to get protection from bankruptcy court, and to save their main residence "Harker" and to stabilized their estate from collapsing and submit reorganization plan that will enable them to emerge from bankruptcy as a viable and profitable entity. Debtors believe there is still a need of protection from the Court in order to achieve the objective and the purpose of filing Chapter 11. Debtors submit that there are good reasons exist as mentioned above why Automatic Stay remain in effective and NO GOOD CAUSE exist to grant Relief from Stay to "Secured Party.

**Based on the forgoing**, Debtors respectively request that the Court denies "Secured Party" Motion for Relief from Stay.

Dated: October 29, 2010

_____
Benyam Mulugeta
Debtor

DEBTORS OPPOSITION TO SEQUOIA MORTGAGE CAPITAL/"SECURED PARTY" MOTION FOR RELIEF FROM STAY- 2

```
Tsegereda B. Mulugeta
P.O. Box 407
Palo Alto, Ca. 94302
Tel; 650-575-7578
```

UNITED STATES BANKRUPTCY COURT
NORTHER DISTRICT OF CALIFORNIA

In Re:

Benyam and Paula R. Mulugeta    )    Case No. 09-51900 ASW
                                )    Chapter 11
                                )
            Debtors             )
                                )
_____ )

### CERTIFICATE OF SERVICE

I am a citizen of United States and residence of Santa Clara County. I am over the age of eighteen years and not a party to the above-entitled action, my address is 1025 Harker Ave., Palo Alto, Ca. 94301.

On October 29, 2010, I mailed a true and correct copy of the following documents.

**OPPOSITION "Secured Party" MOTION FOR RELIEF FROM STAY FOR REAL PROPERTY "Harker"**

In the matter indicated below:

X By mail, by enclosing said document(s) in an envelop and depositing the sealed envelop with the United States service with the postage fully prepaid addressed and as follows:

**See Attached Mailing List**

This Certificate was executed on October 29, 2010 at Palo Alto, California. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 29, 2010

Tsegereda Mulugeta

CERTIFICATE OF SERVICE - 1

COURT SERVICE LIST
CASE NO.: 09-51900 ASW

**U.S. TRUSTEE**
United States Trustee
U.S. Federal Building
280 S. 1st Street, #268
San Jose, CA 95113-3004

SEQUOIA MORTGAGE CAPITAL
c/o Patric J. Kelly, Esq.
ADLESON, HESS & KELLY, APC
577 Salmar Avenue, Second Floor
Campbell, CA 95008

Lone Oak Fund, LLC
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, Ninth Floor
Los Angeles, California 90064

Robert Taylor
541B Cowper
Palo Alto, CA 94301

Tomoko Nakama
1569 Jackson St.
Oakland, CA 94612

**Aglaia Panos**
13240 Clairepointe Way
Oakland, CA 94619

CASPER J. RANKIN (CA SBN 249196)
TRAVIS J. LILLIE (CA SBN 267339)
JOSEPH C. DELMOTTE (CA SBN 259460)
PITE DUNCAN LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600

CERTIFICATE OF SERVICE - 2