

IT IS SO ORDERED.
Signed December 09, 2010

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

SIMON ARON (SBN 108183)
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard
Ninth Floor
Los Angeles, California 90064-1565
Telephone: (310) 478-4100
Fax: (310) 479-1422

Attorneys for Lone Oak Fund, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

BENYAM MULUGETA AND PAULA R. MULUGETA,

Debtors.

) Case No. 09-51900-ASW
)
) Chapter 11
)
) **ORDER GRANTING DEBTOR'S**
) **EMERGENCY MOTION TO SELL**
) **PROPERTY LOCATED AT 2332**
) **HARRISON STREET, OAKLAND,**
) **CALIFORNIA**
)
) Hearing:
)
) Date: November 9, 2010
) Time: 9:45 a.m.
) Place: Courtroom 3020
)        280 S. 1st Street
)        San Jose, CA 95113
)
)
)

On October 29, 2010, and November 9, 2010, hearings were held before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge for the Northern District of California, in his courtroom "3020" located at 280 S. 1st Street, San Jose, California, to consider the emergency motion (the "Motion") filed by debtors and debtors in possession Benyam and Paula

R. Mulugeta (collectively "Debtors") for approval of the sale of the Debtors' real property commonly referred to as 2332 Harrison Street, Oakland, California 94612 (Assessor Parcel No. (A.P.N.) 010-0769-005-00 (the "Harrison Property") free and clear of liens pursuant to 11 U.S.C. §363(b) and (f) and Rules 6004 and 2002 of the Federal Rules of Bankruptcy Procedure. Appearances were made as set forth on the record of this Court.

The Court, having considered the Motion and all papers filed by the Debtor in support of the Motion and the limited objections filed by secured creditor Lone Oak Fund, LLC, ("Lone Oak") and the statements, representations and arguments made at the hearing on behalf of the Debtor, Lone Oak and the Office of the United States Trustee (the "OUST") and notice of the Motion and the hearing on the Motion having been provided, and for the reasons set forth on the record of this Court, and good cause appearing therefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is granted as follows:[1]

    a. The Debtors are hereby authorized to sell the Harrison Property to Trading Spaces, LLC (the "Purchaser") for the amount of $7,000,000.00 "as is" and without any warranty or representation concerning the Harrison Property, including, without limitation, its fitness for a particular use.

    b. The Debtors are hereby authorized to execute all documents and to take all other steps reasonable and necessary to consummate the sale of the Harrison Property;

    c. The Debtors are authorized to pay normal, customary and reasonable costs of sale consistent with "Seller's Estimated Settlement Statement" attached hereto as Exhibit "A";

    d. The Escrow holder is authorized to deliver from escrow at the close of sale the Purchaser's agent commission of $227,500.00 to Realty World-Viking as described in Exhibit "A";

---

[1] The Motion is a public document filed with the United States Bankruptcy Court for the Northern District of California, San Jose Division, as Docket No. 331, in the above-noted Chapter 11 Case, and is accessible via PACER Web Links.

  e. The Debtors shall pay from escrow the following secured claims listed in Exhibit "A":

    i. Lone Oak - - $4,204,828.25, plus $962.50 per day from and after November 1, 2010 until close of sale;

    ii. J. Robert Taylor - - $257,338.42, plus $66.67 per day from and after October 26, 2010 until the close of sale;

    iii. Tomoko Nakama - - $240,738.07, plus $40.1096 per day from and after October 26, 2010 until the close of sale;

    iv. Alameda County Tax Collector - - $234,899.59, plus $23,677.76, plus $205.8936 per day from and after October 22, 2010 until the close of sale; and,

  f. Upon payment from escrow of the secured claims described in subsections e.(i) through e.(iv) immediately above, each such secured claim and related lien shall be deemed satisfied, released and terminated without further action.

  g. Except that the liens and claims described in subsection e. above, the sale of the Harrison Property shall be free and clear of liens pursuant to 11 U.S.C. §363(f)(3), which shall be paid from escrow at the close of sale, and all remaining liens, if any, shall attach to the proceeds of sale in the same order of recordation of such liens and with the same validity, priority and effect as such liens had against the Harrison Property;

  h. All of the net proceeds of sale shall be held in trust in an interest bearing trust account No. 5816456882 established at Wells Fargo Bank, 400 Hamilton Avenue, Palo Alto, California, 94301, and shall not be disbursed without a further order of this Court; and,

  i. The Bankruptcy Court reserves jurisdiction to implement the sale, enforce the terms of this Order, and to resolve any disputes with or related to the sale of the Harrison Property.

  2. The Purchaser is determined to be a good faith purchaser and entitled to the protections under 11 U.S.C §363(m) of the Bankruptcy Code; and,

///

Case: 09-51900 Doc# 355 Filed: 12/09/10 Entered: 12/09/10 11:16:02 Page 3 of 6

///

3. The notice provided to creditors and other parties in interest of the Motion is reasonable and appropriate under the circumstances.

APPROVED:

_____
Benyam Mulugeta

_____
Paula R. Mulugeta

Office of the Unites States Trustee

_____
John Wesolowski
Attorney for the United States Trustee

# # END OF ORDER # #

4

///

3. The notice provided to creditors and other parties in interest of the Motion is reasonable and appropriate under the circumstances.

APPROVED:

_____
Benyam Mulugeta

_____
Paula R. Mulugeta

Office of the Unites States Trustee

_____
John Wesolowski
Attorney for the United States Trustee

# # END OF ORDER # #

4

# COURT SERVICE LIST

Benyam Mulugeta
Paula Mulugeta
1025 Harker Ave.
Palo Alto, CA 94301

United States Trustee
U.S. Federal Building
280 S. 1st Street, #268
San Jose, CA 95113-3004

Aglaia Panos
13240 Clairepointe Way
Oakland, CA 94619

Tomoko Nakama
1569 Jackson St.
Oakland, CA 94612

Robert Taylor
541B Cowper
Palo Alto, CA 94301Office of the United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Simon Aron
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Boulevard
Ninth Floor
Los Angeles, CA 90064

5