Benyam and Paula R. Mulugeta
1025 Harker Ave.
Palo Alto, Ca. 94301
Tel: 650-906-8012
Email bmulugeta1020@gmail.com

Debtors in Possession

FILED
MAR 07 2011
CLERK
United States Bankruptcy Court
San Jose, California

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re: )
)
Benyam and Paula R. Mulugeta ) Case No. 09-51900 ASW
) CHAPTER 11
)
) DECLARATION OF GARY G.GORMICK
Debtors )
) Judge: The Honorable A. Weissbrodt
)

I, Gary G.Gormick, hereby declare as follows:

1- I am a Managing Member of Trading Spaces LLC. A Nevada Corporation, whose address is 5190 Neil road, Suite 430, Reno, Nevada, 89502
2- Trading Space LLC is the buyer for Mr. & Mrs. Benyam Mulugeta's property located at 2332 Harrison St. Oakland, Ca. 94612
3- Trading Spaces LLC made an offer for $7,000,000.00 "As Is" to purchase the property on February 10, 2009. This is a cash transaction, which is different from loan originated institution transaction.
4- There are 5 other properties in addition to "Harrison" property that Trading Spaces LLC is purchasing for the total purchase price of $54,000,000.00.
5- Argent Asset Management and Argent Security, Inc is the company which arranges the financing of these purchases.
6- Mr. Ronald G. Morgan, the CEO of Argent Asset Management and Argent Security Inc., is the person I have been working with to get the loan to purchase these properties.
7- The fund, which is the $54,000,000.00, to purchase these properties, including "Harrison" property is currently deposited with Bank of America, Reno, Nevada, Branch in Trading Spaces LLC Business Account (Exhibit 1).
8- Within two weeks time the money will be transfer from Bank of America to, Placer Title Company, 4900 Hopyard Rd. Suite 100, Pleasanton, Ca. 94588, Escrow # 811-1394, in order to complete the purchase of "Harrison" property and the other 5 properties. (EXHIBIT 2)
9- Once the Declaration is filed to the Court on 3/7/11, I will be mailing it to the attached concern list.

I DECLARE under the penalty of perjury that the forgoing is true and correct.

Dated: March 5, 2011

*Gary G. Gormick* (signature)

Gary G. Gormick

Managing Member of Trading Space LLC.

DECLARATION OF GARY G. GORMICK

EXHIBIT 1

Online Banking **Sign Off**

- Locations
- Mail
- Help
- En Español
    - Set language preference
    - Seleccionar el idioma preferido

**Accounts**
**Bill Pay**
**Transfers**
**Investments**
**Customer Service**

Accounts Overview
Account Details
My Portfolio
Alerts
Open an Account

Last sign in: 3/3/2011 at 1:30 p.m. ET

## Accounts Overview
### Argent Securities ▓▓▓▓▓▓▓▓▓▓▓tion
### Account Trading Spaces - Business Accounts
Protect your accounts and information, visit the Security Center

# Bank of America
Online Banking **Sign Off**

- Locations
- Mail
- Help
- En Español
    - Set language preference
    - Seleccionar el idioma preferido

**Accounts**
**Bill Pay**
**Transfers**
**Investments**
**Customer Service**

*EXHIBIT 1*

Accounts Overview
**Account Details**
My Portfolio
Alerts
Open an Account

**Business Account -** ▮                                                                                                     **Account:**

**Insufficient Funds/Overdraft Auto Alerts**
Did you know we automatically send you an email when your account has insufficient funds? To help prevent overdrafting your account, activate th
and receive notifications when your balance dips below an amount you choose. You can also enroll in **Text Banking** to check your balance bef

Today is Monday, March 3, 2011.
You last signed in on March 3 2011 at
12:30 PM ET.

**Balance Summary**  [?]

**$54,000,000.00**  Available Balance as of today     ► Icon Legend                                                  Showing: All entries

Account balance history
Tips to help avoid fees

Show account number

Show routing numbers

Personal schedule of fees

*EXHIBIT 2*

# ARGENT
### ASSET MANAGEMENT

-Attention Gary Gornick and Allen Bahk:  Date: 3-7-11

The purpose of this communication is to provide you with a current update concerning the Trading Spaces Funding. We are anticipating distribution of the indenture account to your operating account no later than 3-9-11 Should you have any questions please call.

Sincerely,
ARGENT ASSET MANAGEMENT (AAM)
ARGENT SECURITIES, INC

By /s/ Ronald G Morgan
Ronald G Morgan CEO

**U.S. TRUSTEE**
United States Trustee
U.S. Federal Building
280 S. 1st Street, #268
San Jose, CA 95113-3004

CASPER J. RANKIN (CA SBN 249196)
TRAVIS J. LILLIE (CA SBN 267339)
JOSEPH C. DELMOTTE (CA SBN 259460)
PITE DUNCAN LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600

Robert Taylor
541B Cowper
Palo Alto, CA 94301

SEQUOIA MORTGAGE CAPITAL
c/o Patric J. Kelly, Esq.
ADLESON, HESS & KELLY, APC
577 Salmar Avenue, Second Floor
Campbell, CA 95008

Lone Oak Fund, LLC
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, Ninth Floor
Los Angeles, California 90064

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
RICHARD W. ABBEY, ESQ. (SBN: 053039)
RACHEL K. STEVENSON, ESQ. (SBN: 172525)
100 Stony Point Road, Ste. 200
Post Office Box 1566
Santa Rosa, California 95402-1566

First Street Commercial Mortgage Fund, LLC
c/o Eric A. Nyberg
Kornfield, Nyberg, Bendes & Kuhner
1999 Harrison St., Ste. 2675
Oakland, CA 94612