

```
1  ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
   RICHARD W. ABBEY, ESQ. (SBN: 053039)
2  RACHEL K. STEVENSON, ESQ. (SBN: 173525)
   100 Stony Point Road, Ste. 200
3  Post Office Box 1566
   Santa Rosa, California  95402-1566
4  Telephone No.:  (707) 542-5050
   Facsimile No.:  (707) 542-2589
5
   Attorneys for Creditor
6  Sterling Savings Bank, successor in interest by merger to
   Sonoma National Bank
7
```

IT IS SO ORDERED.
Signed April 11, 2011

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

In Re:

BENYAM MULUGETA and PAULA R. MULUGETA,

Debtors.

Case No.  09-51900
Chapter 11
R.S. No. RKN/004

Date: March 3, 2011
Time: 4:00 p.m.
Location: 280 South First St., San Jose, CA
Courtroom: 3020

### ORDER RE MOTION FOR RELIEF FROM STAY

Upon the Motion for Relief from Automatic Stay filed by Sterling Savings Bank, successor in interest by merger to Sonoma National Bank, the matter having come on regularly for continued hearing before the undersigned United States Bankruptcy Judge on March 3, 2011, the appearances having been duly noted on the record, arguments in support of and in opposition to the motion having been considered, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the hearing on this Motion, as to the Debtors' property located at **353 Grand Avenue, Oakland, CA** (the "Property"), is continued for ninety days, at which time the Court will further consider the Motion.

The automatic stay shall remain in place pending the continued hearing, provided that Sterling's counsel continues to receive from the Debtors, on or before the close of business on the 14th day of each month, monthly payments in the sum of Ten Thousand Five Hundred Five Thousand Dollars and Twenty Cents ($10,505.20) in accordance with the prior Order of this Court

entered on August 21, 2009, the terms of which are incorporated herein by this reference as though fully set forth.

    The Debtors shall forthwith file a motion for an order allowing the use of Sterling's cash collateral.

    The Debtors shall file and serve a copy of their listing agreement pertaining to the Property, as well as a declaration from their real estate broker as to the recommended listing price for the Property.

**END OF ORDER**

*Approved as to form:*

By: _____
    Benyam Mulugeta, Debtor

-2-