SIMON ARON (SBN 108183)
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard
Ninth Floor
Los Angeles, California 90064-1565
Telephone: (310) 478-4100
Fax: (310) 479-1422

Attorneys for Lone Oak Fund, LLC

The following constitutes the
Order of the Court. Signed _____ 20 __

*Not Signed.*
HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

*Was this superceded by hearing of 3/28/11? Copies of minutes attached. ASW 4/17/11*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re

BENYAM MULUGETA AND PAULA R. MULUGETA,

    Debtors.

) Case No. 09-51900-ASW
) Chapter 11
)
) **ORDER FOR ADEQUATE PROTECTION**
) **RE HARRISON PROPERTY**
)
) Hearing:
)
) Date: March 3, 2011
) Time: 4:00 p.m.
) Place: Courtroom 3020
)        280 S. 1st Street
)        San Jose, CA 95113

Hearings on the amended motion to sell real property "Harrison" free and clear of liens of debtors Benyman and Paula Mulugeta (collectively the "Debtors"), the emergency motion of secured creditor Lone Oak Fund, LLC ("Lone Oak") for order enforcing stipulation and for order terminating the automatic stay, Sterling Savings Bank's motion for relief from the stay regarding

| | |
|---|---|
| 1 | 240 East O'Keefe, Palo Alto, California 94303, Sterling Savings Bank's motion for relief from |
| 2 | the stay regarding 353 Grand Avenue, Oakland, California 94601, and Deutsche Bank National |
| 3 | Trust Company's motion for relief from the stay came on for hearing in the above-noted case |
| 4 | before the undersigned United States Bankruptcy Judge on March 3, 2011, at 4:00 p.m. |

The Debtors appeared in pro per. Edward C. MacDonald, Jr., Esq., of Adelson, Hess & Kelly, APC, appeared on behalf of Sequoia Mortgage Fund. Simon Aron, Esq., of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, appeared on behalf of Lone Oak. John Wesolowski, Esq, appeared on behalf of the Office of the United States Trustee. John W. Strate, Esq., Office of the Chief Counsel appeared on behalf of the Internal Revenue Service. J. Robert Taylor, Esq., appeared on behalf of Real Estate Service Money Purchase Pension Trust, Stefanie A. Schiff, Esq of Pite Duncan, LLP, appeared on behalf of Deutsch Bank National Trust Company. Rachel K. Stevenson, Esq., of Abbey, Weitzenberg, Hoffman, Warren, et. al., appeared on behalf Sterling Savings Bank. Trading Spaces, LLC, the proposed buyer of the Harrison Property appeared by and through Gary G. Gornick ("Gornick"), its managing member. Other appearances, if any, were noted on the record.

Court having read and considered the pleadings and other papers on file in the Debtors' case and and having heard and considered the limited testimony of Gornick, as well as the statements, representations and arguments of the parties appearing, and good cause appearing therefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. On fifteenth (15th) day of March, April and May, 2011, Debtors shall pay to Lone Oak the aggregate amount of $22,000.00, by delivering that amount in good funds to Lone Oak's counsel of record at the address listed on the first page on this Order; If any such payment is not actually received by Lone Oak's counsel by the fifteenth (15th) day of March, April or May, 2011, the Court shall grant relief from the automatic stay pursuant to a declaration of Lone Oak's counsel that such payment has not been timely made.

///

///

2. Commencing in April, 2011, Debtors shall pay monthly to the Alameda County Tax Collector the amount of $5,000 for real property taxes owed against the Harrison Property.

# # END OF ORDER # #

# COURT SERVICE LIST

Benyam Mulugeta
Paula Mulugeta
1025 Harker Ave.
Palo Alto, CA 94301

United States Trustee
U.S. Federal Building
280 S. 1st Street, #268
San Jose, CA 95113-3004

Aglaia Panos
13240 Clairepointe Way
Oakland, CA 94619

Tomoko Nakama
1569 Jackson St.
Oakland, CA 94612

Robert Taylor
541-B Cowper
Palo Alto, CA 94301

Patric J. Kelly, Esq.
Adleson, Hess & Kelly, APC
577 Salmar Avenue, Second Floor
Campbell, CA 95008

Gary G. Gornick
Trading Spaces LLC
132 E. Lewelling Blvd
San Lorenzo, CA 94580

John W. Strate, Esq.
Office of Chief Counsel
55 South Market St., Suite 505
San Jose, CA 95113

Stefanie A. Schiff, Esq.
Pite Duncan, LP
4375 Jutland Drive, Suite 200
San Diego, CA 92177-0933

Rachel K. Stevenson, Esq.
Abbey, Weitzenberg, Hoffman Warren et al
Post Office Box 1566
Santa Rosa, CA 95402

Edward C. McDonald, Jr., Esq.
Adelson, Hess & Kelly
577 Salmar Ave., Second Floor
Campbell, CA 95008

March 3, 2011
Hearing Held (RE: related document(s) 362 Motion to Enforce Stipulation and for Order for Relief From the StayWITH DECLARATION OF SIMON ARON AND SAMANTHA SIMONS. Filed by Requestor Lone Oak Fund, LLC .). 90 day order articulated on record. Debtor to pay $22,000 to Lone Oak by 3/15/11. By 3/31/11 debtor to file stipulation providing for payments starting in April of $5000 per month to taxing authorities. Written schedule of tax installments signed by taxing authority to be filed with the court. Mr. Aron to prepare order. (be) (Entered: 03/24/2011)

March 28, 2011
Hearing Held (related document(s): 362 Motion Miscellaneous Relief) Denied for reasons stated on the record. Counsel for movant to submit order. (bg) (Entered: 03/29/2011)