
ORIGINAL

FILED
MAY 26 2011
CLERK
United States Bankruptcy Court
San Jose, California

Benyam and Paula R. Mulugeta
1025 Harker Ave.
Palo Alto, Ca. 94301
Tel: 650-906-8012
Email bmulugeta1020@gmail.com

Debtors in Possession

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

Benyam and Paula R. Mulugeta

**Debtors**

Case No. 09-51900 ASW
CHAPTER 11

**DECLARATION OF RODNEY THOMPSON IN REGARD TO "GRAND" PROPERTY SALE ACTIVITIES**

Judge: The Honorable A. Weissbrodt

I, Rodney Thompson, hereby declare as follows:
1- I am a licensed real estate agent with TRI Commercial. My office is located at 1404 Franklin St. Oakland, Ca. 94612. My telephone number is 510-622-8433.
2- I am qualified to represent the estate of the Debtors as sellers of the property located at **353 Grand Ave., Oakland, Ca. 94610** for the reasons stated herein.
3- The general terms of the agreement between the Debtors and TRI Commercial and I are as follows:
   A) The current list price is $2,590,000".
   B) The compensation sought by TRI Commercial and I is six percent (6%) of the gross sales price.
   C) The period for the listing is March 1st, 2011 through September 1st. 2011.
   D) Any sale of the property and/or payment of commission is subject to approval by the TRI Commercial or me may occur without an order being obtained by the United States Bankruptcy Court.
4- I have several years of experience in the selling of real property in the area where the subject property is located.
5- I am attaching Oakland Adams Point Apartment Property Comparable Sales, where the subject property is located. Generally, rent levels and occupancy is up. Sales activity is improved, also, with some return to multiple offers. Since we drooped the price, we are expecting to get an offer near future.(Exhibit 1).

I DECLARE under the penalty of perjury that the forgoing is true and correct.

Dated: May 24, 2011

Rodney Thompson

:

DECLARATION IN SUPPORT OF APPLICATION TO EMPLOYE REAL ESATE BROKER- 1

*EXHIBIT 1*

### 141 Montecito Ave — SOLD



Oakland, CA 94610 — Alameda County

| | |
|---|---|
| Sale Date: | 01/06/2010 (295 days on mkt) |
| Sale Price: | $2,297,400 - Confirmed |
| Price/SF: | $139.21 |
| Price/Unit: | $120,916 |
| Pro Forma Cap: | - |
| Actual Cap Rate: | 6.54% |
| Comp ID: | 1866352 |
| Research Status: | Confirmed |
| Bldg Type: | Apartment Units |
| Year Built/Age: | Built 1963 Age: 47 |
| RBA: | 16,503 SF |
| # of Units: | 19 |
| Parcel No: | 010-0769-011-00 |
| GRM/GIM: | 8.90/- |
| Sale Conditions: | Deferred Maintenance |

### 411 Euclid Ave — SOLD

Oakland, CA 94610 — Alameda County

| | |
|---|---|
| Sale Date: | 04/07/2010 |
| Sale Price: | $1,956,000 - Confirmed |
| Price/SF: | $143.86 |
| Price/Unit: | $150,462 |
| Pro Forma Cap: | 5.48% |
| Actual Cap Rate: | 6.00% |
| Comp ID: | 1916480 |
| Research Status: | Confirmed |
| Bldg Type: | Apartment Units |
| Year Built/Age: | Built 1971 Age: 39 |
| RBA: | 13,597 SF |
| # of Units: | 13 |
| Parcel No: | 010-0779-004-00 |
| GRM/GIM: | - |
| Sale Conditions: | - |



### 372 Euclid Ave — SOLD

Oakland, CA 94610 — Alameda County

| | |
|---|---|
| Sale Date: | 02/02/2011 (434 days on mkt) |
| Sale Price: | $3,395,700 - Confirmed |
| Price/SF: | $128.66 |
| Price/Unit: | $106,116 |
| Pro Forma Cap: | 5.13% |
| Actual Cap Rate: | - |
| Comp ID: | 2050396 |
| Research Status: | Confirmed |
| Bldg Type: | Apartment Units |
| Year Built/Age: | Built 1968 Age: 43 |
| RBA: | 26,392 SF |
| # of Units: | 32 |
| Parcel No: | 010-0785-031-01 |
| GRM/GIM: | - |
| Sale Conditions: | - |



### 290 Lee St - Fontana Lee East Apartments — SOLD

Oakland, CA 94610 — Alameda County

| | |
|---|---|
| Sale Date: | 03/25/2011 |
| Sale Price: | $3,075,000 - Confirmed |
| Price/SF: | $146.07 |
| Price/Unit: | $139,773 |
| Pro Forma Cap: | 7.93% |
| Actual Cap Rate: | 6.21% |
| Comp ID: | 2078545 |
| Research Status: | Confirmed |
| Bldg Type: | Apartment Units |
| Year Built/Age: | Built 1968 Renov 2008 Age: 43 |
| RBA: | 21,052 SF |
| # of Units: | 22 |
| Parcel No: | 010-0774-032-02 |
| GRM/GIM: | -/9.72 |
| Sale Conditions: | - |



