ERIC A. NYBERG, ESQ. (Bar No. 131105)
KORNFIELD, NYBERG, BENDES & KUHNER, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for First Street Commercial Mortgage Fund, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BENYAM and PAULA MULUGETA,<br><br>Debtors. | Case No. 09-51900 ASW<br><br>Chapter 11<br><br>**OBJECTION OF FIRST STREET COMMERCIAL MORTGAGE FUND, LLC TO MOTION TO SELL REAL PROPERTY KNOWN AS 353 GRAND AVENUE, OAKLAND FREE AND CLEAR OF LIENS** |
| | Date: August 23, 2011<br>Time: 2:15 p.m.<br>Ctrm: 3020<br>U.S. Bankruptcy Court<br>280 South First Street<br>Third Floor<br>San Jose, California |

First Street Commercial Mortgage Fund, LLC ("First Street") who is both the holder of a beneficial interest in the deed of trust encumbering the Debtors' Real Property commonly known as 240 E. O'Keefe, East Palo Alto, California (the "Real Property") and the loan servicer for said note and deed of trust, submits the following objection to the Debtor's Motion to Sell Real Property Known as 353 Grand Avenue, Oakland California Free and Clear of Liens (the "Motion").

As stated above, First Street is both the holder of a beneficial interest in a promissory note in the original principal amount of $1,000,000 which is secured by a second deed of trust

against the Real Property. In addition to being the holder of a beneficial interest in the note and deed of trust, First Street is also the loan servicer for said note and deed of trust.

The note and deed of trust is referred to by the Debtors in their Motion as the second deed of trust held by California Mortgage and Realty.

The Debtors' Motion purports to only pay the First Street note "…up to $200,000 from this transaction."

First Street objects to the sale to the extent that it does not provide for full payment on the First Street obligation. The Debtors provide no legal authority to support their attempt to sell the Real Property without fully satisfying the First Street note and deed of trust.

Further, to the extent the Debtors' Motion purports to sell the Real Property free and clear of the First Street Commercial Note and Deed of Trust, the Debtors have cited no authority which would support a sale free and clear pursuant to 11 U.S.C. § 363(f).

11 U.S.C. 363(f) provides:

> (f) The trustee may sell property under subsection (b) or (c) of this section free and clear of any interest in such property of an entity other than the estate, only if—
> (1) applicable nonbankruptcy law permits sale of such property free and clear of such interest;
> (2) such entity consents;
> (3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
> (4) such interest is in bona fide dispute; or
> (5) such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

The Debtors' Motion is void of any analysis of 11 U.S.C. 363(f). First Street respectfully submits that the sale cannot be approved free and clear of its lien because none of the five (5) enumerated bases upon which this Court could approve a sale free and clear of liens exists and certainly there is no evidence submitted by the Debtors to suggest that any one of the five (5) enumerated bases are selling free and clear under 11 U.S.C. § 363(f) is applicable to the instant sale.

Based upon the foregoing, First Street Commercial respectfully requests that the Court

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

deny the Debtors' Motion to Sell Real Property.

Dated: August 1, 2011                           KORNFIELD, NYBERG, BENDES & KUHNER, P.C.


By: /s/ Eric A. Nyberg
    (Bar No. 131105)
    Attorneys for First Street Commercial Mortgage
    Fund, LLC

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1970 Broadway, Suite 225, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes & Kuhner, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 1, 2011, I served the following document(s):

**OBJECTION OF FIRST STREET COMMERCIAL MORTGAGE FUND, LLC TO MOTION TO SELL REAL PROPERTY KNOWN AS 353 GRAND AVENUE, OAKLAND FREE AND CLEAR OF LIENS**

by placing copies of said document(s) in sealed envelope(s) and served in the manner or manners described below addressed as follows:

| | |
|---|---|
| U.S. Trustee<br>Office of the U.S. Trustee<br>U.S. Federal Building<br>280 So. 1st Street, #268<br>San Jose, CA 95113 | Benyam & Paula Mulugeta<br>1025 Harker Ave.<br>Palo Alto, CA 94301 |
| Richard W. Abbey<br>Rachel K. Stevenson<br>Abbey, Weitzenberg, Warren & Emery<br>100 Stony Point Road, Suite 200<br>P.O. Box 1566<br>Santa Rosa, CA 95402 | EMC Mortgage Corporation<br>Attn: Bankruptcy Department<br>P.O. Box 293150<br>Lewisville, TX 75029 |
| Loan Oak Fund, LLC<br>Attn: Simon Aron<br>Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP<br>11400 West Olympic Blvd, Ninth Floor | Countrywide Home Loans Servicing, Inc.<br>c/o Richard J. Bauer<br>Miles, Bauer, Bergstrom & Winter, LLP<br>1665 Scenic Ave., Ste 200<br>Costa Mesa, CA 92626 |
| Washington Mutual Bank<br>c/o Melodie A. Whitson<br>Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177 | Chase<br>P.O. Box 94014<br>Palatine, IL 60094 |

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

| | |
|---|---|
| Aglaia Panos<br>13240 Clairepoint Way<br>Oakland, CA 94619 | Robert Taylor<br>541B Cowper<br>Palo Alto, CA 94301 |
| Sequoia Mortgage<br>1114 Irwin Street<br>San Rafael, CA 94901 | Tomoko Nakama<br>1569 Jackson St.<br>Oakland, CA 94612 |

I placed such envelope(s) for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee(s) designated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of August, 2011 at Oakland, California.

/s/ Jessica Mangaccat

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669