http://stanford-rep.sona-systems.com

Benyam and Paula R. Mulugeta
1025 Harker Ave.
Palo Alto, Ca. 94301
Tel: 650-906-8012
Email bmulugeta1020@gmail.com

Debtors in Possession

The following constitutes the
Order of the Court. Signed 8/15/20 11

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re:

Benyam and Paula R. Mulugeta

Debtors

Case No. 09-51900 ASW
CHAPTER 11

**ORDER GRANTING APPLICATION TO EMPLOY REAL ESTATE BROKER**

Judge: The Honorable A. Weissbrodt

On August 5, 2011, Debtors, Benyam and Paula R. Mulugeta, filed an Application to Employ Real Estate Broker ("Application"), seeking to employ Miss Leilani Merrill of Keller Williams to represent Debtors property located at **1339 Sevier Ave. Menlo Park, Ca. 94025 APN 055-373-310** Debtors also filed a Declaration of Miss Leilani Merrill of Keller Williams supporting the Application.

Good cause appearing, Debtors' Application is granted.

IT IS SO ORDERED

Dated:

:

Arthur S. Weissbrodt
United States Bankruptcy Judge

ORDER GRANTING APPLICATION TO EMPLOY REAL ESTATE BROKER