Marc Voisenat (CSB# 170935)
1330 Broadway, Suite 734
Oakland, Ca. 94612
Tel: (510) 272-9710
Fax: (510) 272-9158

Attorney for Debtors
Benyam Mulugeta
Paula R. Mulugeta

United States Bankruptcy Court

Northern District of California

In re:  
Benyam Mulugeta  
Paula R. Mulugeta  

    Debtors

Case No.: 09-51900

Chapter 11

**STATUS CONFERENCE STATEMENT**

Date: August 26, 2011  
Time: 2:00 p.m.  
Courtroom: 3020

1. **Statement of Objectives**:

The debtor owns several pieces of real property. The debtor intends to modify the mortgage on the non-residential units, cure the default on his house and abandon those properties that are burdensome to the estate.

2. **Anticipated Date of Filing a Plan and Disclosure Statement**

The debtor filed an amended plan and disclosure statement and set a hearing for August 26, 2011, those will be withdrawn at the hearing and a new plan and disclosure statement will be filed in October 2011. Counsel would request the status conference be continued to November 2011.

3. **Status of Monthly Operating Reports and Debtor In Possession Accounts**

Counsel believes the operating reports are current. The debtor has opened a debtor in possession account.

4. **A Statement regarding the Status of Insurance of the Debtor's Assets**

All assets are insured.

5. **Status of Required Post-Petition Payments to Taxing Authorities**

Debtor may be behind on property taxes

6. **Whether the Debtor has Met the Requirements for Retaining Professionals**

Debtors just recently retained Marc Voisenat and an application to employ is in process.

7. **Whether the Debtor has Met the Requirements for Using Cash Collateral and Obtaining Notice**

The debtor has filed several motions seeking authority to use cash collateral. Those hearing are set to take place in September.

Dated: August 19, 2011

/s/ Marc Voisenat
Marc Voisenat, Attorney for Debtors

# PROOF OF SERVICE

I am over the age of 18 and not a party to the within action; my business address is 1330 Broadway, Suite 734, Oakland, California 94612.

On August 19, 2011, I served the foregoing document described as: **STATUS CONFERENCE STATEMENT** on the interested parties by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland addressed as follows:

Office of the U.S. Trustee- **Via Electronically only**
280 South First Street #268
San Jose, Ca 95113-3004

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on August 19, 2011 at Oakland, California.

                                                /s/ Nilda Voisenat
                                                   Nilda Voisenat