Marc Voisenat (CSB# 170935)
1330 Broadway, Suite 734
Oakland, Ca. 94612
Tel: (510) 272-9710
Fax: (510) 272-9158

Attorney for Debtors
Benyam Mulugeta
Paula R. Mulugeta

United States Bankruptcy Court

Northern District of California

| | |
|---|---|
| In re:<br>Benyam Mulugeta<br>Paula R. Mulugeta<br><br>　　　　Debtors | Case No.: 09-51900<br><br>Chapter 11<br><br>**APPLICATION TO EMPLOY ATTORNEY** |

TO: THE HONORABLE JUDGE OF THE UNITED STATES BANKRUPTCY COURT:

PLEASE TAKE NOTICE THAT Benyam Mulugeta and Paula R. Mulugeta (Hereinafter "Applicant") hereby apply to the Court (the "Application"), for an order authorizing the retention and employment of Marc Voisenat as the Debtor-In-Possessions general bankruptcy counsel pursuant to Sections 105(a) and 327(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure ("Federal Bankruptcy Rules").

The application of Applicant, the debtor-in-possession herein, respectfully represents:

1. Applicant having filed a petition under Chapter 11 of the United States Bankruptcy Code.

2. This Court has jurisdiction of this Application pursuant to 28 U.S.C. §1334 and General Order 24 of the U.S. District Court for the Northern District of California. Venue of this proceeding and the within application in this district is property pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicate for the relief sought herein is §327 of the Bankruptcy Code.

3. In order to properly perform their duties as a debtor-in-possession under Chapter 11, applicant must have the advice of experienced and competent bankruptcy counsel.

4. As its attorney in this Chapter 11 case, applicant wishes to employ Marc Voisenat to perform the legal services described below in this chapter 11 case. The applicant is advised that Marc Voisenat is duly admitted to practice before this Court.

5. Mr. Voisenat was not retained nor paid for any pre-petition services other than bankruptcy related services.

6. In this case Mr. Voisenat will assist the debtor in preparing and filing a plan of reorganization and disclosure statement.

7. Applicant requires legal counsel experienced in and knowledgeable concerning the Bankruptcy Code, Bankruptcy Rules, and the Local rules of this Court to administer this estate in the best interest of creditors.

8. Applicant has made careful and diligent inquiries into the qualification of Marc Voisenat. Applicant has found said attorney to be well qualified to represent it in these proceedings by reason of his ability, integrity and professional experience.

9. Mr. Voisenat will be employed on an hourly basis plus costs and expenses. The proposed hourly rate is $375.00 per hour. Mr. Voisenat will provide business and bankruptcy law advice and such other legal advice and representation necessary and appropriate in order to assist applicants in the execution and performance of its duties as a Chapter 11 debtor.

10. On August 11, 2011, Voisenat received from Abebe Wedape the sum of $5,000. Mr. Wedape is the cousin of Benyam Mulugeta. Abele Wedape has agreed to make an additional payment of $8,500 to Mr. Voisenat by October 7, 2011. These payments were made as a gift to Benyam Mulugeta and Abele Wedape waives any claims against this estate. Applicant understands that said retainer or any future request for fees by Mr. Voisenat is subject to approval by the Bankruptcy Court.

11. To the best of applicant's knowledge, Mr. Voisenat does not hold or represent an interest adverse to this estate and does not have any connections with the debtors, creditors, or any other party in interest in this case, their respective attorneys or accountants, the United States Trustee or any person employed in the office of the United States Trustee.

WHEREFORE, pursuant to Bankruptcy Code section 327, applicant prays for an order approving the employment of MARC VOISENAT as their attorney in this Chapter 11 case on the terms and conditions herein specified.

Dated: August 11, 2011

/s/ Benyam Mulugeta
Benyam Mulugeta
Debtor-In-Possession