Marc Voisenat (CSB# 170935)
1330 Broadway, Suite 734
Oakland, Ca. 94612
Tel: (510) 272-9710
Fax: (510) 272-9158

Attorney for Debtors
Benyam Mulugeta
Paula R. Mulugeta

United States Bankruptcy Court

Northern District of California

In re:

Benyam Mulugeta
Paula R. Mulugeta

        Debtors

) Case No.: 09-51900
)
) Chapter 11
)
)
) **ATTORNEY DISCLOSURE**
) **STATEMENT BANKRUPTCY RULE** 2016
)
)

I, MARC VOISENAT, declare that:

1. I am an attorney at law licensed to practice before all the courts of this State and this Court. I have made an agreement with the Debtor to represent him in connection with the prosecution of this Chapter 11 case.

2. On or about August 11, 2011, I received the sum of $5,000. This money was paid by the debtor's cousin Abebe Wodaje.

3. Abebe Wodaje has also agreed to pay an additional $8,5000 by October 7, 2011.

4. The compensation agreed to be paid to me for professional services rendered in connection with the above-captioned case is my regular hourly rate plus costs and expenses. At this time, my regularly hourly rate is $375.00 per hour.

5. The services to be rendered are all ordinary and necessary legal services in connection

with representing the debtor in its Chapter 11 case.

6.   The source of payment to Marc Voisenat was from the debtor's cousin.  I have not shared nor agreed to share my compensation with anyone.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2011 at Oakland, California.

                                          /s/ Marc Voisenat
                                          Marc Voisenat Attorney for
                                          Debtor-In-Possession