Marc Voisenat (CSB# 170935)
1330 Broadway, Suite 734
Oakland, Ca. 94612
Tel: (510) 272-9710
Fax: (510) 272-9158

Attorney for Debtors
Benyam Mulugeta
Paula R. Mulugeta

# United States Bankruptcy Court

## Northern District of California

|  |  |
|---|---|
| In re: | ) Case No.: 09-51900 |
|  | ) |
| Benyam Mulugeta | ) Chapter 11 |
| Paula R. Mulugeta | ) |
|  | ) **STATUS CONFERENCE  STATEMENT** |
| Debtors | ) |
|  | ) Date: November 8, 2011 |
|  | ) Time: 2:00 p.m. |
|  | ) Courtroom: 3020 |
|  | ) |

1. **Statement of Objectives**:

The debtor owns several pieces of real property.  The debtor intends to modify the

mortgage on the non-residential units, cure the defaults on his house and abandon those

properties that are burdensome to the estate.

2. **Anticipated Date of Filing a Plan and Disclosure Statement**

A draft amended plan has been prepared and is being reviewed by the debtor. Counsel

hopes to have it filed by the end of November 2011.  Counsel would request that the status

conference be continued to February 2011 to allow the debtor to file an amended plan and

disclosure statement and have the matter set for confirmation prior to February 2011.

3. **Status of Monthly Operating Reports and Debtor In Possession Accounts**

Counsel believes the operating reports are current.  The debtor has opened a debtor in possession account.

4. **A Statement regarding the Status of Insurance of the Debtor's Assets**

All assets are insured.

5. **Status of Required Post-Petition Payments to Taxing Authorities**

Debtor may be behind on property taxes

6. **Whether the Debtor has Met the Requirements for Retaining Professionals**

Yes, there is an order to employ Marc Voisenat.

7. **Whether the Debtor has Met the Requirements for Using Cash Collateral and Obtaining Notice**

The debtor has filed several motions seeking authority to use cash collateral.  Those hearing are set to take place on November 29, 2011.

Dated:  November 1, 2011

/s/ Marc Voisenat
Marc Voisenat, Attorney for Debtors

**PROOF OF SERVICE**

I am over the age of 18 and not a party to the within action; my business address is 1330 Broadway, Suite 734, Oakland, California 94612.

On November 1, 2011, I served the foregoing document described as: **STATUS CONFERENCE STATEMENT** on the interested parties by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland addressed as follows:

Office of the U.S. Trustee- **Via Electronically only**
280 South First Street #268
San Jose, Ca 95113-3004

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on November 1, 2011 at Oakland, California.

/s/ Nilda Voisenat
Nilda Voisenat