Marc Voisenat (CSB# 170935)
1330 Broadway, Suite 734
Oakland, Ca. 94612
Tel: (510) 272-9710
Fax: (510) 272-9158

Attorney for Debtors
Benyam Mulugeta
Paula R. Mulugeta

United States Bankruptcy Court
Northern District of California

In re:

Benyam Mulugeta
Paula R. Mulugeta

    Debtors

Case No.: 09-51900

Chapter 11

**REQUEST FOR ENTRY OF DEFAULT ORDER ON MOTION TO VALUE COLLATERAL OF TOMOKO NAKAMA AND OPPORTUNITY TO REQUEST A HEARING**
**(RE: 353 Grand Avenue, Oakland, CA)**

    On October 25, 2011, a Motion to Value Collateral (the "Motion") was served on all interested parties. The motion sought to value the real property located at 353 Grand Avenue, Oakland, California pursuant to 11 U.S.C. §506 and F.R.B.P 3012. A true and correct copy of the Motion is attached to the Declaration of Marc Voisenat as Exhibit "A".

    The Motion allowed all interested parties an opportunity to request a hearing if there was an objection to the requested relief. To date, there have been no objections to the Motion. A true and correct copy of the proof of service is attached to the declaration of Marc Voisenat as Exhibit "B".

    Wherefore, debtors pray the Court grant its motion valuing the collateral of Tomoko Nakama.

Dated: <u>June 18, 2012</u>

                                                            /s/ Marc Voisenat
                                                            Marc Voisenat , Attorney for debtors

# PROOF OF SERVICE

I am over the age of 18 and not a party to the within action; my business address is 1330 Broadway, Suite 734, Oakland, California 94612.

On June 18, 2012 I served the foregoing document described as: **REQUEST FOR DEFAULT ENTRY OF ORDER ON MOTION TO VALUE COLLATERAL; DECLARATION OF MARC VOISENAT IN SUPPORT THEREOF** on the interested parties by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland addressed as follows:

Office of the United States Trustee Via Electronically

Tomoko Nakama
1569 Jackson St.
Oakland, Ca. 94612-4424

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on June 18, 2012 at Oakland, California.

/s/ Nilda Voisenat
Nilda Voisenat