Entered on Docket
June 21, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Marc Voisenat (CSB# 170935)
1330 Broadway, Suite 734
Oakland, Ca. 94612
Tel: (510) 272-9710
Fax: (510) 272-9158
Email: Voisenat@gmail.com

Attorney for Debtors
Benyam Mulugeta
Paula R. Mulugeta

IT IS SO ORDERED.
Signed June 21, 2012

**Arthur S. Weissbrodt**
U.S. Bankruptcy

United States Bankruptcy Court

Northern District of California

In re:

Benyam Mulugeta
Paula R. Mulugeta

      Debtors

Case No.: 09-51900

Chapter 11

**ORDER VALUING LIEN OF TOMOKO NAKAMA**

On October 25, 2011, Debtors filed a motion to value the lien of Tomoko Nakama (hereinafter Lienholder) against the property commonly known as 353 Grand Avenue, Oakland, California, more fully described as:

"A PARCEL OF LAND LOCATED IN THE STATE OF CA, COUNTY OF ALAMEDA, WITH A SITUS ADDRESS OF 353 GRAND AVE, OAKLAND CA 94610-4827 C025 CURRENTLY OWNED BY MULUGETA BENYAM & MULUGETA PAULA R HAVING A TAX ASSESSOR NUMBER OF 010-0767-001 AND BEING THE SAME PROPERTY MORE FULLY DESCRIBED AS OFFICIAL RECS 23 PG 39 BLK 24 LOT 5 AND DESCRIBED IN DOCUMENT NUMBER 118414 DATED 03/11/2002 AND RECORDED 03/15/2002."

The lien was recorded in Alameda County on March 6, 2008 as document 2008024381 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having not filed a timely opposition to Debtor's motion, the court hereby orders as follows.

(1) For purposes of Debtor's chapter 11 plan only, the Lien is valued at $0, Tomoko Nakama's Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1123(b)(5) and 1141.

(2) This order shall become part of Debtor's confirmed chapter 11 plan.

(3) Upon completion of the chapter 11 plan in Debtor's case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 11 case is dismissed or converted to one under another chapter before Debtor s complete their chapter 11 plan, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

**COURT SERVICE LIST**

Tomoko Nakama
1569 Jackson St.
Oakland, Ca.  94612-4424