Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA  95113


Telephone (408) 287-5087
Facsimile (408) 287-7645
Attorney for Debtor


**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Benyam Mulugeta and | ) Case No. 09-51900 ASW |
| Paula R. Mulugeta, | ) |
| | ) Date:  February 8, 2013 |
| Debtors | ) Time:  2:15 p.m. |
| | ) Place: Courtroom 3020 |
| | ) Judge: Hon. Arthur S. |
| | ) Weissbrodt |
| | ) |
| _____ | / |

MOTION FOR RECONSIDERATION OF DISMISSAL

    Debtors move the court as follows:

    1.   For an order reconsidering and setting aside the order of dismissal, Docket No. 727, rendered on December 14, 2012.

    2.   The grounds for the motion are that the court in connection with the order of dismissal invited debtors to reconsider the order of dismissal in the event that they obtained counsel and were able to articulate the outlines of a feasible plan that could be implemented within a reasonable

period of time. In their Memorandum filed herewith, debtors have set forth sensible proposals for dealing with their commercial and real properties, and especially their real property taxes and mortgage debt.

3. The motion is based on the Memorandum, the files and records herein, and such other evidence as might be introduced at the hearing.

Dated: 1/28/2013 /s/Stanley Zlotoff