Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA  95113

Telephone (408) 287-1313
Facsimile (408) 287-7645

Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Benyam Mulugeta and | ) Case No. 09-51900 ASW |
| | ) |
| Paula R. Mulugeta, | ) |
| | ) **APPLICATION TO APPROVE** |
| Debtors. | ) **EMPLOYMENT OF ATTORNEY** |
| | ) |
| _____ / | |

The Application of the debtor respectfully represents that:

1. On March 18, 2009, debtors filed a voluntary petition herein under Chapter 11 of the Bankruptcy Code.

2. Debtors have continued in possession of their property, and as debtors in possession, they are managing their own affairs.

3. Debtors, as debtors in possession, wish to employ the law firm of Stanley A. Zlotoff, a Professional Corporation ("The Firm"), consisting of Stanley A. Zlotoff (Zlotoff) who is duly admitted to practice in this court.

4. Debtor has selected Zlotoff for the reason that he has considerable experience in matters of bankruptcy law, and

- 1

applicants believes that Stanley A. Zlotoff is well qualified to represent them as debtors in possession in this case.

5. The professional services the said attorney is to render include:

    (a) to give debtors legal advice with respect to their powers and duties as debtors in possession in the continued management of their property;

    (b) to prepare necessary applications, answers, orders, reports and other legal papers;

    (c) to perform all other legal services for debtors as debtors in possession which may be necessary herein;

6. To the best of debtors' knowledge, Zlotoff has no connection with the debtors, creditors, or any other party in interest, or their respective attorneys and accountants, the United States trustee or any person employed in the office of the United States trustee. Zlotoff did, however, briefly represent debtors in a prior Chapter 11 case many years ago.

7. A Retainer Agreement was entered into on January 28, 2013. The pertinent terms of the employment of The Firm, subject to the approval of the court, are that the firm will undertake this representation at its standard hourly rates of $300 per hour. A retainer in the amount of $5,000 from non-estate funds has been paid. The source of the retainer was a gift for which the estate bears no responsibility.

8. Zlotoff represents no interest adverse to debtors or the bankruptcy estate in the matters upon which he is to be engaged for the debtor in possession, and his employment would be in the best interest of the estate.

WHEREFORE, debtors pray that their employment of The Firm, under the terms specified, to represent them as debtors in possession in this case under Chapter 11 of the Bankruptcy Code be approved by the court.

Dated: 2/14/2013

/s/Benyam Mulugeta

/s/Paula R. Mulugeta

- 3