```
 1  Stanley A. Zlotoff, State Bar No. 073283
    Attorney at Law
 2  300 S. First St. Suite 215
    San Jose, CA   95113
 3
    Telephone (408) 287-1313
 4  Facsimile (408) 287-7645

 5  Attorney for Debtors

 6
                       UNITED STATES BANKRUPTCY COURT
 7                     NORTHERN DISTRICT OF CALIFORNIA

 8

 9  In re:                          ) Chapter 11
                                    )
10  Benyam Mulugeta and             ) Case No. 09-51900 ASW
                                    )
11  Paula R. Mulugeta,              ) **DECLARATION IN SUPPORT OF**
                                    ) **APPLICATION TO APPROVE**
12        Debtors.                  ) **EMPLOYMENT OF ATTORNEY**
                                    )
13  _____/
```

I, Stanley A. Zlotoff, declare as follows:

    1. I am an attorney duly admitted to practice in the state of California.

    2. I am an employee of Stanley A. Zlotoff, a Professional Corporation (the "firm"). The law firm consists of one attorney, myself.

    3. The firm represents no interest adverse to the debtors herein or their estate in the matter upon which it is to be engaged.

    4. The firm has no connection with the above named debtors, their creditors, or any other party in interest herein, or their respective attorneys or accountants; except that the firm represented debtors years ago in a prior Chapter 11.

- 1 -

5. A Retainer Agreement signed by the firm and debtors, in pertinent part, provides for attorney's fees to accrue at $300 per hour. A retainer fee of $5,000, from a source that debtors represented was a gift of non-estate funds, was received.

I, Stanley A. Zlotoff, declare under the penalty of perjury that the foregoing is true and correct. Executed in San Jose, California on February 19, 2013.

/s/Stanley A. Zlotoff
STANLEY A. ZLOTOFF
PROPOSED ATTORNEY FOR DEBTOR