Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA  95113

Telephone (408) 287-1313
Facsimile (408) 287-7645

Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Benyam Mulugeta and | ) Case No. 09-51900 ASW |
| | ) |
| Paula R. Mulugeta, | ) |
| | ) |
| Debtors. | ) |
| | ) |

CERTIFICATE OF SERVICE BY U.S. MAIL

I declare that I am employed in the county of Santa Clara, California; I am over the age of eighteen years and not a party to the within action; my business address is 300 S. First St, Suite 215, San Jose, California 95113.

On February 19, 2013, I served by U.S. Mail the following:

Application to Approve Employment of Attorney, Declaration in support thereof, proposed Order

by placing  true copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at

- 1

San Jose, California, by first class mail, addressed to the following:

U.S. Trustee
280 S. First Street #268
San Jose, CA 95113

    I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 19, 2013 at San Jose, California.

                                                  /s/Stanley Zlotoff

- 2