
ORIGINAL

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 0 5 2013
CLERK
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

In re: Benyam Mulugeta and Paula R Mulugeta

Case No. 09-51900 ASW

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 01/31/13       PETITION DATE: 03/18/09

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $158,149 | $164,907 | |
| | b. Total Assets | $7,606,149 | $13,739,407 | $17,538,000 |
| | c. Current Liabilities | $680,081 | $1,272,737 | |
| | d. Total Liabilities | $7,163,807 | $12,106,463 | $12,181,705 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $34,406 | $33,084 | $67,490 |
| | b. Total Disbursements | $41,164 | $28,979 | $70,143 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($6,758) | $4,105 | ($2,653) |
| | d. Cash Balance Beginning of Month | $14,907 | $10,802 | $0 |
| | e. Cash Balance End of Month (c + d) | $8,149 | $14,907 | ($2,653) |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $150,000 | $150,000 | |
| 6. | **Post-Petition Liabilities** | $680,081 | $1,272,737 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $675,081 | $1,233,737 | |

At the end of this reporting month:                              Yes    No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)         x
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)         x
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)         x
12. Is the estate insured for replacement cost of assets and for general liability?   x
13. Are a plan and disclosure statement on file?         x
14. Was there any post-petition borrowing during this reporting period?         x

15. Check if paid: Post-petition taxes ___;     U.S. Trustee Quarterly Fees ___;  Check if filing is current for: Post-petition tax reporting and tax returns: ___.
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 2/27/2013 0:00                Benyam & Paula Mulugeta
                                    Responsible Individual

# BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended  01/31/13

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $8,149 |
| 2 | Accounts receivable (net) secured note | | $150,000 |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Rent Receivable | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $158,149 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | $500,000.00 | $2,300,000 |
| 8 | Real property (rental or commercial) | | $5,100,000 |
| 9 | Furniture, Fixtures, and Equipment | $8,000.00 | $31,000 |
| 10 | Vehicles | $9,000.00 | $17,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $7,448,000 |
| 18 | **Total Assets** | | $7,606,149 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $5,000 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $200,596 |
| 21 | Post-petition delinquent taxes | | $474,485 |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $680,081 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $680,081 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $2,100,000 |
| 29 | Secured claims (other) | | $4,030,000 |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $353,726 |
| 32 | **Total Pre-Petition Liabilities** | | $6,483,726 |
| 33 | **Total Liabilities** | | $7,163,807 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $442,342 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $7,606,149 |

NOTE:
Appraisals; familiarity with comparable market prices, and current sales in the neighborhoods.

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1<br>240 E O'Keefe, EPA | Property 2<br>1399 Sevier, MP | Property 3<br>353 Grand, Oakland |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | $2,500 | $25,850 |
|   | Less: | | | |
| 3 | Vacancy Factor | | $2,500 | $6,900 |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $2,500 | $6,900 |
| 7 | Scheduled Net Rents | $0 | $0 | $18,950 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $18,950 |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | Wells Fargo Bank<br>1399 Sevier, MP | Wells Fargo Bank<br>353 Grand, Oakland |
| 11 | Account No. | | 5663184934 | 9662960591&5663188133 |
| 12 | Account Purpose | | Debtor In Possession | Debtor In Possession |
| 13 | Balance, End of Month | $0 | $10 | $1,529 |
| 14 | Total Funds on Hand for all Accounts | $8,149 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
## Schedule A
**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 4<br>2332 Harrison, Oakland | Property 5<br>5401 Brann, Oakland | Property 6<br>1112-1114 Chaucer, Berkeley |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | $70,200 | $1,800 | $4,000 |
|   | Less: | | | |
| 3 | Vacancy Factor | $70,200 | $600 | $900 |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $70,200 | $600 | $900 |
| 7 | Scheduled Net Rents | $0 | $1,200 | $3,100 |
| 8 | Less: Rents Receivable (2) | $70,200 | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $1,200 | $3,100 |

(2) To be completed by cash basis reporters only.

## Schedule B

| | | Account 4<br>Wells Fargo Bank<br>2332 Harrison, Oakland | Account 5<br>Wells Fargo Bank<br>5401 Brann, Oakland | Account 6<br>Wells Fargo Bank<br>1112-1114 Chaucer, Berkeley |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | 2119172076 | 5663186152 | 5663186145 |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | $0 | $1,510 | $500 |
| 14 | Total Funds on Hand for all Accounts | $8,149 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# SCHEDULES TO THE BALANCE SHEET
## Schedule A
### List the Rental Information Requested Below By Properties (For Rental Properties Only)

| | | **Property 7**<br>1111 Alma, Palo Alto | **Property 8**<br>1025 Harker, Palo Alto |
|---|---|---|---|
| 1 | Description of Property | | |
| 2 | Scheduled Gross Rents | $3,500 | $9,300 |
| | Less: | | |
| 3 | Vacancy Factor | $3,500 | $0 |
| 4 | Free Rent Incentives | | |
| 5 | Other Adjustments | | |
| 6 | Total Deductions | $3,500 | $0 |
| 7 | Scheduled Net Rents | $0 | $9,300 |
| 8 | Less: Rents Receivable (2) | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $10,100 |

(2) To be completed by cash basis reporters only.

