SIMON ARON (State Bar No. 108183)
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone: (310) 478-4100
Facsimile: (310) 479-1422
Email: saron@wrslawyers.com

Attorneys for American Liberty Investments, L.L.C.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re | Case No. 90-51900 |
|---|---|
| | Chapter 11 |
| BENYAM MULUGETA and PAULA R. MULUGETA | **NOTICE OF HEARING RE DEBTORS' COMPROMISE OF SECURED CLAIMS OF AMERICAN LIBERTY INVESTMENTS, L.L.C., SUCCESSOR IN INTEREST TO STERLING SAVINGS BANK** |
| Debtors. | Date: March 15, 2013<br>Time: 2:15 p.m.<br>Courtroom 3020<br>280 S. First Street<br>San Jose, California |

**TO: CREDITORS, THE UNITED STATES TRUSTEE AND TO OTHER PARTIES IN INTEREST**

PLEASE TAKE NOTICE that on March 15, 2013, at 2:15 p.m., a hearing will be held before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, in his courtroom 3020, located at 280 South First Street, San Jose, California, for the approval of a stipulation between Benyam Mulugeta and Paula R. Mulugeta (collectively the "Debtors'") and American Liberty Investments, L.L.C. ("American Liberty"), the successor to Sterling Savings Bank, resolving American Liberty's secured claim against

the Debtors' real property commonly referred to as 343 Grand Avenue, Oakland, California (the "Grand Property"). The Debtors' stipulation with American Liberty is made and based upon the following facts:

    A.    American Liberty holds a first priority deed of trust on the Grand Property securing a claim asserted by American Liberty to be in excess of $2,323,970.55. which includes approximately $301,026.19 of default interest owed by the Debtors under the Grand Property loan documents (the "Grand Property Loan").

    B.    American also asserts that it has the right to the immediate entry of an order granting it relief from the automatic stay to foreclose on the Grand Property and exercise all of its rights and remedies under State law by virtue of the a prior Order Re Motion for Relief From Stay of the Bankruptcy Court entered by the Court on August 21, 2009 as Docket No. 124 (the "Adequate Protection Order").

    C.    Debtors' dispute American Liberty's right to recover default interest and further assert that they can cure their default under the Adequate Protection Order.

    D.    Debtors further assert that the Grand Property can be sold for approximately $2,700,000 less costs of sale. However, if American Liberty's secured claim is allowed in full, then there would be no proceeds from such a sale remaining after payment to America Liberty.

    E.    Rather than engage in potentially lengthy and expensive litigation over the secured claims of American Liberty, and so as to ensure the estate receives some value from the Grand Property, Debtors and American Liberty have stipulated on the record to a resolution of these disputes. The terms of the Debtors' stipulation are as follows:

    1.    Debtors' stipulate to the entry of an order immediately granting relief from the automatic stay to American Liberty to foreclose upon the Grand Property and to exercise all of its rights and remedies under the Grand Property Loan documents and applicable State law;

///

///

2. Debtors' shall cooperate in the immediate turnover of the possession and control over the Grand Property to American Liberty after the entry of the order granting relief from stay, including without limitation turning over all rental agreements, accountings and property disclosures;

3. Upon turning over possession of the Grand Property along with all rental agreements, accountings and property disclosures to American Liberty, American Liberty shall wire transfer to the Debtors' "debtor-in-possession" account, the total sum of One Hundred Thousand Dollars ($100,000).

4. Upon the entry of the order approving the parties stipulation, and granting relief from stay to American Liberty, on the one hand, and American Liberty, on the other, shall release each other and all of their respective past, present, and future parent and affiliated corporations and entities, owners, directors, officers, employees, subsidiaries, agents, representatives, relatives, heirs, trust, beneficiaries, shareholders, alter egos, attorneys, predecessors, successors, assigns, insurers, and underwriters, do hereby settle, release, remise, discharge, and waive forever all claims, including all actual or potential claims, debts, disputes, liabilities, obligations, rights, damages, injury or causes of action, whether known or unknown, anticipated or unanticipated, suspected or unsuspected, fixed or contingent which were or could have been asserted as arising from the Grand Property Loan. This release of claims shall include a waiver under Section 1542 of the California Civil Code.

F. At the hearing on March 5, 2013, the Court directed that notice of the hearing on the compromise between Debtors and American Liberty be provided to all parties entitled to receive such notice.

/ / /

/ / /

/ / /

/ / /

/ / /

G. Debtors and American Liberty believe that their compromise should be approved pursuant to the criteria established by the Ninth Circuit Court of Appeals in *In re A & C Properties*, 784 F.2d 1377, 1381 (9th Cir. 1986).

**PLEASE TAKE FURTHER NOTICE** that the Court has determined that responses, if any, to this Notice may be made at the hearing on March 15, 2013, at 2:15 p.m.

**WHEREFORE**, the Debtors and American Liberty respectfully request that the Court enter an order:

1. Approving the compromise of American Liberty's secured claim on the terms set forth on the record and outlined hereinabove pursuant to Bankruptcy Rule 9019;

2. Authorizing the Debtors to take such actions as may be necessary to implement the compromise with American Liberty, including, without limitation, by executing such documents as may reasonably be required; and

3. Granting such other and further relief as is just and proper under the circumstances.

DATED: March 6, 2013

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP

By: /s/ Simon Aron
SIMON ARON
Attorneys for American Liberty, L.L.C.