Matthew R. Clark (SBN 271054)
mclark@piteduncan.com
Casey J. O'Connell (SBN 283492)
coconnell@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7717
Facsimile: (619) 590-1385

Attorneys for Creditor
Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., GreenPoint MTA Trust 2005-AR2, Mortgage Pass-Through Certificates, Series 2005-AR2

The following constitutes the
Order of the Court. Signed _____ 20__

**NOT SIGNED. SEE ATTACHMENT "A." DATE:**

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

3/11/13

/s/ ASW

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>BENYAM MULUGETA AND PAULA R. MULUGETA,<br><br>Debtors. | Case No. 09-51900<br><br>Chapter 11<br><br>**ORDER ON STIPULATION RE: TREATMENT OF CREDITOR'S CLAIM UNDER DEBTORS' PROPOSED CHAPTER 11 PLAN OF REORGANIZATION**<br><br>**SUBJECT PROPERTY:**<br>1112-1114 Chaucer Street,<br>Berkeley, California 94702 |

The parties having agreed to the terms set forth in the Stipulation Re: Treatment of Creditor's Claim Under Debtors' Proposed Chapter 11 Plan of Reorganization are bound by the terms of their stipulation. The Stipulation Re: Treatment of Creditor's Claim Under Debtors' Proposed Chapter 11 Plan of Reorganization, filed on March 5, 2013, docket number 768, is hereby approved and made an order of the court.

**END OF ORDER**

Attachment A

Notice of the proposed stipulation does not comply with Federal Rule of Bankruptcy Procedure 4001(d)(2). Notice to creditors required.

# COURT SERVICE LIST