SIMON ARON (State Bar No. 108183)
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone: (310) 478-4100
Facsimile: (310) 479-1422

The following constitutes the
Order of the Court, Signed 3/15 2013

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

Attorneys for American Liberty Investments, L.L.C.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>BENYAM MULUGETA and PAULA R. MULUGETA,<br><br>    Debtors. | Case No. 09-51900-ASW<br>Chapter 11<br><br>**STIPULATED ORDER GRANTING COMPROMISE OF CLAIMS AND RELIEF FROM THE AUTOMATIC STAY TO SECURED CREDITOR AMERICAN LIBERTY INVESTMENTS, L.L.C.**<br>**(Grand Avenue Property)**<br><br>**Hearing:**<br>Date: March 15, 2012<br>Time: 2:15 p.m.<br>Crtrm: 3020<br>       280 S. First Street<br>       San Jose, California |

At the hearing on March 5, 2013, secured creditor American Liberty Investments, L.L.C., ("American Liberty") and debtors Benyam Mulugeta and Paula R. Mulugeta (collectively the "Debtors") stipulated to a compromise of claims and to relief from the automatic stay pertaining to the real property commonly referred to as 343 Grand Avenue, Oakland, California (the "Grand Property"). On March 6, 2013, American Liberty filed and served a Notice (the "Notice") of Hearing Re Compromise of Secured Claims of American Liberty Investments, L.L.C., Successor in Interest to Sterling Savings Bank

[Docket No. 771].

The hearing on the Notice was held on March 15, 2013, at 2:15 p.m., before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge in his courtroom 3020 of the above-captioned United States Bankruptcy Court. Appearances were as set forth on the record.

Based upon the stipulation of Debtors and American Liberty and upon the extensive record in this case, the Court finds that notice is proper and that the proposed compromise between Debtors and the estate, on the one hand, and American Liberty, on the other, is fair and reasonable and is approved.

**NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

1. American Liberty is granted immediate relief from the automatic stay under 11 U.S.C. §362(d) in order to complete its non-judicial foreclosure sale of the Grand Property and to exercise all of its other rights and remedies under State law and pursuant to its Deed of Trust and other loan documents; American Liberty shall immediately proceed with its non-judicial foreclosure sale;

2. Upon entry of this Order, Debtors' shall cooperate in the immediate turnover of the possession and control over the Grand Property to American Liberty, including without limitation turning over all rental agreements, accountings and property disclosures;

3. Upon receipt of possession of the Grand Property along with all rental agreements, accountings and property disclosures by American Liberty, American Liberty shall wire transfer to the Debtors' "debtor-in-possession" account, the total sum of One Hundred Thousand Dollars ($100,000) ;

4. From and after the date American Liberty takes possession and control of the Grand Property, American Liberty shall indemnify and hold the Debtors' estate harmless from any claim that arises from or in connection with its possession and control of the Grand Property or from a condition of the Grand Property that arises after the date American Liberty takes possession; and,

5. This Order shall constitute a mutual release by and among the Debtors, on

the one hand, and American Liberty, on the other, and each of their respective past, present, and future parent and affiliated corporations and entities, owners, directors, officers, employees, subsidiaries, agents, representatives, relatives, heirs, trust, beneficiaries, shareholders, alter egos, attorneys, predecessors, successors, assigns, insurers, and underwriters, do hereby settle, release, remise, discharge, and waive forever all claims, including all actual or potential claims, debts, disputes, liabilities, obligations, rights, damages, injury or causes of action, whether known or unknown, anticipated or unanticipated, suspected or unsuspected, fixed or contingent which were or could have been asserted as arising from the Grand Property Loan. This release of claims includes a waiver under Section 1542 of the California Civil Code.

5. This Order is binding and effective despite any conversion of this bankruptcy case to a case under any chapter of Title 11 of the United States Code (11 U.S.C. §§ 101 et. seq.).

9. The fifteen (15) day stay provided by Rule 4001 of the Federal Rules of Bankruptcy Procedure is waived and this Order is effective upon entry.

\*\*END OF ORDER\*\*

*Paragraphs 2 and 3 were clarified and modified by the parties and court orally on the record. This Order will be effective on 3/20/13. ASW*

**COURT SERVICE LIST**

[this space intentionally left blank]

# COURT SERVICE LIST
## Case #09-51900-ASW

**DEBTORS**
Benyam Mulugeta
Paula Mulugeta
1025 Harker Ave.
Palo Alto, CA 94301

**DEBTORS' ATTORNEY**
Marc Voisenat, Esq
Attorney at Law
1330 Broadway, Suite 734
Oakland, CA 94612

**U.S. TRUSTEE**
United States Trustee
U.S. Federal Building
280 S. 1st Street, #268
San Jose, CA 95113-3004

Aglaia Panos
13240 Clairepointe Way
Oakland, CA 94619

Tomoko Nakama
1569 Jackson St.
Oakland, CA 94612

Robert Taylor
541B Cowper
Palo Alto, CA 94301

Patrice J. Kelly, Esq.
Adleson, Hess & Kelly, APC
577 Salmar Ave., 2nd Floor
Campbell, CA 95008

John W. Strate, Esq.
Office of Chief Counsel
55 South Market St., Suite 505
San Jose, CA 95113

Stefanie A. Schiff, Esq.
Pite Duncan, LP
4375 Jutland Drive, Suite 200
San Diego, CA 92177-0933

Rachel K. Stevenson, Esq.
Abbey, Weitzenberg, Hoffman Warren et al
P.O. Box 1566
Santa Rosa, CA 95402

1  Simon Aron, Esq
2  Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
   11400 W. Olympic Boulevard, 9th Floor
3  Los Angeles, CA 90064
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

763574.1                              -2-