```
 1  Stanley A. Zlotoff, State Bar No. 073283
    Attorney at Law
 2  300 S. First St. Suite 215
    San Jose, CA   95113
 3
    Telephone (408) 287-5087
 4  Facsimile (408) 287-7645

 5  Attorney for Debtors

 6
```

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 11 |
| Benyam Mulugeta and | Case No.: 09-51900 ASW |
| Paula R. Mulugeta, | Date: 5/23/2013 |
|  | Time: 2:00 p.m. |
| Debtors. | |

### NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT

To Creditors, U.S. Trustee, and Interested Parties:

NOTICE IS HEREBY GIVEN THAT a Combined Plan of Reorganization and Disclosure Statement ("Combined Plan") was filed on April 18, 2013 by debtors Benyam Mulugeta and Paula R. Mulugeta ("Debtors").

PLEASE TAKE FURTHER NOTICE THAT the hearing to consider approval of the Disclosure Statement of the Combined Plan will be held at the U.S. Bankruptcy Court, 280 S. First Street, Courtroom 3020, 3rd Floor, San Jose, California 95113, the Honorable Arthur S. Weissbrodt, U.S. Bankruptcy Judge presiding,

- 1

on May 23, 2013, at 2:00 p.m., or as soon thereafter as the matter may be heard.

May 16, 2013, is fixed as the last day for the filing and serving, in accordance with Rule 3017 of the Federal Rules of Bankruptcy Procedure and Local Rule 3017-1, written objections to the Disclosure Statement.

The Combined Plan may be viewed during regular hours of business at the U.S. Bankruptcy Court Clerk's office, located at 280 S. First Street, Room 3035, San Jose, California 95113.

Requests for copies of the Combined Plan may be mailed to Debtors' attorney, Stanley Zlotoff, at 300 S. First St. #215, San Jose, California 95113.

Dated: 4/18/2013

/s/Stanley Zlotoff