CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR Applicant

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

BENYAM and PAULA R. MULUGETA,

          Debtors.

Case No. 09-51900 ASW

CHAPTER 11

**NOTICE OF HEARING ON FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY FORMER ATTORNEY FOR DEBTORS**

**Date:** May 30, 2013
**Time:** 2:15 p.m.
**Location:**
   United States Bankruptcy Court
   280 S. First St., Room 3020
   San Jose, CA 95113

    PLEASE TAKE NOTICE that on May 30, 2013, at 2:15 p.m., in the courtroom of the Honorable Arthur S. Weissbrodt, Room 3020 at the United States Bankruptcy Court at 280 S. First Street, San Jose, California, the application of Campeau Goodsell Smith, former counsel for the debtors herein, for compensation for services rendered and costs incurred from April 1, 2009 through October 30, 2009[1] in the sum of $96,947.50 for fees[2] and $270.75 for costs will come on for hearing.

---

[1] As set forth in the Application, the Application includes various attorneys fees were incurred after October 30, 2009 and through November 2009.

[2] Said amount includes time for the Application, but not any associated hearing.

**NOTICE OF HEARING ON FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR DEBTORS**

Creditors and other parties in interest are invited to review the applications on file with the Clerk of the above-captioned Bankruptcy Court. Copies of the application and other supporting documents may be obtained from the court or Campeau Goodsell Smith at 440 N. 1st Street, Suite 100, San Jose, CA 95112 (Scott L. Goodsell or William J. Healy). Failure to respond to the Application may be treated as consent to the relief requested. Any objections to the application must be in writing and filed with the Clerk of the Bankruptcy Court 280 South First Street, Room 3035 San Jose, CA 95113-3099 and served on Debtors' counsel at Stanley A. Zlotoff, Esq. Attorney at Law 300 S. First St., Suite 215 San Jose, CA 9513 and the Office of The United States Trustee 280 South First Street, Room 268 San Jose, CA 95113, at least seven days before the hearing.

Dated: April 26, 2013    CAMPEAU GOODSELL SMITH

By  /s/ William J. Healy
    William J. Healy
    Attorneys for Applicant

---

NOTICE OF HEARING ON FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR DEBTORS

2