


UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA




In re: Benyam Mulugeta and Paula R Mulugeta

Case No. 09-51900-ASW

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 04/30/13 **PETITION DATE:** 03/18/09

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here __ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $152,712 | $172,391 | |
| b. Total Assets | $5,850,712 | $7,620,391 | $17,538,000 |
| c. Current Liabilities | $99,634 | $713,981 | |
| d. Total Liabilities | $5,624,360 | $7,197,707 | $12,181,705 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $34,410 | $40,051 | $74,461 |
| b. Total Disbursements | $54,089 | $33,250 | $87,339 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($19,679) | $6,801 | ($12,878) |
| d. Cash Balance Beginning of Month | $22,391 | $15,590 | $0 |
| e. Cash Balance End of Month (c + d) | $2,712 | $22,391 | ($12,878) |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $150,000 | $150,000 | |
| 6. **Post-Petition Liabilities** | $99,634 | $713,981 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $98,520 | $701,081 | |

| **At the end of this reporting month:** | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. Are a plan and disclosure statement on file? | | x |
| 14. Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes __; U.S. Trustee Quarterly Fees __; Check if filing is current for: Post-petition tax reporting and tax returns: __.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 5/20/2013 0:00

Benyam & Paula Mulugeta
Responsible Individual

Case: 09-51900 Doc# 792 Filed: 05/30/13 Entered: 05/30/13 15:31:07 Page 1 of 18

**BALANCE SHEET**
**(Small Real Estate/Individual Case)**
**For the Month Ended** 04/30/13

| | **Assets** | **Check if Exemption Claimed on Schedule C** | **Market Value** |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $2,712 |
| 2 | Accounts receivable (net) secured note | | $150,000 |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Rent Receivable | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $152,712 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | $500,000.00 | $2,400,000 |
| 8 | Real property (rental or commercial) | | $3,250,000 |
| 9 | Furniture, Fixtures, and Equipment | $8,000.00 | $31,000 |
| 10 | Vehicles | $9,000.00 | $17,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $5,698,000 |
| 18 | **Total Assets** | | $5,850,712 |
| | **Liabilities** | | |
| | ***Post-Petition Liabilities*** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $1,114 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $44,520 |
| 21 | Post-petition delinquent taxes | | $54,000 |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $99,634 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $99,634 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $3,200,000 |
| 29 | Secured claims (other) | | $2,171,000 |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $153,726 |
| 32 | **Total Pre-Petition Liabilities** | | $5,524,726 |
| 33 | **Total Liabilities** | | $5,624,360 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $226,352 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $5,850,712 |

NOTE:

Appraisals; familiarity with comparable market prices, and current sales in the neighborhoods.

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
## Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | **Description of Property** | 240 E O'Keefe, EPA | 1399 Sevier, MP | 353 Grand, Oakland |
| 2 | **Scheduled Gross Rents** | | $2,500 | |
| | **Less:** | | | |
| 3 | **Vacancy Factor** | | $0 | |
| 4 | **Free Rent Incentives** | | | |
| 5 | **Other Adjustments** | | | |
| 6 | **Total Deductions** | $0 | $0 | $0 |
| 7 | **Scheduled Net Rents** | $0 | $2,500 | $0 |
| 8 | **Less: Rents Receivable (2)** | | | |
| 9 | **Scheduled Net Rents Collected (2)** | $0 | $2,500 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
## Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | **Bank** | | Wells Fargo Bank<br>1399 Sevier, MP | Wells Fargo Bank<br>353 Grand, Oakland |
| 11 | **Account No.** | | 5663184934 | 9662960591&5663188133 |
| 12 | **Account Purpose** | | Debtor In Possession | Debtor In Possession |
| 13 | **Balance, End of Month** | $0 | $39 | $285 |
| 14 | **Total Funds on Hand for all Accounts** | $2,712 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Case: 09-51900 Doc# 792 Filed: 05/30/13 Entered: 05/30/13 15:31:07 Page 3 of 18

## SCHEDULES TO THE BALANCE SHEET

### Schedule A

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 4 | Property 5 | Property 6 |
|---|---|---|---|---|
| 1 | **Description of Property** | 2332 Harrison, Oakland | 5401 Brann, Oakland | 1112-1114 Chaucer, Berkeley |
| 2 | **Scheduled Gross Rents** | | $1,800 | $4,400 |
| | **Less:** | | | |
| 3 | **Vacancy Factor** | $0 | $100 | $0 |
| 4 | **Free Rent Incentives** | | | |
| 5 | **Other Adjustments** | | | |
| 6 | **Total Deductions** | $0 | $100 | $0 |
| 7 | **Scheduled Net Rents** | $0 | $1,700 | $4,400 |
| 8 | **Less: Rents Receivable (2)** | $0 | | |
| 9 | **Scheduled Net Rents Collected (2)** | $0 | $1,700 | $4,400 |

(2) To be completed by cash basis reporters only.

### Schedule B

| | | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|
| 10 | **Bank** | Wells Fargo Bank | Wells Fargo Bank | Wells Fargo Bank |
| | | 2332 Harrison, Oakland | 5401 Brann, Oakland | 1112-1114 Chaucer, Berkeley |
| 11 | **Account No.** | 2119172076 | 5663186152 | 5663186145 |
| 12 | **Account Purpose** | | | |
| 13 | **Balance, End of Month** | $0 | $26 | $116 |
| 14 | **Total Funds on Hand for all Accounts** | $2,712 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

## SCHEDULES TO THE BALANCE SHEET

**Schedule A**

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 7 | Property 8 |
|---|---|---|---|
| 1 | **Description of Property** | 1111 Alma, Palo Alto | 1025 Harker, Palo Alto |
| 2 | **Scheduled Gross Rents** | $3,500 | $9,300 |
| | **Less:** | | |
| 3 | **Vacancy Factor** | $3,500 | ($0) |
| 4 | **Free Rent Incentives** | | |
| 5 | **Other Adjustments** | | |
| 6 | **Total Deductions** | $3,500 | ($0) |
| 7 | **Scheduled Net Rents** | $0 | $9,300 |
| 8 | **Less: Rents Receivable (2)** | | |
| 9 | **Scheduled Net Rents Collected (2)** | $0 | $9,300 |

(2) To be completed by cash basis reporters only.

