```
Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA   95113

Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney for Debtors
```

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Chapter 11 |
| Benyam Mulugeta and | Case No.: 09-51900 ASW |
| Paula R. Mulugeta, | Date: UNDER SUBMISSION |
| | Time: |
| Debtors. | |

**OPPOSITION TO MOTION TO COMPEL DEPOSITION**

Debtors oppose the Motion to Compel Deposition filed by Campeau Goodsell Smith ("CGS") for the following reasons:

On May 30, 2013, the Court rendered its tentative decision on the CGS fee application. However, the Court set a final briefing schedule. Debtors' brief is due on June 17.

If CGS had wanted to take a deposition, then the appropriate time to have requested it was at the May 30 hearing when the briefing schedule was set. It is simply inappropriate for debtors to have to file a brief, then be subjected to a deposition, after which CGS may file the final brief.

Dated:  6/13/2013          /s/Stanley Zlotoff

- 1

Case: 09-51900   Doc# 797   Filed: 06/13/13   Entered: 06/13/13 19:21:56   Page 1 of 1