

# Law Office of Marc Voisenat
## 1330 Broadway, Suite 734
## Oakland, CA 94512

June 07, 2013
Invoice Number: 1034

Benyam Mulugeta
1025 Harker Avenue
Palo Alto, Ca. 94301,

| Date | Matter | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/12/2011 | ADMINISTRATIVE | Appear at Lone Oak ROS | 0.67 | $375.00 | $250.00 |
| 8/15/2011 | ADMINISTRATIVE | Appear at Lone Oak ROS | 1.50 | $375.00 | $562.50 |
| 8/16/2011 | ADMINISTRATIVE | Prpare Status Conference Statement | 0.50 | $375.00 | $187.50 |
| 8/18/2011 | ADMINISTRATIVE | Review Objections Motion to Sell O'Keefe | 1.00 | $375.00 | $375.00 |
| 8/23/2011 | ADMINISTRATIVE | Review Motions to Sell O'Keefe and Grand | 1.00 | $375.00 | $375.00 |
| 8/23/2011 | ADMINISTRATIVE | Court Hearing on Motion to Sell O'Keefe | 0.50 | $375.00 | $187.50 |
| 9/8/2011 | ADMINISTRATIVE | Prepare Application to employ Marc Voisenat; 2016, 2014 smt | 1.00 | $375.00 | $375.00 |
| 9/9/2011 | ADMINISTRATIVE | Appear at Motion to Sell O'Keefe; Grand | 0.67 | $375.00 | $250.00 |
| 9/9/2011 | ADMINISTRATIVE | P/C with S. Aron Re: Objection to Cash Coll | 0.25 | $375.00 | $93.75 |
| 9/9/2011 | ADMINISTRATIVE | P/c with Rachel Stevenson Re: Objection to Cash Coll | 0.33 | $375.00 | $125.00 |
| 9/9/2011 | ADMINISTRATIVE | Prepare Application to employ attorney; 2014 and 206 smt; decs | 0.67 | $375.00 | $250.00 |
| 9/13/2011 | ADMINISTRATIVE | Meet with debtor re chapter 11 plan | 0.67 | $375.00 | $250.00 |
| 9/14/2011 | ADMINISTRATIVE | Court Appearance ROS Sterling Bank | 0.25 | $375.00 | $93.75 |
| 9/14/2011 | ADMINISTRATIVE | Review Strip ROS on Brann | 0.25 | $375.00 | $93.75 |
| 9/15/2011 | ADMINISTRATIVE | PC with E Nyberg RE Short Sale Grand; O'Keefe | 0.17 | $375.00 | $62.50 |
| 9/21/2011 | ADMINISTRATIVE | P/c with E Nyberg Re: O'Keefe Sale | 0.25 | $375.00 | $93.75 |
| 9/23/2011 | ADMINISTRATIVE | P/C to Old Rep Title Re: Grand Sale | 0.17 | $375.00 | $62.50 |
| 9/23/2011 | ADMINISTRATIVE | Review Motions to sell Grand O'Keefe | 0.83 | $375.00 | $312.50 |
| 9/23/2011 | ADMINISTRATIVE | P/C to First American Title re Closing Statement to Shortsale | 0.33 | $375.00 | $125.00 |
| 9/23/2011 | ADMINISTRATIVE | Court App for Mot to Sell Grand;O'Keefe | 0.35 | $375.00 | $130.31 |
| 9/29/2011 | ADMINISTRATIVE | P/C to Colbert Tang re IRS POC | 0.25 | $375.00 | $93.75 |
| 10/5/2011 | ADMINISTRATIVE | Appear at Mot to Sell O'Keef, Grand and ROS - Grand | 2.25 | $375.00 | $843.75 |
| 10/14/2011 | ADMINISTRATIVE | Reviewg Proof of Claims | 1.50 | $375.00 | $562.50 |
| 10/21/2011 | ADMINISTRATIVE | P/c with Trujillo Re: Sale Order 240 O'Keefe | 0.33 | $375.00 | $125.00 |
| 10/25/2011 | ADMINISTRATIVE | Not of Moti; Mot; Dec Value Collateral - Nakama Grand | 1.00 | $375.00 | $375.00 |
| 10/26/2011 | ADMINISTRATIVE | Appear ROS Lone Oak | 1.50 | $375.00 | $562.50 |
| 11/1/2011 | ADMINISTRATIVE | Appear for Status Conference | 0.33 | $375.00 | $125.00 |
| 11/2/2011 | ADMINISTRATIVE | P/c with R Stevenson re bk on O'Keefe | 0.17 | $375.00 | $62.50 |
| 11/4/2011 | ADMINISTRATIVE | P/C with Insurance company re Cancellation of Ins policy | 0.50 | $375.00 | $187.50 |
| 11/8/2011 | ADMINISTRATIVE | pc with Insurance co re cancellation | 1.00 | $375.00 | $375.00 |
| 11/9/2011 | ADMINISTRATIVE | Pc with Century carrier who cancelled insurance - Jessica Hoag | 0.17 | $375.00 | $62.50 |
| 11/9/2011 | ADMINISTRATIVE | Appar for Lone Oak ROS | 1.00 | $375.00 | $375.00 |

