```
Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA   95113

Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney for Debtors
```

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| In re: | ) | Chapter 11 |
|---|---|---|
| Benyam Mulugeta and | ) | Case No.: 09-51900 ASW |
| Paula R. Mulugeta, | ) | Date: 7/26/2013 |
|  | ) | Time: 2:15 p.m. |
| Debtors. | ) |  |

STATUS CONFERENCE STATEMENT

    1.    Former attorney Campeau Goodsell Smith filed a motion for attorney's fees in the amount of $96,947.50 to be approved as an administrative expense.  This matter will be undergoing further briefing and will be heard on August 29.  A ruling adverse to the debtors would greatly harm their ability to confirm a plan.

    2.    The court had previously dismissed this case effective August 31.

    3.    This matter should be continued 90 days.

Dated:  7/18/2013              /s/Stanley Zlotoff

- 1 -