ORIGINAL

FILED
JUL 26 2013
CLERK
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Benyam Mulugeta and Paula R Mulugeta

Case No. 09-51900 ASW

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 06/30/13     PETITION DATE: 03/18/09

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $156,597 | $161,266 | |
| | b. Total Assets | $5,854,597 | $5,859,266 | $17,538,000 |
| | c. Current Liabilities | $105,234 | $99,634 | |
| | d. Total Liabilities | $5,629,960 | $5,624,360 | $12,181,705 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $50,920 | $45,117 | $96,037 |
| | b. Total Disbursements | $55,589 | $36,562 | $92,151 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($4,669) | $8,554 | $3,886 |
| | d. Cash Balance Beginning of Month | $11,266 | $2,712 | $0 |
| | e. Cash Balance End of Month (c + d) | $6,597 | $11,266 | $3,886 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $150,000 | $150,000 | |
| 6. | Post-Petition Liabilities | $105,234 | $99,634 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $98,520 | $98,520 | |

At the end of this reporting month:                                                   Yes         No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)                                                                      x
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)                                                                      x
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)                                                                      x
12. Is the estate insured for replacement cost of assets and for general liability?    x
13. Are a plan and disclosure statement on file?                                                                      x
14. Was there any post-petition borrowing during this reporting period?                                                                      x

15. Check if paid: Post-petition taxes ___;   U.S. Trustee Quarterly Fees ___;   Check if filing is current for: Post-petition tax reporting and tax returns: ___.
   (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 7/26/2013 0:00                    Benyam & Paula Mulugeta
                                        Responsible Individual

# BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended  06/30/13

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $6,597 |
| 2 | Accounts receivable (net) secured note | | $150,000 |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other:  Rent Receivable | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $156,597 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | $500,000.00 | $2,400,000 |
| 8 | Real property (rental or commercial) | | $3,250,000 |
| 9 | Furniture, Fixtures, and Equipment | $8,000.00 | $31,000 |
| 10 | Vehicles | $9,000.00 | $17,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $5,698,000 |
| 18 | **Total Assets** | | $5,854,597 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $6,714 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $44,520 |
| 21 | Post-petition delinquent taxes | | $54,000 |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $105,234 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $105,234 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $3,200,000 |
| 29 | Secured claims (other) | | $2,171,000 |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $153,726 |
| 32 | **Total Pre-Petition Liabilities** | | $5,524,726 |
| 33 | **Total Liabilities** | | $5,629,960 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $224,637 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $5,854,597 |

NOTE:
Appraisals; familiarity with comparable market prices, and current sales in the neighborhoods.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 1399 Sevier, MP | 5401 Brann, Oakland | 1112-1114 Chaucer, Berkeley |
| 2 | Scheduled Gross Rents | $2,500 | $1,700 | $4,400 |
| | Less: | | | |
| 3 | Vacancy Factor | $0 | $400 | $100 |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $400 | $100 |
| 7 | Scheduled Net Rents | $2,500 | $1,300 | $4,300 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $2,500 | $1,300 | $4,300 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo Bank | Wells Fargo Bank | Wells Fargo Bank |
| | | 1399 Sevier, MP | 5401 Brann, Oakland | 1112-1114 Chaucer, Berkeley |
| 11 | Account No. | 5663184934 | 5663186152 | 5663186145 |
| 12 | Account Purpose | Debtor In Possession | Debtor In Possession | |
| 13 | Balance, End of Month | $315 | $126 | $586 |
| 14 | Total Funds on Hand for all Accounts | $6,597 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# SCHEDULES TO THE BALANCE SHEET
## Schedule A
### List the Rental Information Requested Below By Properties (For Rental Properties Only)

|   |   | **Property 4**<br>1111 Alma, Palo Alto | **Property 5**<br>1025 Harker, Palo Alto |
|---|---|---:|---:|
| 1 | Description of Property | | |
| 2 | Scheduled Gross Rents | $3,500 | $9,300 |
|   | Less: | | |
| 3 | Vacancy Factor | $3,500 | ($0) |
| 4 | Free Rent Incentives | | |
| 5 | Other Adjustments | | |
| 6 | Total Deductions | $3,500 | ($0) |
| 7 | Scheduled Net Rents | $0 | $9,300 |
| 8 | Less: Rents Receivable (2) | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $9,300 |

(2) To be completed by cash basis reporters only.

## Schedule B

|   |   | **Account 4**<br>Wells Fargo Bank<br>1111 Alma, Palo Alto | **Account 5**<br>Wells Fargo Bank<br>1025 Harker, Palo Alto |
|---|---|---:|---:|
| 10 | Bank | | |
| 11 | Account No. | 5663186145/260476106*** | 5663186160/260476106*** |
| 12 | Account Purpose | | |
| 13 | Balance, End of Month | $3,678 | $1,892 |
| 14 | Total Funds on Hand for all Accounts | $6,597 | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.
**Account 96629605559 has been closed, checkbook was stolen from car, new account is 5841450918. We also have a new Harker account 3421404660
*** Saving account has been added 260476106 that has the deposit.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 06/30/13

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $17,400 | $1,936,119 |
| 2 | Cash Received from Sales | $813 | $84,810 |
| 3 | Interest Received | | |
| 4 | Deposits | | $9,000 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Benyam Mulugeta Jr. | $14,673 | $250,668 |
| 8 | Gary Gornick | | $13,700 |
| 9 | Tsegereda Mulugeta | | $14,387 |
| 10 | Paula Mulugeta IRA | | $7,854 |
| 11 | Grand Savings | $18,034 | $39,515 |
| 12 | **Total Cash Receipts** | $50,920 | $2,356,053 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | $144,642 |
| 17 | Interest Paid | $16,810 | $1,385,295 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $33,008 | $696,661 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other(tution) | | $14,042 |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Personal expenses | $5,772 | $226,374 |
| 33 | Omni Cancun | | $503 |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $55,589 | $2,344,787 |
| 38 | **Net Increase (Decrease) in Cash** | ($4,669) | $11,266 |
| 39 | **Cash Balance, Beginning of Period** | $11,266 | |
| 40 | **Cash Balance, End of Period** | $6,597 | $11,266 |

