Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA 95113

Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Benyam Mulugeta and | ) | Case No.: 09-51900 ASW |
| | ) | |
| Paula R. Mulugeta, | ) | Date: 1/27/2014 |
| | ) | |
| | ) | Time: 2:15 p.m. |
| | ) | |
| Debtors. | ) | |
| | ) | |

STATUS CONFERENCE STATEMENT

1. Since last Status Conference, debtors filed a register detailing the expenses made from the Grand property settlement.

2. The Court has under submission the administrative fee request filed by Campeau Goodsell Smith ("CGS").

3. Debtors are reviewing a draft agreement prepared by Patric Kelly regarding treatment of the junior interests he represents that are secured by debtors' residence.

4. At the last Status Conference, the Court continued the stay of dismissal to February 15. Debtors will upload an appropriate order.

- 1 -

1      5.   The amount of the CGS fee allowance will determine whether debtors may amend their plan or will let the case be dismissed.

    6.   This matter should be continued 90 days.

Dated: 1/20/2014                     /s/Stanley Zlotoff