```
1  Stanley A. Zlotoff
   State Bar No. 073283
2  Attorney at Law
   300 S. First St. Suite 215
3  San Jose, CA   95113

4  Telephone (408) 287-5087
   Facsimile (408) 287-7645
5
   Attorney for Debtors
6
```

Entered on Docket
January 22, 2014
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



IT IS SO ORDERED.
Signed January 22, 2014

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Benyam Mulugeta and | ) Case No.: 09-51900 ASW |
| | ) |
| Paula R. Mulugeta, | ) Date: 9/30/2013 |
| | ) |
| | ) Time: 2:15 p.m. |
| | ) |
| Debtors. | ) |
| | ) |

SUPPLEMENTAL ORDER GRANTING MOTION TO RECONSIDER DISMISSAL OF CASE AND FIXING DATE OF DISMISSAL OF CASE

Debtors' Motion to Reconsider Dismissal first came on for hearing on February 14, 2013, and appearances were noted in the record. Good cause appearing,

IT WAS ORDERED that the Motion was granted and the effective date of dismissal was extended to April 1, 2013. On March 15, 2013, the Court extended the dismissal through May 31, 2013. On May 23, 2013, the Court extended the effective date of

- 1

dismissal to August 31, 2013. On July 26, 2013, the Court extended the effective date of dismissal to October 31, 2013. On September 30, 2013, the Court extended the effective date of dismissal to February 15, 2014.

**END OF ORDER**

COURT SERVICE LIST