Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA 95113

Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Chapter 11 |
| Benyam Mulugeta and | Case No.: 09-51900 ASW |
| Paula R. Mulugeta, | Date: 5/8/2014 |
| | Time: 10:30 a.m. |
| Debtors. | |

**STATUS CONFERENCE STATEMENT**

1. On April 3, 2014, debtors filed an Amended Combined Plan and Disclosure Statement ("Plan"); and, on that same date, noticed out a hearing on adequacy of disclosures. The hearing is set for May 8, 2014 at 11:00 a.m. Debtors intend to proceed with the hearing.

2. Since filing the Plan, debtors have engaged in discussions with two creditors, Sequoia Mortgage and J.P. Morgan Chase. Debtors believe that these discussions will result in agreements that may be incorporated into the Plan without affecting any other creditors.

- 1 -

1    3.   Debtors will be filing a motion to value the interest
2 of California Mortgage and Realty.  The Plan does not depend on
3 the outcome of such a motion, as the lien secures real property
4 that is not the debtors' residence.  All properties were re-
5 valued from values stated in the plan filed one year ago, based
6 on current market values.
7    4.   Drafts of monthly operating reports through March
8 have been prepared and will be filed.

Dated:  5/1/2014            /s/Stanley Zlotoff

- 2 -