```
 1  Stanley A. Zlotoff
    State Bar No. 073283
 2  Attorney at Law
    300 S. First St. Suite 215
 3  San Jose, CA   95113

 4  Telephone (408) 287-5087
    Facsimile (408) 287-7645
 5
    Attorney for Debtors
 6
```

Entered on Docket
June 04, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED.
Signed June 3, 2014

Arthur S. Weissbrodt
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

```
In re:                          ) Chapter 11
                                )
Benyam and Paula R. Mulugeta,   ) Case No. 09-51900 ASW
                                )
                                ) Date: n/a
                                )
     Debtors.                   ) Time: n/a
                                )
                                )
                                )
_____/
```

**ORDER VALUING LIEN OF CMR MORTGAGE FUND II, LLC WITH REGARD TO REAL PROPERTY AT 1112-1114 CHAUCER, BERKELEY, CALIFORNIA**

On May 7, 2014, Debtors filed a motion to value the security interest of CMR Mortgage Fund II, LLC(hereinafter "Lienholder") against the property commonly known as 1112-1114 Chaucer, Berkeley, California, which lien was recorded in Alameda County on April 12, 2006 as Document Number 2006143741,-2, or -3 (hereinafter the "Lien"). The court finds that notice of the motion upon Lienholder was proper. Lienholder having

- 1 -

failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

    (1) For purposes of Debtor's chapter 11 plan only, the Lien is valued at $46,772.

    (2) This order shall become part of Debtors' confirmed chapter 11 plan.

    (3) If Debtors' chapter 11 case is dismissed or converted to one under another chapter before Debtors obtain a plan confirmation, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien.

    (4) In the event that the Subject Property is destroyed or damaged during the pendency of the Debtor's Chapter 11, Lienholder is entitled to its full rights as a loss payee with respect to any insurance proceeds.

**END OF ORDER**

COURT SERVICE LIST