```
Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA  95113

Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney for Debtors
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

```
In re:                              ) Chapter 11
                                    )
Benyam Mulugeta and PLaula R.       ) Case No. 09-51900 ASW
                                    )
Mulugeta,                           )
                                    ) Date: 9/9/2014
                                    )
                                    ) Time: 2:30 p.m.
                                    )
                                    )
                                   /
            Debtors
```

### DECLARATION OF DEBTOR IN SUPPORT OF CONFIRMATION

I, Benyam Mulugeta, debtor herein, declare as follows:

1.  The income and expense projections set forth in the Combined Plan of Reorganization and Disclosure Statement dated July 3, 2014 ("Plan") are substantially true and correct.

2.  By profession I am a real estate broker, consultant, and developer. I have two master degrees in economics and administration. I am currently engaged in rebuilding a property for a client in Palo Alto, California, from which I am paid $10,000 per month as a

project manager for five months. Another job is lined up that I expect will pay me approximately $6,500 for six months for the same type of task.

3. In addition, since real estate sales in the Mid-Peninsula area have become brisk, I'm getting involved in this activity. For example, I'm engaged in a current listing in Menlo Park that will result in a commission of $20,000.

4. My daughter, Tsegereda Mulugeta, is employed. She has been assisting with expenses; and she has committed to continue to do so, with her brothers. From her savings, she has agreed to pay the Effective Date payments of approximately $83,000. She and other children will be further assisting by contributing approximately $3,500 per month, as needed.

5. The real property on Harker in Palo Alto, California, is being rented for $11,000 per month, the amount projected.

6. The real property on Alma in Palo Alto, California, is being rented for $6,000 per month, which is what the Plan projected. However, I expect that after certain improvements have been completed, I will be able to charge $7,000 per month for rent.

7. The real property on Sevier in Menlo Park, California, the rent is increased to $3,000 per month, the amount that was projected in the Plan.

8. The duplex properties on Chaucer in Berkeley, California, will be brining over $5,000 per month the amount projected by the Plan, as soon as plumbing issues can be completed. It makes sense to retain Chaucer, because of the capital gains tax issue. I would suffer by letting it go. However, unless I can increase the rental soon that may be what will happens.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge information and belief. Executed in Palo Alto, California on August 30, 2014.

/s/Benyam Mulugeta