Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA 95113

Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Benyam Mulugeta and PLaula R. Mulugeta,

Debtors
_____

) Chapter 11
)
) Case No. 09-51900 ASW
)
)
) Date: 9/9/2014
)
) Time: 2:30 p.m.
)
)
/

DECLARATION OF DEBTORS' DAUGHTER IN SUPPORT OF CONFIRMATION

I, Tsegereda Mulugeta, declare as follows:

1. I am the daughter of the debtors, Benyam and Paula Mulugeta. Also, I and my adult siblings from time to time reside in the family home.

2. Throughout my parents' Chapter 11 case, I have provided assistance as needed. I am fully employed; I and my brothers are able to continue contributing $3,500 per month so that our parents may perform as proposed under their Chapter 11 Plan.

3. I can come up with the $83,000 they need for Administrative Claims from my saving. I am aware that upon confirmation of my parents' Chapter 11 Plan, they must deposit

the sum of approximately $83,000 at Effective Date. I am ready, willing, and able to make that deposit. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge information and belief. Executed in Palo Alto, California on August 30, 2014.

/s/Tsegerda Mulugeta