Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA  95113

Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:                                ) Chapter 11
                                      )
Benyam Mulugeta and PLaula R.         ) Case No. 09-51900 ASW
                                      )
Mulugeta,                             )
                                      ) Date: 9/9/2014
                                      )
                                      ) Time: 2:30 p.m.
                                      )
                                      )
         Debtors                      /

DECLARATION OF DEBTOR IN SUPPORT OF CONFIRMATION

I, Benyam Mulugeta, debtor herein, declare as follows:

1.   The Plan, dated July 3, 2014, and filed July 30, 2014, created a Class 1f for the secured claim of California Mortgage & Realty ("CMR").  The claim was split into a partially secured claim of $46,772, and an unsecured claim of the balance of the claim.

2.   CMR's claim is impaired.  The Plan provides for an interest rate of 5% and payments of $1,500 per month for thirty-three months.

3.   CMR did not cast a vote.

4. I have been engaged in real estate development, property management, and acted as a broker since 1986. In the course of my dealings with real estate, I have gained an incite into applicable interest rates. In addition, I work regularly with loan brokers who have informed my knowledge of prevailing interest rates.

5. CMR has a second deed of trust on a duplex located at 1112-1114 Chaucer Street, Berkeley, California. The fair market value of Chaucer is $800,000, and the first deed of trust on it is in the amount of $753,228.

6. It is my belief and opinion that the terms provided to CMR by the Plan are within the range of market rates available for second deeds of trust with similar characteristics and risk factors as those described by CMR's secured claim in the Chaucer property.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed in Palo Alto, California on September 4, 2014.

_____/s/Benyam Mulugeta