Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA  95113

Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:   ) Chapter 11
         )
Benyam Mulugeta and PLaula R. ) Case No. 09-51900 ASW
Mulugeta, )
         ) Date:
         )
         ) Time:
         )
         )
                  Debtors  /

DECLARATION IN SUPPORT OF DEBTORS' MOTION TO APPROVE COMPROMISE SETTLEMENT AGREEMENT AND FOR RELIEF FROM AUTOMATIC STAY

I, Stanley Zlotoff, debtors' attorney, declare that

1.  On August 30, 2014, I served copies of the Motion to Approve Compromise Settlement Agreement and for Relief from Stay, together with a Notice of Opportunity to Request Hearing, to all creditors and to the U.S. Trustee (see Docket No. 875, filed herein on 8/31/2014).

2.  The Notice advised that any request for a hearing or objection to the Motion had to be filed within twenty-one days.

3. More than twenty-one days has passed, and no request for hearing or objection has been made.

WHEREFORE, debtors pray that the court grant the Motion to Approve Compromise Settlement and for Relief from Stay.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Jose, California on September 23, 2014.

/s/Stanley Zlotoff