```
 1  Stanley A. Zlotoff
    State Bar No. 073283
 2  Attorney at Law
    300 S. First St. Suite 215
 3  San Jose, CA  95113

 4  Telephone (408) 287-5087
    Facsimile (408) 287-7645
 5
    Attorney for Debtors
 6
```

Entered on Docket
September 25, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED.
Signed September 25, 2014



Arthur S. Weissbrodt
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

```
In re:                          ) Chapter 11
                                )
Benyam Mulugeta and Paula R.    ) Case No.: 09-51900 ASW
                                )
Mulugeta,                       ) Date: 9/9/2014
                                )
                                ) Time: 2:30 p.m.
                                )
                                )
                                )
            Debtors         /
```

ORDER CONFIRMING DEBTORS' PLAN OF REORGANIZATION

Debtors' Combined Plan of Reorganization and Disclosure Statement, dated July 3, 2014, filed herein on July 30, 2014 as Docket No. 868, came on regularly for hearing on September 9, 2014, before the Honorable Arthur S. Weissbrodt, Bankruptcy Judge.  Appearances were made by Stanley Zlotoff for Debtor, and John S. Wesolowski for the U.S. Trustee.

- 1

1    The Court having determined that the requirements for
2 confirmation set forth in 11 U.S.C. Sections 1129(a)and (b)have
3 been satisfied;
4    IT IS HEREBY ORDERED that Debtors' Combined Plan of
5 Reorganization and Disclosure Statement, dated July 3, 2014,
6 filed herein on July 30, 2014, as Docket No. 868, is confirmed.
7                         **END OF ORDER**

COURT SERVICE LIST