# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−5 | User: dfagan | | Date Created: 9/25/2014 |
| Case: 09−51900 | Form ID: OCP | | Total: 237 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| intp | Sequoia Mortgage Capital |
| reqntc | Chrysler Financial Services Americas LLC |
| reqntc | Sterling Savings Bank |
| sp | Peter Kerman |
| cr | EMC Mortgage Corporation as servicing agent for Wells Fargo Bank, National Association |
| cr | Sterling Savings Bank |
| cr | Tsegereda Mulugeta |
| br | Mahnaz Khazen |
| br | TRI Commercial Real Estate Services, Inc |
| br | Rodney Thompson |
| cr | Martin Kirschenbaum |
| cr | Nancy Berkowitz |
| cr | Henry C. Koehler |
| cr | Sequoia Mortgage Fund, LLC |
| cr | Inger Kirschenbaum |
| cr | Deutsche Bank National Trust Company as Trustee for Harborview Mortgage Loan trust 2005−9 |
| cr | Wells Fargo Dealer Services, Inc. |
| cr | WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR |
| intp | Courtesy NEF |
| 10147561 | Henry C. Koehler, Trustee of the Henry C. and Irmg |
| 10147563 | Martin and Inger Kirschenbaum |
| 10147562 | Nancy Berkowitz |

TOTAL: 22

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| aty | Bernard Kornberg | bjk@severson.com |
| aty | Biana Hamady | ecf@shermeta.com |
| aty | Christopher M. McDermott | ecfcanb@piteduncan.com |
| aty | David J. Cook | cook@squeezebloodfromturnip.com |
| aty | Elsa M. Horowitz | ehorowitz@wrslawyers.com |
| aty | Eric A. Nyberg | e.nyberg@kornfieldlaw.com |
| aty | Gilbert B. Weisman | notices@becket−lee.com |
| aty | Gregory James Babcock | gbabcockecf@gmail.com |
| aty | John S. Wesolowski | john.wesolowski@usdoj.gov |
| aty | John T. Seyman | john.seyman@acgov.org |
| aty | John T. Seyman | john.seyman@acgov.org |
| aty | John W. Strate | John.W.Strate@irscounsel.treas.gov |
| aty | Jonathan J. Damen | bknotice@rcolegal.com |
| aty | Lemuel Bryant Jaquez | bjaquez@mileslegal.com |
| aty | Linh K. Tran | linh.tran@quantum3group.com |
| aty | Lisa R. Woods | |
| aty | Mark T. Domeyer | mdomeyer@mileslegal.com |
| aty | Matthew R. Clark, III | ch11ecf@piteduncan.com |
| aty | Melodie A. Whitson | ecfcanb@piteduncan.com |
| aty | Mitchell B. Greenberg | mgreenberg@abbeylaw.com |
| aty | Patric J. Kelly | pjkelly@ahk−law.com |
| aty | Randall P. Mroczynski | rmroczynski@cookseylaw.com |
| aty | Richard J. Bauer, Jr. | rbauer@mileslegal.com |
| aty | Simon Aron | saron@wrslawyers.com |
| aty | Stanley A. Zlotoff | zlotofflaw@gmail.com |
| aty | Stefanie A. Schiff | Stefanie.Schiff@akerman.com |
| aty | Travis J. Lillie | tlillie@piteduncan.com |
| aty | William J. Healy | whealy@campeaulaw.com |

TOTAL: 29

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Benyam Mulugeta | 1025 Harker Ave. | Palo Alto, CA 94301 | | |
| jdb | Paula R Mulugeta | 1025 Harker Ave. | Palo Alto, CA 94301 | | |
| reqntc | Washington Mutual Bank | 4375 Jutland Drive, Suite 200 | P.O. Box 17933 | San Diego, CA 92177−0933 | |
| reqntc | EMC Mortgage Corporation | Attn. Bankruptcy Department | P.O. Box 293150 | Lewisville, TX 75029−3150 | |
| reqntc | EMC Mortgage Corporation | ATTN: Bankruptcy Department | P.O. Box 293150 | Lewisville, TX 75029−3150 | |
| reqntc | American Express Centurion Bank | c/o Becket and Lee LLP | POB 3001 | Malvern, PA 19355−0701 | |
| reqntc | Lone Oak Fund, LLC | c/o Simon Aron | 11400 W Olympic Blvd. 19th Fl | Los Angeles, CA 90064 | |

