**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re: [C Benyam Mulugeta and Paula R Mulugeta

Case No. 09-51900 ASW

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 08/31/14 **PETITION DATE:** 03/18/09

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| **2. Asset and Liability Structure** | | | |
| a. Current Assets | $160,326 | $53,035 | |
| b. Total Assets | $6,658,326 | $6,651,035 | $17,538,000 |
| c. Current Liabilities | $309,345 | $289,745 | |
| d. Total Liabilities | $5,834,071 | $5,814,471 | $12,181,705 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| **3. Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $33,875 | $24,882 | $55,772 |
| b. Total Disbursements | $26,572 | $22,104 | $66,510 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $7,303 | $2,778 | ($10,738) |
| d. Cash Balance Beginning of Month | $3,023 | $245 | $0 |
| e. Cash Balance End of Month (c + d) | $10,326 | $3,023 | ($10,738) |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. ***Profit/(Loss) from the Statement of Operations*** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $150,000 | $150,000 | |
| 6. **Post-Petition Liabilities** | $309,345 | $289,745 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $289,745 | $270,145 | |

| **At the end of this reporting month:** | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. Are a plan and disclosure statement on file? | | X |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees ______; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 9/4/2014 0:00

Benyam & Paula R Mulugeta
Responsible Individual

Revised 1/1/98

09/24/2014 11:21 650-856-7783 PALO ALTO YMCA PAGE 01/02

## BALANCE SHEET
**(Small Real Estate/Individual Case)**
**For the Month Ended 08/31/14**

| | | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Assets** | | |
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $10,326 |
| 2 | Accounts receivable (net) | | $150,000 |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Rent Receivable | | |
| 5 | Grand Settlement | | $0 |
| 6 | **Total Current Assets** | | $160,326 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | $500,000.00 | $3,100,000 |
| 8 | Real property (rental or commercial) | | $3,350,000 |
| 9 | Furniture, Fixtures, and Equipment | $8,000.00 | $31,000 |
| 10 | Vehicles | $9,000.00 | $17,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $6,498,000 |
| 18 | **Total Assets** | | $6,658,326 |
| | **Liabilities** | | |
| | ***Post-Petition Liabilities*** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $19,600 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $272,745 |
| 21 | Post-petition delinquent taxes | | $17,000 |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $309,345 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $309,345 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $3,200,000 |
| 29 | Secured claims (other) | | $2,171,000 |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $153,726 |
| 32 | **Total Pre-Petition Liabilities** | | $5,524,726 |
| 33 | **Total Liabilities** | | $5,834,071 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $824,255 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $6,658,326 |

NOTE:
Appraisals; familiarity with comparable market prices, and current sales in the neighborhoods.

Revised 1/1/98

## SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | **Description of Property** | 1339 Sevier, Menlo Park | 5401 Brann, Oakland | 1112-1114 Chaucer, Berkeley |
| 2 | **Scheduled Gross Rents** | $3,000 | $1,700 | $4,400 |
| | **Less:** | | | |
| 3 | **Vacancy Factor** | | $1,700 | ($600) |
| 4 | **Free Rent Incentives** | | | |
| 5 | **Other Adjustments** | | | |
| 6 | **Total Deductions** | $0 | $1,700 | ($600) |
| 7 | **Scheduled Net Rents** | $3,000 | $0 | $5,000 |
| 8 | **Less: Rents Receivable (2)** | | | |
| 9 | **Scheduled Net Rents Collected (2)** | $3,000 | $0 | $5,000 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | **Bank** | Wells Fargo Bank<br>1339 Sevier, Menlo Park | Wells Fargo Bank<br>5401 Brann, Oakland | Wells Fargo Bank<br>1112-1114 Chaucer, Berkeley |
| 11 | **Account No.** | [redacted]4934 | [redacted]6152 | [redacted]6145 |
| 12 | **Account Purpose** | Debtor in Possession | Debtor in Possession | Debtor in Possession |
| 13 | **Balance, End of Month** | $205 | $6 | $725 |
| 14 | **Total Funds on Hand for all Accounts** | $10,326 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## SCHEDULES TO THE BALANCE SHEET

