EXHIBIT A BILLING STATEMENT
Mulugeta
CH 11 NO. 09-51900 ASW

| DATE | REGARDING | TIME |
|---|---|---|

**Case Administration**

| DATE | REGARDING | TIME |
|---|---|---|
| 1/23/2013 | Research anti-modification issue | 2.0 |
| 1/25/2013 | Prepare Motion to Reconsider dismissal | 1.5 |
| 1/29/2013 | Research Sequoia claims | 1.0 |
| 1/30/2013 | Prepare supplemental Motion to Reconsider | 2.0 |
| 2/12/2013 | Conference with client | 0.5 |
| 2/12/2013 | Prepare disclosure of sales | 0.3 |
| 2/14/2013 | Prepare for court hearing on Motion to Reconsider | 0.4 |
| 2/14/2013 | Appear at court hearing on Motion to Reconsider | 1.5 |
| 2/14/2013 | Prepare application for employment | 0.3 |
| 2/19/2013 | Prepare Declaration re Harker residence | 1.0 |
| 2/27/2013 | Conference with client re supplemental memo | 3.0 |
| 2/27/2013 | Prepare supplemental memo re Reconsideration | 2.0 |
| 3/5/2013 | Prepare for court hearing re Reconsideration | 2.0 |
| 3/5/2013 | Appear at court hearing re reconsideration | 1.4 |
| 3/15/2013 | Prepare for court hearing re compromise of controversy (Am.Liberty Inv.) | 0.3 |
| 3/15/2013 | Appear at court hearing re compromise of controversy | 1.0 |
| 4/2/2013 | Memo to Kelly re 1111b | 0.5 |
| 5/31/2013 | Review April MOR | 0.2 |
| 7/26/2013 | Appear at status conference | 0.5 |
| 8/13/2013 | Review MORs | 0.5 |
| 8/13/2013 | Conference with client re revised MORs | 0.5 |
| 9/23/2013 | Review MORs | 0.4 |
| 9/23/2013 | Prepare status conference statement | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 9/30/2013 | Appear at Status Conference | 1.0 |
| 10/21/2013 | Conference with client re MORs and need for register | 1.0 |
| 10/29/2013 | Conference with client re MOR | 0.7 |
| 11/1/2013 | Review revised MOR (8/2013) and proposed corrections | 0.4 |
| 11/4/2013 | Review corrected MOR for 8/13 | 0.4 |
| 11/18/2013 | Review MOR 9/13 and memo re defects | 0.5 |
| 1/20/2014 | Prepare status conference statement | 0.5 |
| 1/23/2014 | Conference with client re MORs, etc. | 0.6 |
| 1/27/2014 | Appear at status conference | 0.5 |
| 1/28/2014 | Review Oct & Nov MORs and memo to debtor | 0.7 |
| 2/7/2014 | Conference with client re MORs | 1.0 |
| 2/10/2014 | Prepare application to extend stay of dismissal | 0.6 |
| 2/13/2014 | Prepare status conference statement | 0.7 |
| 2/20/2014 | Appear at status conference | 1.2 |
| 5/1/2014 | Review MORs, Jan thru March | 0.4 |
| 8/29/2014 | Review July MOR | 0.3 |
| 9/12/2014 | Prepare fee application | 2.0 |

| | | |
|---|---|---|
| | Subtotal | 35.6 |
| | Fee subtotal at $300 per hour | $10,680 |

**Claims**

| Date | Description | Hours |
|---|---|---|
| 3/6/2013 | File review and prepare worksheets for Sevier and Chaucer lien valuations | 1.0 |
| 3/14/2013 | Conference with client | 2.0 |
| 4/5/2013 | Research court file for deed of trust amounts claimed | 2.0 |
| 5/22/2013 | Review court file re CGS claim for attorney's fees | 2.0 |
| 5/23/2013 | Research and prepare response to CGS application for fees | 3.0 |
| 5/30/2013 | Appear at court hearing re CGS fee application | 1.0 |
| 5/30/2013 | Conference with client re CGS | 0.5 |
| 6/17/2013 | Review responsive declaration re CGS | 1.0 |

