

UNITED STATES BANKRUPTCY COURT
Northern District of California
U.S. Courthouse and Federal Building
280 South First Street Room 3035
San Jose, California 95113-3099
(408) 278-7500



FILED

FEB 03 2015

United States Bankruptcy Court
San Jose, California

**EDWARD EMMONS**
**Clerk of Court**

February 3, 2015

*Stanley A. Zlotoff*
*Law Offices of Stanley A. Zlotoff*
*300 S 1st St. #215*
*San Jose, CA 95113*

      Re:     09-51900 Benyam & Paula Mulugeta

Dear Stanley A. Zlotoff:

      The Court's file indicates that a plan was confirmed some time ago in this case. An application for the final decree has not yet been filed. Please report by letter to the Court not later than *February 23, 2015* on the following matters:

      1.     Whether the debtor is in default under the terms of the confirmed plan. If in default, briefly set forth the nature or amount of the default and the length of time the debtor has been in default.

      2.     The extent to which the plan has been consummated. Set forth a brief description and estimate the percentage of consummation.

      3.     Briefly describe what remains to be done in order to submit the application for the final decree and an estimated date when the application will be filed.

      If your response is not received by *February 23, 2015*, the Court will consider issuing an Order to Show Cause for the dismissal or conversion of the case under Section 1112 of the Bankruptcy Code.

                              Very truly yours,

                                /S/ Arthur S. Weissbrodt
                              UNITED STATES BANKRUPTCY JUDGE

*DF*

cc:     File