

STANLEY A. ZLOTOFF
A PROFESSIONAL CORPORATION

300 SOUTH FIRST STREET
SUITE 215
SAN JOSE, CA 95113

(408) 287-5087
FAX (408) 287-7645

February 23, 2015

United States Bankruptcy Court
Attn: Judge Arthur S. Weissbrodt

Re: Mulugeta #09-51900 ASW

Dear Judge Weissbrodt:

Regarding the letter dated February 3, 2015, I respond as follows:

1. Debtors are not in default

2. The only payments that have come due so far have been payments on administrative claims. Claims owed for attorney's fees were in the amount of $63,000; and, except for an agreed upon arrangement with the undersigned, they have been fully paid.

3. A number of claims were scheduled as disputed; and debtors are almost done researching the bases for allowance or objection. Debtors expect that within two weeks they will have objections filed. Debtors expect that they will request a final decree within 60 more days.

Sincerely,

Stanley A. Zlotoff
Attorney at Law