UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Benyam Mulugeta and Paula R Mulugeta

09-51900 ASW

Debtor(s) | For the quarter ending: 12/31/2014 [1]

The revested debtor hereby submits the following post-confirmation report to this calendar quarter:

1. Date of Entry of order confirmaing plan:      9/25/2014

2. Cash balance at beginning of quarter:      $ 1,362.00
   Total receipts during quarter:      $ 108,067.68
   Total disbursements during quarter      $ 102,233.43
   Cash balance at end of quarter:      $ 7,157.25

3. Payments made pursuant to the Plan this quarter:      $ 59,202.38

   Total payments to be made pursuant to the Plan:      $ 141,968.00
   Cumulative paid to date:      $ 59,202.38
   Balance remaining to be made under the Plan:      $ 82,765.62

   As of the end of this reporting period      Yes      No

4. Are all payment required by the confirmed plan current at this time? [If not, atteach explanatory statement Identifying payment not made (by creditor, amount and date due), reason for non-payments, and an estimated date as to when payments will be brought current.]      YES

5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? (If yes, attach an explanatory statement.)      NO

6. Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. S 1930(a)(6) and the Plan?      YES

---

[1] First report shall be filled for the portion of the calendar quarter from the date of confirmation to the end of quarter, and subsequent reports shall be filled at the expriration of each calendar quarter thereafter until dimissal, conversion or entry of a final decree closing the case. Reports shall be filled with the court and served on the UST no later than twenty (20) days after expiration of the reported period

Revised 1/1/98

|    |                                                                                                                                                                                                                              | Yes           | No   |
|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------|------|
| 7  | Have all motions, matters and adversary proceedings been resolved? (if no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution.) | See Attachment N/A | N/A  |
| 8  | Has the order confirming the Plan become nonappealable?                                                                                                                                                                       |               | X    |
| 9  | Have deposits, if any, required by the Plan been distributed pursuanto to the Plan? (if no please expain.)                                                                                                                    | N/A           | N/A  |
| 10 | Has any property proposed by the Plan to be frasferred been tranferred pursuant to the Plan?                                                                                                                                  | N/A           | N/A  |
| 11 | Does any property remain to be transferred pursuant to the Plan? (if yes, identify each such property and the anticipated date of transfer pursuant to the Plan.)                                                             | N/A           | N/A  |
| 12 | Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan?                                                                                       |               |      |
| 13 | Anticipated date of motion for final decree:                                                                                                                                                                                  | 5/31/2015     |      |

I declare undet penalty of perjury that the statements set forth above ate true and accurate

_9.23-15_
Dated:

Reponsible Individual(signature)

BENYAM MULUGETA
Print Name

Current Address
1025 Harker Ave.
Palo Alto
CA 94301

Telephone Numer:
650-906-8012

ATTACHMENT TO 4TH QUARTER REPORT

Regarding item 7, debtors are still researching possible objections to those Class 2(b) unsecured creditors whose claims were identified as disputed. Also, debtors are still working with Employment Development Department to resolve its disputed claim.

Debtors determined that one of those disputed Class 2(b) claims, identified as Claim No. 8, for the amount of $1,557,577.22, filed by Washington Mutual Bank, is actually the same as the secured claim, held by Deutsche Bank, and provided for by debtors' plan in Class 1c.

Also, debtors determined that the Class 2(b) claim identified as Washington Mutual #546, for the amount of $161,527, is the same as Claim No. 35, a secured claim held by JPMorgan Chase Bank, and provided for by the debtors' plan in Class 1k.