B6F (Official Form 6F) (12/07)

In re **Benyam Mulugeta**  
**Paula R. Mulugeta**  
Debtor(s)

Case No. **09-51900 DM**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xx-x064-1**<br><br>**Omni Cancun Hotel & Villas**<br>**Attn: Managing Agent**<br>**Boulevard Kukulcan KM 16.5 L-48**<br>**MZA.53**<br>**Cancun, Quintana Roo**<br>**Mexico** | | C | 2008<br><br>cancelled membership | | | X | 20,665.00 |
| ACCOUNT NO. **xx-x064-1**<br><br>**Omni Cancun Hotel & Villas**<br>**Attn: Managing Agent**<br>**4001 Maple Avenue**<br>**Dallas, TX 75219** | | C | 2008<br><br>duplicate | | | | 0.00 |
| | | | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | 348,266 |

Sheet 1 of 1 total sheets in Schedule of Creditors  
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com     32336     Best Case Bankruptcy

Case: 09-51900   Doc# 917   Filed: 07/30/15   Entered: 07/30/15 18:52:04   Page 1 of 2

# United States Bankruptcy Court
## Northern District of California

In re: **Benyam Mulugeta, Paula R. Mulugeta**, Debtor(s)

Case No. **09-51900 ASW**
Chapter **11**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of **1** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **July 24, 2015**  Signature **/s/ Benyam Mulugeta**
**Benyam Mulugeta**
Debtor

Date **July 24, 2015**  Signature **/s/ Paula R. Mulugeta**
**Paula R. Mulugeta**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.