UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
Benyam Mulugeta and Paula R Mulugeta

09-51900-ASW DM

Debtor(s)

For the quarter ending: 12/31/2016

FILED
MAR 08 2017
United States Bankruptcy Court
San Jose, California

The revested debtor hereby submits the following post-confirmation report to this calendar quarter:

1. Date of Entry of order confirmaing plan:     9/25/2014

2. Cash balance at beginning of quarter:     $ 12,259.00
   Total receipts during quarter:     $ 87,389.17
   Total disbursements during quarter     $ 73,477.00
   Cash balance at end of quarter:     $ 26,171.17

3. Payments made pursuant to the Plan this quarter:     $ 9,000.00

   Total payments to be made pursuant to the Plan:     $ 141,968.00
   Cumulative paid to date:     $ 98,202.38
   Balance remaining to be made under the Plan:     $ 43,765.62

   As of the end of this reporting period

                                             Yes           No

4. Are all payment required by the confirmed plan current at this time? [If not, attcach explanatory statement Identifying payment not made (by creditor, amount and date due), reason for non-payments, and an estimated date as to when payments will be brought current.]     YES

5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? (If yes, attach an explanatory statement.)     Yes

6. Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. S 1930(a)(6) and the Plan?     YES

---

1 First report shall be filled for the portion of the calendar quarter from the date of confirmation to the end of quarter, and subsequent reports shall be filled at the expiration of each calendar quarter thereafter until dimissal, conversion or entry of a final decree closing the case. Reports shall be filled with the court and served on the UST no later than twenty (20) days after expiration of the reported period

Revised 1/1/98

|   |   | Yes | No |
|---|---|---|---|

| # | Question | Yes | No |
|---|---|---|---|
| 7 | Have all motions, matters and adversary proceedings been resolved? (if no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution.) | N/A | N/A |
| 8 | Has the order confirming the Plan become nonappealable? |  | X |
| 9 | Have deposits, if any, required by the Plan been distributed pursuanto to the Plan? (if no please expain.) | N/A | N/A |
| 10 | Has any property proposed by the Plan to be frasferred been tranferred pursuant to the Plan? | N/A | N/A |
| 11 | Does any property remain to be transferred pursuant to the Plan? (if yes, identify each such property and the anticipated date of transfer pursuant to the Plan.) | N/A | N/A |
| 12 | Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan? |  |  |
| 13 | Anticipated date of motion for final decree: May, 2017 |  |  |

I declare undet penalty of perjury that the statements set forth above ate true and accurate

3-8-17
Dated:

Reponsible Individual(signature)

BENYAM MULUGETA
Print Name

Current Address
1025 Harker Ave.
Palo Alto
CA 94301

Telephone Numer:
650-906-8012

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
#### For Quarter Ended 12/31/16

| | | 10/31/2016 | 11/30/2016 | 12/31/2016 | Total |
|---|---|---|---|---|---|
| | **Cash Receipts** | | | | |
| 1 | Rent/Leases Collected | $26,780 | $46,000 | $10,000 | $82,780 |
| 2 | Cash Received from Sales | $2,784 | $627 | $1,198 | $4,609 |
| 3 | Interest Received | $0 | $0 | $0 | $0 |
| 4 | Borrowings | | | | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | | | $0 |
| 6 | Capital Contributions | | | | $0 |
| 7 | | | | | $0 |
| 8 | | | | | $0 |
| 9 | | | | | $0 |
| 10 | | | | | $0 |
| 11 | | | | | $0 |
| 12 | | | | | $0 |
| 13 | **Total Cash Receipts** | $29,564 | $46,627 | $11,199 | $87,389 |
| | **Cash Disbursements** | | | | $0 |
| 14 | Selling | | | | $0 |
| 15 | Administrative | | | | $0 |
| 16 | Capital Expenditures | | | | $0 |
| 17 | Principal Payments on Debt | | | | $0 |
| 18 | Interest Paid | $8,000 | $8,000 | $8,000 | $24,000 |
| | Rent/Lease: | | | | $0 |
| 19 | Personal Property | | | | $0 |
| 20 | Real Property | $18,730 | $5,336 | $14,650 | $38,716 |
| | Amount Paid to Owner(s)/Officer(s) | | | | $0 |
| 21 | Salaries | | | | $0 |
| 22 | Draws | | | | $0 |
| 23 | Commissions/Royalties | | | | $0 |
| 24 | Expense Reimbursements | | | | $0 |
| 25 | Other (tution) | | | | $0 |
| 26 | Salaries/Commissions (less employee withholding) | | | | $0 |
| 27 | Management Fees | | | | $0 |
| | Taxes: | | | | $0 |
| 28 | Employee Withholding | | | | $0 |
| 29 | Employer Payroll Taxes | | | | $0 |
| 30 | Real Property Taxes | | | | $0 |
| 31 | Other Taxes | | | | $0 |
| 32 | Other Cash Outflows: | | | | $0 |
| 33 | Personal Expense | $3,587 | $3,587 | $3,587 | $10,761 |
| 34 | | | | | $0 |
| 35 | Lawyer's fees | | | | $0 |
| ## | **Total Cash Disbursements:** | $30,317 | $16,923 | $26,237 | $73,477 |
| ## | **Net Increase (Decrease) in Cash** | ($753) | $29,704 | ($15,038) | $13,912 |
| ## | **Cash Balance, Beginning of Period** | $4,917 | $4,164 | $33,868 | $18,829 |
| ## | **Cash Balance, End of Period** | $4,164 | $33,868 | $18,829 | $32,702 |

Revised 1/1/98

March 7, 2017

Re: Case # 09-51900 ASW  Mulugeta

Attachment to Quarterly Report  12/31/2016 Item #5

We had a blanket loan over 5 properties from California Mortgage and Reality (CMR), however, since CMR had filed bankruptcy in 2008 and 2009, and no more function as an institution currently, it has been very difficult to get a **Beneficiary's Demand and Full Reconveyance** to pay off the loan or refinance and even sale the properties we have 1339 Sevier, in Menlo Park, and 1112-1114 Chaucer in Berkeley, Ca. We have been working with several title companies and a lender to resolve this problem.

Benaym Mulugeta