1  **JEFFERY D. TROWBRIDGE, Bar No. 100390**
   Trowbridge Law Office
2  1901 Harrison Street, 14th Floor
   Oakland, California 94612
3
   Telephone:   (510) 893-5300
4  Facsimile:   (510) 832-7228

5  Attorney for FIRST STREET COMMERCIAL
   MORTGAGE FUND, LLC, Partial Assignee and
6  Loan Servicer of Loan Originally Funded by Listed
   Creditor, CALIFORNIA MORTGAGE & REALTY,
7  aka CMR MORTGAGE FUND II, LLC

8                  UNITED STATES BANKRUPTCY COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10  In re:                                Case No. 09-51900-DM

11  Benyam and Paula R. Mulugeta,         Chapter 11

12                                        NOTICE OF ASSIGNMENT OF
                                          SECURED AND UNSECURED CLAIMS
13           Debtors.                     LISTED IN NAME OF CALIFORNIA
                                          MORTGAGE & REALTY, AKA
14                                        CMR MORTGAGE FUND II, LLC

15  _____/

16       To the Debtors and their Attorney of Record:

17       PLEASE TAKE NOTICE that FIRST STREET COMMERCIAL MORTGAGE FUND,

18  LLC, is now the Partial Assignee of and Current Loan Servicer of All Interests in the

19  $1,000,000.00 Loan Originally Funded by Listed Creditor, CALIFORNIA MORTGAGE &

20  REALTY, aka CMR MORTGAGE FUND II, LLC.

21       All notices and payments pertaining to the claims scheduled and provided for in the

22  names of CALIFORNIA MORTGAGE & REALTY, aka CMR MORTGAGE FUND II, LLC,

23  shall forthwith be made to FIRST STREET COMMERCIAL MORTGAGE FUND, LLC, as

24  follows:

25  c/o Jeffery D. Trowbridge, Esq.
    Trowbridge Law Office
26  1901 Harrison Street, 14th Floor
    Oakland, CA 94611
27
    Email:  jdt3656@sbcglobal.net
28

In re: Benyam and Paula R. Mulugeta, Debtors
Notice of Assignment, etc.
Case No. 09-51900

Case: 09-51900    Doc# 934    Filed: 04/05/17    Entered: 04/05/17 15:31:16    Page 1 of 2

1  Dated: April 5, 2017

3                                          By: /s/ Jeffery D. Trowbridge
                                           JEFFERY D. TROWBRIDGE,
4                                          Attorney for FIRST STREET
                                           COMMERCIAL MORTGAGE FUND, LLC

In re: Benyam and Paula R. Mulugeta, Debtors
Notice of Assignment, etc.
Case No. 09-51900                                    2

Case: 09-51900    Doc# 934    Filed: 04/05/17    Entered: 04/05/17 15:31:16    Page 2 of 2