**JEFFERY D. TROWBRIDGE, Bar No. 100390**
Trowbridge Law Office
1901 Harrison Street, 14th Floor
Oakland, California 94612

Telephone: (510) 893-5300
Facsimile: (510) 832-7228

Attorney for FIRST STREET COMMERCIAL
MORTGAGE FUND, LLC, Partial Assignee and
Loan Servicer of Loan Originally Funded by Listed
Creditor, CALIFORNIA MORTGAGE & REALTY,
aka CMR MORTGAGE FUND II, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-51900-DM |
| Benyam and Paula R. Mulugeta, | Chapter 11 |
| Debtors. | NOTICE OF DEFAULTS IN PAYMENTS OF SECURED AND UNSECURED CLAIMS LISTED IN NAME OF CALIFORNIA MORTGAGE & REALTY, AKA CMR MORTGAGE FUND II, LLC |
| _____ / | |

To the Debtors and their Attorney of Record:

NOTICE is hereby given by FIRST STREET COMMERCIAL MORTGAGE FUND, LLC, as the Partial Assignee of and Current Loan Servicer of All Interests in the $1,000,000.00 Loan Originally Funded by Listed Creditor, CALIFORNIA MORTGAGE & REALTY, aka CMR MORTGAGE FUND II, LLC, of defaults in payment under the Confirmed Chapter 11 Plan as follows:

1. Debtors have failed to make any of the payments which were to have been made to CALIFORNIA MORTGAGE & REALTY, aka CMR MORTGAGE FUND II, LLC, under Part 1: Treatment of Secured Creditors. Pursuant to such provisions, Debtors were to pay $46,772, with interest at 5%, in 33 monthly payments of $1,500 each, which were to commence on the fifth day of the month following the Effective Date. The Effective Date of the Plan was October 10, 2014, and the first such payment would have been due on November 5, 2014.

2. Debtors have failed to make any of the payments which were to have been made to

_____
In re: Benyam and Paula R. Mulugeta, Debtors
Notice of Defaults in Payments, etc.
Case No. 09-51900

Case: 09-51900   Doc# 935   Filed: 04/05/17   Entered: 04/05/17 15:34:12   Page 1 of 2

CALIFORNIA MORTGAGE & REALTY, aka CMR MORTGAGE FUND II, LLC, under Part 2: Treatment of General Unsecured Creditors, Class 2(b).  Pursuant to such provisions, Debtors were to pay a total of $130,645.60, in annual installments of $26,129.12 each, which were to commence on the one year anniversary date of the Effective Date.  The effective date of the Plan was October 10, 2014, and the first such payment would have been due on October 10, 2015, and the second such payment would have been due on October 10, 2016.

FURTHER NOTICE is hereby given that Debtors will be in Material Default under the Plan to all members of these affected classes, pursuant to Part 6(c), if Debtors fail within 30 days after the date of service of this notice of default either (i) to cure the default; (ii) to obtain from the court an extension of time to cure the default; or (iii) to obtain from the court a determination that no default occurred.

Dated: April 5, 2017

By: /s/ Jeffery D. Trowbridge
JEFFERY D. TROWBRIDGE,
Attorney for FIRST STREET
COMMERCIAL MORTGAGE FUND, LLC

In re: Benyam and Paula R. Mulugeta, Debtors
Notice of Defaults in Payments, etc.
Case No. 09-51900    2

Case: 09-51900    Doc# 935    Filed: 04/05/17    Entered: 04/05/17 15:34:12    Page 2 of 2