| | |
|---|---|
| 1 | **JEFFERY D. TROWBRIDGE, Bar No. 100390** |
| | Trowbridge Law Office |
| 2 | 1901 Harrison Street, 14th Floor |
| | Oakland, California 94612 |
| 3 | |
| | Telephone: (510) 893-5300 |
| 4 | Facsimile: (510) 832-7228 |
| 5 | Attorney for FIRST STREET COMMERCIAL |
| | MORTGAGE FUND, LLC, Partial Assignee and |
| 6 | Loan Servicer of Loan Originally Funded by Listed |
| | Creditor, CALIFORNIA MORTGAGE & REALTY, |
| 7 | aka CMR MORTGAGE FUND II, LLC |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | In re: | Case No. 09-51900-DM |
| 11 | Benyam and Paula R. Mulugeta, | Chapter 11 |
| 12 | | CERTIFICATE OF SERVICE |
| 13 | Debtors. | |
| 14 | _____/ | |

### **CERTIFICATE OF SERVICE**

I, JEFFERY D. TROWBRIDGE, declare:

I am employed in the County of Alameda. I am over the age of 18 and not a party to the within entitled action. My business address is 1901 Harrison Street, 14th Floor, Oakland, CA 94612.

On April 5, 2017, I served the Notice of Defaults in Payments of Secured and Unsecured Claims Listed in the Name of California Mortgage & Realty, aka CMR Mortgage Fund II, LLC, and a copy of this Certificate of Service on all interested parties in this proceeding, by placing a true copy thereof in a sealed envelope with first class postage thereon fully prepaid, in the United States mail at Oakland, California, addressed as follows:

Benyam and Paula Mulugeta
1025 Harker Avenue
Palo Alto, CA 94301

[Debtors]

//

_____
In re: Benyam and Paula R. Mulugeta, Debtors
Certificate of Service
Case No. 09-51900

Case: 09-51900    Doc# 935-1    Filed: 04/05/17    Entered: 04/05/17 15:34:12    Page 1 of 2

| | |
|---|---|
| 1 | Stanley A. Zlotoff, Esq.<br>Attorney at Law |
| 2 | 300 S. First Street, Suite 215<br>San Jose, CA 95113 |
| 3 | |
| 4 | [Attorney for Debtors] |
| 5 | U.S. Trustee<br>U.S. Federal Building |
| 6 | 280 S. 1st Street, #268<br>San Jose, CA 95113-3004 |
| 7 | [U.S. Trustee] |
| 8 | Minnie Loo<br>Office of the U.S. Trustee |
| 9 | Phillip J. Burton Federal Building<br>450 Golden Gate Avenue, 5th Floor, #05-0153 |
| 10 | San Francisco, CA 94102 |
| 11 | [U.S. Trustee] |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 5th day of April, 2017, at Oakland, California.

                                                          /s/ Jeffery D. Trowbridge<br>
                                                         JEFFERY D. TROWBRIDGE

---

In re: Benyam and Paula R. Mulugeta, Debtors
Certificate of Service
Case No. 09-51900