B-2100A (Form 2100A)(12/15)

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: § § **CASE NO. 09-51900** § **BENYAM MULUGETA** § dba Mulugeta Development § **PAULA R MULUGETA** § DEBTOR | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing, LLC as servicing agent for Wells Fargo Bank, National Association, as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint MTA Trust 2005-AR2, Mortgage Pass-Through Certificates, Series 2005-AR2** | **Wells Fargo Bank, National Association, as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint MTA Trust 2005-AR2, Mortgage Pass-Through Certificates, Series 2005-AR2 c/o EMC Mortgage Corporation** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC**
**8742 Lucent Blvd, Suite 300**
**Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx2058**

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing, LLC
P. O. Box 60535
City of Industry, California 91716-0535

Phone:
Last Four Digits of Acct #: **xxxxxx2058**

Court Claim # (if known): 9-1
Amount of Claim: $628,729.63
Date Claim Filed: 04/03/2009

Phone: 1-866-325-4316
Last Four Digits of Acct.#: 9394

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Natalie E. Lea                                                    Date:            06/28/2018
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before June 28, 2018 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*
Benyam Mulugeta
1025 Harker Ave.
Palo Alto, CA 94301

**Co-Debtor**     *Via U.S. Mail*
Paula R Mulugeta
1025 Harker Ave.
Palo Alto, CA 94301

**Debtors' Attorney**
Stanley A. Zlotoff
Law Offices of Stanley A. Zlotoff
300 S 1st St. #215
San Jose, CA 95113

**U.S. Trustee**
Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Respectfully Submitted,

/s/ Natalie E. Lea
Natalie E. Lea