UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Benyam Mulugeta and Paula R Mulugeta

Case No.: 09-51900

Debtor(s)

For the quarter ending: 12/31/2018

RECEIVED
2022 SEP 16 P 2: 34

FILED
SEP 16 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The revested debtor hereby submits the following post-confirmation report to this calendar quarter:

1. Date of Entry of order confirmaing plan: 9/25/2014

2. Cash balance at beginning of quarter: #REF!
   Total receipts during quarter: $ 200,326.09
   Total disbursements during quarter: $ 144,923.15
   Cash balance at end of quarter: #REF!

3. Payments made pursuant to the Plan this quarter: $ 22,679.80

   Total payments to be made pursuant to the Plan: $ 141,968.00
   Cumulative paid to date: $ 132,127.00
   Balance remaining to be made under the Plan: $ 9,841.00

   As of the end of this reporting period

   | | Yes | No |
   |---|---|---|
   | 4. Are all payment required by the confirmed plan current at this time? [If not, attcach explanatory statement Identifying payment not made (by creditor, amount and date due), reason for non-payments, and an estimated date as to when payments will be brought current.] | YES | |
   | 5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? (If yes, attach an explanatory statement.) | | No |
   | 6. Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. S 1930(a)(6) and the Plan? | YES | |

1. First report shall be filled for the portion of the calendar quarter from the date of confirmation to the end of quarter, and subsequent reports shall be filled at the expiration of each calendar quarter thereafter until dimissal, conversion or entry of a final decree closing the case. Reports shall be filled with the court and served on the UST no later than twenty (20) days after expiration of the reported period

|   |   | Yes | No |
|---|---|---|---|
| 7 | Have all motions, matters and adversary proceedings been resolved? (if no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution.) | N/A | N/A |
| 8 | Has the order confirming the Plan become nonappealable? |  | X |
| 9 | Have deposits, if any, required by the Plan been distributed pursuanto to the Plan? (if no please expain.) | N/A | N/A |
| 10 | Has any property proposed by the Plan to be frasferred been tranferred pursuant to the Plan? | Yes |  |
| 11 | Does any property remain to be transferred pursuant to the Plan? (if yes, identify each such property and the anticipated date of transfer pursuant to the Plan.) | N/A | N/A |
| 12 | Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan? |  |  |
| 13 | Anticipated date of motion for final decree: January, 2019 |  |  |

I declare undet penalty of perjury that the statements set forth above ate true and accurate

9-16-22
Dated:

Reponsible Individual(signature)

BENYAM MULUGETA
Print Name

Current Address
1025 Harker Ave.
Palo Alto
CA 94301

Telephone Numer:
650-906-8012

 Gmail                                        Benyam Mulugeta Sr. <bmulugeta1020@gmail.com>

## Fwd: Request for Status Update in Post-Confirmation Case In re Benyam Mulugeta, Case No. 715-09-51900

3 messages

**Stanley A. Zlotoff** <zlotofflaw@gmail.com>					Mon, Sep 12, 2022 at 10:05 AM
To: "Benyam Mulugeta Sr." <bmulugeta1020@gmail.com>

Good morning,
It looks like the regulators finally have time on their hands to push old cases to completion.

---------- Forwarded message ---------
From: **Leahy, Paul (USTP)** <Paul.Leahy@usdoj.gov>
Date: Mon, Sep 12, 2022 at 9:45 AM
Subject: Request for Status Update in Post-Confirmation Case In re Benyam Mulugeta, Case No. 715-09-51900
To: zlotofflaw@gmail.com <zlotofflaw@gmail.com>
Cc: Fehr, Trevor (USTP) <Trevor.Fehr@usdoj.gov>, Brugger, Laurie (USTP) <Laurie.Brugger@usdoj.gov>


Dear Mr. Zlotoff:


Our review of filings and information provided with respect to *In re Benyam Mulugeta*, Case No. 715-09-51900, shows that you are the attorney of record in this case in which a Chapter 11 plan was confirmed on September 25, 2014. The docket reflects that the case remains open and an application for final decree has not been filed. *See* 11 U.S.C. § 350(a); Fed. R. Bankr. P. 3022.


Please provide our office with an update on the status of this case, including the date by which a final decree or other disposition provided for in the confirmed plan of reorganization will be sought and any reason why the case remains open. We would appreciate a response by **September 22, 2022**.


In addition, post-confirmation reports for the following quarters are delinquent: Q3-2017, Q4-2017, and Q4-2018. The United States Trustee requests that you promptly cure these deficiencies **no later than September 30, 2022**. Also, the quarterly report for the 3rd quarter of 2022 is due on or about October 21, 2022.


The failure to timely file post-confirmation quarterly reports and the inability to effectuate substantial consummation of a confirmed plan are both "cause" to dismiss or convert this case. *See* 11 U.S.C. §§ 1112(b)(4)(F) and (M).


If we do not receive a timely response, the U.S. Trustee may take such further action as is appropriate under the circumstances.


Please contact me if you have any questions. Thank you.

Case: 09-51900    Doc# 972    Filed: 09/16/22    Entered: 09/16/22 15:09:10    Page 3 of 4

# BANKRUPTCY COURT

RECEIVED
SEP 16 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Name:** BENYAM MULUGETA

**Case #:** 7/5-09-57900