CURD, GALINDO & SMITH, L.L.P.
JEFFREY B. SMITH, SBN 150095
301 East Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Telephone: (562) 624-1177
Facsimile: (562) 624-1178
Email: jsmith@cgsattys.com

`Attorney For Union Home Loan, Inc.`

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:                                                      Case # 09-51900-SLJ

**Benyam Mulugeta and**                             **Chapter 11**
**Paula Mulugeta,**

       **Debtors**
_____/

CERTIFICATE OF SERVICE BY MAIL

I declare that I am employed in the county of Los Angeles California; I am over the age of eighteen years and not a party to the within action; my business address is 301 East Ocean Blvd., Suite 1700 Long Beach, CA 90802. On November 17, 2022, I served by U.S. Mail the following documents:

1. NOTICE OF MOTION TO DISMISS OR CONVERT PURSUANT TO 11 U.S.C. SECTION 1112

2. MOTION TO DISMISS OR CONVERT PURSUANT TO 11 U.S.C SECTION 1112;

3. DECLARATION OF DAN GOLDFIELD AND COMPENDIUM OF EXHIBITS IN SUPPORT OF MOTION TO DISMISS OR CONVERT PURSUANT TO 11 U.S.C. SECTION 1112;

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Long Beach, California addressed as set forth in the mailing list attached hereto.

In addition I checked on 11/17/22 the list of parties who are currently on the list for the court to receive electronic notice and/or e-mail service of the above referenced documents and that list is attached hereto below.

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on November 17, 2022.


Dated: November 17, 2021               */s/ Jeffrey B. Smith*_____
                                       Jeffrey B. Smith
                                       Attorneys for Union Home Loan, Inc.

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Simon Aron**     saron@wrslawyers.com, AParisi@wrslawyers.com
- **Gregory James Babcock**     gbabcockecf@gmail.com
- **Richard J. Bauer**     rbauer@mileslegal.com
- **Paul W. Cervenka**     paul.cervenka@bonialpc.com
- **Matthew R. Clark**     bankruptcyecfs@gmail.com, mclark@ecf.courtdrive.com
- **David J. Cook**     cook@squeezebloodfromturnip.com
- **Bryan D. Coryell**     bdcoryell@yahoo.com
- **Jonathan J. Damen**     bankruptcy@zbslaw.com
- **Mark T. Domeyer**     mark.domeyer@wolffirm.com
- **Trevor Ross Fehr**     trevor.fehr@usdoj.gov
- **Mitchell B. Greenberg**     mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- **Biana Hamady**     ecf@shermeta.com
- **William J. Healy**     wjhealy7@gmail.com
- **Elsa M. Horowitz**     ehorowitz@wrslawyers.com, elsahorowitz@yahoo.com
- **Lemuel Bryant Jaquez**     ljaquez@firstam.com, bjaquez13@gmail.com
- **Patric J. Kelly**     pjkelly@ahk-law.com
- **Bernard Kornberg**     bjk@severson.com
- **Andrew Kussmaul**     Andrew.Kussmaul@BuckleyMadole.com
- **Natalie Lea**     pocinquiries@bonialpc.com
- **Travis J. Lillie**     tlillie@piteduncan.com, ecfcanb@piteduncan.com
- **Christopher M. McDermott**     ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com
- **Randall P. Mroczynski**     rmroczynski@cookseylaw.com
- **Eric A. Nyberg**     e.nyberg@kornfieldlaw.com, g.michael@kornfieldlaw.com

- **Office of the U.S. Trustee / SJ**    USTPRegion17.SJ.ECF@usdoj.gov
- **Stefanie A. Schiff**    Stefanie.Schiff@akerman.com
- **John W. Strate**    John.W.Strate@irscounsel.treas.gov
- **Brian H. Tran**    bankruptcy@zbslaw.com
- **Linh K. Tran**    linh.tran@quantum3group.com
- **Jeffrey D. Trowbridge**    jdt3656@sbcglobal.net
- **Gilbert B. Weisman**    notices@becket-lee.com
- **Melodie A. Whitson**    ecfcanb@piteduncan.com
- **Bethany Wojtanowicz**    BethanyW@w-legal.com
- **Lisa R. Woods**    , seairs.bk.email@irscounsel.treas.gov
- **Kaipo K.B. Young**    KYoung@BL-Plaw.com
- **Stanley A. Zlotoff**    zlotofflaw@gmail.com

**Mail Service**

**B-Line, LLC**
P.O. Box 91121
Dept. 550
SEATTLE, WA 98111-9221

**Citibank, N.A.**
701 East 60th Street North
SIOUX FALLS, SD 57117

**Citibank, N.A.**
Payment Center, 4740 121st Street
Urbandale, IA 50323

**EMC Mortgage Corporation**
ATTN: Bankruptcy Department
P.O. Box 293150
Lewisville, TX 75029-3150

**EMC Mortgage fka EMC Mortgage Corporation**
Mail Code LA4-5555 - 700 Kansas Lane
Monroe, LA 71203

**JPMORGAN CHASE BANK, N.A.**
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI 48308

**PYOD LLC c/o Resurgent Capital Services**
PO Box 19008
GREENVILLE, SC 29602

**Aglaia Panos**
13240 Clairepointe Way
Oakland, CA 94619

**John T. Seyman**
County of Alameda County Counsel Office
1221 Oak St. #450
Oakland, CA 94612

**Wells Fargo Bank, National Association as Trustee**
Pite Duncan, LLP
c/o Katherine L. Johnson
4375 Jutland Drive, Ste 200
PO Box 17933
San Diego, CA 92177-0933

**Wells Fargo Bank, National Association as Trustee**
PITE DUNCAN LLP
c/o MELODIE A. WHITSON
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Benyam Mulugeta
Paula Mulugeta
1025 Harker Ave
Palo Alto, CA 94301