Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA 95113
zlotofflaw@gmail.com
Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Benyam Mulugeta and Paula R. | ) Case No. 09-51900 SLJ |
| Mulugeta, | ) |
| | ) MOTION FOR DISCHARGE AND FINAL |
| | ) DECREE |
| Debtors | / |

Debtors move the Court as follows:

1. For an order granting a discharge to Debtors on account of their having satisfactorily completed a Plan of Reorganization("Plan"); and thereafter, for an order granting a final decree.

2. In support of the Motion for Discharge, Debtors represent that a Plan was filed on July 30, 2014, and confirmed on September 25, 2014.

3. The Plan dealt with priority taxes owed to the Franchise Tax Board("FTB"), and one impaired class of unsecured

- 1

creditors("Creditors"), designated as Class 2. The Plan, also provided for payments to various secured classes that were secured by real property.

4. The Plan provided that the Creditors would be paid a dividend of 20 percent of their allowed claims, and that the FTB priority claim would be paid in full. The Plan provided that Debtors would be entitled to a discharge upon completion of payments to the Class 2 unsecured Creditors.

5. Filed herewith is Debtors' Declaration In Support of Discharge as well as Debtors' Certification of Plan Payments Made("Certification"). Debtors represent that payments to Creditors and FTB were paid as required, except that certain Creditors were not paid(see Certification); however, as to those unpaid Creditors, California's four year statute of limitations bars collection of such debts.

6. As there will be no further business before the Court upon entry of Discharge, Debtor requests that a Final Decree be entered thereafter.

WHEREFORE, Debtor requests that the Court enter a Discharge order pursuant to 11 U.S.C. Section 1141, and thereafter enter a Final Decree.

12/8/2022 /s/Stanley Zlotoff