Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA  95113
zlotofflaw@gmail.com
Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Benyam Mulugeta and Paula R. | ) Case No. 09-51900 SLJ |
| | ) |
| Mulugeta | ) |
| | ) |
| | ) DEBTORS' CERTIFICATION |
| | ) OF PLAN PAYMENTS MADE |
| | ) |
| | ) |
| Debtors / | |

I, Benyam Mulugeta, debtor herein, certify that:

1.    A Plan of Reorganization ("Plan") filed on July 30, 2014, was confirmed on September 25, 2014.

2.    The Plan dealt with priority taxes owed to the Franchise Tax Board("FTB"), and one impaired class of unsecured creditors("Creditors"), designated as Class 2.  The Plan, also provided for payments to various secured classes that were secured by real property.

3. The Plan provided that the Creditors would be paid a dividend of 20 percent of their allowed claims, and that the FTB

- 1

1  priority claim  would be paid in full.  The Plan provided that

2  debtors would be entitled to a discharge upon completion of

3  payments to the Class 2 unsecured Creditors.

4        4.    Attached hereto as Exhibit A is a list of Creditors,

5  together with their names and addresses, and the allowed amount

6  of their claims; and indicating the status of Creditors'

7  Claims, such as whether Creditors were paid, or instead whether

8  payments went uncashed or were returned; and noting that any

9  claims remaining unpaid are barred by California's four year

10  statute of limitations.

11        5.  All Creditors have been paid or otherwise had their

12  claims satisfied. The FTB was paid in full.

13      I declare under penalty of perjury that the foregoing is

14  true and correct.

15  Dated: December 7, 2022

16

17

18

19                              /s/Benyam Mulugeta

20

21

22

23

24

25