EXHIBIT A

```
Creditor              Accnt No.         Claim         20%           Status

Aglala Panos                            $250,000      $50,000       paid
13240 Clairepointe Way
Oakland, CA  94619-3507

American Express      Claim #           $1,971.76     $394.35       paid
c/o Becket and Lee LLP 15(x2008)
P.O. Box 3001
Malvern, PA  19335-0701

American Express      x1009             $907.81       $181.56       paid
c/o Becket and Lee LLP (Claim #20)
P.O. Box 3001
Malvern, PA  19335-0701

Bank of America       x6623             $11,827       $2,365.40     uncashed/barred by
P.O. Box 14726                                                      Statute of Limit-
Wilmington, DE  19886-0001                                          ations("S/L")

Capital One Bamk(USA),N.A.              $7,358.85     $1,471.77     paid
c/o Tsys Debt Mgmt(Tdm)  Claim #4
P.O. Box 5155
Norcross, GA  30091

Capital One Bank(USA),N.A.
P.O. Box 60024        x1482             $10,558       $2,117.60     paid
City of Industry, CA  91716-0024

Capital One Bank(USA),N.A.              $7,369.83     $1,473.96     paid
c/o Tsys Debt Mgmt(Tdm)  Claim #2
P.O. Box 5155
Norcross, GA  30091

Capital One Bank(USA),N.A.              $9,019.24     $1,803.84     paid
c/o Tsys Debt Mgmt(Tdm)  Claim #3p
P.O. Box 5155           (x1659)
Norcross, GA  30091

Capital One Bank(USA),N.A.
P.O. Box 60024              x8732 $6,595 $1,319.00                  paid
City of Industry, CA  91716-0024

PYOD, LLC             (Claim#16    $2,174.89          $434.97       paid
c/o Resurgent Capital Svs  Chase x1073)
P.O. Box 19008
Greenville, SC  29602

Chase/United          x7798             $8,310        $1,662        paid
P.O. Box 15145
Wilmington, DE 19850-5145

Chase/Disney          #7529             $6,076        $1,215.20     paid
P.O. Box 15145
Wilmington, DE  19850-5145
```

| # | Creditor | Claim/Acct | Amount | Amount 2 | Status |
|---|---|---|---|---|---|
| 1 | Chase Bank, USA NA<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | WAMU x2745<br>(claim#18) | $6,316.89 | $1,263.37 | paid |
| 2 | Chevron<br>P.O. Box 530950<br>Atlanta, GA 30353-0950 | x335 | $2,619 | $523.80 | paid |
| 3 | Chrysler Financial Svs<br>Trustee Pmt Processing<br>P.O. Box 9001897<br>Louisville, KY 40290-1897 | Claim #6 | $3,014.53 | $602.90 | paid |
| 4 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | #0510 | $3,586 | $717.20 | paid |
| 5 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | #7978<br>(claim #19) | $3,955.45 | $791.10 | paid |
| 6 | Cupertino Dental<br>10383 Torre Ave., Suite 1<br>Cupertino, CA 95014 | #500293 | $3,399 | $679.80 | paid |
| 7 | Downey<br>P.O. Box 6028<br>The Lakes, NV 88901-6028 | x6675 | $29,922 | $5,984.46 | uncashed and barred by S/L |
| 8 | Expo<br>P.O. Box 6028<br>The Lakes, NV 88901-6028 | x0087 | $2,465 | $493 | paid |
| 9 | GE Money Bank<br>c/o Recovery Mgmt Sys.Corp<br>dba Lowes Consumer<br>25 SE 2nd Ave., Ste. 1120<br>Miami, FL 33131 | Claim 26<br>(Lowes x2321) | $2,023.70 | $404.74 | paid |
| 10 | LVNV Funding LLC<br>Resurgent Cap. Svs<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Claim #22<br>Citibank<br>#5286 | $10,738.56 | $2,174.71 | paid |
| 11 | LVNV Funding LLC<br>Resurgent Cap. Sys.<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Claim #23<br>Citi Sears x8138 | $1,557.46 | $311.49 | paid |
| 12 | LVNV Funding LLC<br>Resurgent Cap. Sys.<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Claim #24<br>Mervyns x4030 | $504.78 | $100.96 | paid |
| 13 | Home Depot<br>P.O. Box 6028<br>The Lakes, NV 88901-6028 | x7281 | $841 | $168.20 | paid |
| 14 | Home Depot<br>P.O. Box 6028<br>The Lakes, NV 88901-6028 | x1029 | $5,953 | $1,190.60 | paid |

