Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA 95113
zlotofflaw@gmail.com
Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Benyam Mulugeta and Paula | ) Case No. 09-51900 SLJ |
| | ) |
| Mulugeta, | ) DECLARATION IN SUPPORT OF |
| | ) DISCHARGE |
|        Debtors. | ) |
| | ) |
| _____/ | |

    We, Benyam Mulugeta("Benyam") and Paula Mulugeta("Paula"),

certify that:

  1.  We completed an instructional course concerning personal

financial management described in 11 U.S.C. Section 111, and the

course provider filed with the court a certificate of course

completion.

  2. We have not been required to pay a domestic support

obligation as that term is defined in 11 U.S.C. Section 101(14A)

by any order of a court or administrative agency or by any

statute.

Case: 09-51900    Doc# 981-3    Filed: 12/08/22    Entered: 12/08/22 18:45:18    Page 1 of 2

1    3. We did not claim an exemption in excess of the adjusted

2 amount set forth in 11 U.S.C. Section 522(q)(1); therefore, 11

3 U.S.C. Section 1141(d)(5)(C) is inapplicable.

4    4. We have not received a discharge in a Chapter 7, 11, 12, or

5 13 bankruptcy case filed within 8 years prior to filing this

6 Chapter 11 case.

7    5. We have completed payment of all payments required under

8 our confirmed plan, except as to payments that have been

9 excused.

10    We declare under penalty of perjury that the foregoing is

11 true and correct.

Dated: 12/7/2022
                        /s/Benyam Mulugeta

Dated: 12/7/2022
                        /s/Paula Mulugeta

Case: 09-51900    Doc# 981-3    Filed: 12/08/22    Entered: 12/08/22 18:45:18    Page 2 of 2