Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA  95113
zlotofflaw@gmail.com
Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | ) Chapter 11 |
| Benyam Mulugeta and Paula R. Mulugeta, | ) Case No. 09-51900 SLJ |
| | ) NOTICE OF OPPORTUNITY TO REQUEST HEARING REGARDING DEBTORS' MOTION FOR DISCHARGE AND FINAL DECREE |
| Debtors | ) |

TO TOP TWENTY UNSECURED CREDITORS, THE UNITED STATES TRUSTEE, AND PARTIES THAT REQUESTED NOTICE

    PLEASE BE ADVISED that Debtors, on December 8, 2022, filed a Motion for Discharge and Final Decree ("Motion"), a Certification in Support of Discharge, and a Declaration in Support of Discharge.

    PLEASE BE ADVISED that:

    A.  **Any Objection to the requested relief, or request for hearing on the matter, must be filed and served upon the initiating party within 15 days of mailing the notice.**

- 1 -

Case: 09-51900    Doc# 982    Filed: 12/08/22    Entered: 12/08/22 18:51:58    Page 1 of 2

B. If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

C. In the event of a timely objection or request for hearing, the tentative hearing date, location and time are January 10, 2022 at 2:00 p.m., location to be provided at least 7 days before the hearing.

D. IF THE DEBTOR IS NOT CURRENT IN PLAN PAYMENTS, YOU MAY OBJECT TO ENTRY OF A FINAL DECREE AND ASK THE COURT TO ORDER THE LIQUIDATION OF THE DEBTORS' ASSETS. IF THE DEBTORS FALL BEHIND IN PLAN PAYMENTS AFTER THE ENTRY OF A FINAL DECREE, YOU MAY ASK THE COURT TO REOPEN THE CASE AND ORDER LIQUIDATION.

Dated: 12/8/2022 /s/Stanley Zlotoff