Stanley A. Zlotoff
State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA 95113
zlotofflaw@gmail.com
Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney for Debtors



**Entered on Docket
December 30, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

**Not Signed: December 30, 2022**

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

**Notice is defective. While final decree application requires only 14 days notice (BLR 3022-1), a motion for entry of discharge requires 21 days notice under BLR 9014-1. Debtor should notice this matter for hearing and include a P&A that unpaid claims (excluding uncashed and returned payments) are barred by Cal Statute of Limitation. See Bankr. Code sec. 108 & Cal. CCP sec. 356.**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Benyam Mulugeta and Paula R. | ) Case No. 09-51900 SLJ |
| Mulugeta, | ) |
| Debtors | ) |

ORDER APPROVING REQUEST FOR DISCHARGE AND FINAL DECREE

Debtors' Motion for Discharge and Final Decree was properly noticed; and no objections having been filed; and the Court having considered the matter; now therefore;

IT IS HEREBY ORDERED that the Motion is granted, and the clerk may issue a Discharge and Final Decree.

**END OF ORDER**

- 1 -

COURT SERVICE LIST