```
Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA  95113
zlotofflaw@gmail.com
Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney for Debtors
```

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Benyam Mulugeta and Paula R. | ) Case No. 09-51900 SLJ |
| Mulugeta, | ) |
| | ) DECLARATION IN SUPPORT OF |
| | ) MOTION FOR DISCHARGE |
| | ) |
| | ) Date: February 7, 2023 |
| | ) Time: 2:00 p.m. |
| Debtors | / |

I, Benyam Mulugeta, Debtors, declare that

1. The Certification in Support of Discharge, filed herein on December 8, 2022, included an Exhibit A consisting of a list of all unsecured creditors("Creditors") provided for by my form Combined Plan of Reorganization and Disclosure Statement("Plan"), and, in addition, Exhibit A gave a status of payments made to each of the Creditors.

- 1 -

2. The Plan was confirmed on September 25, 2014, and the Effective Date, was fifteen days later. The first payments to Creditors were due on October 10, 2015.

3. Certain Creditors("Unpaid Creditors") were unpaid because their payments were returned or uncashed. The following named Unpaid Creditors were never sent any payments: Sweazey Elevator Corp., Tomoko Naskama, Washington Mutual Bank, and First Street Commercial Mortgage Fund, LLC.

4. On April 5, 2017, one of the Unpaid Creditors filed a Notice of Default. According to Part 6(c) of the Plan, failure to cure the stated default would result in a material default as to the class of Creditors. I negotiated an extension of the cure period to June 28, 2017, but no cure took place.

5. As of June 29, 2017, the Creditors were in material default, and pursuant to Part 6(d) of the Plan, Creditors had relief from stay to pursue their "lawful remedies to enforce and collect Debtor's pre-confirmation obligations."

6. I am informed and believe that none of the Creditors pursued their lawful remedies, and more than five years have passed since the Plan was in material default.

7. I declare under penalty of perjury that the foregoing is true and correct. Executed on January 3, 2023.

/s/Benyam Mulugeta