### 333 Park View Ter — SOLD

Oakland, CA 94610 — Alameda County

| | |
|---|---|
| Sale Date: | 03/31/2011 (43 days on mkt) |
| Sale Price: | $1,425,000 - Confirmed |
| Price/SF: | $155.23 |
| Price/Unit: | $109,615 |
| Pro Forma Cap: | 6.80% |
| Actual Cap Rate: | 7.40% |
| Comp ID: | 2092385 |
| Research Status: | Confirmed |
| Bldg Type: | Apartment Units |
| Year Built/Age: | Built 1920 Age: 91 |
| RBA: | 9,180 SF |
| # of Units: | 13 |
| Parcel No: | - |
| GRM/GIM: | 8.68/- |
| Sale Conditions: | - |



### 314 Perkins St — SOLD

Oakland, CA 94610 — Alameda County

| | |
|---|---|
| Sale Date: | 04/29/2011 (7 days on mkt) |
| Sale Price: | $4,675,000 - Confirmed |
| Price/SF: | $142.63 |
| Price/Unit: | $133,571 |
| Pro Forma Cap: | 7.94% |
| Actual Cap Rate: | 6.19% |
| Comp ID: | 2101033 |
| Research Status: | Confirmed |
| Bldg Type: | Apartment Units |
| Year Built/Age: | Built 1972 Age: 39 |
| RBA: | 32,778 SF |
| # of Units: | 35 |
| Parcel No: | 010-0786-021-01 |
| GRM/GIM: | 9.82/- |
| Sale Conditions: | - |

**CBRE — CB RICHARD ELLIS**

...guaranty as to the accuracy of the above. Opinions and estimates are CBRE's judgment as of the release date, subject to change. Redistribution without our consent is prohibited. This copyrighted report contains research licensed to CB Richard Ellis - 17299.

5/19/2011

*EXHIBIT 1*

# CB RICHARD ELLIS — Econometric Advisors



## Multi-Housing Vacancy Index

April 5, 2011 — First Quarter 2011

### A Solid but Not Spectacular Quarter

Preliminary data indicate that U.S. apartment demand growth slowed down a bit. The first quarter was solid but vacancy improvement was not quite as strong as last year. The vacancy rate for the nationwide same-store sample of 4.1 million professionally-managed apartment units stood at 6% in the first quarter of 2011, a 50-basis point (bps) drop from a year ago. The 4-quarter trailing average also edged down to 6%, a slight improvement over the previous quarter.

Another indication that the national apartment market is firmly on a path toward recovery is continuing improvement in effective rents: the national index is now rising at an annualized rate of over 3%. Preliminary data show effective rent growth in virtually every market, with a dozen or so areas posting 5-7% annual increases.



**The Pace of Apartment Vacancy Improvement Loses Some Momentum**

Sources: MPF Research, CBRE Econometric Advisors.

In 44 out of 60 markets, vacancy rates declined compared to a year ago. Markets with the biggest year-over-year declines in vacancy (150 bps or more) included Greensboro, Birmingham, Pittsburgh, Austin, Detroit, Oklahoma City, and Charlotte. Markets with the largest year-over-year increases in vacancy (50 bps or more) included West Palm Beach, Richmond, Norfolk, Louisville, Tulsa, and El Paso. Markets with the lowest vacancy rates (4% or below) include Pittsburgh, San Jose, Portland, El Paso, Minneapolis, Oakland, and San Francisco. Markets with the highest (9% and above) include Dayton, Las Vegas, Phoenix, Houston, Birmingham, Jacksonville, Atlanta, and Memphis.

Copyright © 2011, CBRE Econometric Advisors

With the recent gains in occupancy, effective rents are now showing more tangible growth and apartment fundamentals should continue strengthening through the rest of the year as the economy takes more steps towards recovery. As apartment demand recovers, the trade-off between vacancy and rent growth is likely to become more pronounced: lower vacancy will set the stage for higher rents, but if rents increase much faster, some cooling off in absorption is also to be expected.