## Schedule B

| | | **Account 7**<br>Wells Fargo Bank<br>1111 Alma, Palo Alto | **Account 8**<br>Wells Fargo Bank<br>1025 Harker, Palo Alto |
|---|---|---|---|
| 10 | Bank | | |
| 11 | Account No. | 5663186160 | 5841450918/3421404660** |
| 12 | Account Purpose | | |
| 13 | Balance, End of Month | $10 | $4,589 |
| 14 | Total Funds on Hand for all Accounts | $8,149 | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly
** Account 9662960559 has been closed, checkbook was stolen from car. New account is 5841450918.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 01/31/13

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $33,350 | $1,805,834 |
| 2 | Cash Received from Sales | $1,056 | $80,125 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Benyam Mulugeta Jr. | | $250,668 |
| 8 | Gary Gornick | | $13,700 |
| 9 | Tsegereda Mulugeta | | $14,387 |
| 10 | Paula Mulugeta IRA | | $7,854 |
| 11 | | | |
| 12 | **Total Cash Receipts** | $34,406 | $2,172,568 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | $854 | $143,788 |
| 17 | Interest Paid | $15,251 | $1,305,535 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $23,300 | $603,438 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other(tution) | | $14,042 |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Personal expenses | $1,759 | $213,186 |
| 33 | Omni Cancun | | $503 |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $41,164 | $2,157,661 |
| 38 | **Net Increase (Decrease) in Cash** | ($6,758) | $14,907 |
| 39 | **Cash Balance, Beginning of Period** | $14,907 | |
| 40 | **Cash Balance, End of Period** | $8,149 | $14,907 |

Revised 1/1/98


# Complete Advantage® Checking

## Activity summary

| | |
|---|---:|
| Balance on 1/1 | 853.57 |
| Deposits/Additions | 9,655.87 |
| Withdrawals/Subtractions | - 10,220.27 |
| **Balance on 1/31** | **$289.17** |

Account number: **5841450918**
PAULA MULUGETA
BENYAM MULUGETA
DEBTOR IN POSSESSION
CH 11, CASE 09-51900 (NCA)