**Schedule B**

| | | Account 7 | Account 8 |
|---|---|---|---|
| 10 | **Bank** | Wells Fargo Bank<br>1111 Alma, Palo Alto | Wells Fargo Bank<br>1025 Harker, Palo Alto |
| 11 | **Account No.** | 5663186160 | 5841450918/3421404660** |
| 12 | **Account Purpose** | | |
| 13 | **Balance, End of Month** | $10 | $2,237 |
| 14 | **Total Funds on Hand for all Accounts** | $2,712 | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly

** Account 9662960559 has been closed, checkbook was stolen from car. New account is 5841450918.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**Increase/(Decrease) in Cash and Cash Equivalents**

**For the Month Ended 04/30/13**

| Line | Item | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $17,900 | $1,901,806 |
| 2 | Cash Received from Sales | $1,010 | $83,111 |
| 3 | Interest Received | | |
| 4 | Deposits | | $5,000 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Benyam Mulugeta Jr. | | $250,668 |
| 8 | Gary Gornick | | $13,700 |
| 9 | Tsegereda Mulugeta | | $14,387 |
| 10 | Paula Mulugeta IRA | | $7,854 |
| 11 | Grand Savings | $15,500 | |
| 12 | **Total Cash Receipts** | $34,410 | $2,276,526 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | $144,642 |
| 17 | Interest Paid | $21,257 | $1,346,927 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $29,549 | $651,447 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other(tution) | | $14,042 |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Personal expenses | $3,283 | $219,305 |
| 33 | Omni Cancun | | $503 |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $54,089 | $2,254,135 |
| 38 | **Net Increase (Decrease) in Cash** | ($19,679) | $22,391 |
| 39 | **Cash Balance, Beginning of Period** | $22,391 | |
| 40 | **Cash Balance, End of Period** | $2,712 | $22,391 |

Case: 09-51900 Doc# 792 Filed: 05/30/13 Entered: 05/30/13 15:31:07 Page 6 of 18





# Custom Management® Checking

**Activity summary**

| | |
|---|---|
| Balance on 4/1 | 238.72 |
| Deposits/Additions | 4,000.00 |
| Withdrawals/Subtractions | - 4,200.00 |
| **Balance on 4/30** | **$38.72** |

Account number: **5663184934**

**PAULA MULUGETA**
**BENYAM MULUGETA (EMC-SEVIER)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A. California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

**Transaction history**

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| **Beginning balance on 4/1** | | | | | **238.72** |
| 4/11 | Online Transfer From Mulugeta B Complete Advantage(Rm) Xxxxxx6145 Ref #Ibejz7Rsh3 On 04/11/13 | | 4,000.00 | | 4,238.72 |
| 4/12 | Online Transfer to Mulugeta P Custom Management(Rm) Xxxxxx0591 Ref #Ibe8B3Mklg On 04/12/13 | | | 3,700.00 | 538.72 |
| 4/22 | Transfer to Mulugeta 2 Tsegereda Ref #Ppe5F4Mbrf Xxxxxx8614 | | | 500.00 | 38.72 |
| **Ending balance on 4/30** | | | | | **38.72** |
| **Totals** | | | **$4,000.00** | **$4,200.00** | |

**Summary of Overdraft and Returned Item fee(s)**

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $50.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.





# Complete Advantage® Checking

**Activity summary**

| | |
|---|---|
| Balance on 4/1 | 7,846.78 |
| Deposits/Additions | 5,110.12 |
| Withdrawals/Subtractions | - 12,841.22 |
| **Balance on 4/30** | **$115.68** |

Account number: **5663186145**

**BENYAM MULUGETA**
**PAULA MULUGETA (EMC-CHAUCER)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A, California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

**Interest you've earned**

| | |
|---|---|
| Interest earned this month | $0.05 |
| Average collected balance this month | $6,130.02 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $0.14 |

**Interest withheld**

| | |
|---|---|
| Interest withheld this period | $0.01 |
| Interest withheld this year | $0.02 |

**Transaction history**

| *Date* | *Description* | *Check No.* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending Daily Balance* |
|---|---|---|---|---|---|
| **Beginning balance on 4/1** | | | | | **7,846.78** |
| 4/3 | Deposit Made In A Branch/Store | | 2,000.00 | | 9,846.78 |
| 4/4 | Deposit Made In A Branch/Store | | 2,100.00 | | 11,946.78 |
| 4/11 | Online Transfer to Mulugeta P Custom Management(Rm) Xxxxxx4934 Ref #Ibejz7Rsh3 On 04/11/13 | | | 4,000.00 | |
| 4/11 | Online Transfer to Mulugeta B Preferred Checking Xxxxxx4660 Ref #Ibe5Dzs8Cp On 04/11/13 | | | 2,000.00 | 5,946.78 |
| 4/12 | Online Transfer to Mulugeta P Custom Management(Rm) Xxxxxx0591 Ref #Ibejz85Pgk On 04/12/13 | | | 900.00 | 5,046.78 |
| 4/26 | Online Transfer to Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Ibexlkpyby On 04/26/13 | | | 1,000.00 | |
| 4/26 | Check | 1004 | | 4,056.14 | |
| 4/26 | Check | 1005 | | 647.57 | |
| 4/26 | Overdraft Protection From 2604764080 | | 10.07 | | |
| 4/26 | Overdraft Transfer Fee | | | 12.50 | -659.36 |
| 4/29 | Overdraft Fee For Item $647.57 04/26 Check # 01005 | | | 25.00 | |
| 4/29 | Online Transfer From Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Ibe5F5Txq8 On 04/27/13 | | 1,000.00 | | |
| 4/29 | Online Transfer to Mulugeta P Custom Management(Rm) Xxxxxx0591 Ref #Ibe5F5Tzrw On 04/27/13 | | | 200.00 | 115.64 |
| 4/30 | Interest Payment | | 0.05 | | |
| 4/30 | Federal Tax Withheld | | | 0.01 | 115.68 |
| **Ending balance on 4/30** | | | | | **115.68** |
| **Totals** | | | **$5,110.12** | **$12,841.22** | |