| Date | Matter | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 11/14/2011 | ADMINISTRATIVE | pc with Evan Taylor re Cancelled insurance | 0.25 | $375.00 | $93.75 |
| 11/15/2011 | ADMINISTRATIVE | Meet with debtor to revise plan and disclosure statement | 0.33 | $375.00 | $125.00 |
| 11/16/2011 | ADMINISTRATIVE | Finalzie Plan and disclosure statement | 0.75 | $375.00 | $281.25 |
| 11/16/2011 | ADMINISTRATIVE | Notice of Hearing to Approve Disclosure Statement | 0.42 | $375.00 | $156.25 |
| 11/21/2011 | ADMINISTRATIVE | Appar for Lone Oak ROS | 1.25 | $375.00 | $468.75 |
| 11/22/2011 | ADMINISTRATIVE | Prepare motion to modify Lone Oak ROS Order | 2.25 | $375.00 | $843.75 |
| 11/23/2011 | ADMINISTRATIVE | Application for OSC Mot Modify ROS | 1.00 | $375.00 | $375.00 |
| 11/29/2011 | ADMINISTRATIVE | Appear at Cash Collateral hearing | 0.75 | $375.00 | $281.25 |
| 11/30/2011 | ADMINISTRATIVE | Response to Trustee's motion to convert or dismiss | 1.00 | $375.00 | $375.00 |
| 11/30/2011 | ADMINISTRATIVE | Meeting with D?ebtor and Lone Oak in LA | 5.00 | $375.00 | $1,875.00 |
| 11/30/2011 | ADMINISTRATIVE | Research default rates | 1.00 | $375.00 | $375.00 |
| 12/5/2011 | ADMINISTRATIVE | Appear for Motion to Modify Lone Oak Order | 2.50 | $375.00 | $937.50 |
| 12/12/2011 | ADMINISTRATIVE | Prepare Dec re Tax Payments | 0.75 | $375.00 | $281.25 |
| 1/5/2012 | ADMINISTRATIVE | Review Lone Oak settlement proposal re ROS | 0.50 | $375.00 | $187.50 |
| 1/6/2012 | ADMINISTRATIVE | Appear for Hering to Modify Automatic Stay | 3.00 | $375.00 | $1,125.00 |
| 4/10/2012 | ADMINISTRATIVE | Email to S Aron re loan modification | 0.17 | $375.00 | $62.50 |
| 4/27/2012 | ADMINISTRATIVE | Meeting with debtor re financing to pay off Lone Oak | 1.00 | $375.00 | $375.00 |
| 4/30/2012 | ADMINISTRATIVE | pc with Dagget loan broker for financing Harrison | 0.33 | $375.00 | $125.00 |
| 5/1/2012 | ADMINISTRATIVE | p\c with Debtor re: response to Lone Oak Req for Relief From Stay | 0.25 | $375.00 | $93.75 |
| 5/2/2012 | ADMINISTRATIVE | PC W/ broker Dagget re refinance docs | 0.33 | $375.00 | $125.00 |
| 5/2/2012 | ADMINISTRATIVE | PC w/ debtor re response to Lone Oak Request for Relief | 0.25 | $375.00 | $93.75 |
| 5/18/2012 | ADMINISTRATIVE | Meet with debtor re amended chapter 11 plan and DS | 1.33 | $375.00 | $500.00 |
| 6/18/2012 | ADMINISTRATIVE | Req for Default; dec; order Mot to Value Mellon Grand Nakama | 0.68 | $375.00 | $256.25 |
| 6/18/2012 | ADMINISTRATIVE | Mot to Value Grand FSCMF; Dec: Not | 1.08 | $375.00 | $406.25 |
| 6/18/2012 | ADMINISTRATIVE | Mot to Value Chaucer FSCMF; Dec: Not | 0.92 | $375.00 | $343.75 |
| 8/24/2012 | ADMINISTRATIVE | Prepare Status Conference Statement | 0.17 | $375.00 | $62.50 |
| 8/28/2012 | ADMINISTRATIVE | Prepare Notice of Hearing on Third Amended Disclosure Statement | 0.17 | $375.00 | $62.50 |
| | | Subtotal: ADMINISTRATIVE | 48.79 | | $18,292.81 |
| 10/19/2011 | CONFIRMATION | Initial Draft of Chapter 11 Plan | 5.00 | $375.00 | $1,875.00 |
| 10/20/2011 | CONFIRMATION | Draft initial plan | 5.00 | $375.00 | $1,875.00 |
| 11/11/2011 | CONFIRMATION | Review Plan with Debtor | 2.00 | $375.00 | $750.00 |
| 11/12/2011 | CONFIRMATION | Draft Disclosure Statement | 4.50 | $375.00 | $1,687.50 |
| 12/13/2011 | CONFIRMATION | Appear at Motion to Convert | 1.00 | $375.00 | $375.00 |
| 1/16/2012 | CONFIRMATION | Review Supplemental Motion to Convert | 0.17 | $375.00 | $62.50 |
| 2/3/2012 | CONFIRMATION | Status Conference | 0.25 | $375.00 | $93.75 |
| 2/27/2012 | CONFIRMATION | Research and respond to Objections to Disclosure Statement | 3.50 | $375.00 | $1,312.50 |
| 2/27/2012 | CONFIRMATION | Meet with debtor re March 2, 2012 hearing | 0.67 | $375.00 | $250.00 |
| 8/13/2012 | CONFIRMATION | P\C with debtor re: claim of County of Alameda | 0.25 | $375.00 | $93.75 |
| 8/26/2012 | CONFIRMATION | Reviise Chapter 11 plan | 1.50 | $375.00 | $562.50 |
| 8/26/2012 | CONFIRMATION | Reviise Disclosure Statement | 1.00 | $375.00 | $375.00 |