Revised 1/1/98



# Custom Management® Checking

**Activity summary**

| | |
|---|---:|
| Balance on 6/1 | 1,465.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 1,150.00 |
| **Balance on 6/30** | **$315.00** |

Account number: 5663184934

PAULA MULUGETA
BENYAM MULUGETA (EMC-SEVIER)
DEBTOR IN POSSESSION
CH 11, CASE 09-51900 (NCA)

*Wells Fargo Bank, N.A. California  (Member FDIC)*

Questions about your account:  1-800-742-4932

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

**Transaction history**

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| | Beginning balance on 6/1 | | | | 1,465.00 |
| 6/10 | Online Transfer to Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Ibe5Fjw5Bv On 06/09/13 | | | 1,000.00 | 465.00 |
| 6/18 | Online Transfer to Mulugeta T Savings Xxxxxx8758 Ref #Ibe8Bnkwlg On 06/17/13 | | | 150.00 | 315.00 |
| | Ending balance on 6/30 | | | | 315.00 |
| **Totals** | | | **$0.00** | **$1,150.00** | |

**Summary of Overdraft and Returned Item fee(s)**

| | Total this statement period | Total year-to-date † |
|---|---:|---:|
| Total Overdraft Fees | $0.00 | $50.00 |
| Total Returned Item Fees | $0.00 | $60.00 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.



**WELLS FARGO**

# Complete Advantage® Checking

### Activity summary

| | |
|---|---|
| Balance on 6/1 | 4,719.77 |
| Deposits/Additions | 11,800.03 |
| Withdrawals/Subtractions | - 15,933.71 |
| **Balance on 6/30** | **$586.09** |

Account number: 5663186145

BENYAM MULUGETA
PAULA MULUGETA (EMC-CHAUCER)
DEBTOR IN POSSESSION
CH 11, CASE 09-51900 (NCA)

*Wells Fargo Bank, N.A. California (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.03 |
| Average collected balance this month | $3,247.07 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $0.19 |

### Interest withheld

| | |
|---|---|
| Interest withheld this year | $0.02 |

### Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 6/1 | | | | 4,719.77 |
| 6/3 | Transfer to Mulugeta Tsegereda Ref #Ppejznwhpz Elisabeth Boyi Michael Deposit 4200 | | | 1,000.00 | |
| 6/3 | Withdrawal Made In A Branch/Store | | | 300.00 | 3,419.77 |
| 6/4 | Deposit Made In A Branch/Store | | 2,300.00 | | |
| 6/4 | Transfer to Mulugeta 2 Tsegereda Ref #Ppeqsslf9S Xxxxxx8614 | | | 200.00 | 5,519.77 |
| 6/5 | Online Transfer to Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Ibemwrh7Qb On 06/05/13 | | | 500.00 | 5,019.77 |
| 6/6 | Online Transfer to Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Ibeqst7Vmz On 06/06/13 | | | 1,000.00 | 4,019.77 |
| 6/7 | Deposit Made In A Branch/Store | | 2,000.00 | | 6,019.77 |
| 6/10 | Online Transfer to Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Ibetpwlq6J On 06/10/13 | | | 1,500.00 | 4,519.77 |
| 6/11 | Online Transfer to Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Ibejzrbxm4 On 06/11/13 400 Hamilton Ave Palo Alto CA KIOSK K08381 | | | 2,000.00 | |
| 6/11 | Transfer to Mulugeta 2 Tsegereda Ref #Ppe2Jhx6QM Xxxxxx8614 | | | 300.00 | 2,219.77 |
| 6/20 | Cash eWithdrawal in Branch/Store - 5130 Broadway Oakland CA 3590 | | | 200.00 | 2,019.77 |
| 6/21 | Online Transfer From Mulugeta P Savings Xxxxxx1195 Ref #Ibetpzgw52 On 06/21/13 | | 4,000.00 | | |
| 6/21 | Online Transfer to Mulugeta P Savings Xxxxxx1195 Ref #Ibe2Jljvb8 On 06/21/13 | | | 2,000.00 | |
| 6/21 | Cash eWithdrawal in Branch/Store - 400 Hamilton Ave Palo Alto CA 3590 | | | 300.00 | 3,719.77 |
| 6/24 | Online Transfer From Mulugeta P Premier Checking Xxxxxx8858 Ref #Ibexm3Kcdg On 06/24/13 | | 1,500.00 | | |
| 6/24 | Online Transfer to Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Ibeg4Ssqsy On 06/23/13 | | | 500.00 | 4,719.77 |
| 6/25 | Cash eWithdrawal in Branch/Store - 400 Hamilton Ave Palo Alto CA 3590 | | | 300.00 | 4,419.77 |
| 6/26 | Transfer to Mulugeta Tsegereda Ref #Ppe2Jmh5Fz Elisabeth Boyi | | | 1,060.00 | 3,359.77 |
| 6/27 | Check | 1006 | | 4,056.14 | |
| 6/27 | Check | 1009 | | 647.57 | -1,343.94 |
| 6/28 | Overdraft Fee For Item $4,056.14 06/27 Check # 01006 | | | 35.00 | |



## COMPLETE ADVANTAGE® CHECKING  (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 6/28 | Overdraft Fee For Item $647.57 06/27 Check # 01009 | | | 35.00 | |
| 6/28 | Online Transfer From Mulugeta P Premier Checking Xxxxxx8858 Ref #Ibemwxwncc On 06/28/13 | | 2,000.00 | | |
| 6/28 | Interest Payment | | 0.03 | | 586.09 |
| **Ending balance on 6/30** | | | | | **586.09** |
| **Totals** | | | **$11,800.03** | **$15,933.71** | |

**Summary of checks written**   (checks listed are also displayed in the preceding Transaction history section)

| Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|
| 1006 | 6/27 | 4,056.14 | 1009 * | 6/27 | 647.57 |

* Gap in check sequence.

### Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $70.00 | $165.00 |
| Total Returned Item Fees | $0.00 | $35.00 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.