| Role | Name | Address 1 | Address 2 | Address 3 |
|---|---|---|---|---|
| reqntc | Countrywide Home Loans Servicing, L.P... | 1665 Scenic Ave Ste 200 | Costa Mesa, CA 92626 | |
| reqntc | First Street Commercial Mortgage Fund, LLC | c/o Kornfield, Nyberg, Bendes &Kuhner | 1970 Broadway, Suite 225 | Oakland, CA 94612 |
| reqntc | American Express Travel Related Services Co Inc | c/o Becket and Lee LLP | POB 3001 | Malvern, PA 19355−0701 |
| reqntc | SWEAZEY ELEVATOR CORPORATION, a corporation dba METROPOLITAN ELEVATOR CO. | c/o DAVID J. COOK, ESQ. COOK COLLECTION ATTORNEYS, P.L.C. | P.O. Box 270 | San Francisco, CA 94104−0270 |
| cr | Aglaia Panos | 13240 Clairepointe Way | Oakland, CA 94619 | |
| cr | Bank of America, NA, | Miles, Bauer, Bergstrom &Winters, LLP | 1665 Scenic Ave Ste 200 | Costa Mesa, CA 92626 |
| cr | JPMorgan Chase Bank N.A. | 8333 Ridgepoint Drive | Irving, TX 75063−5812 | |
| cr | Roundup Funding, LLC | MS 550 PO Box 91121 | Seattle, WA 98111−9221 | |
| cr | Bank of America, NA Successsor by Merger with Countrywide Bank, NA | Miles, Bauer, Bergstrom &Winters, LLP | 1665 Scenic Ave Ste 200 | Costa Mesa, CA 92626 |
| reqntc | EMC Mortgage Corporation | C/O Pite Duncan, LLP | 4375 Jutland Drive, Ste 200 | PO Box 17933 San Diego, CA 92177−0933 |
| cr | CHRYSLER FINANCIAL SERVICES AMERICAS, LLC | c/o Shermeta, Adams &Von Allmen, P.C. | P.O. Box 80908 | Rochester Hills, MI 48308 |
| cr | United States IRS | 55 S. Market St. Suite 505 | HQ7200 | San Jose, CA 95113 |
| cr | EMC Mortgage fka EMC Mortgage Corporation | Mail Code LA4−5555 − 700 Kansas Lane | Monroe, LA 71203 | |
| cr | JPMorgan Chase Bank, N.A. | Mail Code LA4−5555 − 700 Kansas Lane | Monroe, LA 71203 | |
| reqntc | B−Line, LLC | P.O. Box 91121 Dept. 550 | SEATTLE, WA 98111−9221 | |
| cr | Citibank, N.A. | 701 East 60th Street North | SIOUX FALLS, SD 57117 | |
| br | Leilani Merrill | Keller Williams | | |
| reqntc | Bartlett, Leader−Picone &Young, LLP | c/o Kaipo K.B. Young | 2201 Broadway Suite 803 | Oakland, CA 94501 |
| cr | John Ayres | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Tony Daniels | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Ronnie Parks | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Mark Valenzuela | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Earline Morgan | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Dorothy Grant | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Roman Powell | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Jennifer Carpenter | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Carl Tinelle | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Debera McKee | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | John Fryer | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Michael Scott | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Johnny Breeding | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Lucas Armando Garza, III | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Luke Skeels | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Lola Osby | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Tony Anderson | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Raymond Jackson | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Brenda Hightower | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Delimicus Wilson | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Sommy Muikrathok | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Jolesa Alexander | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Joseph Boyd | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Virginia Johnson | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | James K. Alvey | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Evelyn Mcknight | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |

| | | | | |
|---|---|---|---|---|
| cr | Tracy Perry | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | David Rodrigues | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Stephen E. Barton | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Derick Berks | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Denise Jeffries | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | John Lasalle | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Sharon Davis | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Alexis Pierce | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Michael Anderson | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Kita Baldock | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, ca 94612 |
| cr | Julie Carr | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Dario Puga | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Jennifer Portenueve | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94612 |
| cr | Joshua Pennington | c/o Bartlett, Leader−Picone, &Young, LL | 2201 Broadway Suite 803 | Oakland, CA 94501 |
| cr | Citibank, N.A. | Payment Center, 4740 121st Street | Urbandale, IA 50323 | |
| cr | Wells Fargo Bank,National Association as Trustee | PITE DUNCAN LLP c/o MELODIE A. WHITSON | 4375 Jutland Drive, Suite 200 P.O. Box 17933 | San Diego, CA 92177−0933 |
| cr | Wells Fargo Bank, National Association as Trustee | Pite Duncan, LLP c/o Katherine L. Johnson | 4375 Jutland Drive, Ste 200 PO Box 17933 | San Diego, CA 92177−0933 |
| cr | Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., GreenPoint MTA Trust 2005−AR3, Mortgage Pass−Through Certificates, Series | Pite Duncan, LLP c/o Matthew R. Clark | 4375 Jutland Dr. Ste 200 PO BOX 17933 | San Diego, CA 92177−0933 |
| cr | JPMORGAN CHASE BANK, N.A. | c/o Five Lakes Agency, Inc. | P.O. Box 80730 | Rochester, MI 48308 |
| cr | County of Alameda Treasurer−Tax Collector Donald R. White | Office of The County Counsel | County of Alameda 1221 Oak Street, Suite 450 | Oakland, CA 94612 |
| cr | Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., GreenPoint MTA Trust 2005−AR2, Mortgage Pass−Through Certificates, | Pite Duncan, LLP | 4375 Jutland Drive, Suite 200 P.O. Box 17933 | San Diego, CA 92177−0933 |
| aty | Stanley Zlotoff | 300 S. First St. Suite 215 | San Jose, CA 95113 | |
| cr | American Liberty Investments, L.L.C. | c/o Simon Aron, Esq | 11400 W. Olympic Boulevard 9th Floor | Los Angeles, CA 90064 |
| cr | Campeau Goodsell Smith, a Law Corporation | 440 North First Street, Suite 100 | San Jose, CA 95112 | |
| cr | County of Alameda | Donald R. White, Tax Collector | 1221 Oak St. #463 | Oakland, CA 94612−4296 |
| op | Campeau Goodsell Smith, a Law Corporation | 440 North First Street, Suite 100 | San Jose, CA 95112 | |
| cr | PYOD LLC c/o Resurgent Capital Services | PO Box 19008 | GREENVILLE, SC 29602 | |