**Schedule A**

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 4 | Property 5 |
|---|---|---|---|
| 1 | **Description of Property** | 1111Alma, Palo Alto | 1025 Harker, Palo Alto |
| 2 | **Scheduled Gross Rents** | $6,000 | $11,000 |
| | **Less:** | | |
| 3 | **Vacancy Factor** | ($2,260) | |
| 4 | **Free Rent Incentives** | | |
| 5 | **Other Adjustments** | | |
| 6 | **Total Deductions** | ($2,260) | $0 |
| 7 | **Scheduled Net Rents** | $8,260 | $11,000 |
| 8 | **Less: Rents Receivable (2)** | | |
| 9 | **Scheduled Net Rents Collected (2)** | $8,260 | $11,000 |

(2) To be completed by cash basis reporters only.

**Schedule B**

| | | Account 4 | Account 2 |
|---|---|---|---|
| 10 | **Bank** | Wells Fargo Bank<br>1111Alma, Palo Alto | Wells Fargo Bank<br>1025 Harker, Palo Alto |
| 11 | **Account No.** | [redacted]86160/2[redacted]4106*** | [redacted]404660/58[redacted]0918 |
| 12 | **Account Purpose** | Debtor in Possession | Debtor in Possession |
| 13 | **Balance, End of Month** | $1,308 | $8,082 |
| 14 | **Total Funds on Hand for all Accounts** | $10,326 | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the MOR.

** Account [redacted]5559 has been closed, checkbook was stolen from car, new account is[redacted]0918. we also have a new Harker Account [redacted]4660.

*** Savings account ahs been added[redacted]76106, that has the deposit.

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**Increase/(Decrease) in Cash and Cash Equivalents**

**For the Month Ended** 08/31/14

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $27,260 | $2,136,099 |
| 2 | Cash Received from Sales | $6,615 | $106,572 |
| 3 | Interest Received | | |
| 4 | Borrowings | | $9,000 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Benyam Mulugeta | | $253,182 |
| 8 | Daughter client deposit (Elizabeth Boyi's tenant wire) | | $18,873 |
| 9 | Gary Gornick | | $13,700 |
| 10 | Tsegereda Mulugeta | | $43,238 |
| 11 | Paula Mulugeta IRA | | $7,854 |
| 12 | Grand Saving (liquid asset) | | $96,348 |
| 13 | **Total Cash Receipts** | $33,875 | $2,684,866 |
| | **Cash Disbursements** | | |
| 14 | Selling | | |
| 15 | Administrative | | |
| 16 | Capital Expenditures | | |
| 17 | Principal Payments on Debt | | $144,642 |
| 18 | Interest Paid | $5,000 | $1,456,563 |
| | Rent/Lease: | | |
| 19 | Personal Property | | |
| 20 | Real Property | $18,336 | $824,484 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | | |
| 22 | Draws | | |
| 23 | Commissions/Royalties | | |
| 24 | Expense Reimbursements | | |
| 25 | Other (tution) | | $14,042 |
| 26 | Salaries/Commissions (less employee withholding) | | |
| 27 | Management Fees | | |
| | Taxes: | | |
| 28 | Employee Withholding | | |
| 29 | Employer Payroll Taxes | | |
| 30 | Real Property Taxes | | |
| 31 | Other Taxes | | |
| 32 | Other Cash Outflows: | | |
| 33 | Personal Espenses | $3,236 | $255,974 |
| 34 | Omni Cancun | | $503 |
| 35 | Daughter client deposit (Elizabeth Boyi's tenant deposit) | | $14,596 |
| 36 | Repairs Alma | | $77,919 |
| 37 | Loan Chase and Deutshe Bank | | $15,849 |
| 38 | | | |
| 39 | | | |
| 40 | | | |
| 41 | **Total Cash Disbursements:** | $26,572 | $2,681,842 |
| 42 | **Net Increase (Decrease) in Cash** | $7,303 | $3,023 |
| 43 | **Cash Balance, Beginning of Period** | $3,023 | |
| 44 | **Cash Balance, End of Period** | $10,326 | $3,023 |