| Date | Description | Hours |
|---|---|---|
| 7/5/2013 | Review Voisenat fee application | 2.0 |
| 7/7/2013 | Prepare memo in opposition to Voisenat application | 2.0 |
| 7/12/2013 | Appear at court hearing re Voisenat fee app | 0.7 |
| 7/18/2013 | Appear at CGS deposition of debtor | 2.0 |
| 8/21/2013 | Prepare Reply in opposition to CGS fee app | 2.5 |
| 8/29/2013 | Appear at court hearing re CGS fee app | 0.8 |
| 5/1/2014 | Review Chase omitted claim and tel. call to M. Clark | 0.5 |
| | Subtotal | 23.0 |
| | Fee subtotal at $300 per hour | $6,900 |

**Plan and Disclosure Statement**

| Date | Description | Hours |
|---|---|---|
| 4/11/2013 | Review debtors' outline for plan | 1.5 |
| 4/11/2013 | Conference with debtor re plan | 2.0 |
| 4/14/2013 | Prepare unsecured creditor list | 2.0 |
| 4/15/2013 | Prepare draft combined plan and disclosure statement | 4.0 |
| 4/15/2013 | Conference with debtor | 2.0 |
| 4/17/2013 | Prepare proposed corrections to draft | 0.7 |
| 4/17/2013 | Prepare redlined revision | 4.0 |
| 4/18/2013 | Conference with debtor | 2.5 |
| 4/18/2013 | Final review | 1.5 |
| 5/15/2013 | Prepare status conference statement | 0.5 |
| 5/23/2013 | Appear at status conference | 0.5 |
| 3/10/2014 | Review FMVs of real properties | 0.5 |
| 3/21/2014 | Conference with client re proposed amended plan | 0.5 |
| 3/28/2014 | Prepare redlined amended plan | 4.0 |
| 3/31/2014 | Conference with client re editing of plan | 1.3 |
| 4/2/2014 | Draft final plan edits | 1.5 |
| 4/4/2014 | Review documents for motions to value | 0.7 |

| Date | Description | Hours |
|---|---|---|
| 5/2/2014 | Draft Chaucer and Sevier Motions to Value | 1.5 |
| 5/2/2014 | Draft Declarations re Motions to Value | 1.5 |
| 5/6/2014 | Prepare final revisions of Motions to Value | 0.3 |
| 5/8/2014 | Appear at hearing on adequacy of disclosures | 0.5 |
| 5/30/2014 | Prepare Motion to Value defaults | 0.7 |
| 6/2/2014 | Prepare notice of hearing re Motion to Value plus memo | 1.2 |
| 6/24/2014 | Draft proposed plan changes | 1.0 |
| 7/1/2014 | Memo to debtor re need for more precise disclosures | 0.7 |
| 7/2/2014 | Prepare amended plan redlined version | 3.0 |
| 7/8/2014 | Edits to redlined plan | 1.5 |
| 7/28/2014 | Further edits to plan | 1.5 |
| 7/29/2014 | Review Chase stip and further plan revisions | 0.7 |
| 7/30/2014 | Prepare ballots and order for confirmation hearing | 1.0 |
| 8/5/2014 | Coordinate ballots with claims for mass mailing | 3.0 |
| 8/20/2014 | Telephone call to Kelly re Sequoia settlement | 0.2 |
| 8/29/2014 | Prepare Motion for acceptance of Sequoia settlement | 2.0 |
| 8/30/2014 | Prepare Declarations for confirmation | 0.6 |
| 9/4/2014 | Prepare ballot summary | 1.2 |
| 9/4/2014 | Prepare confirmation memo | 1.5 |

|  |  |  |
|---|---|---|
| Subtotal | | 53.3 |
| Fee subtotal at $300 per hour | | $15,990 |
| TOTAL | | 111.9 |
| Total fees at $300 per hour | | $33,570 |

MAILER COSTS

Notice of Adequacy of Disclosure hearing
    51 Copies at 10cents per copy      $5.10
    Stamps, 51 at 49 cents each      $24.99
Plan and confirmation hearing
    Copies at Fed Ex      $256.18
    Stamps 51 envelopes at $1.66      $84.66
Sequoia Settlement hearing
    Copies at Fed Ex      $96.70

Stamps 51 envelopes at 70 cents each $35.70

Total costs $503.33