| # | Creditor | Account/Claim | Amount | Amount2 | Status |
|---|---|---|---|---|---|
| 1 | Home Depot<br>P.O. Box 6028<br>The Lakes, NV 88901-6028 | x4243 | $430 ai | $86 | paid |
| 2 | Max Recovery Trust 1<br>GE Cap Svs/Home Depot<br>P.O. Box 10228<br>Newark, NJ 07193-0228 | Home Depot x9995 | $765.27 | $153.05 | paid |
| 3 | Macys<br>P.O. Box 689194<br>Des Moines, IA 50368-9194 | x7121 | $9,054 | $1,810.80 | paid |
| 4 | Macys<br>P.O. Box 689194<br>Des Moines, IA 50368-9194 | x5661 | $1,678 | $335.60 | paid |
| 5 | Macys<br>P.O. Box 689194<br>Des Moines, IA 50368-9194 | x9422 | $1,377 | $275.40 | paid |
| 6 | Reed Kaplan, MD<br>( ? ) | | $458 | $91.60 | paid |
| 7 | Robert Taylor<br>541B Cowper<br>Palo Alto, CA 94301 | Claim #12 | $219,266.70 | $43,853 | payment returned and barred by S/L |
| 8 | Sweazey Elevator Corp.<br>c/o David J. Cook, esq.<br>Cook Colln Attnys<br>P.O. Box 270<br>San Francisco, CA 94104-0270 | Claim #21 | $23,544.78 | $4,708.95 | Barred by S/L |
| 9 | Target Nat. Bank<br>P.O. Box 59317<br>Minneapolis, MN 55459-0317 | x2977 | $600 | $120 | paid |
| 10 | Tomoko Nakama<br>1569 Jackson St.<br>Oakland, CA 94612 | Claim #11 | $183,000 | $36,000 | Barred by S/L |
| 11 | Union 76<br>P.O. Box 68058<br>Des Moines, IA 50368-9058 | x6172 | $892 | $178.40 | paid |
| 12 | Union 76<br>P.O. Box 68058<br>Des Moines, IA 50368-9058 | x7314 | $1,106 | $221.20 | paid |
| 13 | Wachovia Dealer Services<br>P.O. Box 19657<br>Irvine, CA 92623 | Claim #17 | $6,598.40 | $1,319.68 | paid |
| 14 | Washington Mutual Bank<br>P.O. Box 78065<br>Phoenix, AZ 85062-8065 | x9546 | $161,527 | $32,305 | Barred by S/L |

| | | | |
|---|---|---|---|
| Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Svs<br>Recovery Dept.<br>P.O. Box 9210<br>Des Moines, IA  50306 | Claim #1, x7137 | $3,433.45 | $686.69 | paid |
| Wells Fargo Bank, N.A.<br>BDD Bankruptcy Dept.<br>MAC S4101-08C<br>100 W. Washington St.<br>Phoenix, AZ  85003 | Claim #7, x0411 | $24,103 | $4,820.60 | payment returned and barred by S/L |
| Franchise Tax Board<br>Bankruptcy Section MSA-340<br>P.O. Box 2952<br>Sacramento, CA  95812-2952 | Claim #33 | $180.25 | $36.05 | paid |
| Franchise Tax Board<br>Bankruptcy Section MSA340<br>P.O. Box 2952<br>Sacramento, CA  95812-2952 | Claim #33 Priority | $61.45 | $61.45 | paid |
| First Street Commercial Mortgage Fund, LLC<br>Fka CMR Mortgage Fund II, LLC<br>c/o Jeffery D. Trowbridge, esq.<br>1901 Harrison Street, 14th Floor<br>Oakland, CA  94611 | | $653,228 | $130,645.60 | Barred by S/L |

- 4 -