| Market | Vacancy Rate, % | | |
|---|---|---|---|
| | 2011.1 | 2010.1 | Change, bps |
| Sum of Markets | 6.0 | 6.5 | -50 |
| Albuquerque | 4.9 | 5.4 | -50 |
| Atlanta | 10.2 | 10.4 | -20 |
| Austin | 5.9 | 8.0 | -210 |
| Baltimore | 4.6 | 6.0 | -140 |
| Birmingham | 9.9 | 12.3 | -240 |
| Boston | 4.1 | 4.6 | -50 |
| Charlotte | 7.3 | 9.0 | -170 |
| Chicago | 5.3 | 6.1 | -80 |
| Cincinnati | 6.5 | 6.8 | -30 |
| Cleveland | 5.0 | 5.2 | -20 |
| Columbus | 4.9 | 5.6 | -70 |
| Dallas | 7.8 | 9.1 | -130 |
| Dayton | 9.1 | 9.6 | -50 |
| Denver | 5.4 | 5.5 | -10 |
| Detroit | 5.9 | 8.0 | -210 |
| Edison | 4.3 | 3.9 | 40 |
| El Paso | 3.2 | 2.6 | 60 |
| Fort Lauderdale | 5.5 | 5.3 | 20 |
| Fort Worth | 8.7 | 10.1 | -140 |
| Greensboro | 6.5 | 9.2 | -270 |
| Greenville | 7.7 | 7.4 | 30 |
| Honolulu | 6.8 | 6.9 | -10 |
| Houston | 9.8 | 10.3 | -50 |
| Indianapolis | 7.3 | 8.5 | -120 |
| Jacksonville | 10.2 | 11.3 | -120 |
| Kansas City | 7.7 | 8.9 | -120 |
| Las Vegas | 9.4 | 9.4 | 0 |
| Los Angeles | 5.0 | 5.1 | -10 |
| Louisville | 5.8 | 4.8 | 100 |
| Memphis | 10.3 | 10.3 | 0 |
| Miami | 4.1 | 4.5 | -40 |
| Minneapolis | 3.4 | 4.8 | -140 |
| Nashville | 6.0 | 7.1 | -110 |
| New York | 5.5 | 6.2 | -70 |
| Newark | 4.0 | 4.8 | -80 |
| Norfolk | 6.6 | 5.3 | 130 |
| Oakland | 3.8 | 4.4 | -70 |
| Oklahoma City | 6.0 | 7.9 | -190 |
| Orange County | 4.6 | 5.1 | -50 |
| Orlando | 7.6 | 8.3 | -80 |
| Philadelphia | 5.6 | 5.6 | 0 |
| Phoenix | 9.5 | 9.7 | -20 |
| Pittsburgh | 2.0 | 4.2 | -220 |
| Portland | 3.2 | 4.4 | -120 |
| Raleigh | 5.9 | 7.3 | -140 |
| Richmond | 7.0 | 5.7 | 130 |
| Riverside | 6.3 | 6.0 | 30 |
| Sacramento | 5.3 | 6.2 | -90 |

Case: 09-51900    Doc# 430    Filed: 05/26/11    Entered: 05/26/11 16:13:39    Page 4 of 5

| Salt Lake City | 5.2 | 5.9 | -70 |
| --- | --- | --- | --- |
| San Antonio | 7.8 | 8.2 | -40 |
| San Diego | 4.1 | 3.7 | 40 |
| San Francisco | 3.9 | 3.9 | 0 |
| San Jose | 2.8 | 3.4 | -60 |
| Seattle | 4.8 | 5.3 | -50 |
| St. Louis | 7.3 | 7.3 | 0 |
| Tampa | 8.2 | 8.3 | -10 |
| Tucson | 8.2 | 9.4 | -120 |
| Tulsa | 8.7 | 8.0 | 70 |
| Washington, DC | 4.3 | 4.4 | -10 |
| West Palm Beach | 6.9 | 5.2 | 170 |

This document was prepared by: Gleb Nechayev, Senior Economist, CBRE Econometric Advisors, gleb.nechayev@cbre.com

For more information regarding CBRE-EA's products and services contact Matt McDaniel, Assistant Director of Client Services at matthew.mcdaniel@cbre.com

Copyright (C) 2011, CBRE Econometric Advisors (CBRE-EA). All rights reserved. Metropolitan employment forecasts are copyrighted by Moody's Economy.com. Sources of information utilized in this report include CB Richard Ellis, M|PF Research, and Moody's Economy.com. The information presented has been obtained from sources believed to be reliable but its accuracy, and that of the opinions and forecasts based thereon, is not guaranteed. All opinions, assumptions and estimates constitute CBRE-EA's judgment as of the date of the release and are subject to change without notice. The information and material contained within this product is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security or real estate assets. This product does not take into account the investment objectives or financial situation of any particular person or institution.

CBRE-EA holds all right, title and interest in this product and the proprietary information contained therein. This product is licensed to the Licensee for use in the ordinary course of the Licensee's ordinary business, subject to the restrictions set forth herein. Unless otherwise agreed to in writing by CBRE-EA, Licensee shall not provide this product to, or permit their use by or for, any third party, including, without limitation, any parent, subsidiary, affiliated entity or franchisee of Licensee. Licensee agrees to hold this product and all proprietary information contained therein in strict confidence and further agrees not to sell, sublease or disseminate this product including, but not limited to, computer readable data files, either in whole or in part, without the prior written consent of CBRE-EA. Licensee agrees to acknowledge CBRE-EA in any reports, presentations or any other materials produced by Licensee using this product as the source of the data in which such report, representation or other material is based. CBRE-EA hereby represents that it will use commercially reasonable efforts to deliver the scope of services free from any defects in design, materials and workmanship, and free of "viruses" as such terms are understood in the computer industry.