Wells Fargo Bank, N.A, California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---:|
| Interest earned this month | $0.01 |
| Average collected balance this month | $1,046.94 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $0.01 |
| Total interest paid in 2012 | $0.20 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| | Beginning balance on 1/1 | | | | 853.57 |
| 1/2 | Check Crd Purchase 12/31 Ross Stores #185 Mountain View CA 434256Xxxxxx3392 282366745808278 ?McC=5310 | | | 106.13 | |
| 1/2 | Check Crd Purchase 01/01 Patricia's Gifts A 415-465-2328 CA 434256Xxxxxx3392 163001052096367 ?McC=5992 | | | 32.55 | 714.89 |
| 1/4 | Check Crd Purchase 01/03 Macy*S .Com #0129 800-289-6229 OH 434256Xxxxxx3392 083001677998719 ?McC=5311 | | | 88.66 | |
| 1/4 | POS Purchase - 01/04 Mach ID 000000 Cvs 09984 09984 2701 Palo Alto CA 3392 00583005032712287 ?McC=5912 | | | 10.09 | 616.14 |
| 1/7 | Deposit Made In A Branch/Store | | 500.00 | | |
| 1/7 | Deposit Made In A Branch/Store | | 400.00 | | |
| 1/7 | Check Crd Purchase 01/02 LA Penca Azul Alameda CA 434256Xxxxxx3590 003003124709868 ?McC=5812 | | | 46.33 | |
| 1/7 | Check Crd Purchase 01/03 Aspca - W 800-628-0028 NY 434256Xxxxxx3392 083004053223580 ?McC=8398 | | | 36.00 | |
| 1/7 | Check Crd Purchase 01/03 World Wildlife Fun 800-9600993 DC 434256Xxxxxx3392 003004056469806 ?McC=8398 | | | 20.00 | |
| 1/7 | Check Crd Purchase 01/05 Vonage *Price+Taxe 866-243-4357 NJ 434256Xxxxxx3392 083005311785206 ?McC=4814 | | | 36.59 | |
| 1/7 | POS Purchase - 01/05 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 3590 003030006189910370 ?McC=5200 | | | 21.46 | |
| 1/7 | Check Crd Purchase 01/06 Starbucks #00565 P Palo Alto CA 434256Xxxxxx3590 283006716470489 ?McC=5814 | | | 10.70 | |
| 1/7 | POS Purchase - 01/07 Mach ID 000000 Arco Paypoint Palo Alto CA 3392 00463007665067614 ?McC=5542 | | | 61.54 | |
| 1/7 | POS Purchase - 01/07 Mach ID 000000 Target T0322 Target T0 Mountain Viewca 3392 00303007679371807 ?McC=5310 | | | 58.13 | |
| 1/7 | POS Purchase - 01/07 Mach ID 000000 Payless Shoesou Mountain Viewca 3392 00000000352778374 ?McC=5661 | | | 70.58 | |
| 1/7 | POS Purchase - 01/07 Mach ID 000000 Safeway Store 0781 Mountain Viewca 3392 00583007711991628 ?McC=5411 | | | 182.42 | 972.39 |
| 1/8 | Check Crd Purchase 01/05 650-328-4411 Chiro Palo Alto CA 434256Xxxxxx3392 003006073180444 ?McC=8041 | | | 160.00 | |
| 1/8 | POS Purchase - 01/07 Mach ID 000000 The Home Depot 627 Emeryville CA 3590 00383008098765773 ?McC=5200 | | | 33.38 | |
| 1/8 | ATM Withdrawal - 01/08 Mach ID 3759F West Berkeley Business Berkeley CA 3590 0005952 | | | 200.00 | 579.01 |
| 1/9 | Check Crd Purchase 01/07 Shell Oil 57444675 Newark CA 434256Xxxxxx3590 383007808874777 ?McC=5542 | | | 44.66 | |