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history section)*

| *Number* | *Date* | *$ Amount* | *Number* | *Date* | *$ Amount* |
|---|---|---|---|---|---|
| 1004 | 4/26 | 4,056.14 | 1005 | 4/26 | 647.57 |





# Complete Advantage® Checking

**Activity summary**

| | |
|---|---|
| Balance on 4/1 | 2,126.15 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 2,100.00 |
| **Balance on 4/30** | **$26.15** |

Account number: **5663186152**

**BENYAM MULUGETA**
**PAULA MULUGETA (BRAN)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A, California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

**Interest you've earned**

| | |
|---|---|
| Interest paid on 4/30 | $0.00 |
| Average collected balance this month | $796.15 |
| Annual percentage yield earned | 0.00% |
| Interest paid this year | $0.04 |

**Transaction history**

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| **Beginning balance on 4/1** | | | | | **2,126.15** |
| 4/5 | Transfer to Mulugeta 2 Tsegereda Ref #Ppemw83Kfy Xxxxxx8614 | | | 500.00 | 1,626.15 |
| 4/9 | Transfer to Mulugeta 2 Tsegereda Ref #Ppe8B2Sycy Xxxxxx8614 | | | 500.00 | 1,126.15 |
| 4/12 | Transfer to Mulugeta 2 Tsegereda Ref #Ppeg46Q438 Tewodros | | | 600.00 | 526.15 |
| 4/22 | Transfer to Mulugeta 2 Tsegereda Ref #Ppemwczzfk Xxxxxx8614 | | | 500.00 | 26.15 |
| **Ending balance on 4/30** | | | | | **26.15** |
| **Totals** | | | **$0.00** | **$2,100.00** | |





# Complete Advantage® Checking

**Activity summary**

| | |
|---|---|
| Balance on 4/1 | 10.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 4/30** | **$10.00** |

Account number: **5663186160**

**BENYAM MULUGETA**
**PAULA MULUGETA (ALMA)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A, California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

**Interest you've earned**

| | |
|---|---|
| Interest paid on 4/30 | $0.00 |
| Average collected balance this month | $10.00 |
| Annual percentage yield earned | 0.00% |
| Interest paid this year | $0.00 |





# Complete Advantage® Checking

**Activity summary**

| | |
|---|---|
| Balance on 4/1 | 1,225.30 |
| Deposits/Additions | 17,509.40 |
| Withdrawals/Subtractions | - 17,463.69 |
| **Balance on 4/30** | **$1,271.01** |

Account number: **5841450918**

**PAULA MULUGETA**
**BENYAM MULUGETA**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A. California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

**Interest you've earned**

| | |
|---|---|
| Interest earned this month | $0.01 |
| Average collected balance this month | $1,294.98 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $0.04 |

**Transaction history**

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | **Beginning balance on 4/1** | | | | 1,225.30 |
| 4/1 | Check Crd Purchase 03/28 Kellymoore Paint C San Lorenzo CA 434256Xxxxxx3590 003087659555788 ?McC=5231 | | | 80.41 | |
| 4/1 | Check Crd Purchase 03/29 Fedexoffice 0000 Oakland CA 434256Xxxxxx3590 283088717606989 ?McC=7338 | | | 7.98 | |
| 4/1 | POS Purchase - 03/29 Mach ID 000000 Chevron 451 Hegenberge Oakland CA 3590 00583089192969654 ?McC=5541 | | | 40.50 | |
| 4/1 | Check Crd Purchase 03/30 McDonalds F3094 Palo Alto CA 434256Xxxxxx3590 003089631344866 ?McC=5814 | | | 5.42 | |
| 4/1 | Recur Debit Crd Pmt03/31 AT&T*436064572199N 800-331-0500 GA 434256Xxxxxx3392 163090657465733 ?McC=4814 | | | 351.65 | 739.34 |
| 4/2 | POS Purchase - 04/02 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 3590 00383092687968416 ?McC=5200 | | | 35.87 | |
| 4/2 | POS Purchase - 04/02 Mach ID 000000 Safeway Store 1682 Palo Alto CA 3392 00303092771140892 ?McC=5411 | | | 129.53 | 573.94 |
| 4/3 | Online Transfer From Mulugeta P Custom Management(Rm) Xxxxxx0591 Ref #Ibec72X6Yy On 04/03/13 | | 1,000.00 | | |
| 4/3 | Check Crd Purchase 04/01 Berkeley Econo Gas Berkeley CA 434256Xxxxxx3590 163092170907278 ?McC=5542 | | | 75.00 | |
| 4/3 | Check Crd Purchase 04/02 Chong & Myong Inc Oakland CA 434256Xxxxxx3590 003093027645474 ?McC=5542 | | | 30.36 | 1,468.58 |
| 4/4 | Check Crd Purchase 04/02 Oriental Trading C 800-2280475 NE 434256Xxxxxx3392 283091855550631 ?McC=5964 | | | 105.48 | |
| 4/4 | Check Crd Purchase 04/03 Parking Cit-Web 510-238-3099 CA 434256Xxxxxx3392 163093524503142 ?McC=7523 | | | 260.00 | |
| 4/4 | Check Crd Purchase 04/03 Ymca Silicon Valle WWW.Ymcamidpe CA 434256Xxxxxx3392 283093531587232 ?McC=8641 | | | 50.00 | |
| 4/4 | Check Crd Purchase 04/03 Starbucks #05555 P Palo Alto CA 434256Xxxxxx3590 083093620147420 ?McC=5814 | | | 2.85 | |
| 4/4 | Check Crd Purchase 04/03 El Burro Restauran Newark CA 434256Xxxxxx3590 083093119411152 ?McC=5812 | | | 39.64 | |
| 4/4 | POS Purchase - 04/04 Mach ID 000000 The Home Depot 627 Emeryville CA 3590 00303094771145860 ?McC=5200 | | | 19.85 | |
| 4/4 | POS Purchase - 04/04 Mach ID 000000 The Home Depot 627 Emeryville CA 3590 00303094834106098 ?McC=5200 | | | 31.32 | |
| 4/4 | Check | 548 | | 100.00 | |
| 4/4 | Check | 547 | | 55.00 | 804.44 |
| 4/5 | Ymca of Scv Payrolldp 130405 040- Mulugeta, Paula R. | | 353.19 | | |