| Date | Matter | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/31/2012 | CONFIRMATION | Appear at continued Disclosure Hearing; Status Conference | 2.00 | $375.00 | $750.00 |
| 9/5/2012 | CONFIRMATION | Appear at continued Disclosure Hearing; Status Conference | 2.00 | $375.00 | $750.00 |
| 10/12/2012 | CONFIRMATION | Meet with debtor to discuss amended DS or conversion | 1.00 | $375.00 | $375.00 |
| 10/15/2012 | CONFIRMATION | Prepare Notice of Continued Disclosure hearing | 0.08 | $375.00 | $31.25 |
| 10/15/2012 | CONFIRMATION | Meet with debtor to discuss amended DS or conversion | 1.00 | $375.00 | $375.00 |
| | | **Subtotal: CONFIRMATION** | **30.92** | | **$11,593.75** |
| 8/12/2011 | EXPENSE | Parking | | | $7.00 |
| 8/15/2011 | EXPENSE | Parking | | | $7.00 |
| 9/14/2011 | EXPENSE | Parking ROS Sterling Bank | | | $2.00 |
| 9/28/2011 | EXPENSE | Pacer Download JP Chase POC | | | $1.76 |
| 10/5/2011 | EXPENSE | Parking - Mot to Sell and ROS | | | $9.00 |
| 10/25/2011 | EXPENSE | Postate Not of Moti; Mot; Dec Value Collateral - Nakama Grand | | | $0.64 |
| 10/26/2011 | EXPENSE | Parking ROS Lone Oak | | | $5.00 |
| 11/1/2011 | EXPENSE | Parking for Lone Oak ROS | | | $4.00 |
| 11/29/2011 | EXPENSE | Parking for Appear at Cash Collateral hearing | | | $3.00 |
| 12/5/2011 | EXPENSE | Parking for appear for Motion to Modify Lone Oak Order | | | $6.00 |
| 12/13/2011 | EXPENSE | Appear at Motion to Convert Parking | | | $4.00 |
| 1/6/2012 | EXPENSE | Parking for Appear for Hearing to Modify Automatic Stay | | | $10.00 |
| 2/3/2012 | EXPENSE | Parking Status Conference | | | $4.00 |
| 8/31/2012 | EXPENSE | Parking at continued Disclosure Hearing; Status Conference | | | $7.00 |
| 9/5/2012 | EXPENSE | Parking at continued Disclosure Hearing; Status Conference | | | $7.00 |
| 9/6/2012 | EXPENSE | Postage for Notice of Hearing On Approval of Disclosure Statement | | 120 @ $0.65 | $78.00 |
| 10/15/2012 | EXPENSE | Notice of Continued Disclosure hearing | | 125 @ $0.65 | $81.25 |
| | | **Subtotal: EXPENSE** | | | **$236.65** |
| 8/11/2011 | Payment | Retainer | | | ($5,000.00) |
| 10/7/2011 | Payment | Retainer | | | ($8,500.00) |
| | | **Subtotal: Payment** | | | **($13,500.00)** |
| | | **Amount Due** | **79.71** | | **$16,623.21** |