**WELLS FARGO**

# Complete Advantage® Checking

### Activity summary

| | |
|---|---:|
| Balance on 6/1 | 426.16 |
| Deposits/Additions | 1,300.00 |
| Withdrawals/Subtractions | - 1,600.00 |
| **Balance on 6/30** | **$126.16** |

Account number: 5663186152

BENYAM MULUGETA
PAULA MULUGETA (BRAN)
DEBTOR IN POSSESSION
CH 11, CASE 09-51900 (NCA)

*Wells Fargo Bank, N.A. California  (Member FDIC)*

Questions about your account: 1-800-742-4932

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Interest you've earned

| | |
|---|---:|
| Interest paid on 6/30 | $0.00 |
| Average collected balance this month | $629.49 |
| Annual percentage yield earned | 0.00% |
| Interest paid this year | $0.05 |

### Transaction history

| Date | Description | Check No. | Deposits/Additions | Withdrawals/Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| | Beginning balance on 6/1 | | | | 426.16 |
| 6/10 | Deposit Made In A Branch/Store | | 1,300.00 | | 1,726.16 |
| 6/17 | Online Transfer to Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Ibeg4RgnI4 On 06/17/13 400 Hamilton Ave Palo Alto CA KIOSK K08381 | | | 500.00 | 1,226.16 |
| 6/18 | Online Transfer to Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Ibeg4RN9Gd On 06/18/13 | | | 1,000.00 | 226.16 |
| 6/19 | Withdrawal Made In A Branch/Store | | | 100.00 | 126.16 |
| | **Ending balance on 6/30** | | | | **126.16** |
| **Totals** | | | **$1,300.00** | **$1,600.00** | |



**WELLS FARGO**

# Complete Advantage® Checking

**Activity summary**

| | |
|---|---:|
| Balance on 6/1 | 10.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 6/30** | **$10.00** |

Account number: **5663186160**

**BENYAM MULUGETA**
**PAULA MULUGETA (ALMA)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A. California   (Member FDIC)*

Questions about your account:   **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

**Interest you've earned**

| | |
|---|---:|
| Interest paid on 6/30 | $0.00 |
| Average collected balance this month | $10.00 |
| Annual percentage yield earned | 0.00% |
| Interest paid this year | $0.00 |



# Wells Fargo Money Market Savings<sup>SM</sup>

### Activity summary

| | |
|---|---|
| Balance on 6/1 | 3,510.12 |
| Deposits/Additions | 14,673.31 |
| Withdrawals/Subtractions | - 14,515.08 |
| **Balance on 6/30** | **$3,668.35** |

Account number: **2604764106**

**BENYAM MULUGETA**
**PAULA MULUGETA (ALMA)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A, California  (Member FDIC)*

Questions about your account:  **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.31 |
| Average collected balance this month | $7,619.85 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $0.33 |

### Interest withheld

| | |
|---|---|
| Interest withheld this period | $0.08 |
| Interest withheld this year | $0.08 |

### Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|
| | Beginning balance on 6/1 | | | 3,510.12 |
| 6/3 | Online Transfer to Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Ibec7Kxmrs On 06/01/13 | | 1,000.00 | 2,510.12 |
| 6/6 | Cash eWithdrawal in Branch/Store - 400 Hamilton Ave Palo Alto CA 3590 | | 500.00 | 2,010.12 |
| 6/7 | WT Fed#01724 Deutsche Bank S.A. /Org=Alessandro Orsi Srf# 0607145393001837 Trn#130607017675 Rfb# | 14,673.00 | | |
| 6/7 | Wire Trans Svc Charge - Sequence: 130607017675 Srf# 0607145393001837 Trn#130607017675 Rfb# | | 15.00 | 16,668.12 |
| 6/14 | Online Transfer to Mulugeta P Ref #Ibec7P8K7L Complete Advantage(Rm) Kitchen Cabinets Alma | | 2,000.00 | 14,668.12 |
| 6/17 | Online Transfer to Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Ibexlzzxww On 06/17/13 400 Hamilton Ave Palo Alto CA KIOSK K08381 | | 11,000.00 | 3,668.12 |
| 6/28 | Interest Payment | 0.31 | | |
| 6/28 | Federal Tax Withheld | | 0.08 | 3,668.35 |
| | Ending balance on 6/30 | | | 3,668.35 |
| **Totals** | | **$14,673.31** | **$14,515.08** | |



# Complete Advantage® Checking

### Activity summary

| | |
|---|---|
| Balance on 6/1 | 748.46 |
| Deposits/Additions | 28,112.70 |
| Withdrawals/Subtractions | - 27,344.14 |
| **Balance on 6/30** | **$1,517.02** |

Account number: **5841450918**

PAULA MULUGETA
BENYAM MULUGETA
DEBTOR IN POSSESSION
CH 11, CASE 09-51900 (NCA)

Wells Fargo Bank, N.A. California  (Member FDIC)

Questions about your account:  **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.01 |
| Average collected balance this month | $1,365.31 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $0.06 |

### Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 6/1 | | | | 748.46 |
| 6/3 | Check Crd Pur Rtrn 06/01 Db Shoes - 5 - Red Redwood City CA 434256Xxxxxx3590 613154548758929 ?McC=5655 | | 43.58 | | |
| 6/3 | Online Transfer From Mulugeta B Savings Xxxxxx4106 Ref #Ibec7Kxmrs On 06/01/13 | | 1,000.00 | | |
| 6/3 | Check Crd Purchase 05/31 Ibi*Justfab.Com 866-3370906 CA 434256Xxxxxx3392 383151091948175 ?McC=5968 | | | 3.45 | |
| 6/3 | POS Purchase - 05/31 Mach ID 000000 Arco Paypoint 07016 Palo Alto CA 3392 00303152123057995 ?McC=5542 | | | 67.87 | |
| 6/3 | POS Purchase - 05/31 Mach ID 000000 Chevron 451 Hegenberge Oakland CA 3590 003031521745779766 ?McC=5541 | | | 49.91 | |
| 6/3 | Check Crd Purchase 05/31 Db Shoes - 5 - Red Redwood City CA 434256Xxxxxx3590 083151701910676 ?McC=5655 | | | 43.58 | |
| 6/3 | Check Crd Purchase 06/01 Wwf 800-960-0993 DC 434256Xxxxxx3392 083152559219346 ?McC=8398 | | | 120.00 | |
| 6/3 | POS Purchase - 06/01 Mach ID 000000 A M A Tires Redwood City CA 3590 00583152732518533 ?McC=5532 | | | 360.00 | |
| 6/3 | Check Crd Purchase 06/02 Ephesus Restaurant Mountain View CA 434256Xxxxxx3392 283153800267477 ?McC=5812 | | | 55.08 | |
| 6/3 | POS Purchase - 06/02 Mach ID 000000 Ross Stores 18 Mountain Viewca 3392 000000000359215075 ?McC=5310 | | | 128.36 | |
| 6/3 | POS Purchase - 06/03 Mach ID 000000 Best Buy 1045 Mountain Viewca 3392 00000000430236941 ?McC=5732 | | | 70.65 | |
| 6/3 | POS Purchase - 06/03 Mach ID 000000 Safeway Store 1682 Palo Alto CA 3392 003831548321193868 ?McC=5411 | | | 135.07 | 758.07 |
| 6/4 | Check Crd Purchase 06/03 Ymca Silicon Valle WWW.Ymcamidpe CA 434256Xxxxxx3392 003154619587251 ?McC=8641 | | | 50.00 | 708.07 |
| 6/5 | Online Transfer From Mulugeta B Complete Advantage(Rm) Xxxxxx6145 Ref #Ibemwrh7Qb On 06/05/13 | | 500.00 | | |
| 6/5 | POS Purchase - 06/05 Mach ID 000000 Lowe S 1895 Fremont CA 3590 00303156825732186 ?McC=5200 | | | 26.14 | |
| 6/5 | Check | 263 | | 100.00 | 1,081.93 |
| 6/6 | Online Transfer From Mulugeta B Complete Advantage(Rm) Xxxxxx6145 Ref #Ibeqst7Vmz On 06/06/13 | | 1,000.00 | | |
| 6/6 | Recur Debit Crd Pmt06/03 World Wildlife Fun 800-9600993 DC 434256Xxxxxx3392 163155039664371 ?McC=8398 | | | 20.00 | |
| 6/6 | Check Crd Purchase 06/04 Palo Alto Ace Hard Palo Alto CA 434256Xxxxxx3590 083155806629127 ?McC=5251 | | | 16.30 | |



## COMPLETE ADVANTAGE® CHECKING   (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 6/6 | Check Crd Purchase 06/05 Vonage *Price+Taxe 866-243-4357 NJ 434256Xxxxxx3392 0031563401 41536 ?McC=4814 | | | 89.31 | |
| 6/6 | Check Crd Purchase 06/05 1 800 Petmeds 800-7386337 FL 434256Xxxxxx3392 083155551 423995 ?McC=0742 | | | 69.95 | |
| 6/6 | Check Crd Purchase 06/05 Ll Bean Mailorder 800-3414341 ME 434256Xxxxxx3392 5831 57078286085 ?McC=5965 | | | 69.98 | |
| 6/6 | POS Purchase - 06/06 Mach ID 000000 Arco Paypoint Palo Alto CA 3392 00303157649387163 ?McC=5542 | | | 58.56 | |
| 6/6 | ATM Withdrawal - 06/06 Mach ID 0277B 400 Hamilton Ave Palo Alto CA 3590 0002441 | | | 100.00 | |
| 6/6 | POS Purchase - 06/06 Mach ID 000000 Ross Stores 18 Mountain Viewca 3392 00000000857643761 ?McC=5310 | | | 130.40 | |
| 6/6 | POS Purchase - 06/06 Mach ID 000000 Safeway Store 2719 Menlo Park CA 3392 00383157743151060 ?McC=5411 | | | 51.95 | 1,475.48 |
| 6/7 | Check Crd Purchase 06/05 IL Fornaio - San J San Jose CA 434256Xxxxxx3590 0031 56724550953 ?McC=5812 | | | 38.67 | |
| 6/7 | Check Crd Purchase 06/05 Bay Chiropractic 650-328-4411 CA 434256Xxxxxx3392 0031 57036900400 ?McC=8041 | | | 160.00 | |
| 6/7 | Check Crd Purchase 06/06 Pacer800-676-6856l 800-676-6856 TX 434256Xxxxxx3590 0031 57771961959 ?McC=9399 | | | 165.40 | |
| 6/7 | Check Crd Purchase 06/06 Dis*Disneyshopping 800-328-0368 CA 434256Xxxxxx3392 2831 56147379403 ?McC=5999 | | | 115.11 | |
| 6/7 | Check Crd Purchase 06/06 Zeni Ethiopian Res San Jose CA 434256Xxxxxx3590 083158065297664 ?McC=5812 | | | 128.61 | |
| 6/7 | POS Purchase - 06/07 Mach ID 000000 Arco Paypoint Palo Alto CA 3392 00383158677379403 ?McC=5541 | | | 60.03 | 807.66 |
| 6/10 | Online Transfer From Mulugeta B Complete Advantage(Rm) Xxxxxx6145 Ref #Ibetpwlq6J On 06/10/13 | | 1,500.00 | | |
| 6/10 | Online Transfer From Mulugeta P Custom Management(Rm) Xxxxxx4934 Ref #Ibe5Fjw5Bv On 06/09/13 | | 1,000.00 | | |
| 6/10 | Check Crd Purchase 06/05 LA Penca Azul Alameda CA 434256Xxxxxx3590 0031 57114291968 ?McC=5812 | | | 31.84 | |
| 6/10 | Recur Debit Crd Pmt06/07 Ibi*Justfab.Com 866-3370906 CA 434256Xxxxxx3392 463158661290343 ?McC=5968 | | | 39.95 | |
| 6/10 | Check Crd Purchase 06/07 Sephora.Com 877-Sephora CA 434256Xxxxxx3392 0031 55848932334 ?McC=5977 | | | 82.65 | |
| 6/10 | Check Crd Purchase 06/08 Ci Berkeley Online 510-981-7200 CA 434256Xxxxxx3392 083159597679329 ?McC=9222 | | | 45.00 | |
| 6/10 | Recur Debit Crd Pmt06/08 World Wildlife Fun 800-9600993 DC 434256Xxxxxx3392 283159680074092 ?McC=8398 | | | 20.00 | |
| 6/10 | Check Crd Purchase 06/09 Starbucks #00565 P Palo Alto CA 434256Xxxxxx3392 283160636227747 ?McC=5814 | | | 7.20 | |
| 6/10 | Check Crd Purchase 06/09 Fashion Bags & Gif San Francisco CA 434256Xxxxxx3392 163160678365111 ?McC=5699 | | | 52.17 | |
| 6/10 | Check Crd Purchase 06/09 Mei King CO San Francisco CA 434256Xxxxxx3392 003160711110385 ?McC=5947 | | | 56.54 | |
| 6/10 | POS Purchase - 06/09 Mach ID 000000 Parker Company San Franciscoca 3392 00583160721694121 ?McC=5999 | | | 81.54 | |
| 6/10 | Check Crd Purchase 06/09 Macy*S .Com #0129 800-289-6229 OH 434256Xxxxxx3392 083159748854651 ?McC=5311 | | | 176.28 | |
| 6/10 | POS Purchase - 06/10 Mach ID 000000 The Home Depot 628 San Carlos CA 3590 00383161753791816 ?McC=5200 | | | 16.78 | 2,697.71 |
| 6/11 | Deposit Made In A Branch/Store | | 500.00 | | |
| 6/11 | Online Transfer From Mulugeta B Complete Advantage(Rm) Xxxxxx6145 Ref #Ibejzrbxm4 On 06/11/13 400 Hamilton Ave Palo Alto CA KIOSK K08381 | | 2,000.00 | | |
| 6/11 | Check Crd Purchase 06/09 Canton Bazaar San Francisco CA 434256Xxxxxx3392 003160691121592 ?McC=5947 | | | 67.42 | |
| 6/11 | Check Crd Purchase 06/09 Asian Trends San Francisco CA 434256Xxxxxx3392 163160698007086 ?McC=5947 | | | 21.75 | |
| 6/11 | Check Crd Purchase 06/09 Sutter Stockton GA San Francisco CA 434256Xxxxxx3392 083160738654686 ?McC=7523 | | | 4.50 | |
| 6/11 | Check Crd Purchase 06/10 Chadwicks.Com 800-525-6650 MA 434256Xxxxxx3392 003159541308972 ?McC=5621 | | | 156.93 | |
| 6/11 | Check Crd Purchase 06/10 Allstate *Paymn 800-255-7828 IL 434256Xxxxxx3392 163161774534596 ?McC=6300 | | | 1,653.49 | |