| reqntc | J.P. Morgan Chase Bank, N.A. | Pite Duncan, LLP | 4375 Jutland Drive, Suite 200 P.O. Box 17933 | San Diego, CA 92177−0933 |
| aty | Bryan D. Coryell | Abbey, Weitzenberg, Warren and Emery | P.O.Box 1566 | Santa Rosa, CA 95404 |
| aty | Kaipo K.B. Young | Bartlett , Leader−Picone and Young, LLP | 2201 Broadway #803 | Oakland, CA 94612 |
| aty | William J. Healy | Campeau, Goodsell and Smith | 440 N 1st St. #100 | San Jose, CA 95112 |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101−7346 | |
| smg | State Board of Equalization | Attn: Special Procedures Section, MIC:55 | P.O. Box 942879 | Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Attn: Special Procedures | P.O. Box 2952 | Sacramento, CA 95812−2952 |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101−7346 | |
| 9828234 | Aglaia Panos | 13240 Clairepointe Way | Oakland, CA 94619 | |
| 9921598 | Alameda County Tax Assessor | 1221 Oak St. | Oakland, CA 94612 | |
| 12760106 | Alameda County Tax Collector | 1221 Oak Street, Room 131 | Oakland, CA 94612 | |
| 9913787 | American Express Centurion Bank | c/o Becket and Lee | POB 3001 | Malvern, PA 19355−0701 |
| 10067208 | American Express Travel Related Services Co Inc, | c/o Becket and Lee | POB 3001 | Malvern, PA 19355−0701 |
| 11946001 | B−Line, LLC | Attn: Steven Kane | P.O. Box 91121 Dept. 550 | Seattle, WA 98111−9221 |
| 9828239 | Bank of America | PO Box 14726 | Wilmington, dE 19886 | |
| 12480272 | Bank of America, N.A. | 400 National Way | Simi Valley, CA 93065 | |
| 12335192 | Bank of America, NA,, cr | Attn: Jonathan J Damen | 1241 E. Dyer Road Suite 250 | Santa Ana, CA 92705 |
| 12305035 | Bartlett, Leader−Picone &Young, LLP | 2201 Broadway Suite 803 | Oakland, CA 94612 | |
| 9924700 | CHASE BANK USA | C O Weinstein And Riley, Ps | 2001 Western Avenue, Ste 400 | Seattle, Wa 98121 |

| ID | Name | Address |
|---|---|---|
| 11414842 | CHRYSLER FINANCIAL SERVICES AMERICAS, LLC | Chapter 13 Trustee Payment Processing P.O. Box 9001897 Louisville, KY 40290–1897 |
| 11414843 | CHRYSLER FINANCIAL SERVICES AMERICAS, LLC | c/o Shermeta, Adams &Von Allmen, P.C. P.O. Box 80908 Rochester Hills, MI 48308–0908 |
| 9828232 | California Mortgage | 62 First St., 4th Fl San Fco, CA 94105 |
| 9828240 | Capital One | PO Box 60024 City of Industry, CA 91716 |
| 9842291 | Capital One Bank (USA), N.A. | C/O Tsys Debt Management (Tdm) PO BOX 5155 NORCROSS, GA 30091 |
| 9828241 | Chase | PO Box 94014 Palatine, IL 60094 |
| 9938803 | Chase Bank USA NA | PO Box 15145 Wilmington, DE 19850–5145 |
| 9828246 | Chase/Disney | PO Box 94014 Palatine, IL 60094 |
| 9828256 | Chase/United | PO Box 94014 Palatine, IL 60094 |
| 9828242 | Chevron | PO Box 530950 Atlanta, GA 30353 |
| 9828235 | Chrysler Financial | PO Box 9001921 Louisville, KY 40290 |
| 9921597 | Chrysler Financial | PO Box 9001921 Louisville, KY 40290 |
| 9854364 | Chrysler Financial Services Americas LLC | Randall P. Mroczynksi 535 Anton Boulevard, 10th Floor Costa Mesa, AZ 92626 |
| 9860952 | Chrysler Financial Svcs Americas | c/o Randall P. Mroczynski, Esq 535 Anton Blvd. 10th Fl Costa Mesa, CA 92626 |
| 9828243 | Citi | PO Box 6410 The Lakes, NV 88901 |
| 9828244 | Citi | PO Box 6415 The Lakes, NV 88901 |
| 9950297 | Citibank South Dakota NA | Exception Payment Processing PO Box 6305 The Lakes, NV 88901–6305 |
| 12037202 | Citibank, N.A. | 701 East 60th Street North Sioux Falls, SD 57117 |