Revised 1/1/98

# Custom Management® Checking

**Activity summary**

| | |
|---|---|
| Balance on 8/1 | 5.00 |
| Deposits/Additions | 3,000.00 |
| Withdrawals/Subtractions | - 2,800.00 |
| **Balance on 8/31** | **$205.00** |

Account number [redacted]4934

**PAULA MULUGETA**
**BENYAM MULUGETA (EMC-SEVIER)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A. (Member FDIC)*

*CALIFORNIA account terms and conditions apply*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

**Transaction history**

| *Date* | *Description* | *Check No* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending Daily Balance* |
|---|---|---|---|---|---|
| **Beginning balance on 8/1** | | | | | **5.00** |
| 8/6 | Deposit Made In A Branch/Store | | 3,000.00 | | 3,005.00 |
| 8/13 | Online Transfer to Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Ibexqs4Yrf On 08/13/14 | | | 1,000.00 | 2,005.00 |
| 8/26 | Online Transfer to Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Ibeg8Myhd7 On 08/26/14 | | | 1,000.00 | 1,005.00 |
| 8/29 | Online Transfer to Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Ibexqxb8F3 On 08/29/14 | | | 800.00 | 205.00 |
| **Ending balance on 8/31** | | | | | **205.00** |
| **Totals** | | | **$3,000.00** | **$2,800.00** | |

**Important Account Information**

Effective September 15, 2014, the bonus interest rate on Money Market Savings accounts when linked to an eligible checking account will be discontinued. The interest rate on your Money Market Savings account will revert to the Bank's current applicable interest rate and is subject to change at any time.

If you have questions about this change, please contact your local banker or call the number listed on your statement. Please note, the Consumer Account Fee and Information Schedule and the Consumer Account Agreement, as amended, continue to apply.

204628



# Complete Advantage® Checking

**Activity summary**

| | |
|---|---|
| Balance on 8/1 | 6.17 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 8/31** | **$6.17** |

Account number: [redacted]86152

**BENYAM MULUGETA**
**PAULA MULUGETA (BRAN)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A. (Member FDIC)*

*CALIFORNIA account terms and conditions apply*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

**Interest you've earned**

| | |
|---|---|
| Interest paid on 8/31 | $0.00 |
| Average collected balance this month | $6.17 |
| Annual percentage yield earned | 0.00% |
| Interest paid this year | $0.00 |

204630



# Complete Advantage® Checking

**Activity summary**

| | |
|---|---|
| Balance on 8/1 | 24.97 |
| Deposits/Additions | 5,000.01 |
| Withdrawals/Subtractions | - 4,300.00 |
| **Balance on 8/31** | **$724.98** |

Account number: [redacted]145

**BENYAM MULUGETA**
**PAULA MULUGETA (EMC-CHAUCER)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A. (Member FDIC)*

*CALIFORNIA account terms and conditions apply*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

**Interest you've earned**

| | |
|---|---|
| Interest earned this month | $0.01 |
| Average collected balance this month | $1,673.35 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $0 04 |

**Transaction history**

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| **Beginning balance on 8/1** | | | | | **24.97** |
| 8/8 | Deposit Made In A Branch/Store | | 5,000.00 | | 5,024.97 |
| 8/13 | Online Transfer to Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Ibecch256T On 08/12/14 | | | 1,000.00 | |
| 8/13 | Withdrawal Made In A Branch/Store | | | 500.00 | 3,524.97 |
| 8/15 | Withdrawal Made In A Branch/Store | | | 1,400.00 | 2,124.97 |
| 8/19 | Transfer to Mulugeta 2 Tsegereda Ref #Ppek5Mvg9R Xxxxxx8614 | | | 200.00 | 1,924.97 |
| 8/21 | Transfer to Mulugeta Tsegereda Ref #Ppe2Ndvyrb Xxxxxx5075 | | | 200.00 | 1,724.97 |
| 8/25 | Online Transfer to Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Ibe5Kh2Qp2 On 08/24/14 | | | 1,000 00 | 724,97 |
| 8/29 | Interest Payment | | 0.01 | | 724.98 |
| **Ending balance on 8/31** | | | | | **724.98** |
| **Totals** | | | **$5,000.01** | **$4,300.00** | |