## COMPLETE ADVANTAGE® CHECKING   (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 1/9 | Check Crd Purchase 01/08 Fast Repair Palo Alto CA 434256Xxxxxx3590 003008782132533 ?McC=4812 | | | 83.42 | 450.93 |
| 1/10 | Online Transfer Ref #Ibe2H6L5Vy From Custom Management(Rm) Xxxxxx0591 On 01/10/13 | | 1,000.00 | | |
| 1/10 | Recur Debit Crd Pmt01/08 World Wildlife Fun 800-9600993 DC 434256Xxxxxx3392 283009073285957 ?McC=8398 | | | 20.00 | |
| 1/10 | ATM Withdrawal - 01/10 Mach ID 3759F West Berkeley Business Berkeley CA 3590 0006420 | | | 200.00 | 1,230.93 |
| 1/11 | Ymca of Scv Payrolldp 130111 040- Mulugeta, Paula R. | | 346.21 | | |
| 1/11 | Check Crd Purchase 01/10 Fedexoffice 0005 Palo Alto CA 434256Xxxxxx3590 003010796291093 ?McC=7338 | | | 15.30 | |
| 1/11 | Check Crd Purchase 01/11 Ot *Air Tax& Fees 888-317-3089 NV 434256Xxxxxx3392 003010748745562 ?McC=4722 | | | 5.00 | |
| 1/11 | Check Crd Purchase 01/11 Ot *Air Tax& Fees 888-317-3089 NV 434256Xxxxxx3392 283010784403848 ?McC=4722 | | | 11.95 | 1,544.89 |
| 1/14 | Online Transfer Ref #Ibe89B225W From Custom Management(Rm) Xxxxxx0591 On 01/12/13 | | 1,500.00 | | |
| 1/14 | Check Crd Purchase 01/10 Lan Airlines045719 Las Vegas NV 434256Xxxxxx3392 283010746393692 ?McC=3052 | | | 698.64 | |
| 1/14 | Check Crd Purchase 01/12 Avon Online Store 800-500-2866 NY 434256Xxxxxx3392 083011678450909 ?McC=5977 | | | 81.17 | |
| 1/14 | Check Crd Purchase 01/12 Avon Online Store 800-500-2866 NY 434256Xxxxxx3392 283011758168787 ?McC=5977 | | | 0.28 | |
| 1/14 | Check Crd Purchase 01/12 Shiva's Indian Res Mountain View CA 434256Xxxxxx3590 083012811760565 ?McC=5812 | | | 34.27 | |
| 1/14 | Check Crd Purchase 01/12 Agent Fee 890058 Jet Intl Trav CA 434256Xxxxxx3392 003013101134608 ?McC=4511 | | | 75.42 | |
| 1/14 | Check Crd Purchase 01/12 Lan Airlines045716 San Francis CA 434256Xxxxxx3392 003013101281780 ?McC=3052 | | | 712.29 | |
| 1/14 | Check Crd Purchase 01/12 Lan Airlines045716 San Francis CA 434256Xxxxxx3392 003013101281780 ?McC=3052 | | | 712.29 | |
| 1/14 | POS Purchase - 01/13 Mach ID 000000 Ross Stores 18 Mountain Viewca 3392 00000000841284161 ?McC=5310 | | | 185.22 | |
| 1/14 | POS Purchase - 01/13 Mach ID 000000 Target T0322 Target T0 Mountain Viewca 3392 00303014074346135 ?McC=5310 | | | 19.53 | |
| 1/14 | POS Purchase - 01/14 Mach ID 000000 The Home Depot 627 Emeryville CA 3590 003030147381 73065 ?McC=5200 | | | 250.20 | |
| 1/14 | POS Purchase - 01/14 Mach ID 000000 Target T0322 Target T0 Mountain Viewca 3392 00383014768859619 ?McC=5310 | | | 108.30 | |
| 1/14 | POS Purchase - 01/14 Mach ID 000000 Safeway Store 0781 Mountain Viewca 3392 00583014788488336 ?McC=5411 | | | 145.22 | |
| 1/14 | POS Purchase - 01/14 Mach ID 000000 The Home Depot Emeryville CA 3590 00000000846849783 ?McC=5200 | | | 14.79 | |
| 1/14 | Withdrawal Made In A Branch/Store | | | 100.00 | -92.73 |
| 1/15 | Overdraft Fee For Item $100.00 01/14 Withdrawal Made In A Branch/Store | | | 35.00 | |
| 1/15 | Online Transfer Ref #Ibejyh9967 From Custom Management(Rm) Xxxxxx0591 On 01/15/13 | | 2,000.00 | | |
| 1/15 | Online Transfer Ref #Ibeqrldn8S From Custom Management(Rm) Xxxxxx0591 On 01/15/13 | | 1,000.00 | | |
| 1/15 | Check Crd Purchase 01/14 76 Menlo Park CA 434256Xxxxxx3590 283014694592306 ?McC=5542 | | | 46.06 | |
| 1/15 | Check Crd Purchase 01/14 Macy*S .Com #0129 800-289-6229 OH 434256Xxxxxx3392 003012800009910 ?McC=5311 | | | 335.64 | |
| 1/15 | Debit Crd Purchase 01/14 Convergia Networks Pointe Claire CD 434256Xxxxxx3392 623015568664015 ?McC=7299 | | | 13.68 | |
| 1/15 | Check Crd Purchase 01/14 City of Berkeley T Berkeley CA 434256Xxxxxx3590 163015019721321 ?McC=9399 | | | 59.22 | |
| 1/15 | POS Purchase - 01/15 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 3590 00583015638732385 ?McC=5200 | | | 56.51 | 2,361.16 |
| 1/16 | Online Transfer Ref #Ibe5D9Gsk2 From Custom Management(Rm) Xxxxxx0591 On 01/15/13 | | 1,000.00 | | |
| 1/16 | Check Crd Purchase 01/15 Ymca Silicon Valle Palo Alto CA 434256Xxxxxx3392 083015594900402 ?McC=7997 | | | 72.02 | |
| 1/16 | Check Crd Purchase 01/15 Allstate *Paymn 800-255-7828 IL 434256Xxxxxx3392 283016012370190 ?McC=6300 | | | 948.82 | |