**COMPLETE ADVANTAGE® CHECKING** (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 4/5 | Recur Debit Crd Pmt04/03 World Wildlife Fun 800-9600993 DC 434256Xxxxxx3392 003094028320233 ?McC=8398 | | | 20.00 | |
| 4/5 | Check Crd Purchase 04/04 Pticket.Com-San Jo 800-553-4412 CA 434256Xxxxxx3392 003093529232781 ?McC=9222 | | | 43.00 | 1,094.63 |
| 4/8 | Online Transfer From Mulugeta P Custom Management(Rm) Xxxxxx0591 Ref #Ibejz77Qbz On 04/08/13 | | 1,000.00 | | |
| 4/8 | Check Crd Purchase 04/05 Enterprise Rent-A- Palo Alto CA 434256Xxxxxx3590 583095641230592 ?McC=3405 | | | 250.00 | |
| 4/8 | Check Crd Purchase 04/05 650-328-4411 Chiro Palo Alto CA 434256Xxxxxx3392 283096037258133 ?McC=8041 | | | 160.00 | |
| 4/8 | Check Crd Purchase 04/05 Vonage *Price+Taxe 866-243-4357 NJ 434256Xxxxxx3392 283095247238333 ?McC=4814 | | | 36.39 | |
| 4/8 | POS Purchase - 04/06 Mach ID 000000 The Home Depot 627 Emeryville CA 3590 00383097063165666 ?McC=5200 | | | 71.32 | |
| 4/8 | Check Crd Purchase 04/06 Pizz'A Chicago Palo Alto CA 434256Xxxxxx3392 083097121836235 ?McC=5812 | | | 46.22 | |
| 4/8 | POS Purchase - 04/07 Mach ID 000000 Bcf 300 Newpa Newark CA 3392 00000000253975091 ?McC=5651 | | | 298.50 | |
| 4/8 | POS Purchase - 04/08 Mach ID 000000 Safeway Store 1682 Palo Alto CA 3392 00383098564242337 ?McC=5411 | | | 35.16 | |
| 4/8 | POS Purchase - 04/08 Mach ID 000000 Safeway Store 2719 Menlo Park CA 3392 00303098694600673 ?McC=5411 | | | 167.43 | |
| 4/8 | POS Purchase - 04/08 Mach ID 000000 Shell Service Station Hercules CA 3590 00463098837912843 ?McC=5542 | | | 66.06 | 963.55 |
| 4/9 | Check Crd Pur Rtrn 04/08 Enterprise Rent-A- Palo Alto CA 434256Xxxxxx3590 613099558066189 ?McC=3405 | | 114.46 | | |
| 4/9 | Check Crd Purchase 04/08 The Prolific Oven Palo Alto CA 434256Xxxxxx3392 003098704894276 ?McC=5814 | | | 40.65 | |
| 4/9 | POS Purchase - 04/09 Mach ID 000000 The Home Depot 627 Emeryville CA 3590 00463099810595148 ?McC=5200 | | | 159.02 | |
| 4/9 | Check | 549 | | 100.00 | 778.34 |
| 4/10 | Recur Debit Crd Pmt04/08 World Wildlife Fun 800-9600993 DC 434256Xxxxxx3392 163098674254155 ?McC=8398 | | | 20.00 | 758.34 |
| 4/11 | POS Purchase - 04/11 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 3590 00583101542245537 ?McC=5200 | | | 22.65 | 735.69 |
| 4/12 | Check Crd Purchase 04/10 Berkeley Econo Gas Berkeley CA 434256Xxxxxx3590 163100836343541 ?McC=5542 | | | 52.56 | |
| 4/12 | Debit Crd Purchase 04/11 Convergia Networks Pointe Claire CD 434256Xxxxxx3392 623102556532743 ?McC=7299 | | | 14.00 | |
| 4/12 | Check Crd Purchase 04/11 Fedexoffice 0002 San Jose CA 434256Xxxxxx3590 283101814177797 ?McC=7338 | | | 14.09 | |
| 4/12 | POS Purchase - 04/12 Mach ID 000000 Clothing Broker 513 IN Oakland CA 3590 00583102772717438 ?McC=5611 | | | 45.76 | 609.28 |
| 4/15 | Online Transfer From Mulugeta P Savings Xxxxxx3651 Ref #Ibeg47Fjgv On 04/15/13 | | 1,000.00 | | |
| 4/15 | POS Purchase - 04/12 Mach ID 000000 Whole Foods Mark 3000 Berkeley CA 3590 00303103126995152 ?McC=5411 | | | 59.24 | |
| 4/15 | POS Purchase - 04/12 Mach ID 000000 Chevron Xtra Oil Compa Berkeley CA 3590 00303103132864740 ?McC=5541 | | | 50.00 | |
| 4/15 | Check Crd Purchase 04/13 City of Berkeley T Berkeley CA 434256Xxxxxx3590 003103756383141 ?McC=9399 | | | 34.02 | |
| 4/15 | POS Purchase - 04/13 Mach ID 000000 99 Cents Only S 1941 S Berkeley CA 3590 00383104014784422 ?McC=5411 | | | 20.72 | |
| 4/15 | POS Purchase - 04/13 Mach ID 000000 Chevron 451 Hegenberge Oakland CA 3590 00583104037903221 ?McC=5541 | | | 44.52 | |
| 4/15 | ATM Withdrawal - 04/13 Mach ID 0277D 400 Hamilton Ave Palo Alto CA 3590 0003180 | | | 100.00 | |
| 4/15 | POS Purchase - 04/14 Mach ID 000000 Heart of Shanghai San Franisco CA 3392 00463105029403797 ?McC=5999 | | | 51.18 | |
| 4/15 | POS Purchase - 04/14 Mach ID 000000 Safeway Store 1682 Palo Alto CA 3392 00303105076877922 ?McC=5411 | | | 20.11 | |
| 4/15 | Check Crd Purchase 04/14 Amazon Mktplace Pm Amzn.Com/Bill WA 434256Xxxxxx3392 623105551986654 ?McC=5942 | | | 25.61 | |
| 4/15 | Check Crd Purchase 04/14 Sports Apparel San Francisco CA 434256Xxxxxx3392 003105005677546 ?McC=5651 | | | 39.21 | |