7529    Case: 09-51900    Doc# 811    Filed: 07/26/13    Entered: 07/26/13 15:25:10    Page 13 of 18



## COMPLETE ADVANTAGE® CHECKING  (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 6/11 | Check Crd Purchase 06/10 Allstate *Payme 800-255-7828 IL 434256Xxxxxx3392 083161775571765 ?McC=6300 | | | 34.58 | |
| 6/11 | Check Crd Purchase 06/10 Allstate *Payme 800-255-7828 IL 434256Xxxxxx3392 163161776282357 ?McC=6300 | | | 229.50 | |
| 6/11 | Check Crd Purchase 06/10 Allstate *Payme 800-255-7828 IL 434256Xxxxxx3392 283161777011893 ?McC=6300 | | | 150.34 | |
| 6/11 | Check Crd Purchase 06/10 Allstate *Payme 800-255-7828 IL 434256Xxxxxx3392 163161777444047 ?McC=6300 | | | 239.34 | |
| 6/11 | ATM Withdrawal - 06/11 Mach ID 0277B 400 Hamilton Ave Palo Alto CA 8300 0003109 | | | 40.00 | |
| 6/11 | POS Purchase - 06/11 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 3590 00383162669779606 ?McC=5200 | | | 163.89 | |
| 6/11 | POS Purchase - 06/11 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 3590 00463162715061278 ?McC=5200 | | | 61.93 | 2,374.04 |
| 6/12 | Check Crd Purchase 06/10 Bjs Restaurants 48 Newark CA 434256Xxxxxx3590 003161860096436 ?McC=5812 | | | 87.86 | |
| 6/12 | Check Crd Purchase 06/10 Berkeley Econo Gas Berkeley CA 434256Xxxxxx3590 083162196216465 ?McC=5542 | | | 60.16 | |
| 6/12 | POS Purchase - 06/12 Mach ID 000000 Safeway Store 1682 Palo Alto CA 8300 00383163581059180 ?McC=5411 | | | 113.81 | |
| 6/12 | POS Purchase - 06/12 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 3590 00463163637207853 ?McC=5200 | | | 179.25 | |
| 6/12 | ATM Withdrawal - 06/12 Mach ID 3759F West Berkeley Business Berkeley CA 3590 0001689 | | | 300.00 | |
| 6/12 | POS Purchase Return - 06/12 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 3590 00303163627568586 ?McC=5200 | | 17.99 | | 1,650.95 |
| 6/13 | Check Crd Purchase 06/12 Metrostyle.Com 800-288-4000 MA 434256Xxxxxx3392 283161763683295 ?McC=5621 | | | 76.97 | |
| 6/13 | POS Purchase - 06/13 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 3590 00383164567573522 ?McC=5200 | | | 41.21 | 1,532.77 |
| 6/14 | Ymca of Scv Payrolldp 130614 040- Mulugeta, Paula R. | | 353.19 | | |
| 6/14 | Online Transfer From Mulugeta B Ref #Ibec7P8K7L Savings Kitchen Cabinets Alma | | 2,000.00 | | |
| 6/14 | Check Crd Purchase 06/12 South Bay Recyclin San Carlos CA 434256Xxxxxx3590 163163756651043 ?McC=7399 | | | 68.00 | |
| 6/14 | Check Crd Purchase 06/13 Ibi*Justfab.Com 866-3370906 CA 434256Xxxxxx8300 463164051279521 ?McC=5968 | | | 3.45 | |
| 6/14 | ATM Withdrawal - 06/14 Mach ID 0232C 735 Santa Cruz Ave Menlo Park CA 3590 0007345 | | | 200.00 | |
| 6/14 | POS Purchase - 06/14 Mach ID 000000 Arco Paypoint 07016 Palo Alto CA 8300 00583165728016617 ?McC=5542 | | | 74.11 | 3,540.40 |
| 6/17 | Online Transfer From Mulugeta B Savings Xxxxxx4106 Ref #Ibexlzzxww On 06/17/13 400 Hamilton Ave Palo Alto CA KIOSK K08381 | | 11,000.00 | | |
| 6/17 | Online Transfer From Mulugeta B Complete Advantage(Rm) Xxxxxx6152 Ref #Ibeg4Rgnl4 On 06/17/13 400 Hamilton Ave Palo Alto CA KIOSK K08381 | | 500.00 | | |
| 6/17 | Check Crd Purchase 06/13 Granite Expo and C Oakland CA 434256Xxxxxx3590 163164829735184 ?McC=1520 | | | 20.06 | |
| 6/17 | Check Crd Purchase 06/14 United 016725 800-932-2732 TX 434256Xxxxxx8300 463165695003446 ?McC=3000 | | | 197.80 | |
| 6/17 | Check Crd Purchase 06/14 Ymca Silicon Valle Palo Alto CA 434256Xxxxxx8300 163165776121614 ?McC=8641 | | | 100.00 | |
| 6/17 | Check Crd Purchase 06/14 Berkeley Econo Gas Berkeley CA 434256Xxxxxx3590 003165811204669 ?McC=5542 | | | 70.66 | |
| 6/17 | Check Crd Purchase 06/14 Restore Oakland CA 434256Xxxxxx3590 283166009197144 ?McC=8398 | | | 2,343.50 | |
| 6/17 | Check Crd Purchase 06/15 Restore Oakland CA 434256Xxxxxx3590 003166853263894 ?McC=8398 | | | 354.25 | |
| 6/17 | ATM Withdrawal - 06/15 Mach ID 0096B Montclair Village Oakland CA 3590 0000768 | | | 100.00 | |
| 6/17 | Check Crd Purchase 06/15 76 Oakland CA 434256Xxxxxx3590 283166858581357 ?McC=5542 | | | 20.05 | |
| 6/17 | POS Purchase - 06/16 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 3590 00463168053563106 ?McC=5200 | | | 18.77 | |
| 6/17 | POS Purchase - 06/17 Mach ID 000000 Arco Paypoint Palo Alto CA 8300 00303168720011227 ?McC=5542 | | | 68.62 | |