| 9828231 | Countrywide Home Loans | PO Box 5170 Simi Valley, CA 93062 |
| 9920373 | Countrywide Home Loans Servicing, L.P. | 1665 Scenic Ave Ste 200 Costa Mesa, CA 92626 |
| 12916595 | Courtesy NEF, | c/o Jonathan J Damen Routh Crabtree Olsen, PS 1241 E. Dyer Road, Suite 250 Santa Ana, CA 92705 |
| 9828245 | Cupertino Dental | 10383 Torre Ave. #I Cupertino, CA 95014 |
| 10067210 | David J Cook, Esq | PO Box 270 San Francsico, CA 94104 |
| 10067209 | David J. Cook, Esq | 165 Fell St. San Francisco, CA 94102 |
| 12278269 | Deutsche Bank National Trust Company | c/o Pit Duncan, LLP 4375 Jutland Dr., #200 PO Box 17933 San Diego, CA 92177–0933 |
| 9828247 | Downey | PO Box 15726 Wilmington, DE 19886 |
| 10369439 | E.F. Foley &Company, Servicing Agent, et al. | c/o Patric J. Kelly, Esq. Adleson, Hess &Kelly, APC 577 Salmar Avenue, Second Floor Campbell, CA 95008 |
| 9828230 | EMC | PO Box 660753 Dallas, TX 75266 |
| 9868597 | EMC Mortgage Corporation | Attn. Bankruptcy Department P.O. Box 293150 Lewisville, TX 75029–3150 |
| 11217876 | EMC Mortgage Corporation | c/o MELODIE A. WHITSON 4375 Jutland Drive, Ste 200 PO Box 17933 San Diego, CA 92177–0933 |
| 13559255 | Employment Development Department | P O Box 826880 MIC 92E Sacramento, CA 94280 0001 |
| 9828248 | Expo | PO Box 6028 The Lakes, NV 88901 |
| 11840866 | First Street Commercial | Mortgage Fund, LLC 1970 Broadway #225 Oakland, CA 94612 |
| 9891413 | Franchise Tax Board | Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812–2952 |
| 10140503 | GE Money Bank | Care of Recovery Management Systems Corp dba LOWES CONSUMER 25 SE 2nd Ave Ste 1120 Miami FL 33131 |
| 10147567 | Henry C. Koehler, TTE, Nancy Berkowitz, Martin and | c/o Patric J. Kelly Adleson, Hess &Kelly, APC 577 Salmar Avenue, Second Floor Campbell, CA 95008 |
| 9828249 | Home Depot | PO Box 6028 The Lakes, NV 88901 |
| 9849349 | Internal Revenue Service | P O Box 7346 Philadelphia, PA 19101 |
| 13663832 | J.P. Morgan Chase Bank, N.A. | Attn: PITE DUNCAN, LLP 4375 Jutland Drive, Suite 200 P.O. Box 17933 San Diego, CA 92177–0933 |
| 11860134 | J.P. Morgan Chase Bank, N.A. | c/o Shermeta, Adams &Von Allmen, P.C. P.O. Box 80908 Rochester Hills, MI 48308–0908 |
| 10420128 | JPMorgan Chase Bank | Attn: Bankruptcy Dept. PO Box 24603 Columbus, OH 43219 |
| 9876235 | JPMorgan Chase Bank, N.A. | Chase Records Center Mail Code LA4–5555 700 Kansas Lane Monroe, LA 71203 |
| 11851174 | JPMorgan Chase Bank, N.A. | Chase Records Center Mail Code LA4–5555 – 700 Kansas Lane Monroe, LA 71203 |
| 12787544 | JPMorgan Chase Bank, N.A. | c/o Five Lakes Agency, Inc. P.O. Box 80730 Rochester, MI 48308–0730 |
| 12523351 | JPMorgan Chase Bank, N.A. | c/o Shermeta, Adams &Von Allmen, P.C. P.O. Box 80908 Rochester Hills, MI 48308–0908 |
| 10056718 | Kornfield, Nyberg Bendes and Kuhner, PC | Attn Eric A Nyberg, Esq 1999 Harrison Street Suite 2675 Oakland, CA 94612 |
| 10105567 | LVNV Funding LLC | Resurgent Capital Services PO Box 10587 Greenville, SC 29603–0587 |
| 9828227 | Loan Oak Fund | 11611 San Vicente Blvd. #640 Los Angeles, CA 90049 |
| 9828250 | Lowe's | PO Box 530914 Atlanta, GA 30353 |
| 10140288 | MAX RECOVERY TRUST I assignee of GE Capital | Services/HOME DEPOT POB 10228 Newark NJ 07193–0228 |
| 9828251 | Macy's | PO Box 689194 Des Moines, IA 50368 |
| 9828252 | Mervyn's | PO Box 960013 Orlando, FL 32896 |
| 10067211 | Metropolitan Elevator Co. | 550 E Tenth St. Oakland, CA 94606 Attn: Jack Parker |