204629



# Complete Advantage® Checking

**Activity summary**

| | |
|---|---|
| Balance on 8/1 | 48.00 |
| Deposits/Additions | 8,260.04 |
| Withdrawals/Subtractions | - 7,000.01 |
| **Balance on 8/31** | **$1,308.03** |

Account number: [redacted]66160

**BENYAM MULUGETA**
**PAULA MULUGETA (ALMA)**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A. (Member FDIC)*

*CALIFORNIA account terms and conditions apply*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

**Interest you've earned**

| | |
|---|---|
| Interest earned this month | $0.04 |
| Average collected balance this month | $5,340.25 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $0.04 |

**Interest withheld**

| | |
|---|---|
| Interest withheld this period | $0.01 |
| Interest withheld this year | $0.01 |

**Transaction history**

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| **Beginning balance on 8/1** | | | | | **48.00** |
| 8/1 | Deposit Made In A Branch/Store | | 8,260.00 | | 8,308.00 |
| 8/11 | Online Transfer to Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Ibe5Kcpg4Z On 08/11/14 | | | 1,000.00 | 7,308.00 |
| 8/20 | Online Transfer to Mulugeta B Preferred Checking Xxxxxx4660 Ref #Ibek5N6Rwy On 08/20/14 | | | 5,000.00 | 2,308.00 |
| 8/21 | Online Transfer to Mulugeta P Complete Advantage(Rm) Xxxxxx0918 Ref #Iben2PR6R5 On 08/21/14 | | | 1,000.00 | 1,308.00 |
| 8/29 | Interest Payment | | 0.04 | | |
| 8/29 | Federal Tax Withheld | | | 0.01 | 1,308.03 |
| **Ending balance on 8/31** | | | | | **1,308.03** |
| **Totals** | | | **$8,260.04** | **$7,000.01** | |

**Summary of Overdraft and Returned Item fee(s)**

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $50.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year

204631

# Wells Fargo® Preferred Checking

Account number: [redacted]04660 ∨ August 1, 2014 - August 31, 2014 ∨ 

BENYAM MULUGETA
PAULA MULUGETA
1025 HARKER AVE
PALO ALTO CA 94301-3419

**Questions?**

*Available by phone 24 hours a day, 7 days a week.*
**1-800-742-4932**
*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | [x] | Direct Deposit | [x] |
| Online Bill Pay | [ ] | Auto Transfer/Payment | [ ] |
| Online Statements | [x] | Overdraft Protection | [ ] |
| Mobile Banking | [ ] | Debit Card | [ ] |
| My Spending Report | [x] | Overdraft Service | [ ] |

## IMPORTANT ACCOUNT INFORMATION

**Enhancements coming to your transaction descriptions including cash back detail**
Over the next few months, you will notice changes to the descriptions for debit, ATM or prepaid card transactions. These enhancements provide more detail about your transactions, and include new descriptions for purchases with cash back. For debit, ATM, or prepaid card merchant purchases with a request for cash back, the transaction description will include the words "cash" or "cash back," and may include the dollar amount of cash requested.

**Other Wells Fargo Benefits**

**Considering buying your first or next home?**
Whether you're just in the planning stage or you've already started looking for a home, give us a call at **1-866-582-1253** and we'll help guide you through the process.

(114)
Sheet Seq = 0002243
Sheet 00001 of 00003



## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $3,011.88 |
| Deposits/Additions | 21,000.04 |
| Withdrawals/Subtractions | - 16,585.47 |
| **Ending balance on 8/31** | **$7,426.45** |

Account number: [redacted]1404660

**BENYAM MULUGETA**
**PAULA MULUGETA**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN). 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.04 |
| Average collected balance | $4,647.80 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.04 |
| Interest paid this year | $0.32 |

## Interest withheld

| | |
|---|---|
| Interest withheld this period | $0.01 |
| Interest withheld this year | $0.06 |