## ➡ COMPLETE ADVANTAGE® CHECKING  (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 1/16 | Check Crd Purchase 01/15 Allstate *Payme 800-255-7828 IL 434256Xxxxxx3392 083016012970480 ?McC=6300 | | | 31.12 | |
| 1/16 | Check Crd Purchase 01/15 Allstate *Payme 800-255-7828 IL 434256Xxxxxx3392 083016013636069 ?McC=6300 | | | 75.17 | |
| 1/16 | Check Crd Purchase 01/15 Allstate *Payme 800-255-7828 IL 434256Xxxxxx3392 083016013378522 ?McC=6300 | | | 114.75 | |
| 1/16 | Check Crd Purchase 01/15 Allstate *Payme 800-255-7828 IL 434256Xxxxxx3392 083016015322216 ?McC=6300 | | | 119.67 | 1,999.61 |
| 1/17 | POS Purchase - 01/16 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 3590 00463017152601331 ?McC=5200 | | | 76.56 | 1,923.05 |
| 1/18 | Check Crd Purchase 01/16 Agent Fee 890058 Jet Intl Trav CA 434256Xxxxxx3392 003016324235614 ?McC=4511 | | | 33.36 | |
| 1/18 | Check Crd Purchase 01/16 Lan Airlines045716 San Francis CA 434256Xxxxxx3392 003016324572109 ?McC=3052 | | | 698.64 | |
| 1/18 | POS Purchase - 01/18 Mach ID 000000 Autozone 3302 2160 Uni East Palo Altca 3590 003830186383351050 ?McC=5533 | | | 76.79 | 1,114.26 |
| 1/22 | Check Crd Purchase 01/18 Ephesus Restaurant Mountain View CA 434256Xxxxxx3590 003019138497862 ?McC=5812 | | | 70.78 | |
| 1/22 | POS Purchase - 01/20 Mach ID 000000 Arco Paypoint Palo Alto CA 3392 003830320749015360 ?McC=5542 | | | 50.84 | |
| 1/22 | Check Crd Purchase 01/20 Pizz'A Chicago Palo Alto CA 434256Xxxxxx3392 003020761933828 ?McC=5812 | | | 33.19 | |
| 1/22 | Check Crd Purchase 01/21 Avon Online Store 800-500-2866 NY 434256Xxxxxx3392 003020539173132 ?McC=5977 | | | 0.41 | |
| 1/22 | POS Purchase - 01/21 Mach ID 000000 Safeway Store 2719 Menlo Park CA 3392 00463021742213288 ?McC=5411 | | | 194.35 | |
| 1/22 | Check Crd Purchase 01/21 Avon Online Store 800-500-2866 NY 434256Xxxxxx3392 083019796839376 ?McC=5977 | | | 120.12 | |
| 1/22 | POS Purchase - 01/22 Mach ID 000000 Arco Paypoint Richmond CA 3590 004630230255555257 ?McC=5542 | | | 60.81 | 583.76 |
| 1/23 | Online Transfer Ref #Ibe5DC2Pwb From Complete Advantage(Rm) Xxxxxx6145 On 01/23/13 | | 1,000.00 | | |
| 1/23 | POS Purchase - 01/23 Mach ID 000000 Oreilly Auto Parts 347 Redwood City CA 3392 00383023703982309 ?McC=5533 | | | 131.21 | |
| 1/23 | POS Purchase - 01/23 Mach ID 000000 Oreilly Auto Parts 347 Redwood City CA 3392 00303023731470437 ?McC=5533 | | | 3.79 | |
| 1/23 | POS Purchase - 01/23 Mach ID 000000 The Reuse Peopl Oakland CA 3590 00000000544419632 ?McC=5211 | | | 87.20 | 1,361.56 |
| 1/24 | Deposit Made In A Branch/Store | | 200.00 | | |
| 1/24 | Check Crd Purchase 01/22 Aspca - W 800-628-0028 NY 434256Xxxxxx3392 003022785508247 ?McC=8398 | | | 20.00 | |
| 1/24 | Check Crd Purchase 01/22 Berkeley Econo Gas Berkeley CA 434256Xxxxxx3590 083023253502953 ?McC=5542 | | | 46.26 | |
| 1/24 | Recur Debit Crd Pmt01/23 Aic*Motor Club 800-347-8880 IL 434256Xxxxxx3590 283023423457817 ?McC=8675 | | | 18.90 | |
| 1/24 | Check Crd Purchase 01/23 Peta Active US 757-6227382 VA 434256Xxxxxx3392 163023586111990 ?McC=8398 | | | 20.00 | |
| 1/24 | Online Transfer Ref #Ibe2H9Rzr3 to Savings Xxxxxx8758 On 01/24/13 | | | 100.00 | 1,356.40 |
| 1/25 | Ymca of Scv Payrolldp 130125 040- Mulugeta, Paula R. | | 408.88 | | |
| 1/25 | Check Crd Purchase 01/23 Inaugural Collecti 800-5625766 RI 434256Xxxxxx3392 083023629000618 ?McC=5699 | | | 113.79 | |
| 1/25 | ATM Withdrawal - 01/25 Mach ID 0103L Oakland Main Oakland CA 3590 0007366 | | | 200.00 | 1,451.49 |
| 1/28 | Check Crd Pur Rtrn 01/27 Macy's East #334 Palo Alto CA 434256Xxxxxx3392 613028555778561 ?McC=5311 | | 194.44 | | |
| 1/28 | Check Crd Purchase 01/25 76 10031474 San Jose CA 434256Xxxxxx3590 163025822331185 ?McC=5542 | | | 50.36 | |
| 1/28 | Check Crd Purchase 01/26 American Emperor L Oakland CA 434256Xxxxxx3590 003026788012116 ?McC=5211 | | | 130.79 | |
| 1/28 | Check Crd Purchase 01/26 Shell Oil 57444683 E Palo Alto CA 434256Xxxxxx3590 583026680706195 ?McC=5542 | | | 40.86 | |
| 1/28 | Recur Debit Crd Pmt01/26 Comcast California 800-Comcast CA 434256Xxxxxx3392 163026233437922 ?McC=4899 | | | 384.81 | |
| 1/28 | Check Crd Purchase 01/27 Ephesus Restaurant Mountain View CA 434256Xxxxxx3392 003027799645608 ?McC=5812 | | | 55.66 | |