## COMPLETE ADVANTAGE® CHECKING (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 4/15 | Check Crd Purchase 04/14 El Burro Restauran Newark CA 434256Xxxxxx3590 003105103255291 ?McC=5812 | | | 45.50 | |
| 4/15 | ATM Withdrawal - 04/15 Mach ID 9980A 34988 Newark Blvd Newark CA 3590 0009406 | | | 100.00 | |
| 4/15 | POS Purchase - 04/15 Mach ID 000000 Target T0322 Target T0 Mountain Viewca 3392 00463105669837557 ?McC=5310 | | | 73.91 | |
| 4/15 | POS Purchase - 04/15 Mach ID 000000 Ross Stores 18 Mountain Viewca 3392 00000000849241293 ?McC=5310 | | | 104.76 | |
| 4/15 | POS Purchase - 04/15 Mach ID 000000 Bedbath Beyond Bedbat Mountain Viewca 3392 00463105730874853 ?McC=5719 | | | 107.35 | |
| 4/15 | POS Purchase - 04/15 Mach ID 000000 Best Buy 1045 Mountain Viewca 3392 00000000340948136 ?McC=5732 | | | 263.41 | |
| 4/15 | POS Purchase - 04/15 Mach ID 000000 Safeway Store 1682 Palo Alto CA 3392 00303105769561870 ?McC=5411 | | | 148.54 | 321.20 |
| 4/16 | Online Transfer From Mulugeta P Savings Xxxxxx3651 Ref #Ibec76F7Dk On 04/16/13 | | 3,000.00 | | |
| 4/16 | Online Transfer From Mulugeta P Savings Xxxxxx3651 Ref #Ibe5F3Ch6V On 04/16/13 | | 1,000.00 | | 4,321.20 |
| 4/17 | Check Crd Purchase 04/15 Berkeley Econo Gas Berkeley CA 434256Xxxxxx3590 283106031531319 ?McC=5542 | | | 60.26 | |
| 4/17 | Check Crd Purchase 04/16 Sfmta Cit Pymnt We 415-7013000 CA 434256Xxxxxx3392 163107057778214 ?McC=9399 | | | 64.50 | |
| 4/17 | Check Crd Purchase 04/17 Facebk *Jrqtj4E6E2 WWW.Fb.ME/CC CA 434256Xxxxxx3392 003107037694881 ?McC=7311 | | | 1.00 | |
| 4/17 | Cash eWithdrawal in Branch/Store - 400 Hamilton Ave Palo Alto CA 3590 | | | 200.00 | |
| 4/17 | Check | 262 | | 150.00 | 3,845.44 |
| 4/18 | Check Crd Purchase 04/17 Amazon Mktplace Pm Amzn.Com/Bill WA 434256Xxxxxx3392 283105484286348 ?McC=5942 | | | 53.39 | |
| 4/18 | Check Crd Purchase 04/17 Amazon Mktplace Pm Amzn.Com/Bill WA 434256Xxxxxx3392 163103559993769 ?McC=5942 | | | 12.75 | |
| 4/18 | POS Purchase - 04/18 Mach ID 000000 Safeway Store 1682 Palo Alto CA 3392 00303108680249279 ?McC=5411 | | | 62.73 | |
| 4/18 | Online Transfer to Mulugeta P Custom Management(Rm) Xxxxxx0591 Ref #Ibetpg7Tm9 On 04/18/13 | | | 1,500.00 | |
| 4/18 | Cash eWithdrawal in Branch/Store - 400 Hamilton Ave Palo Alto CA 3590 | | | 200.00 | 2,016.57 |
| 4/19 | Ymca of Scv Payrolldp 130419 040- Mulugeta, Paula R. | | 449.11 | | |
| 4/19 | Check Crd Purchase 04/18 Pizz'A Chicago Palo Alto CA 434256Xxxxxx3392 283108785163769 ?McC=5812 | | | 57.10 | 2,408.58 |
| 4/22 | Check Crd Purchase 04/18 IL Fornaio - San J San Jose CA 434256Xxxxxx3590 283108729782348 ?McC=5812 | | | 43.76 | |
| 4/22 | Check Crd Purchase 04/18 Fedexoffice 0005 Palo Alto CA 434256Xxxxxx3590 163109061951777 ?McC=7338 | | | 18.66 | |
| 4/22 | Check Crd Purchase 04/20 Ymca Silicon Valle WWW.Ymcamidpe CA 434256Xxxxxx3392 163110411329815 ?McC=8641 | | | 75.00 | |
| 4/22 | POS Purchase - 04/20 Mach ID 000000 Autobahn Motors Belmont CA 3590 00583110792082207 ?McC=5511 | | | 251.93 | |
| 4/22 | Online Transfer to Mulugeta T Savings Xxxxxx8758 Ref #Ibe2J2Vgcl On 04/20/13 | | | 300.00 | |
| 4/22 | POS Purchase - 04/22 Mach ID 000000 Arco Paypoint Palo Alto CA 3392 00583112683365895 ?McC=5542 | | | 62.18 | |
| 4/22 | POS Purchase - 04/22 Mach ID 000000 Kohl S 1388 350 Showe Mountain Viewca 3392 00463112710136030 ?McC=5311 | | | 61.99 | |
| 4/22 | POS Purchase - 04/22 Mach ID 000000 The Home Depot 627 Emeryville CA 3590 00583112784022194 ?McC=5200 | | | 161.36 | |
| 4/22 | POS Purchase - 04/22 Mach ID 000000 Safeway Store 2719 Menlo Park CA 3392 00463112784923825 ?McC=5411 | | | 169.61 | |
| 4/22 | POS Purchase - 04/22 Mach ID 000000 The Home Depot 627 Emeryville CA 3590 00383113026217907 ?McC=5200 | | | 252.12 | 1,011.97 |
| 4/23 | Check Crd Purchase 04/21 Alum Rock Valero San Jose CA 434256Xxxxxx3590 283111828572622 ?McC=5542 | | | 52.86 | |
| 4/23 | Check Crd Purchase 04/21 Old Spaghetti Fact San Jose CA 434256Xxxxxx3590 083112054057131 ?McC=5812 | | | 104.91 | |