## COMPLETE ADVANTAGE® CHECKING   (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 6/17 | POS Purchase - 06/17 Mach ID 000000 Costco Whse 0143 Mountain Vie CA 8300 00463168743874564 ?McC=5300 | | | 341.23 | |
| 6/17 | POS Purchase - 06/17 Mach ID 000000 Kohl S 1388 350 Showe Mountain Viewca 8300 00383168768169457 ?McC=5311 | | | 63.67 | |
| 6/17 | POS Purchase - 06/17 Mach ID 000000 Safeway Store 2948 Mountain Viewca 8300 00583168791770282 ?McC=5411 | | | 130.37 | |
| 6/17 | ATM Withdrawal - 06/17 Mach ID 9980A 34988 Newark Blvd Newark CA 3590 0004408 | | | 300.00 | |
| 6/17 | Check | 279 | | 10,458.00 | 453.42 |
| 6/18 | Online Transfer From Mulugeta B Complete Advantage(Rm) Xxxxxx6152 Ref #Ibeg4RN9Gd On 06/18/13 | | 1,000.00 | | |
| 6/18 | Check Crd Purchase 06/15 Palo Alto Ace Hard Palo Alto CA 434256Xxxxxx3590 283166677772669 ?McC=5251 | | | 17.39 | 1,436.03 |
| 6/19 | Credit to Backdate -06/17/13 | | 26.55 | | |
| 6/19 | Check Crd Purchase 06/17 IL Fornaio - San J San Jose CA 434256Xxxxxx3590 003168739211592 ?McC=5812 | | | 42.24 | |
| 6/19 | POS Purchase - 06/18 Mach ID 000000 Lowe S 1132 Union City CA 3590 00583170113203919 ?McC=5200 | | | 48.94 | |
| 6/19 | ATM Withdrawal - 06/19 Mach ID 0277B 400 Hamilton Ave Palo Alto CA 3590 0004081 | | | 300.00 | 1,071.40 |
| 6/20 | POS Purchase - 06/20 Mach ID 000000 Orchard Supply 690 Mountain Viewca 3590 00583171757103115 ?McC=5200 | | | 15.75 | 1,055.65 |
| 6/21 | Check Crd Purchase 06/20 Kohlweiss Auto Par Redwood City CA 434256Xxxxxx3590 083172006255059 ?McC=5533 | | | 127.15 | |
| 6/21 | POS Purchase - 06/21 Mach ID 000000 Restore Oakland CA 3590 00000000740286310 ?McC=8398 | | | 66.00 | 862.50 |
| 6/24 | Online Transfer From Mulugeta P Premier Checking Xxxxxx8858 Ref #Ibetpzyp6L On 06/24/13 | | 1,500.00 | | |
| 6/24 | Online Transfer From Mulugeta B Complete Advantage(Rm) Xxxxxx6145 Ref #Ibeg4Ssqsy On 06/23/13 | | 500.00 | | |
| 6/24 | Check Crd Purchase 06/21 Boston Proper 888-855-4986 FL 434256Xxxxxx8300 083171836168566 ?McC=5969 | | | 69.20 | |
| 6/24 | POS Purchase - 06/22 Mach ID 000000 The Home Depot 627 Emeryville CA 3590 00583173705904474 ?McC=5200 | | | 230.25 | |
| 6/24 | Check Crd Purchase 06/22 Emperor Supply Inc Oakland CA 434256Xxxxxx3590 283173723515675 ?McC=5251 | | | 262.55 | |
| 6/24 | POS Purchase - 06/22 Mach ID 000000 The Home Depot 628 San Carlos CA 8300 00303173728028728 ?McC=5200 | | | 54.44 | |
| 6/24 | Check Crd Purchase 06/22 South Bay Recyclin San Carlos CA 434256Xxxxxx8300 003173745836070 ?McC=7399 | | | 85.00 | |
| 6/24 | POS Purchase - 06/22 Mach ID 000000 The Home Depot San Carlos CA 8300 000000000956719112 ?McC=5200 | | | 9.75 | |
| 6/24 | POS Purchase - 06/22 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 3590 00583174023733835 ?McC=5200 | | | 18.60 | |
| 6/24 | Check Crd Purchase 06/22 Shell Oil 57444214 Menlo Park CA 434256Xxxxxx8300 383173714926207 ?McC=5542 | | | 30.00 | |
| 6/24 | ATM Withdrawal - 06/23 Mach ID 0277D 400 Hamilton Ave Palo Alto CA 8300 0005751 | | | 200.00 | |
| 6/24 | ATM Withdrawal - 06/23 Mach ID 0108D 34988 Newark Blvd Newark CA 3590 0007110 | | | 100.00 | |
| 6/24 | POS Purchase - 06/23 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 3590 00583175067568823 ?McC=5200 | | | 27.12 | |
| 6/24 | POS Purchase - 06/24 Mach ID 000000 Costco Whse 0143 Mountain Vie CA 8300 00303175706880564 ?McC=5300 | | | 218.19 | |
| 6/24 | POS Purchase - 06/24 Mach ID 000000 Costco Whse 0143 Mountain Vie CA 8300 00303175709987911 ?McC=5300 | | | 71.79 | |
| 6/24 | POS Purchase - 06/24 Mach ID 000000 Target T0322 Target T0 Mountain Viewca 8300 00463175725427720 ?McC=5310 | | | 46.73 | |
| 6/24 | POS Purchase - 06/24 Mach ID 000000 Safeway Store 2948 Mountain Viewca 8300 00383175746013962 ?McC=5411 | | | 131.62 | |
| 6/24 | Online Transfer to Mulugeta T Savings Xxxxxx8758 Ref #Ibetq22K9S On 06/24/13 | | | 100.00 | |
| 6/24 | Transfer to Mulugeta 2 Tsegereda Ref #Ppeg4T2Lf9 Xxxxxx8614 | | | 200.00 | |
| 6/24 | POS Purchase Return - 06/22 Mach ID 000000 The Home Depot 628 San Carlos CA 8300 00303173759634028 ?McC=5200 | | 27.22 | | |
| 6/24 | Check | 280 | | 70.00 | 964.48 |