| 9921595 | Omni Cancun | Blvd Kukulcan KM 16.5 ZH Cancun, Q Roo, CP 77500 |
| 13607648 | PYOD, LLC | c/o Resurgent Capital Services Po Box 19008 Greenville, SC 29602 |
| 9921863 | Richard Bauer, Jr., Esq | 1665 Scenic Ave. #200 Costa Mesa, CA 92626 |

| ID | Name | Address |
|---|---|---|
| 9828237 | Robert Taylor | 541B Cowper, Palo Alto, CA 94301 |
| 10751770 | Roundup Funding, LLC | MS 550, PO Box 91121, Seattle, WA 98111–9221 |
| 12742240 | STERLING SAVINGS BANK | c/o Gregory J. Babcock, ABBEY,WEITZENBERG,WARREN, P.O. Box 1566, Santa Rosa, CA 95402–1566 |
| 10064462 | SWEAZEY ELEVATOR CORPORATION, a corporation dba ME | c/o DAVID J. COOK, ESQ., COOK COLLECTION ATTORNEYS, P.L.C., P.O. Box 270, San Francisco, CA 94104–0270 |
| 9921596 | San Antonio County Tax Assessor | 555 County Center 1st Fl, Redwood City, CA 94063 |
| 9828253 | Sears | PO Box 6937, The Lakes, NV 88901 |
| 9828238 | Sequoia Mortgage | 1114 Irwin St., San Rafael, CA 94901 |
| 9837223 | Sequoia Mortgage Capital | Jason H Freskos, 1114 Irwin St., San Rafael, CA 94091 |
| 10147591 | Sequoia Mortgage Fund, LLC | c/o Patric J. Kelly, Esq., Adleson, Hess &Kelly, APC, 577 Salmar Avenue, 2nd Flr., Campbell, CA 95008 |
| 9918295 | Simon Aron | 11400 W Olympic Blvd. 9th Fl, Los Angeles, CA 90064 |
| 9828228 | Sonoma Bank | PO Box 6089, Santa Rosa, CA 95406 |
| 10148734 | Sterling Savings Bank | 3558 Round Barn Blvd., Ste. 200, Santa Rosa, CA 95403 |
| 12934952 | Sterling Savings Bank | Attn: Mitchell B. Greenberg, ABBEY,WEITZENBERG,WARREN, P.O. Box 1566, Santa Rosa, CA 95402–1566 |
| 13088830 | Sterling Savings Bank | c/o Bryan D. Coryell, ABBEY,WEITZENBERG,WARREN, P.O. Box 1566, Santa Rosa, CA 95402–1566 |
| 9828254 | Target | PO Box 59317, Minneapolis, MN 55459 |
| 9828236 | Tomoko Nakama | 1569 Jackson St., Oakland, CA 94612 |
| 9828255 | Union 76 | PO Box 689058, Des Moines, IA 50368 |
| 9860512 | WELLS FARGO BANK N.A. | BDD BANKRUPTCY DEPT MAC S4101–08C, 100 W WASHINGTON ST, PHOENIX, AZ 85003 |
| 11520233 | WELLS FARGO BANK, NATIONAL ASSOCIATION | c/o EMC Mortgage Corporation, 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177–0933 |
| 11192899 | WELLS FARGO BANK, NATIONAL ASSOCIATION | c/o MELODIE A. WHITSON, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177–0933 |
| 9931128 | Wachovia Dealer Services | PO BOX 19657, Irvine, CA 92623 |
| 9828233 | Wachovia Dealer Services, Inc | PO Box 25341, Santa Ana, CA 92799 |
| 9828257 | Washington Mutual | PO Box 660487, Dallas, TX 75266 |
| 9828229 | Washington Mutual | PO Box 74148, Phoenix, AZ 85062 |
| 9828258 | Washington Mutual | PO Box 78065, Phoenix, AZ 85062 |
| 9863283 | Washington Mutual Bank | 7301 Baymeadows Way, Jacksonville, FL 32256 |
| 9865200 | Washington Mutual Bank, | c/o Pite Duncan LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177–0933 |
| 9828259 | Wells Fargo | PO Box 30086, Los Angeles, CA 90030 |
| 9828260 | Wells Fargo | PO Box 54349, Los Angeles, CA 90054 |
| 9838940 | Wells Fargo Bank, N.A. | c/o Wells Fargo Card Services, Recovery Department, P.O. Box 9210, Des Moines, IA 50306 |
| 9864239 | Wells Fargo Bank, National Association as Trustee | EMC Payment Processing, PO Box 660753, Dallas, TX, 75266–0753 |
| 10147564 | | c/o Patric J. Kelly, Esq., Adleson, Hess &Kelly, APC, 577 Salmar Avenue, 2nd Floor, Campbell, CA 95008 |

TOTAL: 186