## Transaction history

| *Date* | *Check Number* | *Description* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending daily balance* |
|---|---|---|---|---|---|
| 8/1 | | Online Transfer to Mulugeta P Complete Advantage(Rm) xxxxxx0918 Ref #Ibe8Gbqdql on 08/01/14 | | 1,000.00 | 2,011.88 |
| 8/4 | | Online Transfer to Mulugeta P Ref #Ibeccf26Sp Complete Advantage(Rm) Via Mobile | | 100.00 | 1,911.88 |
| 8/5 | | Online Transfer to Mulugeta B Checking xxxxxx8141 Ref #Ibexqqch3J on 08/05/14 | | 100.00 | |
| 8/5 | | Online Transfer to Mulugeta P Complete Advantage(Rm) xxxxxx0918 Ref #Ibek5Jc9D4 on 08/05/14 | | 500.00 | 1,311.88 |
| 8/8 | 210 | Check | | 650.00 | 661.88 |
| 8/12 | | Transfer to Mulugeta 2 Tsegereda Ref #Ppexqrwvxl xxxxxx8614 | | 160.00 | 501.88 |
| 8/18 | | City of Palo Alt Util Paymt 000030021620 Benyam Mulugeta | | 240.46 | 261.42 |
| 8/19 | 212 | Check | | 5,000.00 | -4,738.58 |
| 8/20 | | Check Reversal | 5,000.00 | | |
| 8/20 | | NSF Return Item Fee for a Transaction Received on 08/19 $5,000.00 Check # 00212 | | 35.00 | |
| 8/20 | | Online Transfer From Mulugeta B Complete Advantage(Rm) xxxxxx6160 Ref #Ibek5N6Rwy on 08/20/14 | 5,000.00 | | 5,226.42 |
| 8/21 | | Brookfield Globa Dir Credit 1824645 Grs/Brookfield | 11,000.00 | | |
| 8/21 | | Transfer to Mulugeta Tsegereda Ref #Ppe8Ghtv5R xxxxxx5075 | | 200.00 | 16,026.42 |
| 8/22 | | Withdrawal Made In A Branch/Store | | 600.00 | 15,426.42 |
| 8/25 | | Online Transfer to Mulugeta P Ref #Ibe5Kh7P3x Complete Advantage(Rm) Roof Materials for Sevler | | 1,500.00 | 13,926.42 |
| 8/26 | | Withdrawal Made In A Branch/Store | | 1,500.00 | |
| 8/26 | 212 | Check | | 5,000.00 | 7,426.42 |
| 8/29 | | Interest Payment | 0.04 | | |
| 8/29 | | Federal Tax Withheld | | 0.01 | 7,426.45 |
| **Ending balance on 8/31** | | | | | **7,426.45** |
| **Totals** | | | **$21,000.04** | **$16,585.47** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



# Complete Advantage® Checking

**Activity summary**

| | |
|---|---|
| Balance on 8/1 | -84.61 |
| Deposits/Additions | 16,514.94 |
| Withdrawals/Subtractions | - 15,775.28 |
| **Balance on 8/31** | **$655.05** |

Account number: ████50918

**PAULA MULUGETA**
**BENYAM MULUGETA**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-51900 (NCA)**

*Wells Fargo Bank, N.A. (Member FDIC)*

*CALIFORNIA account terms and conditions apply*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

**Interest you've earned**

| | |
|---|---|
| Interest earned this month | $0.01 |
| Average collected balance this month | $1,428.89 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $0.06 |