### ⮕ COMPLETE ADVANTAGE® CHECKING  (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 1/28 | POS Purchase - 01/28 Mach ID 000000 Safeway Store 2719 Menlo Park CA 3392 00383028740191251 ?McC=5411 | | | 194.26 | 789.19 |
| 1/29 | Check Crd Purchase 01/27 Paylessshoesou0005 Mountain View CA 434256Xxxxxx3392 283027755920873 ?McC=5661 | | | 5.44 | |
| 1/29 | Check Crd Purchase 01/27 Paylessshoesou0005 Mountain View CA 434256Xxxxxx3392 003027756934656 ?McC=5661 | | | 26.06 | |
| 1/29 | POS Purchase - 01/28 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 3590 003383029097088746 ?McC=5200 | | | 106.33 | |
| 1/29 | POS Purchase - 01/28 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 3590 00463029147674540 ?McC=5200 | | | 66.77 | |
| 1/29 | POS Purchase Return - 01/28 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 3590 00303029135700474 ?McC=5200 | | 106.33 | | 690.92 |
| 1/30 | Check Crd Purchase 01/29 Macy*S .Com #0129 800-289-6229 OH 434256Xxxxxx3392 163028683144961 ?McC=5311 | | | 141.21 | |
| 1/30 | Check Crd Purchase 01/29 Fedexoffice 0005 Palo Alto CA 434256Xxxxxx3590 083029747009928 ?McC=7338 | | | 2.03 | |
| 1/30 | Check Crd Purchase 01/29 USPS 0555220003350 Oakland CA 434256Xxxxxx3590 303029826352396 ?McC=9402 | | | 14.24 | |
| 1/30 | Check Crd Purchase 01/29 Macy*S .Com #0129 Mason OH 434256Xxxxxx3392 613030563971043 ?McC=5311 | | | 30.39 | |
| 1/30 | Check Crd Purchase 01/29 Berkeley Econo Gas Berkeley CA 434256Xxxxxx3590 003030254867107 ?McC=5542 | | | 45.60 | |
| 1/30 | POS Purchase - 01/30 Mach ID 000000 The Home Depot 627 Emeryville CA 3590 005583031024400544 ?McC=5200 | | | 68.29 | |
| 1/30 | ATM Withdrawal - 01/30 Mach ID 3759F West Berkeley Business Berkeley CA 3590 0000773 | | | 100.00 | 289.16 |
| 1/31 | Interest Payment | | 0.01 | | 289.17 |
| **Ending balance on 1/31** | | | | | **289.17** |
| **Totals** | | | **$9,655.87** | **$10,220.27** | |

### Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $35.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.

PMA account 3215328141 ■ January 1, 2013 - January 31, 2013 ■ Page 15 of 24



# Custom Management® Checking

### Activity summary

| | |
|---|---|
| Balance on 1/1 | 6,455.67 |
| Deposits/Additions | 18,950.00 |
| Withdrawals/Subtractions | - 23,876.95 |
| **Balance on 1/31** | **$1,528.72** |

Account number: 9662960591

PAULA MULUGETA
BENYAM MULUGETA (GRAND)
DEBTOR IN POSSESSION
CH 11, CASE 09-51900 (NCA)

Wells Fargo Bank, N.A. California (Member FDIC)