Case: 09-51900 Doc# 792 Filed: 05/30/13 Entered: 05/30/13 15:31:07 Page 13 of 18





**COMPLETE ADVANTAGE® CHECKING** (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 4/23 | Check Crd Purchase 04/21 Pasta Q Palo Alto Palo Alto CA 434256Xxxxxx3590 163112131803875 ?McC=5813 | | | 46.33 | |
| 4/23 | Check Crd Purchase 04/22 Ephesus Restaurant Mountain View CA 434256Xxxxxx3392 083112748196744 ?McC=5812 | | | 49.37 | |
| 4/23 | POS Purchase - 04/23 Mach ID 000000 Arco Paypoint Palo Alto CA 3590 00463113700804826 ?McC=5541 | | | 40.51 | 717.99 |
| 4/24 | Recur Debit Crd Pmt04/23 Aic*Motor Club 800-347-8880 IL 434256Xxxxxx3590 163113399008673 ?McC=8675 | | | 18.90 | |
| 4/24 | Recur Debit Crd Pmt04/23 Peta Active US 757-6227382 VA 434256Xxxxxx3392 283113710012300 ?McC=8398 | | | 20.00 | |
| 4/24 | ATM Withdrawal - 04/24 Mach ID 0277B 400 Hamilton Ave Palo Alto CA 3590 0006745 | | | 100.00 | |
| 4/24 | POS Purchase - 04/24 Mach ID 000000 The Home Depot 627 Emeryville CA 3590 00463114815403943 ?McC=5200 | | | 131.00 | 448.09 |
| 4/25 | Online Transfer From Mulugeta P Savings Xxxxxx3651 Ref #Ibe2J3T2Jg On 04/25/13 | | 500.00 | | |
| 4/25 | Online Transfer From Mulugeta P Custom Management(Rm) Xxxxxx0591 Ref #Ibec78C4Fw On 04/25/13 | | 500.00 | | |
| 4/25 | Check Crd Purchase 04/23 Jamba Juice #3 Palo Alto CA 434256Xxxxxx3590 283113736969849 ?McC=5814 | | | 12.10 | |
| 4/25 | Debit Crd Purchase 04/24 Icp*Ningbo Enjoy R Beijing Cn 434256Xxxxxx3392 583113578679403 ?McC=5399 | | | 175.51 | |
| 4/25 | POS Purchase - 04/25 Mach ID 000000 Flyers 270 Redwood City CA 3590 00000000351935208 ?McC=5542 | | | 75.00 | |
| 4/25 | Transfer to Mulugeta 2 Tsegereda Ref #Ppemwdq8F9 Xxxxxx8614 | | | 500.00 | |
| 4/25 | Cash eWithdrawal in Branch/Store - 333 Linden Ave South San Francisco CA 3590 | | | 200.00 | 485.48 |
| 4/26 | Online Transfer From Mulugeta B Complete Advantage(Rm) Xxxxxx6145 Ref #Ibexlkpyby On 04/26/13 | | 1,000.00 | | |
| 4/26 | Check Crd Purchase 04/25 Starbucks #05555 P Palo Alto CA 434256Xxxxxx3590 083115619203169 ?McC=5814 | | | 10.00 | |
| 4/26 | Check Crd Purchase 04/25 Starbucks #05330 S San Francisco CA 434256Xxxxxx3590 163115731950488 ?McC=5814 | | | 7.95 | |
| 4/26 | POS Purchase - 04/26 Mach ID 000000 Whole Foods Mark 230 B Oakland CA 3590 00463116758429691 ?McC=5411 | | | 54.08 | |
| 4/26 | Recur Debit Crd Pmt04/26 Comcast California 800-Comcast CA 434256Xxxxxx3392 083116219084676 ?McC=4899 | | | 189.80 | 1,223.65 |
| 4/29 | Check Crd Pur Rtrn 04/27 The Home Depot #10 Oakland CA 434256Xxxxxx3590 613119548560213 ?McC=5200 | | 92.63 | | |
| 4/29 | Online Transfer From Mulugeta P Savings Xxxxxx3651 Ref #Ibejzctgjm On 04/27/13 | | 7,000.00 | | |
| 4/29 | Check Crd Purchase 04/25 Burger Joint San Francisco CA 434256Xxxxxx3590 163115857618833 ?McC=5812 | | | 51.45 | |
| 4/29 | Check Crd Purchase 04/26 Allstate *Payme 800-255-7828 IL 434256Xxxxxx3392 003116810441151 ?McC=6300 | | | 75.13 | |
| 4/29 | Check Crd Purchase 04/26 Allstate *Payme 800-255-7828 IL 434256Xxxxxx3392 283116811073790 ?McC=6300 | | | 119.63 | |
| 4/29 | Check Crd Purchase 04/26 Allstate *Payme 800-255-7828 IL 434256Xxxxxx3392 283116811801281 ?McC=6300 | | | 114.75 | |
| 4/29 | Check Crd Purchase 04/26 Allstate *Payme 800-255-7828 IL 434256Xxxxxx3392 003116812436637 ?McC=6300 | | | 34.58 | |