Case: 09-51900    Doc# 811    Filed: 07/26/13    Entered: 07/26/13 15:25:10    Page 15 of 18
7531

## COMPLETE ADVANTAGE® CHECKING (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 6/25 | Recur Debit Crd Pmt06/24 Aic*Motor Club 800-347-8880 IL 434256Xxxxxx3590 083175411603072 ?McC=8675 | | | 16.50 | |
| 6/25 | Check Crd Purchase 06/24 This and That San Pablo CA 434256Xxxxxx3590 163175708483601 ?McC=5211 | | | 283.40 | |
| 6/25 | POS Purchase - 06/24 Mach ID 000000 Arco Paypoint Oakland CA 3590 00463176069443565 ?McC=5542 | | | 87.61 | |
| 6/25 | POS Purchase - 06/25 Mach ID 000000 Safeway Store 1682 Palo Alto CA 8300 00383176544343648 ?McC=5411 | | | 47.13 | |
| 6/25 | POS Purchase - 06/25 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 3590 00303176746451370 ?McC=5200 | | | 23.60 | |
| 6/25 | POS Purchase - 06/25 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 3590 00583176809909971 ?McC=5200 | | | 219.53 | |
| 6/25 | ATM Withdrawal - 06/25 Mach ID 0277A 400 Hamilton Ave Palo Alto CA 3590 0008347 | | | 100.00 | |
| 6/25 | Check | 281 | | 15.00 | 171.71 |
| 6/26 | Overdraft Fee For Item $15.00 06/25 Check # 00281 | | | 35.00 | |
| 6/26 | Online Transfer From Mulugeta P Premier Checking Xxxxxx8858 Ref #Ibemwxfkq6 On 06/26/13 | | 1,000.00 | | |
| 6/26 | Online Transfer From Mulugeta P Premier Checking Xxxxxx8858 Ref #Ibexm425Lz On 06/26/13 | | 1,000.00 | | |
| 6/26 | POS Purchase - 06/26 Mach ID 000000 Chavez Supermarket ME Menlo Park CA 8300 00383177657679417 ?McC=5411 | | | 67.17 | |
| 6/26 | POS Purchase - 06/26 Mach ID 000000 Orchard Supply 470 Berkeley CA 3590 00383177805132167 ?McC=5200 | | | 25.06 | |
| 6/26 | ATM Withdrawal - 06/26 Mach ID 0103J Oakland Main Oakland CA 3590 0007143 | | | 300.00 | |
| 6/26 | Recur Debit Crd Pmt06/26 Comcast California 800-Comcast CA 434256Xxxxxx8300 163177251945167 ?McC=4899 | | | 189.80 | 1,554.68 |
| 6/27 | Check Crd Purchase 06/25 Aarti Petroleum Redwood City CA 434256Xxxxxx3590 083176674040369 ?McC=5542 | | | 69.90 | |
| 6/27 | Check Crd Purchase 06/26 The Nature Conserv 703-8417187 VA 434256Xxxxxx8300 083177774079917 ?McC=8398 | | | 15.00 | |
| 6/27 | Check Crd Purchase 06/26 This and That San Pablo CA 434256Xxxxxx3590 003177827962757 ?McC=5211 | | | 654.00 | |
| 6/27 | POS Purchase - 06/27 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 3590 00583178613093761 ?McC=5200 | | | 162.57 | |
| 6/27 | POS Purchase - 06/27 Mach ID 000000 Palo Alto Ace Hardware Palo Alto CA 3590 00303178677392029 ?McC=5251 | | | 20.64 | |
| 6/27 | POS Purchase - 06/27 Mach ID 000000 Bedbath Beyond Bedbat Mountain Viewca 8300 00303178712620475 ?McC=5719 | | | 117.34 | |
| 6/27 | POS Purchase - 06/27 Mach ID 000000 Ikea East Palo Alto East Palo Altca 8300 00383178806064173 ?McC=5712 | | | 105.52 | |
| 6/27 | POS Purchase - 06/27 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 8300 00303178815259506 ?McC=5200 | | | 30.46 | |
| 6/27 | POS Purchase - 06/27 Mach ID 000000 Safeway Store 2719 Menlo Park CA 8300 00583178850073693 ?McC=5411 | | | 138.91 | 240.34 |
| 6/28 | Ymca of Scv Payrolldp 130628 040- Mulugeta, Paula R. | | 344.16 | | |
| 6/28 | Deposit Made In A Branch/Store | | 300.00 | | |
| 6/28 | Online Transfer From Mulugeta P Premier Checking Xxxxxx8858 Ref #Ibeg4V3Yvz On 06/28/13 | | 1,000.00 | | |
| 6/28 | Check Crd Purchase 06/27 Mid-Peninsula Anml Menlo Park CA 434256Xxxxxx8300 003178826832438 ?McC=0742 | | | 45.50 | |
| 6/28 | ATM Withdrawal - 06/28 Mach ID 2666H 721 Colorado Ave Palo Alto CA 8300 0005488 | | | 200.00 | |
| 6/28 | POS Purchase - 06/28 Mach ID 000000 Safeway Store 1682 Palo Alto CA 3590 00383179782105579 ?McC=5411 | | | 49.86 | |
| 6/28 | POS Purchase - 06/28 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 3590 00463179796251715 ?McC=5200 | | | 72.13 | |
| 6/28 | Interest Payment | | 0.01 | | 1,517.02 |
| **Ending balance on 6/30** | | | | | **1,517.02** |
| **Totals** | | | **$28,112.70** | **$27,344.14** | |