**Transaction history**

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | **Beginning balance on 8/1** | | | | **-84.61** |
| 8/1 | Overdraft Fee For A Transaction Posted On 07/31 $485.56 Recur Debit Crd Pmt07/30 AT&T*Bill Payment 800-331-0500 TX 434256Xxxxxx4790 4642117763415 | | | 35.00 | |
| 8/1 | Online Transfer From Mulugeta B Preferred Checking Xxxxxx4660 Ref #Ibe8Gbqdqt On 08/01/14 | | 1,000.00 | | |
| 8/1 | Check Crd Purchase 07/31 Actblue*Dccc-House 617-5177600 MA 434256Xxxxxx4790 464212794224512 ?McC=8651 | | | 40.00 | |
| 8/1 | Check Crd Purchase 07/31 Aqua Adventure Wat 510-494-4426 CA 434256Xxxxxx4790 584212819660691 ?McC=9399 | | | 56.96 | 783.43 |
| 8/4 | Online Transfer From Mulugeta B Ref #Ibeccf26Sp Preferred Checking Via Mobile | | 100.00 | | |
| 8/4 | Check Crd Purchase 08/02 Aspca - Web 800-628-0028 NY 434256Xxxxxx4790 464213813375654 ?McC=8398 | | | 25.00 | |
| 8/4 | Check Crd Purchase 08/02 Aspca - Web 800-628-0028 NY 434256Xxxxxx4790 304213817482726 ?McC=8398 | | | 36.00 | |
| 8/4 | Check Crd Purchase 08/03 Ymca Silicon Valle WWW.Ymcamidpe CA 434256Xxxxxx4790 164215471232534 ?McC=8641 | | | 50.00 | |
| 8/4 | ATM Withdrawal - 08/03 Mach ID 0277A 400 Hamilton Ave Palo Alto CA 4790 0002662 | | | 100.00 | |
| 8/4 | POS Purchase - 08/04 Mach ID 000000 Ross Stores 185 Mountain Viewca 4790 00000000944728435 ?McC=5310 | | | 229.47 | |
| 8/4 | POS Purchase - 08/04 Mach ID 000000 Arco Paypoint Palo Alto CA 4790 00384216710787820 ?McC=5542 | | | 77.68 | |
| 8/4 | POS Purchase - 08/04 Mach ID 000000 Petsmart Inc 1575 Mountain Viewca 4790 00464216718405383 ?McC=5995 | | | 50.66 | |
| 8/4 | POS Purchase - 08/04 Mach ID 000000 Safeway Store 1682 Palo Alto CA 4790 00584216751896189 ?McC=5411 | | | 258.30 | 56.32 |
| 8/5 | Online Transfer From Mulugeta B Preferred Checking Xxxxxx4660 Ref #Ibek5Jc9D4 On 08/05/14 | | 500.00 | | 556.32 |
| 8/7 | Recur Debit Crd Pmt08/06 Svk*Em Childrens B 800-724-1818 CT 434256Xxxxxx4790 384218062074879 ?McC=5968 | | | 18.96 | 537.36 |
| 8/8 | Ymca of Silicon Direct Dep 140808 658049532144Bww Mulugeta,Paula R | | 737.06 | | |
| 8/8 | POS Purchase - 08/08 Mach ID 000000 Arco Paypoint 8 Palo Alto CA 4790 00000000652330613 ?McC=5542 | | | 72.90 | |
| 8/8 | Transfer to Mulugeta 2 Tsegereda Ref #Ppexqr6Jnc Xxxxxx8614 | | | 200.00 | 1,001.52 |
| 8/11 | Online Transfer From Mulugeta B Complete Advantage(Rm) Xxxxxx6160 Ref #Ibe5Kcpg4Z On 08/11/14 | | 1,000.00 | | |