Questions about your account: 1-800-742-4932

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 1/1 | | | | 6,455.67 |
| 1/2 | Deposit Made In A Branch/Store | | 400.00 | | |
| 1/2 | Transfer to Mulugeta Tsegereda Ref #Ppe897Plt9 Xxxxxx5075 | | | 500.00 | 6,355.67 |
| 1/3 | Deposit Made In A Branch/Store | | 2,850.00 | | |
| 1/3 | Deposit Made In A Branch/Store | | 1,000.00 | | 10,205.67 |
| 1/4 | Deposit Made In A Branch/Store | | 2,800.00 | | |
| 1/4 | Deposit Made In A Branch/Store | | 1,000.00 | | |
| 1/4 | Withdrawal Made In A Branch/Store | | | 750.00 | 13,255.67 |
| 1/7 | Deposit Made In A Branch/Store | | 3,900.00 | | |
| 1/7 | Deposit Made In A Branch/Store | | 2,500.00 | | 19,655.67 |
| 1/8 | Check | 103 | | 1,591.75 | 18,063.92 |
| 1/9 | Check | 178 | | 10,505.20 | 7,558.72 |
| 1/10 | Online Transfer Ref #Ibe2H6L5Vy to Complete Advantage(Rm) Xxxxxx0918 On 01/10/13 | | | 1,000.00 | 6,558.72 |
| 1/11 | Deposit Made In A Branch/Store | | 1,000.00 | | 7,558.72 |
| 1/14 | Online Transfer Ref #Ibe89B225W to Complete Advantage(Rm) Xxxxxx0918 On 01/12/13 | | | 1,500.00 | 6,058.72 |
| 1/15 | Online Transfer Ref #Ibejyh9967 to Complete Advantage(Rm) Xxxxxx0918 On 01/15/13 | | | 2,000.00 | |
| 1/15 | Online Transfer Ref #Ibeqrldn8S to Complete Advantage(Rm) Xxxxxx0918 On 01/15/13 | | | 1,000.00 | 3,058.72 |
| 1/16 | Deposit Made In A Branch/Store | | 2,300.00 | | |
| 1/16 | Online Transfer Ref #Ibe5D9Gsk2 to Complete Advantage(Rm) Xxxxxx0918 On 01/15/13 | | | 1,000.00 | 4,358.72 |
| 1/17 | Deposit Made In A Branch/Store | | 300.00 | | 4,658.72 |
| 1/22 | Deposit Made In A Branch/Store | | 600.00 | | 5,258.72 |
| 1/24 | Check | 104 | | 280.00 | 4,978.72 |
| 1/25 | Check | 105 | | 750.00 | 4,228.72 |
| 1/29 | Online Transfer Ref #Ibe89Fnbr4 to Preferred Checking Xxxxxx4660 On 01/28/13 | | | 3,000.00 | 1,228.72 |
| 1/30 | Deposit Made In A Branch/Store | | 300.00 | | 1,528.72 |
| | Ending balance on 1/31 | | | | 1,528.72 |
| | **Totals** | | **$18,950.00** | **$23,876.95** | |

### Summary of checks written (checks listed are also displayed in the preceding Transaction history section)

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 103 | 1/8 | 1,591.75 | 105 | 1/25 | 750.00 | 178 * | 1/9 | 10,505.20 |
| 104 | 1/24 | 280.00 | | | | | | |

* Gap in check sequence.

Case: 09-51900　Doc# 770　Filed: 03/05/13　Entered: 03/06/13 08:45:28　Page 11 of 15
331400

Account number: **3421404660** ◼ January 1, 2013 - January 31, 2013 ◼ Page 2 of 4



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.03 |
| Average collected balance | $3,831.05 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.03 |
| Interest paid this year | $0.03 |
| Total interest paid in 2012 | $0.10 |

## Interest withheld

| | |
|---|---|
| Total interest withheld in 2012 | $0.01 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/2 | | Deposit Made In A Branch/Store | 6,000.00 | | 8,450.60 |
| 1/9 | | Cash eWithdrawal in Branch/Store - 2040 Franklin St Oakland CA 3590 | | 300.00 | 8,150.60 |
| 1/10 | | Cash eWithdrawal in Branch/Store - 2144 Shattuck Ave Berkeley CA 3590 | | 300.00 | |
| 1/10 | 173 | Check | | 4,000.00 | |
| 1/10 | 125 | Check | | 1,600.00 | 2,250.60 |
| 1/22 | | City of Palo Alt Util Paymt 0000030021620 Benyam Mulugeta | | 950.58 | 1,300.02 |
| 1/29 | | Online Transfer Ref #Ibe89Fnbr4 From Custom Management(Rm) xxxxxx0591 on 01/28/13 | 3,000.00 | | 4,300.02 |
| 1/31 | | Interest Payment | 0.03 | | 4,300.05 |
| **Ending balance on 1/31** | | | | | **4,300.05** |
| **Totals** | | | **$9,000.03** | **$7,150.58** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

**Summary of checks written**   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 125 | 1/10 | 1,600.00 | 173 * | 1/10 | 4,000.00 |

\* Gap in check sequence.



## IMPORTANT ACCOUNT INFORMATION

We want to let you know of important upcoming changes.