| 4/29 | Check Crd Purchase 04/26 This and That San Pablo CA 434256Xxxxxx3590 003116862880445 ?McC=5211 | | | 146.06 | |
| 4/29 | Check Crd Purchase 04/27 Ymca Silicon Valle Palo Alto CA 434256Xxxxxx3392 083117555792109 ?McC=8641 | | | 64.00 | |
| 4/29 | Check Crd Purchase 04/27 Noah's Bagels #210 Redwood City CA 434256Xxxxxx3392 163117579312535 ?McC=5812 | | | 14.65 | |
| 4/29 | Check Crd Purchase 04/27 Starbucks #00555 R Redwood City CA 434256Xxxxxx3392 163117580458952 ?McC=5814 | | | 5.70 | |
| 4/29 | POS Purchase - 04/27 Mach ID 000000 The Home Depot 1007 Oakland CA 3590 00383117706946389 ?McC=5200 | | | 146.34 | |
| 4/29 | Online Transfer to Mulugeta B Preferred Checking Xxxxxx4660 Ref #Ibetpj9Hhn On 04/27/13 | | | 2,000.00 | |
| 4/29 | Online Transfer to Mulugeta B Complete Advantage(Rm) Xxxxxx6145 Ref #Ibe5F5Txq8 On 04/27/13 | | | 1,000.00 | |





## COMPLETE ADVANTAGE® CHECKING (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 4/29 | Online Transfer to Mulugeta P Custom Management(Rm) Xxxxxx0591 Ref #Ibec78Vkjn On 04/27/13 | | | 2,000.00 | |
| 4/29 | Check Crd Purchase 04/27 Fedexoffice 0005 Palo Alto CA 434256Xxxxxx3392 003117751237781 ?McC=7338 | | | 14.03 | |
| 4/29 | POS Purchase - 04/27 Mach ID 000000 Costco Whse 0143 Mountain Vie CA 3392 00303117775912016 ?McC=5300 | | | 106.09 | |
| 4/29 | POS Purchase - 04/27 Mach ID 000000 Ross Stores 18 Mountain Viewca 3392 00000000159554266 ?McC=5310 | | | 40.20 | |
| 4/29 | POS Purchase - 04/27 Mach ID 000000 Arco Paypoint Palo Alto CA 3392 00303117795553800 ?McC=5542 | | | 70.84 | |
| 4/29 | POS Purchase - 04/27 Mach ID 000000 Safeway Store 1682 Palo Alto CA 3392 00583117808525639 ?McC=5411 | | | 27.66 | |
| 4/29 | Check Crd Purchase 04/28 76 10028231 San Carlos CA 434256Xxxxxx3590 163118064602921 ?McC=5542 | | | 61.46 | |
| 4/29 | Check Crd Purchase 04/28 California Pizza 0 Palo Alto CA 434256Xxxxxx3590 003118137007830 ?McC=5812 | | | 65.27 | |
| 4/29 | POS Purchase - 04/29 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 3590 00583119670948485 ?McC=5200 | | | 34.63 | |
| 4/29 | POS Purchase - 04/29 Mach ID 000000 The Home Depot 627 Emeryville CA 3590 00583119759866612 ?McC=5200 | | | 43.84 | |
| 4/29 | Cash eWithdrawal in Branch/Store - 2040 Franklin St Oakland CA 3590 | | | 500.00 | 1,579.97 |
| 4/30 | Online Transfer From Mulugeta P Custom Management(Rm) Xxxxxx0591 Ref #Ibetpk25Mc On 04/30/13 | | 500.00 | | |
| 4/30 | Recur Debit Crd Pmt04/29 AT&T*436064572199N 800-331-0500 GA 434256Xxxxxx3392 163119659139992 ?McC=4814 | | | 359.40 | |
| 4/30 | POS Purchase - 04/29 Mach ID 000000 Chevron 451 Hegenberge Oakland CA 3590 00463120212398575 ?McC=5541 | | | 39.97 | |
| 4/30 | ATM Withdrawal - 04/30 Mach ID 3759F West Berkeley Business Berkeley CA 3590 0001351 | | | 300.00 | |
| 4/30 | POS Purchase - 04/30 Mach ID 000000 The Home Depot 1007 Oakland CA 3590 00303121017593009 ?McC=5200 | | | 109.60 | |
| 4/30 | Interest Payment | | 0.01 | | 1,271.01 |
| **Ending balance on 4/30** | | | | | **1,271.01** |
| **Totals** | | | **$17,509.40** | **$17,463.69** | |

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 262 | 4/17 | 150.00 | 548 | 4/4 | 100.00 | 549 | 4/9 | 100.00 |
| 547 * | 4/4 | 55.00 | | | | | | |

** Gap in check sequence.*

### Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.