# Wells Fargo® Preferred Checking

Account number: 3421404660 ▪ June 1, 2013 - June 30, 2013 ▪ Page 1 of 3



BENYAM MULUGETA
PAULA MULUGETA
1025 HARKER AVE
PALO ALTO CA 94301-3419

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a Wells Fargo customer. We appreciate your business and understand that you are entrusting us with your banking needs. Let us assist you in finding the right accounts and services to help you reach your financial goals. Please visit us online at wellsfargo.com, call us at the number at the top of your statement, or visit any Wells Fargo store - we'd love to hear from you!

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

Account number: 3421404660   *HARKER* (signature)
**BENYAM MULUGETA**
**PAULA MULUGETA**
*California account terms and conditions apply*
For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $321.31 |
| Deposits/Additions | 15,300.04 |
| Withdrawals/Subtractions | - 15,250.87 |
| **Ending balance on 6/30** | **$370.48** |

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: 3421404660 ■ June 1, 2013 - June 30, 2013 ■ Page 2 of 3



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.04 |
| Average collected balance | $5,193.95 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.04 |
| Interest paid this year | $0.30 |

## Interest withheld

| | |
|---|---|
| Interest withheld this period | $0.01 |
| Interest withheld this year | $0.05 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/3 | | WT Fed#04429 Meital Ginzburg Ol /Org=Amit Ginzburg Srf# xxxxx0372 Trn#130603133522 Rfb# TT81927715400003 | 6,800.00 | | |
| 6/3 | | Wire Trans Svc Charge - Sequence: 130603133522 Srf# xxxxx0372 Trn#130603133522 Rfb# TT81927715400003 | | 15.00 | 7,106.31 |
| 6/5 | 126 | Check | | 1,600.00 | 5,506.31 |
| 6/10 | 127 | Check | | 600.00 | 4,906.31 |
| 6/17 | | Withdrawal Made In A Branch/Store | | 700.00 | |
| 6/17 | 128 | Check | | 260.00 | 3,946.31 |
| 6/18 | | Online Transfer to Mulugeta T Savings xxxxxx8758 Ref #Ibe8Bnkwtz on 06/17/13 | | 200.00 | 3,746.31 |
| 6/19 | | City of Palo Alt Util Paymt 000030021620 Benyam Mulugeta | | 735.86 | 3,010.45 |
| 6/21 | | Online Transfer From Mulugeta P Savings xxxxxx1195 Ref #Ibetpzgvhb on 06/21/13 | 8,000.00 | | 11,010.45 |
| 6/24 | | Withdrawal Made In A Branch/Store | | 600.00 | 10,410.45 |
| 6/27 | 201 | Check | | 9,713.00 | |
| 6/27 | 202 | Check | | 792.00 | -94.55 |
| 6/28 | | Overdraft Fee for Item $792.00 06/27 Check # 00202 | | 35.00 | |
| 6/28 | | Online Transfer From Mulugeta P Premier Checking xxxxxx8858 Ref #Ibeg4TX769 on 06/28/13 | 500.00 | | |
| 6/28 | | Interest Payment | 0.04 | | |
| 6/28 | | Federal Tax Withheld | | 0.01 | 370.48 |
| **Ending balance on 6/30** | | | | | 370.48 |
| **Totals** | | | **$15,300.04** | **$15,250.87** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 126 | 6/5 | 1,600.00 | 128 | 6/17 | 260.00 | 202 | 6/27 | 792.00 |
| 127 | 6/10 | 600.00 | 201 * | 6/27 | 9,713.00 | | | |

* Gap in check sequence.

## Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $35.00 | $85.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.

Case: 09-51900    Doc# 811    Filed: 07/26/13    Entered: 07/26/13 15:25:10    Page 18 of 18