204632

◊ **COMPLETE ADVANTAGE® CHECKING** (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 8/11 | Check Crd Purchase 08/08 Education to Go 951-719-1150 CA 434256Xxxxxx4790 384219850792192 ?McC=8220 | | | 95.00 | |
| 8/11 | Check Crd Purchase 08/08 Ymca Silicon Valle Santa Clara CA 434256Xxxxxx4790 284221033706235 ?McC=8641 | | | 116 00 | |
| 8/11 | POS Purchase - 08/10 Mach ID 000000 Ross Stores 185 Mountain Viewca 4790 00000000749872882 ?McC=5310 | | | 130.42 | |
| 8/11 | Check Crd Purchase 08/10 Kohl's #1388 Mountain View CA 434256Xxxxxx4790 164222718358224 ?McC=5311 | | | 89.93 | |
| 8/11 | POS Purchase - 08/10 Mach ID 000000 East West Bookshop Mountain Viewca 4790 00304222823107711 ?McC=5192 | | | 57.04 | |
| 8/11 | POS Purchase - 08/11 Mach ID 000000 Ross Stores 185 Mountain Viewca 4790 00000000843487813 ?McC=5310 | | | 223.95 | |
| 8/11 | POS Purchase - 08/11 Mach ID 000000 Safeway Store 1682 Palo Alto CA 4790 00384223758078678 ?McC=5411 | | | 198.00 | 1,091.18 |
| 8/12 | Check | 771 | | 30.00 | 1,061.18 |
| 8/13 | Online Transfer From Mulugeta B Complete Advantage(Rm) Xxxxxx6145 Ref #Ibecch256T On 08/12/14 | | 1,000.00 | | |
| 8/13 | Online Transfer From Mulugeta P Custom Management(Rm) Xxxxxx4934 Ref #Ibexqs4Yrf On 08/13/14 | | 1,000.00 | | |
| 8/13 | POS Purchase - 08/13 Mach ID 000000 Oreilly Auto Parts 347 Redwood City CA 4790 00000000746331224 ?McC=5533 | | | 21.79 | |
| 8/13 | POS Purchase - 08/13 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 4790 00304225739255363 ?McC=5200 | | | 1,080 63 | |
| 8/13 | ATM Withdrawal - 08/13 Mach ID 0277D 400 Hamilton Ave Palo Alto CA 4790 0009584 | | | 60.00 | 1,898.76 |
| 8/14 | Check Crd Purchase 08/13 Ymca Silicon Valle Santa Clara CA 434256Xxxxxx4790 284225676456496 ?McC=8641 | | | 20.00 | |
| 8/14 | Check Crd Purchase 08/13 Quik Stop #0059 Menlo Park CA 434256Xxxxxx4790 284226057978568 ?McC=5542 | | | 80.70 | |
| 8/14 | POS Purchase - 08/14 Mach ID 000000 The Home Depot 6603 E Palo Alto CA 4790 00304226603775247 ?McC=5200 | | | 77.87 | |
| 8/14 | POS Purchase - 08/14 Mach ID 000000 Fry S Electronics Palo Alto CA 4790 00384226636880856 ?McC=5732 | | | 214.14 | |
| 8/14 | Check | 672 | | 948.00 | 558.05 |
| 8/15 | Check Crd Pur Rtrn 08/14 Fry's Electronics Palo Alto CA 434256Xxxxxx4790 624227550323434 ?McC=5732 | | 108.74 | | |
| 8/15 | Deposit Made In A Branch/Store | | 5,000.00 | | |
| 8/15 | Check Crd Purchase 08/14 Menlo Park Beacon Menlo Park CA 434256Xxxxxx4790 384226700097051 ?McC=5542 | | | 22.13 | |
| 8/15 | Check | 767 | | 33.93 | 5,610.73 |
| 8/18 | Check Crd Purchase 08/16 Ymca Silicon Valle Santa Clara CA 434256Xxxxxx4790 164228748279510 ?McC=8641 | | | 21 00 | |
| 8/18 | Check Crd Purchase 08/17 Avon Online Store 800-500-2866 NY 434256Xxxxxx4790 304228627904771 ?McC=5977 | | | 59.79 | |
| 8/18 | Check | 673 | | 90.00 | 5,439 94 |
| 8/19 | Deposit Made In A Branch/Store | | 11.85 | | |
| 8/19 | Check Crd Purchase 08/18 Amazon.Com Amzn.Com/Bill WA 434256Xxxxxx4790 384230519350910 ?McC=5942 | | | 41.89 | |
| 8/19 | Check Crd Purchase 08/18 Allstate *Payme 800-255-7828 IL 434256Xxxxxx4790 584230584467652 ?McC=6300 | | | 117.58 | |
| 8/19 | Check Crd Purchase 08/18 Allstate *Payme 800-255-7828 IL 434256Xxxxxx4790 584230585216276 ?McC=6300 | | | 75.17 | |
| 8/19 | Check Crd Purchase 08/18 Allstate *Payme 800-255-7828 IL 434256Xxxxxx4790 304230585640462 ?McC=6300 | | | 119 67 | |
| 8/19 | Check Crd Purchase 08/18 Allstate *Payme 800-255-7828 IL 434256Xxxxxx4790 584230586141672 ?McC=6300 | | | 155.40 | |
| 8/19 | Check Crd Purchase 08/18 Avon Online Store 800-500-2866 NY 434256Xxxxxx4790 584228606222863 ?McC=5977 | | | 158.82 | |
| 8/19 | Allstate Ins CO Ins Prem Aug 14 000000934984993 Mulugeta | | | 264.92 | |
| 8/19 | Check | 676 | | 3,000.00 | 1,518.34 |
| 8/20 | POS Purchase - 08/20 Mach ID 000000 Safeway Store 1682 Palo Alto CA 4790 00384232582889359 ?McC=5411 | | | 185.03 | |
| 8/20 | Check | 671 | | 825.67 | 507.64 |
| 8/21 | Overdraft Fee For A Transaction Posted On 08/20 $825.67 Check # 00671 | | | 35.00 | |
| 8/21 | Online Transfer From Mulugeta B Complete Advantage(Rm) Xxxxxx6160 Ref #Iben2PR6R5 On 08/21/14 | | 1,000 00 | | |