Effective April 1, 2013, the Legal Process Fee which includes levy, writ, garnishment, and any other legal document that requires funds to be attached will be $125 each.

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

Effective February 7, 2013, the subsection titled "Laws governing your account" in the Consumer Account Agreement is modified to add a new second paragraph reading: "Any funds transfer (including a wire transfer) that is a "remittance transfer" as defined in



# Complete Advantage® Checking

### Activity summary

| | |
|---|---:|
| Balance on 1/1 | 2,460.41 |
| Deposits/Additions | 3,100.02 |
| Withdrawals/Subtractions | - 5,060.00 |
| **Balance on 1/31** | **$500.43** |

Account number: 5663186145
**BENYAM MULUGETA**
**PAULA MULUGETA (EMC-CHAUCER)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A. California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Interest you've earned

| | |
|---|---:|
| Interest earned this month | $0.02 |
| Average collected balance this month | $2,327.50 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $0.02 |
| Total interest paid in 2012 | $0.17 |

### Interest withheld

| | |
|---|---:|
| Total interest withheld in 2012 | $0.01 |

### Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| | Beginning balance on 1/1 | | | | 2,460.41 |
| 1/2 | Transfer to Mulugeta Tsegereda Ref #Ppemvfmlp7 Xxxxxx5075 | | | 500.00 | 1,960.41 |
| 1/7 | Deposit Made In A Branch/Store | | 2,100.00 | | |
| 1/7 | Deposit Made In A Branch/Store | | 1,000.00 | | 5,060.41 |
| 1/10 | Online Transfer Ref #Ibe2H6Mxdy to Savings Garbage | | | 60.00 | |
| 1/10 | Online Transfer Ref #Ibe2H6Nckb to Savings Xxxxxx8758 On 01/10/13 | | | 200.00 | 4,800.41 |
| 1/11 | Cash eWithdrawal in Branch/Store - 10260 S DE Anza Blvd Cupertino CA 3590 | | | 600.00 | 4,200.41 |
| 1/16 | Withdrawal Made In A Branch/Store | | | 2,400.00 | 1,800.41 |
| 1/23 | Online Transfer Ref #Ibe5DC2Pwb to Complete Advantage(Rm) Xxxxxx0918 On 01/23/13 | | | 1,000.00 | 800.41 |
| 1/28 | Withdrawal Made In A Branch/Store | | | 200.00 | 600.41 |
| 1/31 | Cash eWithdrawal in Branch/Store - 2220 Mountain Blvd Oakland CA 3590 | | | 100.00 | |
| 1/31 | Interest Payment | | 0.02 | | 500.43 |
| | Ending balance on 1/31 | | | | 500.43 |
| **Totals** | | | **$3,100.02** | **$5,060.00** | |



# Complete Advantage® Checking

## Activity summary

| | |
|---|---:|
| Balance on 1/1 | 810.11 |
| Deposits/Additions | 1,200.01 |
| Withdrawals/Subtractions | - 500.00 |
| **Balance on 1/31** | **$1,510.12** |

Account number: 5663186152
BENYAM MULUGETA
PAULA MULUGETA (BRAN)
DEBTOR IN POSSESSION
CH 11, CASE 09-51900 (NCA)

Wells Fargo Bank, N.A, California  (Member FDIC)

Questions about your account:  1-800-742-4932

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---:|
| Interest earned this month | $0.01 |
| Average collected balance this month | $1,577.85 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $0.01 |
| Total interest paid in 2012 | $0.03 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| | Beginning balance on 1/1 | | | | 810.11 |
| 1/7 | Deposit Made In A Branch/Store | | 1,200.00 | | 2,010.11 |
| 1/22 | Cash eWithdrawal in Branch/Store - 400 Hamilton Ave Palo Alto CA 3590 | | | 500.00 | 1,510.11 |
| 1/31 | Interest Payment | | 0.01 | | 1,510.12 |
| | **Ending balance on 1/31** | | | | **1,510.12** |
| **Totals** | | | **$1,200.01** | **$500.00** | |


# Complete Advantage® Checking

### Activity summary

| | |
|---|---|
| Balance on 1/1 | 10.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 1/31** | **$10.00** |

Account number: **5663186160**
**BENYAM MULUGETA**
**PAULA MULUGETA (ALMA)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A, California  (Member FDIC)*

Questions about your account:  **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Interest you've earned

| | |
|---|---|
| Interest paid on 1/31 | $0.00 |
| Average collected balance this month | $10.00 |
| Annual percentage yield earned | 0.00% |
| Interest paid this year | $0.00 |
| Total interest paid in  2012 | $0.00 |