# Wells Fargo® Preferred Checking

Account number: **3421404660** ■ April 1, 2013 - April 30, 2013 ■ Page 1 of 4




BENYAM MULUGETA
PAULA MULUGETA
4960 CLAIREMONT MESA BLVD APT 212
SAN DIEGO CA 92117-2133

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $4,601.50 |
| Deposits/Additions | 10,915.07 |
| Withdrawals/Subtractions | - 14,551.06 |
| **Ending balance on 4/30** | **$965.51** |

Account number: **3421404660**

**BENYAM MULUGETA**
**PAULA MULUGETA**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use Routing Number (RTN): 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.




## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.07 |
| Average collected balance | $8,676.96 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.07 |
| Interest paid this year | $0.22 |

## Interest withheld

| | |
|---|---|
| Interest withheld this period | $0.01 |
| Interest withheld this year | $0.03 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/1 | | Deposit Made In A Branch/Store | 1,165.00 | | 5,766.50 |
| 4/2 | | Deposit Made In A Branch/Store | 5,300.00 | | 11,066.50 |
| 4/9 | 183 | Check | | 1,600.00 | 9,466.50 |
| 4/11 | | Online Transfer From Mulugeta B Complete Advantage(Rm) xxxxxx6145 Ref #Ibe5Dzs8Cp on 04/11/13 | 2,000.00 | | 11,466.50 |
| 4/12 | 184 | Check | | 715.62 | 10,750.88 |
| 4/17 | | City of Palo Alt Util Paymt 000030021620 Benyam Mulugeta | | 879.52 | 9,871.36 |
| 4/19 | | Deposit Made In A Branch/Store | 450.00 | | 10,321.36 |
| 4/24 | | Withdrawal Made In A Branch/Store | | 500.00 | 9,821.36 |
| 4/26 | | Cash eWithdrawal in Branch/Store - 1095 University Ave Berkeley CA 3590 | | 300.00 | |
| 4/26 | 181 | Check | | 9,713.79 | |
| 4/26 | 182 | Check | | 792.12 | -984.55 |
| 4/29 | | Overdraft Fee for Item $9,713.79 04/26 Check # 00181 | | 25.00 | |
| 4/29 | | Overdraft Fee for Item $792.12 04/26 Check # 00182 | | 25.00 | |
| 4/29 | | Online Transfer From Mulugeta P Complete Advantage(Rm) xxxxxx0918 Ref #Ibetpj9Hhn on 04/27/13 | 2,000.00 | | 965.45 |
| 4/30 | | Interest Payment | 0.07 | | |
| 4/30 | | Federal Tax Withheld | | 0.01 | 965.51 |
| **Ending balance on 4/30** | | | | | **965.51** |
| **Totals** | | | **$10,915.07** | **$14,551.06** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 181 | 4/26 | 9,713.79 | 183 | 4/9 | 1,600.00 | 184 | 4/12 | 715.62 |
| 182 | 4/26 | 792.12 | | | | | | |

**Summary of Overdraft and Returned Item fee(s)**

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $50.00 | $50.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

† *Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.*



## IMPORTANT ACCOUNT INFORMATION





# Wells Fargo® Goal Savings

**Activity summary**

| | |
|---|---|
| Balance on 4/1 | 93,807.31 |
| Deposits/Additions | 0.74 |
| Withdrawals/Subtractions | - 15,500.00 |
| **Balance on 4/30** | **$78,308.05** |

Account number: **3394463651**

**PAULA MULUGETA**
**BENYAM MULUGETA (GRAND)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A. California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

**Interest you've earned**

| | |
|---|---|
| Interest earned this month | $0.74 |
| Average collected balance this month | $89,807.31 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $1.00 |

**Transaction history**

| *Date* | *Description* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending Daily Balance* |
|---|---|---|---|---|
| | **Beginning balance on 4/1** | | | **93,807.31** |
| 4/15 | Online Transfer to Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Ibeg47Fjgv On 04/15/13 | | 1,000.00 | 92,807.31 |
| 4/16 | Online Transfer to Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Ibe5F3Ch6V On 04/16/13 | | 1,000.00 | |
| 4/16 | Online Transfer to Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Ibec76F7Dk On 04/16/13 | | 3,000.00 | 88,807.31 |
| 4/22 | Online Transfer to Mulugeta P Custom Management(Rm) Xxxxxx0591 Ref #Ibeqsflnnd On 04/22/13 | | 3,000.00 | 85,807.31 |
| 4/25 | Online Transfer to Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Ibe2J3T2Jg On 04/25/13 | | 500.00 | 85,307.31 |
| 4/29 | Online Transfer to Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Ibejzctgjm On 04/27/13 | | 7,000.00 | 78,307.31 |
| 4/30 | Interest Payment | 0.74 | | 78,308.05 |
| | **Ending balance on 4/30** | | | **78,308.05** |
| | **Totals** | **$0.74** | **$15,500.00** | |