204633



## COMPLETE ADVANTAGE® CHECKING (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 8/28 | Recur Debit Crd Pmt08/27 Svk*Em Childrens B 800-724-1818 CT 434256Xxxxxx4790 464239068300713 ?McC=5968 | | | 18.96 | |
| 8/28 | Check | 679 | | 700.00 | |
| 8/28 | Check | 678 | | 290.00 | 223.03 |
| 8/29 | Online Transfer From Mulugeta P Custom Management(Rm) Xxxxxx4934 Ref #Ibexqxb8F3 On 08/29/14 | | 800.00 | | |
| 8/29 | Check Crd Purchase 08/28 Ymca Silicon Valle Santa Clara CA 434256Xxxxxx4790 164240682136995 ?McC=8641 | | | 47.99 | |
| 8/29 | ATM Withdrawal - 08/29 Mach ID 0277B 400 Hamilton Ave Palo Alto CA 4790 0009308 | | | 300.00 | |
| 8/29 | POS Purchase - 08/29 Mach ID 000000 Kaiser 02090371 Redwood City CA 4790 00000000442329252 ?McC=8099 | | | 20.00 | |
| 8/29 | Interest Payment | | 0.01 | | 655.05 |
| **Ending balance on 8/31** | | | | | **655.05** |
| **Totals** | | | **$16,514.94** | **$15,775.28** | |

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 671 | 8/20 | 825.67 | 677 | 8/25 | 400.00 | 701 * | 8/21 | 20.00 |
| 672 | 8/14 | 948.00 | 678 | 8/28 | 290.00 | 767 * | 8/15 | 33.93 |
| 673 | 8/18 | 90.00 | 679 | 8/28 | 700.00 | 770 * | 8/21 | 388.00 |
| 676 * | 8/19 | 3,000.00 | 698 * | 8/21 | 75.00 | 771 | 8/12 | 30.00 |

** Gap in check sequence.*

### Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $70.00 | $105.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.

204635

Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 210 | 08/08/14 | $650.00 | Harker Checking XXXXXX4660 |

BENYAM MULUGETA
PAULA MULUGETA
HARKER
1025 HARKER AVE
PALO ALTO, CA 94301-3419

210

8-4-14
Date

Pay to the Order of U.S. Trustee $ 650:—

Six hundred fifty dollars Dollars

For 7150957900

⑆121042882⑆ 3421404660⑈/00210

>0410-3601-7<
US TREAS DG-ECP
20140808

Equal Housing Lender

© 1995 - 2014 Wells Fargo. All rights reserved.



Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 212 | 08/26/14 | $5,000.00 | Harker Checking XXXXXX4660 |

Equal Housing Lender

© 1995 - 2014 Wells Fargo. All rights reserved.


Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 679 | 08/28/14 | $700.00 | COMPLETE ADVANTAGE CHECKING XXXXXX0918 |

BENYAM MULUGETA
PAULA MULUGETA
PO BOX 407
PALO ALTO, CA 94302

679

8/28/14

Pay to the Order of Benyam Mulugeta $ 700.=

Seven hundred Dollars

For Material Servic

⑆121042882⑆ 5844450918⑈ 00679

Equal Housing Lender
© 1995 - 2014 Wells Fargo. All rights reserved.